**Dimond Kaplan & Rothstein, P. A.**
2665 S. Bayshore Drive
Penthouse 2
Coconut Grove, FL 33133

---

*Invoice submitted to:*

Kunen


December 12, 2007


*Invoice* #3626

*File No:* 1343

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/23/2007 | SMD | Receive & review Complaint and order appointing receivership and order freezing bank account; Meet with Robert Levenson, Roger Cruz and Melanie Damien; conference with Melanie Damien regarding beginning receivership; conference with Lorenz M. Prüss regarding same | 3.00 | 750.00 |
| | LMP | Review Order Appointing Receiver; review Complaint; review Order Freezing Assets and Other Emergency Relief; prepare, edit, review Memorandum regarding Receiver Framework; research regarding marshaling of assets; draft email to Scott Dimond re: brief summary of Order Appointing Receiver; | 1.50 | 225.00 |
| 8/24/2007 | SMD | Telephone conference with Charles Morgan (x2) regarding court and account files; prepare letter to Charles Morgan regarding same; prepare letter to Melanie Damien regarding retaining counsel; conference with Lorenz M. Prüss regarding delivering files; telephone conference with Melanie Damien (x2) regarding discovery and case status; telephone conference with Roger Cruz regarding Wells Fargo account and case status; emails with Roger Cruz and Melanie Damien regarding same | 2.80 | 700.00 |
| | LMP | Attempted telephone conference with Charles Morgan regarding document production; discuss with Scott Dimond regarding document marshaling duties of receiver; review background of Charles Morgan; review memorandum regarding digest of Orders Appointing Receiver and Freezing Assets; draft emails to Scott Dimond regarding discovery costs of marshaling documents; telephone conference with Chris Fleites of Juris regarding discovery costs of production; draft correspondence to Charles Morgan regarding initial document demand; draft correspondence to Melanie Damien regarding retention agreement | 1.00 | 150.00 |
| 8/25/2007 | SMD | Review files received from personal representative; emails with Melanie Damien regarding show cause hearing; receive and review letter and inventory of personal representative from Charles Morgan's office | 1.10 | 275.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/2007 | SMD | Emails with Melanie Damien regarding computer investigation | 0.20 | 50.00 |
| 8/27/2007 | LMP | Research regarding interplay between SEC enforcement action and probate action; research regarding Receiver's authority regarding foreign accounts; research regarding due process repercussions of SEC enforcement action on non-parties; discuss with Scott Dimond regarding foregoing; telephone conference with Hung Nguyen regarding probate impact on federal matter | 4.00 | 600.00 |
| | MOA | Internet research for The Windward Islands Bank. | 0.20 | 19.00 |
| | SMD | Telephone conference with Melanie Damien and forensic computer consultant regarding retrieving Kunen computer; receive and review Request for Production to Charles Morgan; telephone conference with Charles Morgan regarding computers; meeting with Melanie Damien regarding asset sources; prepare letter to Windward Bank regarding status of accounts; telephone conference with Windward Bank regarding same; telephone conference with Robert Levenson and Roger Cruz regarding same; conference with Lorenz M. Prüss regarding research into probate issues | 5.10 | 1,275.00 |
| 8/28/2007 | SMD | Telephone conference with Melanie Damien and Bob Levenson regarding retaining St. Maarten counsel; emails with Eric de Vries regarding same; emails with Roger Cruz regarding consent and freeze order; receive and review same; conference with Melanie Damien regarding subpoenas, letters, files of Morgan | 2.50 | 625.00 |
| | LMP | Research regarding interplay between probate and federal receivership; review receivership manual documentation | 2.00 | 300.00 |
| 8/29/2007 | SMD | Telephone conference with Melanie Damian (multiple) regarding bank letters, computer issues, jurisdictional issues; Telephone conference with Roger Cruz (multiple) regarding same; prepare letter to Charles Morgan regarding computers and freeze order; Telephone conference with Charles Morgan regarding same; email with Eric de Vries regarding WIB claim; receive and review email from Alberto Arevalo regarding WIB notices; email with computer professional; emails with Melanie Damian regarding bank account; conference with Lorenz M. Prüss regarding jurisdictional research | 3.30 | 825.00 |
| | LMP | Discussion with Scott Dimond regarding probate exception; research regarding pure probate exception case law where personal representative or estate challenged; telephone conference with SEC attorney Roger Cruz regarding probate exception; telephone conference with Scott Dimond and Melanie Damien regarding probate exception | 2.00 | 300.00 |
| 8/30/2007 | SMD | Conference with Lorenz M. Prüss regarding research into probate jurisdiction; telephone conference with Melanie Damian (x3) regarding same; emails with Roger Cruz regarding deposition; email with Eric De Vries regarding WIB Account; telephone conference with Melanie Damian regarding probate jurisdiction and research of same | 2.90 | 725.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/30/2007 | LMP | Telephone conference with Melanie Damien regarding probate exception; discussion with Scott Dimond regarding probate exception; research regarding probate exception and probate court jurisdiction/custody of estate assets; research regarding priority of federal judgment with respect to probate estate; research re: whether automatic stay effected by federal proceeding on probate of estate; discussion with Scott Dimond regarding foregoing research; review case law provided by SEC counsel Roger Cruz; draft email to Scott Dimond regarding case law provided by SEC counsel Roger Cruz; discussion with Scott Dimond regarding case law provided by SEC counsel Roger Cruz; review Morgan Response | 5.50 | 825.00 |
| 8/31/2007 | SMD | Telephone conference with Lorenz M. Prüss regarding research into jurisdiction; receive and review Charles Morgan's motion; Telephone conference with Melanie Damian and Roger Cruz regarding same; receive and review case law regarding same; Telephone conference with Paul Adler regarding his losses | 1.80 | 450.00 |
| | LMP | Review Morgan Motion to Vacate; research regarding exceptions to Anti-Injunction Act; discussion with Scott Dimond regarding Morgan Motion to Vacate; discuss with Vicky Ceballos regarding assembly and organization of case law cited in support of Morgan Motion to Vacate; review same | 2.00 | 300.00 |
| | VC | Review and organize case law cited in motion to Dissolve Injunction and Order Appointing Receiver | 4.90 | 465.50 |

**For professional services rendered**  45.80  **$8,859.50**

Additional Charges :

| | | |
|---|---|---:|
| 8/27/2007 | Fedex - Inv. 8-132-37492 | 36.67 |
| 8/29/2007 | Esquire Express - Inv. 79590 | 10.86 |
| 8/31/2007 | Facsimile expense for August 2007. | 3.25 |
| | Postage expense for August 2007. | 1.23 |
| | Copy charge for August 2007. | 2.75 |
| | Scanning charge for August 2007. | 0.20 |
| | Copy charge for September 2007. | 1,365.50 |
| | Scanning charge for August 2007. | 40.00 |

**Total costs**  $1,460.46

**Total amount of this bill**  $10,319.96

|              | Amount      |
|--------------|-------------|
| Balance due  | $10,319.96  |

**Dimond Kaplan & Rothstein, P. A.**
2665 S. Bayshore Drive
Penthouse 2
Coconut Grove, FL 33133

*Invoice submitted to:*

Kunen


December 12, 2007


*Invoice* #3627

*File No:* 1343

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/1/2007 | SMD | Receive & review emails regarding Lady Jane Grace | 0.10 | 25.00 |
| 9/3/2007 | SMD | Review SEC filings; email exchanges with Melanie Damian and Roger Cruz regarding Motion to Vacate Injunction; research regarding same; receive and review Motion in Opposition of same; conference with Melanie Damian regarding claims against other potential defendants; communications with counsel in St. Maarten regarding WIB Bank asset; | 6.40 | 1,600.00 |
| 9/4/2007 | SMD | Prepare for and attend hearing on Motion to Vacate Injunction and Freeze Order; emails with co-counsel in St. Maarten regarding WIB accounts; telephone conference with Melanie Damian regarding subpoenas to potential target defendants | 3.20 | 800.00 |
|  | MOA | Prepare list of target addresses; review each file to obtain contact information; review files in preparation for Ikon to copy; telephone conference with Ikon to arrange for pick up and copy. | 0.70 | 66.50 |
| 9/5/2007 | MOA | Review of xerox material from Ikon. | 0.60 | 57.00 |
|  | SMD | Telephone conference with Melanie Damian regarding discovery order restricting Morgan; meeting with computer expert regarding Kunen computer; review file transfer; emails with SEC and Melanie Damian regarding Charles Morgan's request for production; Telephone conference with Melanie Damian regarding same | 1.20 | 300.00 |
| 9/6/2007 | SMD | Receive & review emails from Bob Levenson regarding status of negotiations; Telephone conference with Melanie Damian regarding same; Telephone conference with Melanie Damian and Russell Weigel regarding same | 1.20 | 300.00 |
|  | MOA | Prepare redweld, folders and labels necessary to duplicate principal representative's investor files. | 3.20 | NO CHARGE |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/7/2007 | SMD | Telephone conference with Melanie Damian (x2) regarding settlement discussions; emails with Roger Cruz regarding Motion for Enlargement of Time; revisions of same; receive and review Order regarding same; emails with Gaston Bell regarding WIB account balance | 1.20 | 300.00 |
|  | MOA | Assist in making duplicate copy of original client's material for Melanie Damian; telephone to Esquire Express for delivery arrangement | 1.80 | NO CHARGE |
| 9/10/2007 | SMD | Emails with Roger Cruz regarding meeting and settlement discussion; Attend meeting with Melanie Damian regarding discovery and collections efforts. Conference with Lorenz M. Prüss regarding victim's database and contacts; Telephone conference with investor regarding claim; Telephone conference with Melanie Damian and Russell Weigel regarding settlement; receive and review interrogatories from Russell Weigel regarding assets; emails with SEC regarding WIB account; receive and review bill from Damian & Valori | 4.00 | 1,000.00 |
|  | LMP | Discussion with Scott Dimond regarding investor contact project; draft email to Mari Alonso providing instructions regarding investor contact project | 0.20 | 30.00 |
| 9/11/2007 | SMD | Meet with Roger Cruz and Bob Levenson; conference with Melanie Damian regarding same; telephone conference with investor Delton Heath; prepare letter to Charles Morgan enclosing files; conference with Lorenz M. Prüss regarding investor list and subpoenas; receive and review proposed stipulation from Russel Weigel; receive and review information regarding apartment lease and BMW; Telephone conference with Melanie Damian regarding same; Telephone conference with Andrew Kaplan regarding expert retainer | 3.70 | 925.00 |
|  | LMP | Discussion with Mari Alonso and Vicky Ceballos regarding investor contact project; telephone conference with (multiple) with Lisa Diaz regarding subpoenas; exchange emails with Lisa Diaz regarding subpoenas; discussion with Scott Dimond regarding investor contact project; review multiple subpoenas delivered by Melanie Damien; discussion with Mari Alonso regarding preparation of subpoenas; discuss with Vicky Ceballos regarding preparation of subpoenas; discuss management of subpoena project; discuss with Dirk Pentico regarding preparation of subpoenas; discuss with Scott Dimond regarding service of subpoenas | 1.70 | 255.00 |
|  | VC | Prepare, review investor contact packages; Prepare, review master database of investors; discuss with Lorenz Prüss regarding investor contact project; discuss with Mari Alonso regarding verification of information used for investor contact project; | 8.00 | 760.00 |
|  | MOA | Review of investors profiles and revise same; confirm investors current information for mail out. | 5.20 | 494.00 |
|  | DP | Edit subpoena form for investors; add recipients information to forms | 2.60 | 247.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours | Amount        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------------|
| 9/12/2007  | VC  | Prepare, review investor contact packages; Prepare, review master database of investors; discuss with Lorenz Prüss regarding investor contact project; discuss with Mari Alonso with regarding verification of information used for investor contact project;                                                                                                                                                                                                                                                                                                                                          | 6.00  | 570.00        |
|            | LMP | Discussion with Dirk Pentico regarding subpoenas; discuss with Vicky Ceballos regarding investor contact project; discussion with Scott Dimond regarding status of investor contact project; review master investor list; review document provided by SEC; draft retainer agreement of Dimond Kaplan & Rothstein, PA; discussion with Vicky Ceballos and Dirk Pentico regarding investor contact project; discussion with Scott Dimond regarding seizing control of leased property and assets therein; exchange emails with Vicky Ceballos, Mari Alonso and Scott Dimond regarding revisions to investor contact project; draft email to Scott Dimond regarding seizing control of leased property and assets therein; review public database for missing investor information | 3.00  | 450.00        |
|            | DP  | Edit subpoenas, add recipients                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 2.70  | 256.50        |
|            | SMD | Telephone conference with Melanie Damian and Roger Cruz regarding settlement proposal; review investor list; emails regarding same to Robert Levenson and Roger Cruz; Telephone conference with Charles Morgan regarding investor information and settlement; conference with Lorenz M. Prüss regarding apartment property; Telephone conference with investor regarding claims                                                                                                                                                                                                                        | 3.30  | 825.00        |
| 9/13/2007  | VC  | Organize case law in red wells.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 3.00  | NO CHARGE     |
|            | MOA | continue to update investor's contact information; individual/person searches for various investor with unknown address.                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 4.90  | 465.50        |
|            | SMD | Telephone conference with Melanie Damian (x4) regarding assets, discovery and settlement; telephone conference with Roger Cruz regarding same; telephone conference with Salvador Massey regarding computer discovery; emails with Melanie Damian regarding same; telephone conference with and emails with investors regarding discovery; revise investor letter; conference with Lorenz M. Prüss regarding same                                                                                                                                                                                      | 2.20  | 550.00        |
|            | LMP | Edit retainer agreement of Dimond Kaplan & Rothstein; discuss with Scott Dimond regarding seizure of leased property; discussion with Mari Alonso regarding locating missing investors; review incomplete lease provided by counsel; telephone conference with Lisa Diaz regarding incomplete lease; discussion with Scott Dimond regarding incomplete lease; draft investor contact letter; draft email to Scott Dimond regarding incomplete lease; research regarding: lessor found on incomplete lease                                                                                              | 2.50  | 375.00        |
| 9/14/2007  | MOA | Continue to update and edit investors' contact information; prepare investors' contact status log and information chart                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 2.70  | 256.50        |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                            | Hours | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 9/14/2007  | DAR | Review of investor correspondence for Scott M. Dimond.                                                                                                                                                                                                                                                                                                                                      | 0.20  | NO CHARGE |
|            | VC  | Prepare, review investor contact packages; discuss with Lorenz Prüss regarding investor contact project; discuss with Dirk Pentrico regarding subpoenas directed to investors per Investor Contact Project; discuss with Lorenz Prüss investor contact project; discuss with Scott Dimond status of investor contact project                                                                | 5.50  | 522.50    |
|            | LMP | Manage investor contact project including review, edit of correspondence to investors, review, edit of subpoenas to investors; discuss with Scott Dimond regarding investor contact project; discuss with Vicky Ceballos and Lupe Perez regarding investor contact project; discussion with Mari Alonso regarding investor contact project; exchange emails with Scott Dimond regarding subpoena deadlines | 3.00  | 450.00    |
|            | SMD | Telephone conference with Melanie Damian regarding Texas asset, depositions; receive and review proposed stipulation from Roger Cruz regarding same; revise letter to Washington Mutual Bank regarding same; Telephone conference with Melanie Damian regarding same; revise and send investor letters and subpoenas; conference with Lorenz M. Prüss regarding same; Telephone conference with Melanie Damian regarding same; conference with David Rothstein regarding same | 4.50  | 1,125.00  |
|            | DP  | Review, edit subpoenas; assist document collation; deliver mailings to Fedex                                                                                                                                                                                                                                                                                                                | 4.10  | 389.50    |
|            | MP  | Prepare, assemble packets for investor contact project                                                                                                                                                                                                                                                                                                                                      | 2.00  | 190.00    |
| 9/15/2007  | VC  | Prepare, review investor contact packages; Prepare, review master database of investors; discuss with Lorenz Prüss regarding investor contact project;                                                                                                                                                                                                                                      | 3.00  | 285.00    |
|            | LMP | Manage investor contact project; discussion with Vicky Ceballos regarding review of investor contract packets                                                                                                                                                                                                                                                                               | 0.50  | 75.00     |
| 9/17/2007  | MP  | Prepare, assemble packets for investor contact project                                                                                                                                                                                                                                                                                                                                      | 1.00  | 95.00     |
|            | DP  | Review, edit subpoena to investors; prepare, edit, review subpoena mailing master list                                                                                                                                                                                                                                                                                                      | 6.40  | 608.00    |
|            | VC  | Prepare, review investor contact packages; discuss with Lorenz Prüss regarding investor contact project; discuss with Dirk Pentico regarding subpoenas directed to investors per Investor Contact Project; discuss with Lorenz Prüss regarding investor contact project; discuss with Lorenz Prüss and Dirk Pentico regarding investor contact project;                                     | 9.00  | 855.00    |
|            | SMD | Conference with Lorenz M. Prüss regarding investor calls; finalize investor letters; telephone conference with investor; attend telephone deposition of Laura Sullivan; attend telephone deposition of Matthew Kunen; revise Motion for Enlargement of Time; Telephone conference with Melanie Damian and Roger Cruz regarding same; telephone conference with Melanie Damian regarding depositions, safety deposit | 3.60  | 900.00    |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | box; telephone conference with CitiBank regarding receivership accounts |  |  |
| 9/17/2007 | LMP | Discussion with Vicky Ceballos and Dirk Pentico regarding investor contact project; draft email to Mari Alonso, Dirk Pentrico, and Vicky Ceballos regarding investor contact project status; review subpoenas to investors; review correspondence to to investors | 1.30 | 195.00 |
| 9/18/2007 | LMP | Discussion with Vicky Ceballos regarding status of investor contact project; discuss with Scott Dimond regarding status of investor contact project; discuss case organization; discuss with Scott Dimond, Mari Alonso and Vicky Ceballos regarding case organization and assignments | 1.00 | 150.00 |
|  | VC | Discuss with Lorenz Pruss regarding status of investor contact project; Conference with Scott Dimond, Mari Alonso, and Lorenz Pruss regarding case organization and assignments; Prepare fax coversheet for Scott M. Dimond to forward freeze order | 2.00 | 190.00 |
|  | SMD | Receive & review watches; Secure safety deposit box; Telephone conference with Gibraltar's counsel regarding same; receive and review motion to stay; Telephone conference with Melanie Damian regarding same, depositions, safe deposit box; Telephone conference with Salvatore Massa regarding computer issues; conference with Lorenz M. Prüss and Melanie Damian regarding investor database | 2.00 | 500.00 |
|  | MOA | Meeting with Scott Dimond and Lorenz Pruss regarding investor contact list; prepare contact list; gather information. | 1.00 | 95.00 |
| 9/19/2007 | VC | Prepare, review master database of investors; discuss with Lorenz Pruss regarding investor contact project; discuss with Mari Alonso regarding verification of information used for investor contact project; discuss case organization with Lorenz Pruss | 0.50 | 47.50 |
|  | SMD | Attend deposition of Marilyn Kunen; Telephone conference with Melanie Damian regarding deposition of Peter Kunen; Telephone conference with Roger Cruz regarding same, settlement with Charles Morgan; email with St. Maarten counsel regarding status of WIB accounts | 4.20 | 1,050.00 |
|  | LMP | Review email from Ken J Orkney regarding confirming not victim of Kunen; discuss with case organization with Vicky Ceballos | 0.20 | 30.00 |
| 9/20/2007 | MOA | Continue to organize and update investors' contact information and status log | 1.90 | 180.50 |
|  | VC | Prepare correspondence to Homero Cevallos regarding investor contact; Prepare, edit subpoena to Homero Cevallos; Re-organize pleading binder; Update Investor Contact List | 6.00 | 570.00 |
|  | LMP | Leave voicemail for Tom Hennessy regarding investor contact; telephone conference with Terry Reinert regarding investor contact; discussion with Scott Dimond regarding investor contact; review | 3.00 | 450.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | correspondence to Homero Cevallos regarding investor contact; review, edit subpoena to Homero Cevallos; draft email to Mari Alonso and Vicky Ceballos investor contact database; telephone conference with Tom Hennesy regarding investor claim; telephone conference with Setema Galie regarding investor claim; Telephone conference with Matt Stroshine regarding investor claim; telephone conference with Neil Kay regarding investor claim; telephone conference with William Piatt regarding investor claim; telephone conference with Scott Hudson regarding investor claim; review materials produced by Charles Morgan | | |
| 9/20/2007 | SMD | Receive & review emails from Lady Jane Grace; conference with Lorenz M. Prüss regarding investors calls; Telephone conference with Melanie Damian and Roger Cruz regarding status of settlement and discovery; receive and review emails regarding recovery of watches from Kunen children; Telephone conference with investor; Telephone conference with Roger Cruz and Russell Weigel regarding settlement documents; emails with St. Maarten counsel regarding WIB account | 1.40 | 350.00 |
| 9/21/2007 | LMP | Telephone conference with Neil Kay regarding investor losses; telephone conference with William Platt regarding investor losses; draft email to Jamie Geartner regarding Tom Hennessy; draft email to Vicky Ceballos and Mari Alonso regarding investor contact; telephone conference with James Moore regarding possible lease with Kunen; review email from Neil Kay | 1.50 | 225.00 |
| | VC | Re-organize and file correspondence, attorney notes & memos in its binders; Update Investor Contact List | 3.00 | NO CHARGE |
| | SMD | Emails with Albert Arevalo regarding international assistance; Telephone conference with Melanie Damian and Chris Failla regarding computer search; emails with Roger Cruz, Russel Weigel, and Melanie Damian regarding settlement; telephone conference with witness Thomas Hastings; conference with Lorenz M. Prüss regarding same; send files to Melanie Damian; telephone conference with Scott Poulin regarding account (message) | 1.40 | 350.00 |
| 9/24/2007 | MOA | Organize and update investors' log; organize individual investor documents. | 2.00 | 190.00 |
| | LMP | Telephone conference with Matt Stroshine regarding investment; retrieve voicemail from Victor Dowling, Jr regarding investor contact; review documents received from Neil Kay | 1.00 | 150.00 |
| | SMD | Telephone conference with Charles Morgan regarding settlement; telephone conference with Melanie Damian (x2) regarding same, discovery; telephone conference with Scott Poulin regarding receivership account; telephone conference with Gaston Bell and Melanie Damian regarding WIB account | 0.80 | 200.00 |
| 9/25/2007 | MOA | Continue to update investors' status log; | 1.30 | 123.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/25/2007 | LMP | Telephone conference with Steven McConnell regarding investor contact; telephone conference with Bruce Dyson regarding investment contacts; telephone conference with Steven McConnell and Scott Hudson regarding investor contact; discussion with Vicky Ceballos regarding file preparation; telephone conference with Setema Gali; telephone conference with Chris Baker regarding investment contact; review, edit memoranda regarding investor contact; discuss with Vicky Ceballos regarding standing assignment regarding investor contact | 2.00 | 300.00 |
|  | SMD | Telephone conference and emails with Melanie Damian regarding Rolexes' documents received; telephone conference with Scott Poulin regarding receivership account; conference with Lorenz M. Prüss regarding investor calls | 0.40 | 100.00 |
| 9/26/2007 | MOA | Update investors' status log and finalize organization of documents | 2.60 | 247.00 |
|  | LMP | Review, edit memoranda regarding Chris Baker and O'Neals; meet with Patrick and Shari O'Neal regarding investments; review documentation provided William Platt | 1.00 | 150.00 |
|  | SMD | Conference with Lorenz M. Prüss regarding investor meeting; Telephone conference with Salvatore Massa (message) regarding discovery; Telephone conference with Melanie Damian (x3) regarding accounts, settlement discovery, Rolexes in safety deposit box; emails with Scott Poulin regarding receivership account; Telephone conference with Charles Morgan (message) regarding hearing | 1.40 | 350.00 |
| 9/27/2007 | SMD | Telephone conference with Roger Cruz and Melanie Damian regarding settlement strategy; receive and review proof of claim form; telephone conference with Bruce Hornick regarding liquidation of watches; receive and review emails with Andrew Kaplan regarding assets; telephone conference with Salvatore Massa regarding computer issues | 0.80 | 200.00 |
|  | MOA | Finalize organization of all materials received; continue to update investors' status log | 3.80 | 361.00 |
| 9/28/2007 | SMD | Emails with Salvatore Massa regarding computer issues; Telephone conference with Salvatore Massa and Chris Failla and SEC IT professional; receive and review corporate bank subpoenas; Telephone conference with Melanie Damian regarding discovery; receive and review status chart | 1.10 | 275.00 |
| 9/29/2007 | SMD | Revise statement of claim in probate matter; review status report of discovery subpoenas | 0.30 | 75.00 |
|  |  | **For professional services rendered** | **167.00** | **$23,507.50** |

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 9/1/2007 | Westlaw charge for August 2007. | NO CHARGE |
| 9/4/2007 | Ikon - Inv.MIA07090003 | 550.61 |
| 9/7/2007 | Esquire Express - Inv. 79590 | 11.77 |
| 9/11/2007 | Esquire Express Inc. - Inv. 80015 | 27.55 |
| 9/14/2007 | Fedex - Inv. 8-138-32672 | 42.91 |
| 9/21/2007 | Esquire Express Inc. - Inv. 80015 | 14.17 |
| 9/30/2007 | Fedex - Inv. 2-280-81180 | 1,172.19 |
| | Postage expense for September 2007. | 5.35 |
| | Westlaw research for September 2007. | NO CHARGE |
| | **Total costs** | **$1,824.55** |
| | **Total amount of this bill** | **$25,332.05** |
| | **Previous balance** | **$10,319.96** |
| | Balance due | $35,652.01 |

# Dimond Kaplan & Rothstein, P. A.
2665 S. Bayshore Drive
Penthouse 2
Coconut Grove, FL 33133

*Invoice submitted to:*

Kunen

December 12, 2007

*Invoice* #3628

*File No:* 1343

    Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/2007 | SMD | E-mails with Russell Weigel, Charles Morgan and Roger Cruz regarding settlement; Telephone conference with Russell Weigel regarding same; Telephone conference with Roger Cruz regarding same; Telephone conference with Melanie Damian regarding same, discovery; Telephone conference with Scott Poulin regarding receivership account; Complete account paper work. | 0.80 | 200.00 |
| | MOA | Update investor's status log; review each individual investors' folio for amount of investment; locate agreement date. | 4.80 | 456.00 |
| 10/2/2007 | MOA | Update investor's status log; organize investors additional documents | 1.40 | 133.00 |
| 10/3/2007 | SMD | Telephone conference with Melanie Damian regarding discovery; Receive and review European bank subpoenas; Telephone conference with Andy Kaplan regarding tracking of assets; Revise proof of claim; Telephone conference with Melanie Damian regarding same; E-mail with Eric de Vries regarding Account status | 1.20 | 300.00 |
| 10/4/2007 | MOA | Update investor's status log; receiver documents form T. Brown; review same; update T. Brown information; review case files for management. | 1.40 | 133.00 |
| | SMD | Receive and review subpoena for Monaco Bank; Telephone conference with Chris Faiella regarding status of computer search; Telephone conference with Melanie Damian regarding deposition of Dr. Field; E-mails with Wells Fargo regarding recovery of account balance; Telephone conference with Wells Fargo regarding same; E-mails with Roger Cruz regarding settlement with Morgan | 0.90 | 225.00 |
| 10/5/2007 | SMD | E-mails with Roger Cruz regarding settlement; E-mails with Melanie Damian regarding Will Fargo funds; Telephone conference with Melanie Damian and Chris Failla regarding Kunen computer; Telephone conference with investor; E-mails to E-trade regarding | 1.10 | 275.00 |

305-374-1920

|            |     |                                                                                                                                                                                                                                                                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | account; Telephone conference with Gibraltar Bank counsel (message) regarding safe deposit box                                                                                                                                                                                                                                                                       |       |        |
| 10/5/2007  | MOA | Update calendar regarding interview dates for various investors; update investor contact log and status chart; receive and review letter and document from M. Januszczyk's lawyer; organize and file same.                                                                                                                                                           | 1.60  | 152.00 |
|            | VC  | Telephone conference with investor Paulsen to reschedule telephone conference with Lorenz Pruss; Telephone conference with investor Dr. Sanchez to schedule telephone conference with Lorenz Pruss; Review, assemble production of documents by investors                                                                                                            | 0.30  | 28.50  |
| 10/8/2007  | LMP | Review notes regarding investors; telephone conference with Januszczyk regarding investor contact                                                                                                                                                                                                                                                                    | 0.60  | 90.00  |
|            | SMD | E-mail with cocounsel and accounting expert regarding meaning                                                                                                                                                                                                                                                                                                        | 0.20  | 50.00  |
| 10/9/2007  | SMD | Conference with Andrew Kaplan regarding accounting; emails from bank regarding fund transfers; receive and review fax sent by Russell Weigel                                                                                                                                                                                                                         | 0.40  | 100.00 |
|            | LMP | Telephone conference with Victor Dowling regarding investor contact; review notes regarding Victor Dowling regarding investor contact; telephone conference with Delton Heath; telephone conference with John Clossen regarding investor contact; exchange emails with Vicki Ceballos regarding investor contact; review correspondence by Charles Morgan regarding investors | 2.30  | 345.00 |
|            | VC  | Print and file Lorenz Pruss memo regarding telephone conference with investor Dowling; Call to investor Paulsen to schedule telephone conference with Lorenz Pruss twice.                                                                                                                                                                                            | 0.40  | NO CHARGE |
|            | MOA | Receive & review documents from various investors; update investors log; organize same.                                                                                                                                                                                                                                                                              | 3.00  | 285.00 |
| 10/10/2007 | SMD | Receive & review Wells Fargo payment, conference with Scott Poulin regarding same; Prepare fax to Bank of America; Telephone conference with Melanie Damian (Multiple) regarding same; Telephone conference with Melanie Damian, Roger Cruz, Andy Kaplan regarding asset tracing and settlement issues.                                                              | 1.70  | 425.00 |
|            | LMP | Review memorandum regarding possible lease of property by Dr. Kunen; draft email to Scott Dimond and Melanie Damian regarding same; discuss with Scott Dimond regarding same; attempt telephone conference with Jacqueline Olivos regarding investor contact; exchange emails with Scott Dimond regarding document review                                            | 0.70  | 105.00 |
| 10/11/2007 | VC  | Called Investor Paulsen twice to schedule telephone conference with Lorenz Pruss; Edit, print and file Lorenz Pruss memo regarding telephone conference with Investor Gali and Pust                                                                                                                                                                                  | 0.40  | NO CHARGE |

Kunen                                                                                                           Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/11/2007 | MOA | Receive & review documents from various investors; log same; update investor's status chart; update investors information log; calendar interview dates | 2.40 | 228.00 |
|  | LMP | Telephone conference with Lawrence Pust regarding investor contact; review documents delivered by investors to Scott Dimond; telephone conference (multiple) with office of Mallory Horne regarding investor contact; draft emails to Scott Dimond and Melanie Damian regarding Kunen bank account in Spain | 2.00 | 300.00 |
| 10/12/2007 | SMD | E-mail with Lorenz M. Prüss regarding Deutsche Bank | 0.10 | 25.00 |
|  | LMP | Discuss with Mari Alonso regarding investor contact status; attempt telephone conference with Lawrence Paulsen; review email from Kenneth Murena regarding Spanish account controlled by Kunen | 1.00 | 150.00 |
|  | MOA | Receive & review various e-mails with investors' information; update investors log; printout of e-mails; file accordingly; review and organize files for case management. | 2.10 | 199.50 |
|  | VC | Telephone conference with investor Paulsen scheduling telephone conference with Lorenz Pruss. Edit, print and file individually Lorenz Pruss memo regarding telephone conference with investors Pust and Paulsen . | 0.60 | NO CHARGE |
| 10/15/2007 | MOA | Receive & review investor documents; update status log; review and organize file for case management. | 1.20 | 114.00 |
|  | VC | Prepare and file memo from Lorenz M. Prüss regarding telephone conference with investors Paulsen and Pust | 0.30 | NO CHARGE |
|  | LMP | Telephone conference with Janucsyzk regarding investor contact; review documents provided by Tony Larson; prepare, edit, review memorandum regarding Janucsyzk regarding investor contact | 1.00 | 150.00 |
|  | SMD | Telephone conference with Melani Damian regarding status of case and asset transfer; Telephone conference with Roger Cruz regarding same; Telephone conference with Andy Kaplan (Messages) regarding tracing analysis; Emails with Roger Cruz and Russell Weigel regarding settlement and Motion for Status Conference; review and revise same | 0.90 | 225.00 |
| 10/16/2007 | LMP | Discuss with Scott M. Dimond and Vicki Ceballos regarding status of investor teleconferences; retrieve voicemail form Tom Hennessy | 0.30 | 45.00 |
|  | SMD | Conference with Lorenz M. Prüss regarding investor call; receive and review emails regarding AOL Subpoena; emails regarding Bank of America deposit; receive and review citibank subpoena | 0.40 | 100.00 |
| 10/17/2007 | MOA | Update investor contact information and status log; update pleadings; review and organize investor's documents. | 2.50 | 237.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/17/2007 | LMP | Telephone conference with Tom Hennessy regarding investor contact;Telephone conference with Delton Heath regarding advising receiver is not legal counsel to investors; review documents produced by Januscysk; exchange emails with Vivki Ceballos regarding investor contact; discuss with Mari Alonso regarding receiver role in SEC litigation; draft email to Mari Alonso regarding subpoena to Hennessy | 1.00 | 150.00 |
|  | SMD | Receive & review e-mails regarding Gibraltar account totals; emails with Lorenz M. Prüss regarding investor call; emails and Telephone conference with Roger Cruz regarding Motion for Status Conference; emails with Melani Damian and Russell Weigel regarding same | 0.90 | 225.00 |
| 10/18/2007 | MOA | Westlaw people search for Thomas Hennessey; prepare subpoena, prepare correspondence and fax to Hennessey; receive and review additional investor's documents; update log; file and organize case for management. | 4.70 | 446.50 |
| 10/19/2007 | LMP | Telephone conference with Hennessy; review target and victim matrix | 0.50 | 75.00 |
|  | SMD | Telephone conference with Melanie Damian (x3) regarding discovery, assets; Telephone conference with Melanie Damian and Andy Kaplan regarding Provence scheme; receive and review emails regarding same; Receive and review letter from Charles Morgan regarding probate claims; email from Andy Kaplan regarding Bank of America transfers. | 0.90 | 225.00 |
|  | SMD | Conference with Lorenz M. Pruss regarding Investor call (Hennessy); E-mails with Russell Weigel regarding status conference; Telephone conference with Melanie Damian (message) regarding same; E-mail from Terrence Matroos regarding WIB; | 0.60 | 150.00 |
| 10/20/2007 | SMD | E-mail with Melanie Damian regarding Marc Drucker deposition | 0.20 | 50.00 |
| 10/22/2007 | SMD | Receive & review Deutsche Bank statement; Receive & review order setting status conference; Telephone conference with Kenneth Murena and AOL representative regarding AOL account access | 0.60 | 150.00 |
|  | MOA | Continue to review and organize documents received from various investors; update status log; prepare individual folders for same; background search on T. Hennessey; locate address for same. | 2.80 | 266.00 |
| 10/23/2007 | SMD | Receive & review Motion to Sell BMW; Telephone conference (message) Melanie Damian; E-mail with Kenneth Murena regarding AOL verification form; complete same | 0.20 | 50.00 |
|  | LMP | Review file regarding Belser; review file regarding Williams; review documents produced by Liem D. Leigh | 0.50 | 75.00 |
| 10/24/2007 | MOA | Update investors' status log; discussion with L. Pruss regarding Hennessey, Williams and Leigh; individual search for Leigh's current phone number. | 1.80 | 171.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/24/2007 | SMD | Telephone conference with Melanie Damian regarding case status; Receive and review IRS claim | 0.90 | 225.00 |
|  | LMP | Telephone conference with Liem Leigh regarding receivership and probate matter; review Lien Leigh documents; discuss with Vicki Ceballos regarding same; discuss with Mari Alonso regarding same | 1.00 | 150.00 |
| 10/25/2007 | VC | Telephone conference with investor Belser regarding investor interview; Telephone conference with investor Horne regarding investor interview; | 0.30 | 28.50 |
|  | SMD | Conference with Melanie Damian regarding collections | 0.10 | 25.00 |
|  | MOA | Update investors' status log | 0.60 | 57.00 |
| 10/26/2007 | VC | Telephone conference with investor Leigh regarding investor interview; | 0.10 | 9.50 |
|  | SMD | E-mail with Kenneth Murena regarding BMW and Yahoo account | 0.20 | 50.00 |
| 10/29/2007 | LMP | Telephone conference with Belser regarding investor contact;Telephone conference with Williams regarding investor contact;Telephone conference with Olivos regarding investor contact | 1.00 | 150.00 |
|  | SMD | Telephone conference with Melanie Damian and Kenneth Murena regarding status of assets and discovery; Receive and review e-mails with Roger Cruz and Melanie Damian regarding same; Receive and review e-mails regarding WIB account; Telephone conference with Melanie Damian and Roger Cruz regarding status conference | 1.10 | 275.00 |
|  | VC | Review, edit memorandum by Lorenz M. Prüss regarding telephone conference with investor Belser | 0.20 | 19.00 |
| 10/30/2007 | SMD | Receive & review Motion for Settlement with Arthur Drucker; Meet with Roger Cruz, Melanie Damian and Andy Kaplan regarding tracing of assets; Conference with Melanie Damian and Robert Levenson regarding same; Conference with Kenneth Murena regarding Drucker Motion. | 2.20 | 550.00 |
|  | LMP | Review documents produced by Jaclyn Olivos regarding investor contact | 0.40 | 60.00 |
|  | MOA | Organize new material ; review and file; update investors' status log and investors' information log. | 2.30 | 218.50 |
|  | VC | Telephone conference with investor Horne's assistant regarding investor interview | 0.10 | 9.50 |
| 10/31/2007 | SMD | Telephone conference with Melanie Damian regarding depositions; Receive and review e-mails from Kenneth Murena regarding Drucker agreement, Wells Fargo documents, target list; Receive and review e-mails from Andrew Kaplan regarding Kunen transactions; Receive and review order regarding sale of BMW | 0.70 | 175.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/31/2007 | LMP | Telephone conference with James Olivos regarding investor contact, review J Olivos documents | 0.30 | 45.00 |
|  | MOA | Update investor status log; review files for case management. | 0.40 | 38.00 |
|  |  | **For professional services rendered** | **64.60** | **$9,195.00** |

Additional Charges :

| | | |
|---|---|---:|
| 10/9/2007 | Mailing Supplies | 52.41 |
| 10/31/2007 | Copy charge for October 2007. | 14.00 |
|  | Scanning charge for October 2007. | 4.90 |
|  | Facsimile charge for October 2007. | 4.25 |
|  | **Total costs** | **$75.56** |
|  | **Total amount of this bill** | **$9,270.56** |
|  | **Previous balance** | **$35,652.01** |
|  | Balance due | $44,922.57 |