## Damian & Valori LLP
### 1000 Brickell Avenue, Suite 1020
### Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | August 31, 2007 |
| End of Billing Date: | Aug 31/07 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3425 |

**RE:** Securities and Exchange Commission v. Robert Morgan

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-23-07 | Review pleadings; review SEC exhibits; meeting with Receiver and SEC regarding status and strategy; meeting with Receiver regarding status and strategy. | 3.50 | 875.00 | MME |
| Aug-24-07 | Telephone calls with Scott Dimond regarding status and strategy; review materials provided by SEC; draft document request letter to SEC; draft subpoena to Personal Representative, and Jewelry companies. | 3.70 | 925.00 | MME |
| Aug-27-07 | Meeting with Scott Dimond regarding status and strategy; reviewing materials provided by Charlie Morgan; preparing letters and draft subpoenas to banks. | 7.40 | 1,850.00 | MME |
| | Draft letter to sons of the deceased regarding request for information and notification of appointment of receiver and duty to produce documents. | 0.50 | 125.00 | PFV |
| Aug-28-07 | Telephone calls with Scott Dimond regarding status and strategy; telephone calls with Bob regarding international accounts; telephone call with St. Maarten's bank; telephone call with attorney in St. Maarten regarding accounts; attention to sending subpoenas and letters to financial institution, Kunen's sons and potential vendors. | 2.70 | 675.00 | MME |
| Aug-29-07 | Telephone calls with SEC and Scott Dimond regarding status and strategy and preparation for hearing show cause; telephone calls with | 3.50 | 875.00 | MME |

financial institutions regarding funds and
freeze order.

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Aug-30-07 | Telephone calls with Scott Dimond regarding status and strategy; telephone calls with SEC regarding status and strategy; telephone calls with financial institutions regarding subpoenas; email correspondence with financial institutions, and recipients of subpoenas regarding compliance. | 7.50 | 1,875.00 | MME |
| Aug-31-07 | Telephone calls with financial institutions regarding subpoenas; telephone calls with jewelry vendors regarding subpoena; telephone call with Scott Dimond and SEC regarding status and strategy; review Personal Representative's Morgan's brief and cases. | 3.80 | 950.00 | MME |

HOUR TOTALS:                                        32.60              $8,150.00

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 32.10 | $250.00 | $8,025.00 |
| Peter Valori | PFV | 0.50 | $250.00 | $125.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| Photocopies | | 3.48 |
| Totals | | $3.48 |

**Total Fee & Disbursements**                                        **$8,153.48**

**Balance Now Due**                                                  **$8,153.48**

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | September 30, 2007 |
| End of Billing Date: | Sep 30/07 |

**Attention:**  Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3426 |

**RE:**   Securities and Exchange Commission v. Robert Morgan

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-03-07 | Meeting with Scott Dimond regarding status and strategy; review targets for subpoena and funds; review SEC brief in response to Morgan's motion. | 3.00 | 750.00 | MME |
| Sep-04-07 | Prepare for and attend hearing on PR's motion to vacate; send out subpoena to target group. | 3.50 | 875.00 | MME |
| Sep-05-07 | Telephone calls with financial institutions and recipients regarding subpoenas; telephone calls with forensic computer company regarding extracting information. | 1.30 | 325.00 | MME |
| Sep-06-07 | Review subpoena responses; attention to identifying additional assets. | 1.30 | 325.00 | MME |
| | (No Charge) Meet with Melanie Damian to discuss background of Receivership and litigation strategy by counsel for Receiver, SEC Complaint, Order Appointing Receiver, Motion for Asset Freeze and Exhibits thereto, and Order Freezing Assets and Requiring Accounting. | 0.80 | 0.00 | KDM |
| Sep-07-07 | (No Charge) Review SEC complaint, order appointing receiver and various affidavits. | 1.50 | 0.00 | CP |
| Sep-08-07 | (No Charge) Review SEC Complaint, Order Appointing Receiver, Order Freezing Assets and Requiring Accounting, and Exhibits to Motion for Asset Freeze; work on litigation strategy outline. | 4.60 | 0.00 | KDM |

| Sep-09-07 | Research regarding Florida law on requisites for imposition of a constructive trust; draft memorandum regarding same. | 2.80 | 420.00 | CP |
|---|---|---|---|---|
| | Research regarding the imposition of constructive trusts and equitable liens on assets and proceeds acquired by fraudulent means and whether such trust predate the creation of the Probate Estate and therefore is property of the Receivership . | 0.80 | 200.00 | KDM |
| Sep-10-07 | Review documents from SEC; prepare subpoenas to additional targets; telephone calls with financial institutions; meeting with Scott Dimond regarding status and strategy. | 4.70 | 1,175.00 | MME |
| | Research regarding issue of standing of creditors of probate estate to contest receivership and receive distributions and case law regarding constructive trust; research cases regarding conflict between  receivership creditors and probate creditors; perform additional research regarding constructive trust and standing in a receivership case and provide a detailed summary of  General Coffee Corp.; draft argument on constructive trust. | 3.20 | 480.00 | CP |
| | Meet with Receiver and Melanie Damian to discuss status of Receivership, marshalling and administering of assets, subpoenas to be sent out, responses to subpoenas received, accounts that may hold Receivership funds, investors and potential investors; review documents regarding investors' personal and financial information, bank and investment accounts' of Kunen, family members and investors, assets acquired by Kunen and family members, funds transferred by Kunen and investors, Kunen's criminal history and prior litigation; determine current addresses of family members, real estate interests of Kunen and family members, and location of assets of Kunen and family members; prepare detailed list of personal information, properties, companies, accounts and potentially helpful investors. | 5.70 | 855.00 | CP |
| Sep-11-07 | (No Charge) Meeting with SEC regarding agreement with personal representative; | 0.30 | 0.00 | MME |

| | | | | |
|---|---|---|---|---|
| | review documents; review and revise additional subpoenas; prepare for deposition; review responses to subpoenas; identify assets to recover; telephone call to Scott Dimond regarding status and strategy; telephone calls with recipients of subpoenas regarding compliance. | | | |
| | Review and organize documents produced by SEC and Personal Representative of Kunen Probate Estate and discuss documents with Melanie Damian; discuss various assets and their location, including automobiles, jewelry and real property purchased by Kunen with ill-gotten gains; work on preparation of various subpoenas for documents and depositions duces tecum;  review and revise subpoena for deposition duces tecum of Marilyn Kunen; update general information schedule and to do list and discuss game plan going forward with Melanie Damian | 5.20 | 1,300.00 | KDM |
| Sep-12-07 | Telephone calls with SEC and Receiver regarding status and strategy; receipt and review proposal from PR; receipt and review various responses to subpoenas; telephone call with counsel for PR regarding logistics and stipulation. | 2.80 | 700.00 | MME |
| | Research prior receiverships on Pacer for orders where court awarded Receiver a constructive trust claim; revise memorandum regarding same. | 1.20 | 180.00 | CP |
| | Review documents produced by SEC and Personal Representative; finalize subpoenas to Peter Kunen, Laura Sullivan, AOL and Verizon; review Wells Fargo's response to subpoena; telephone call to Wells Fargo regarding response to subpoena; review cases and preliminary analysis on constructive trust prepared by Casandra Perez and revise; confer with Melanie Damian regarding constructive trust law; prepare for depositions of Marilyn Kunen, Peter Kunen and Laura Sullivan. | 4.70 | 1,175.00 | KDM |
| Sep-13-07 | Telephone calls with SEC and Receiver | 4.20 | 1,050.00 | MME |

| | | | |
|---|---|---|---|
| regarding status and strategy; receipt and review various responses to subpoenas; telephone calls with counsel for PR regarding logistics and stipulation; telephone calls with Laura Sullivan regarding Jewelry and safe deposit box; attention to freezing safe deposit box for Jewelry; prepare for depositions. | | | |
| Telephone call from Ronald Klein regarding his prior representation of Fred Kunen and his response to our subpoena; review documents produced by Wells Fargo and prepare analysis of wire transfers, deposits from investors to account and checks written from account by Fred Kunen; begin reviewing documents produced by Bank of America and discuss whether investors transferred money to Fred Kunen's account; review letter from Anglo Irish Bank objecting to subpoena and prepare letter for Marilyn Kunen's signature authorizing the bank to release the requested documents to the Receiver and the Personal Representative; prepare for deposition of Marilyn Kunen; work on outline for deposition; review documents regarding watches purchased by Fred Kunen and kept in Laura Sullivan's safety deposit box at Washington Mutual in Texas; arrange with Laura Sullivan to meet her at the bank to pick up the watches and then take her deposition; telephone calls to and from bank regarding freezing safety deposit box; send letter with Receiver Order and Freeze Order to bank to ensure freezing of safety deposit box and confirm receipt with bank. | 7.50 | 1,875.00 | KDM |
| Sep-14-07    Telephone call with Peter Kunen regarding assets and mother's deposition; telephone calls with attorneys for Terry Provence, Peter and Marilyn Kunen regarding depositions and discovery; review responses to subpoenas; prepare for depositions of Laura Sullivan and Matt Kunen. | 4.60 | 1,150.00 | MME |
| Telephone calls to Laura Sullivan regarding meeting at bank to open safety deposit box and retrieve watches for Receiver and depositions | 7.10 | 1,775.00 | KDM |

of her and Matthew Kunen; telephone calls to
and from Mayors Jewelers, Lee Michaels
Jewelers and Sidney Garber's Jewelers
regarding watches purchased by Frederick
Kunen; prepare list of watches purchased
listing models, description of features and
serial numbers in preparation for trip to Dallas
to retrieve watches for Receiver; confer with
Melanie Damian traveling to Dallas to retrieve
watches and prepare for trip;  review various
documents in preparation for depositions
discuss strategy for depositions with Melanie
Damian; review email from investor Paul
Adler describing Matthew Kunen as Level
2/3/4 trader; review letter from Washington
Mutual confirming freezing of Laura Sullivan's
safety deposit box; telephone calls and emails
to and from assistant manager of Washington
Mutual regarding traveling to bank to retrieve
contents of safety deposit box; prepare letter
from Receiver authorizing bank to release
contents of box to me and have Receiver sign
letter.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Sep-16-07 | Meet with Kenny Murena prepare for depositions. | 0.60 | 150.00 | MME |
| | Draft email subpoenas for depositions duces tecum to Laura Sullivan and Matthew Kunen; finalize list of watches to be retrieved from Laura Sullivan's safety deposit box; review various exhibits to be introduced at depositions of Laura Sullivan and Matthew Kunen including hand written notes of Frederick Kunen and Intervivos Trust documents; review all materials relevant for depositions and additions to deposition outline; make final travel preparations for trip to Dallas. | 2.60 | 650.00 | KDM |
| Sep-17-07 | Prepare for and take depositions of Laura Sullivan and Matthew Kunen; telephone call with Allan Lerner office regarding document production; secure property; conferences with Scott Dimond and Roger Cruz regarding status and strategy. | 4.50 | 1,125.00 | MME |
| | (Reduced to deduct for non working travel time) Travel to and from Dallas to retrieve | 10.90 | 2,725.00 | KDM |

watches purchased by Frederick Kunen and
kept in safety deposit box of ex-wife Lauren
Sullivan;  coordinate with Federal Express and
Transglobal Insurance Company to arrange for
insured shipment of watches to Receiver; meet
Lauren Sullivan at bank and retrieve watches;
inspect and take pictures of watches and other
jewelry kept in safety deposit box; compare
watches in box to list of watches purchased by
Frederick Kunen to verify identity of watches
to be shipped to Receiver; package and ship
watches to Receiver; travel to court reporter's
office for depositions; telephone calls to and
from Melanie Damian regarding various issues
raised and documents to be introduced at
depositions; continue questioning of Matthew
Kunen; reopen deposition of Laura Sullivan to
question her regarding Frederick Kunen's
handwritten notes.

| | | | | |
|---|---|---|---|---|
| Sep-18-07 | Deposition preparation; telephone calls with Citibank regarding subpoena responses; review of asset searches. | 1.50 | 375.00 | MME |
| | Review various documents in preparation for deposition of Marilyn Kunen and Peter Kunen; telephone calls to Wells Fargo, Capital One, Fidelity and American Funds regarding documents produced or to be produced pursuant to subpoenas; telephone call to Wells Fargo regarding Porsche purchased by Frederick Kunen; discuss with Melanie Damian strategy for retrieving Rolex watch and BMW from Michael Kunen and Rolex watch from Marc Kunen; review subpoena for deposition duces tecum to be issued to Paul Hastings and documents supposed produced by Terry Provence. | 4.20 | 1,050.00 | KDM |
| Sep-19-07 | Prepare for and take depositions of Marilyn Kunen and Peter Kunen. | 6.50 | 1,625.00 | MME |
| | work on final preparations for depositions of Marilyn Kunen and Peter Kunen; obtain Marilyn Kunen's signature on letter to Angol-Irish bank authorizing release of documents and send letter; review various documents introduced or discussed at | 7.40 | 1,850.00 | KDM |

Marilyn Kunen's deposition; review issues
raised and statements made at Peter Kunen's
deposition; work on litigation strategy for
investigating possible accounts at European
Banks; telephone calls to and from Wells
Fargo and Bank of America regarding
responses to our subpoenas; review letters
from Verizon, Citigroup Private Bank, and
Citigroup Investment Banking/Smith Barney
responding to subpoenas and explaining no
documents were found; prepare analysis of
status of subpoenas.

| | | | |
|---|---|---|---|
| Sep-20-07 | Telephone call with Michael Kunen; telephone calls with Laura Sullivan; telephone call with Marc Kunen regarding depositions; telephone calls with financial institutions regarding subpoena responses; track down targets; review responses to subpoenas. | 4.60 | 1,150.00 | MME |

Telephone calls to and from Michael Kunen      6.60    1,650.00      KDM
regarding Rolex to be shipped to Receiver,
request for documents regarding Frederick
Kunen, and scheduling deposition; telephone
calls to and from Marc Kunen regarding
shipping Rolex to Receiver, turning over
BMW to Receiver, documents to be produced
relating to bank accounts in Spain and
Frederick Kunen, and scheduling of
deposition; conduct research regarding value
of BMW; telephone call to Peak BMW in
Louisiana regarding Frederick Kunen's
purchase of BMW, specifications of BMW,
and estimated buy-back price; prepare letter
from Receiver to Washington Mutual
consenting to lifting the freeze on Laura
Sullivan's safety deposit box and forward to
Melanie Damian for Receiver's signature;
review various responses to subpoenas issued
by Receiver and Charles Morgan; review
emails to and from possible targets, including
Irving Klarer, Lady Jane Grace, Max Birac,
and Tom Hastings; review response of AOL to
subpoena; discuss production of documents by
Terry Provence in response to subpoena with
Melanie Damian; review chart tracking the
status of subpoenas.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Sep-21-07 | Meet with computer forensic experts regarding computer information and search terms; telephone call with PI regarding target information; preparing additional subpoenas. | 1.50 | 375.00 | MME |
| | Telephone calls to and from Marc Kunen and Michael Kunen to arrange for shipment of Rolexes to Receiver; telephone call to Transglobal Insurance Company to purchase insurance policy on Rolexes; coordinate preparation and issuance of subpoenas to Marc Kunen, Michael Kunen, Howard Fields, Bank of Tampa and Deutsche Bank; telephone calls to and from Capital One regarding response to Subpoena; prepare all bank statements produced thus far for reproduction for SEC for purposes of tracing funds; telephone call to Peak BMW regarding list of specifications of BMW. | 3.70 | 925.00 | KDM |
| Sep-22-07 | Review emails from Michael Kunen regarding Rolex to be shipped to Receiver and attaching pictures of watch; review and upload to hard drive pictures of Rolex to be sent by Michael Kunen and watches already shipped to Receiver from Dallas, Texas. | 0.50 | 125.00 | KDM |
| Sep-24-07 | Prepare for and take the deposition of Michael Kunen; telephone call with Receiver regarding status and strategy; telephone call with Andy Kaplan regarding tracing. | 2.50 | 625.00 | MME |
| | Telephone calls and determine addresses for subpoenas to Verizon, AOL, and Yahoo and coordinate preparation of subpoenas; telephone calls to and from Capital One and Wachovia regarding responses to Subpoenas; prepare letters to Wachovia and Capital One setting forth Social Security numbers of Frederick Kunen and Marilyn Kunen; telephone calls to and from Michael Kunen regarding insuring and shipping Rolexes to Receiver and their upcoming depositions; telephone call to Transglobal Insurance Company to purchase insurance for shipment of Marc Kunen's Rolex; attend deposition of Michael Kunen; discuss Michael's testimony and follow-up questions with Melanie | 6.80 | 1,700.00 | KDM |

Damian; prepare chart detailing the watches seized and to be seized, including store purchased from, purchase prices, current value, location and status of seizure; work on preparation of claim to be filed in Frederick Kunen's Probate case; discuss preparation of First Report of Receiver with Melanie Damian; review sample Receiver's status reports, forward sample report to Scott Dimond; discuss seizure, value and sale of BMW being driven by Marc Kunen with Scott Dimond and Melanie Damian.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Sep-25-07 | Telephone call with Michael Kunen regarding records; receipt and review records from Michael Kunen; receipt and review records from Marc Kunen; review responses to subpoenas; telephone calls with financial institutions regarding responses to subpoenas. | 1.20 | 300.00 | MME |
|  | Telephone calls to and from Bank of Tampa, Capital One and Wachovia regarding responses to Subpoenas; telephone call to Scott Dimond's office regarding receipt of watches from Marc and Michael Kunen; review letter from counsel for Terry Provence enclosing disc with documents; coordinate updating of Subpoena Status Chart; review additional documents produced by Charles Morgan; review statements of claim filed in Probate case and begin preparing Receiver's Statement of Claim; telephone call from Yahoo! regarding subpoena; review letter from investor and possible target. | 6.50 | 1,625.00 | KDM |
| Sep-26-07 | Telephone call with Andy Kaplan regarding status and tracing request; telephone call with Scott Dimond regarding status and strategy; research location of potential targets. | 2.20 | 550.00 | MME |
|  | Telephone call to Marc Kunen regarding upcoming deposition and documents produced; review Deutsche Bank documents produced by Marc Kunen and others produced to Charles Morgan and prepare for deposition; take deposition of Marc Kunen; telephone call from Verizon Wireless regarding account for | 5.50 | 1,375.00 | KDM |

which we subpoenaed documents; prepare
letter to Verizon specifically requesting
documents regarding a particular account
number; discuss Receiver's Statement of Claim
and Notice of Appearance with Melanie
Damian and send drafts to Scott Dimond;
emails to and from La Caixa Bank in Spain
regarding address to send Subpoenas and
discuss with Casandra Perez; search on
internet for subpoena addresses for La Caixa
Bank, Central Bank of Spain, European
Central Bank, Hentz Corporate Finance SL
and National Bank of Greece; coordinate
preparation of subpoenas to those institutions;
telephone call with Melanie Damian to private
investigator regarding locating Irving Klarer,
Max Birac, Marc Drucker and Dr. Howard
Fields; telephone call to and fax from Peake
BMW regarding specifications of BMW that
Frederick Kunen purchased for Marc Kunen;
review documents from Peake BMW listing all
of specifications and options on the BMW that
Frederick Kunen purchased.

| Sep-27-07 | Telephone call with Scott Dimond and Roger Cruz regarding constructive trust issues, status and strategy; receipt and review documents from Terry Provence; telephone call with Andy Kaplan regarding tracing and records required. | 2.60 | 650.00 | MME |
| | Discuss subpoena to La Caixa Bank with K. Murena; research bank website; draft and send information request to La Caixa in Spanish. | 0.60 | 90.00 | CP |
| | Review status of subpoenas and documents from C. Morgan; organize files and draft chart regarding same. | 4.50 | 675.00 | CP |
| | Review documents produced by Paul Herron regarding Wells Fargo; review letter from Yahoo! responding to subpoena; telephone call to Yahoo! regarding delay in production of documents and Receiver's two-day subpoena power; telephone calls to and from counsel for Bank of Tampa regarding documents ordered by Diamond Title from storage regarding sale | 6.50 | 1,625.00 | KDM |

of Kunen residence; telephone calls to and from American Funds regarding documents produced in response to subpoena; telephone calls to and from Wells Fargo regarding documents produced and to be produced in response to subpoena; work on preparation of Motion to Impose Constructive Trust Over All Assets of Kunen's Estate; review Andy Kaplan's efforts to trace Kunen's funds to the investors and the information he will need to do so; discuss sending subpoena to Specialist Title & Escrow with Melanie Damian, locate address and coordinate issuance of subpoena; telephone call to Marilyn Kunen to schedule telephone call to Anglo Irish Bank to provide verbal authorization for release of bank records to Receiver; review emails to and from Robert Lyons at Gryon House, and prepare document request for subpoena; review documents produced by Capital One and send to Andy Kaplan; review letter from investor Charles R. Timson and documents produced in response to subpoena regarding Transglobal Private Client Group LLC; telephone calls to and from Fidelity Investments regarding password to disc containing documents responsive to subpoena; upload contents of disc to hard drive, print, review and send to Andy Kaplan; work on preparation of Subpoena status chart and latest bank statements received pursuant to our subpoenas, including those from Wells Fargo and Capital One.

| | | | | |
|---|---|---|---|---|
| Sep-28-07 | Telephone call to Anglo-Irish Bank and Marilyn Kunen regarding authorization of release of all bank records to Receiver; telephone calls to and from Wells Fargo Bank regarding documents produced in response to subpoena; review all documents produced by individuals and entities in response to subpoenas and update Subpoena Status Chart; review documents produced to Personal Representative and revise and update PR Production Chart; review and organize documents from SEC regarding Fred Kunen, his investors and their ETrade accounts; prepare and send letter to Yahoo! regarding its | 4.70 | 1,175.00 | KDM |

refusal to immediately produce documents
relating to Max Birac and his email account.

|  | | HOUR TOTALS: | 169.50 | $38,775.00 |

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 53.40 | $250.00 | $13,275.00 |
| Cassandra Perez | CP | 19.50 | $150.00 | $2,700.00 |
| Kenneth Murena | KDM | 96.60 | $250.00 | $22,800.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Courier | 13.10 |
| | FedEx Shipment | 507.46 |
| | Photocopies | 201.72 |
| | Postage | 37.28 |
| Sep-20-07 | Parking for deposition | 12.00 |
| | Parking for deposition | 11.25 |
| Sep-27-07 | Insurance policy for Jewlery Shipments | 1,560.00 |
| | Travel Expense to Plano Texas KDM: Air, auto etc. | 863.65 |
| | Court Reporter: Depo. of Marilyn Kunen | 85.00 |
| | Service Fee: Kunen | 116.00 |
| | Photocopies: | 244.17 |
| | Photocopies: | 434.16 |
| | Photocopies: | 75.68 |
| | FedEx Shipment | 234.28 |
| | Courier | 12.00 |
| | Totals | $4,407.75 |

**Total Fee & Disbursements**                    **$43,182.75**

Previous Balance                                        8,153.48

**Balance Now Due**                                **$51,336.23**

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | October 31, 2007 |
| End of Billing Date: | Oct 31/07 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3427 |

**RE:** Securities and Exchange Commission v. Robert Morgan

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-07 | (No Charge) Telephone call with Scott Dimond regarding status and strategy. | 0.20 | 0.00 | MME |
| | Telephone calls to and from Larry Bud regarding locating Marie Jane Grace, Mark Drucker, Max Birac, Irving Klarer and Howard Fields; coordinate setting depositions for and issuing subpoenas to Howard Fields and Marie Jane Grace; review and finalize subpoenas to National Bank of Greece, European Central Bank and Specialist Title & Escrow; review documents produced by Bank of America to Charles Morgan telephone calls to and from Bank of America and Wells Fargo regarding responses to Subpoenas for documents and discuss status of Subpoenas with Melanie Damian; review documents received from various banking institutions and update Subpoena Status Chart; review and organize Deutsche Bank documents produced to Charles Morgan and produced by Marc Kunen at his deposition; revise State of Claim to be filed in Probate Court in accordance with Scott Dimond's edits; emails to and from Scott Dimond regarding his edits to Statement of Claim. | 6.60 | 1,650.00 | KDM |
| Oct-02-07 | Attention to subpoenas and receipt and review responses. | 0.70 | 175.00 | MME |
| | Telephone calls to and from Anglo-Irish Bank regarding Marilyn Kunen's verbal | 5.40 | 1,350.00 | KDM |

authorization for the bank to release
documents to the Receiver and Personal
Representative; telephone calls to Marilyn
Kunen regarding the verbal authorization and
background information regarding herself and
Frederick Kunen; follow up with Bank of
America regarding receipt of Subpoena, Freeze
Order and Order Appointing Receiver, confirm
freezing of bank account and discuss
production of documents in response to
Subpoena; telephone calls to and from Wells
Fargo regarding re-issuance of Subpoena,
Receiver's entitlement to bank records and
proper service of Subpoena; coordinate
reissuance of subpoena to local branch of
Wells Fargo; review letter from Neustar -
designated agent of Verizon Wireless -
regarding alleged improper service of
Subpoena and refusal to immediately produce
documents in response to Subpoena, locate
contact information for Neustar, and prepare
response letter citing to Order Appointing
Receiver; prepare letter to Wachovia setting
forth Social Security numbers, dates of birth,
addresses, and variations of names of
Frederick Kunen and Marilyn Kunen; revise
and finalize letter to accompany Subpoena to
Robert Lyons of Gryon House in Monaco;
review email from La Caixa Bank in Spain
regarding service of Subpoena and coordinate
preparation of Subpoena requesting
documents; coordinate service of Subpoena on
Yahoo! by process server; update Subpoena
Status Chart.

| Date | Description | Hours | Amount | Init. |
|---|---|---|---|---|
| Oct-03-07 | Prepare for deposition of Dr. Howard Field; email correspondence with WIB bank; email correspondence regarding Yahoo accounts. | 1.70 | 425.00 | MME |
| | Additional research regarding to impose constructive trust over all assets in Kunen's name. | 2.20 | 330.00 | CP |
| | Telephone call from Anglo-Irish Bank and Conference in Marilyn Kunen so she can authorize bank to release documents to Receiver and Personal Representative and to discuss balance and initial opening and | 6.20 | 1,550.00 | KDM |

funding of account; prepare and send email to
Anglo-Irish Bank regarding Receivership
Order and Receiver's address to where the
documents should be sent; discuss bank's
agreement to produce documents, balance and
initial funding of account with Melanie
Damian; telephone calls to and from Specialty
Title and Escrow regarding purchase of
Marilyn's condo, Fred Kunen's payment of
$20,000 from his E*Trade account, documents
to be produced pursuant to Subpoena, and
need for consent from Peter and Marilyn
Kunen and the seller; prepare and send email
to Specialty Title regarding deadlines for
producing documents regarding Fred Kunen
and all other parties to real estate transaction;
discuss with and assist Melanie Damain with
preparation for upcoming deposition of Dr.
Howard Fields; review various documents and
emails in preparation for deposition of Howard
Fields; telephone calls to and from counsel for
Yahoo! regarding proper service of subpoena,
document requested and to be preserved and
produced pursuant to subpoena, preservation
of all records including user content, Yahoo's
policy with regard to user content and
providing notice of subpoena to account
holder, federal laws restricting Yahoo! from
turning over user content, and scope of Order
Appointing Receiver, reissuance and service of
Subpoena by Receiver and/or SEC; prepare
email to counsel for Yahoo! requesting
preservation of all records and user content;
review Yahoo's response to Subpoena and
possible need to have SEC issue Subpoena;
email from Scott Dimond regarding revisions
to Statement of Claim; revise Statement of
Claim.

| Oct-04-07 | Research regarding motion for contempt; prepare insert for motion regarding case law and FRCP 45(e), show cause order, burden of proof and award attorneys' fees. | 4.20 | 630.00 | CP |
|---|---|---|---|---|
| | Telephone calls to and from Bank of America and Wells Fargo regarding service of Subpoenas and and documents produced and | 7.30 | 1,825.00 | KDM |

to be produced in response to Subpoenas;
review documents produced by Wells Fargo in
response to Subpoena; telephone calls to Bank
of America, Wells Fargo and E*Trade
regarding requirements for transfering funds in
Frederick Kunen's accounts to the Receiver;
email Order Appointing Receiver to Bank of
America, Wells Fargo and E*Trade to
facilitate transfer of funds to Receiver; email
contact information and instructions to Scott
Dimond regarding transfering funds from
Wells Fargo; discuss Dr. Howard Fields'
failure to appear at scheduled deposition,
preparation of motion for contempt, status of
locating other potential targets, liquidating of
BMW, and records found on Frederick
Kunen's computer's hard drive; prepare Motion
for Order to Show Cause Why Frederick
Kunen Should Not be Held in Contempt and to
Compel him to appear at next Deposition;
review and discuss with Casandra Perez
research regarding contempt and insert into
Motion; telephone call from authorized agent
for Verizon Wireless regarding scope of
Subpoena and production of documents;
coordinate reissuance of Subpoena to Yahoo!
in the Northern District of California.

| | | | | |
|---|---|---|---|---|
| Oct-05-07 | Meeting with computer forensic firm regarding forensic investigation of laptop and evidence; review and revise motion to show cause, to compel and sanctions; review computer generated documents; emails regarding account information and responses to subpoenas; telephone call with Mathew Kunen regarding computer issues and delete files. | 1.60 | 400.00 | MME |
| | Telephone calls to AOL regarding request for documents regarding Frederick Kunen's account; prepare email demanding records and user content for email accounts of Frederick Kunen, Lady Marie Jane Grace, Irving Klarer and Howard Fields; meet with computer forensic analyst and Melanie Damian to discuss analysis of Kunen's computers and deleted and transfered files; review Federal Rules applicable to subpoenas and motions for | 7.40 | 1,850.00 | KDM |

contempt; prepare proposed Order granting
motion for contempt; revise motion for
contempt; telephone call to Charles Morgan
regarding Receiver's Statement of Claim and
service list for Probate Case; finalize
Statement of claim, and prepare for filing;
telephone conference with Melanie Damian,
Mathew Kunen and Laura Sullivan regarding
Frederick Kunen's computers and transfer and
deletion of files; telephone calls to and from
Wachovia and BOA regarding production of
documents; review docs from BOA and send
to Roger Cruz and Andy Kaplan; review
E*Trade statements for Frederick Kunen's
account; send email to and review emails from
Scott Dimond regarding having funds
transferred from Bank of America and
E*Trade to his account; coordinate issuance of
Subpoenas to La Caixa Bank in Spain and
Hatfield Oak International Bank in Panama;
review letter from National Bank of Greece
responding and objecting to Subpoena; update
Subpoena Status Chart.

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-08-07 | Draft motion to impose constructive trust and turnover of assets by personal representative. | 2.70 | 405.00 | CP |
| | Telephone calls to and from computer forensic analyst regarding various accounts held by Frederick Kunen and files on computer reflecting those accounts; coordinate transmission of documents received from Bank of America to Andy Kaplan; review emails from Melanie Damian regarding scheduling meeting with SEC and targets to depose; review email from Private Investigator regarding locating potential targets and address of Irving Klarer. | 0.50 | 125.00 | KDM |
| Oct-09-07 | Telephone call with Andy Kaplan regarding bank records and tracing; review subpoena responses; review of status and strategy. | 0.80 | 200.00 | MME |
| | (No Charge) Revise charts regarding status of subpoenas; create additional chart regarding same. | 5.60 | 0.00 | CP |

| | | | |
|---|---|---|---|
| Telephone calls to and from Wachovia Bank, Wachovia Visa Cards, Verizon Wireless and Bank of America regarding status of document production; coordinate preparation of subpoenas to Wachovia Securities LLC, Anglo-Irish Bank and Irving Klarer; review documents received from Bank of America and Wells Fargo in response to Subpoenas and all bank documents sent to Andy Kaplan; send to Andy Kaplan pdf versions of documents received from Bank of America and Wells Fargo; review documents produced by Terry Provence in response to Subpoena and email summary of documents to Andy Kaplan; telephone call to Bank of America regarding transferring funds to Receiver's account; review latest Bank of America Statement and send email to Receiver with instructions for transferring funds; prepare and send facsimile to Verizon Wireless limiting the scope of our document request to the last 12 months and deleting from the request Frederick Kunen whose name does not match the account number; meet with Melanie Damian regarding strategy for identifying and deposing all targets and potential targets; prepare summary chart; revise Certificates of Service and file and serve Notice of Appearance and Statement of Claim for Probate Case discuss status of preparation of Constructive Trust Motion; review the search for Max Birac and additional background information needed to locate him. | 6.50 | 1,625.00 | KDM |
| Oct-10-07 | Telephone call with Andy Kaplan regarding tracing of funds; telephone calls with Scott Dimond and Roger Cruz regarding status and strategy; email correspondence regarding marshalling account. | 1.20 | 300.00 | MME |
| | Revise subpoenas charts and document production; review file regarding responses to subpoenas; revise motion to impose constructive trust and turnover of assets and record of Kunen's estate. | 6.90 | 1,035.00 | CP |
| | Additional background information regarding Max Birac to be used to locate him and forward information to Larry Budde; draft | 5.90 | 1,475.00 | KDM |

motion to approve sale of BMW; prepare
Motion regarding tracing of funds in E*Trade
account; research issues for Motion; review
Terry Provence's documents produced in
response to our Subpoena; teleconference with
Melanie Damian, Scott Dimond, Roger Cruz
and Andy Kaplan regarding tracing of funds,
additional documents needed from banks,
motion for Status Conference, motion for
constructive trust, motion to seize and sell
BMW, collection of watches, preparation of
Receiver's first report, and general status of
receivership; discuss status of all subpoenas
and work with Casandra Perez to update and
revise Subpoena Control Chart; discuss with
Casandra Perez outstanding documents from
Wells Fargo, Bank of America and various
other recipients of Subpoenas; coordinate
issuance of Subpoenas to Anglo-Irish Bank
and Wachovia Securities LLC.

| | | | | |
|---|---|---|---|---|
| Oct-11-07 | Update charts regarding subpoenas and document production; review file regarding subpoenas; telephone call with subpoena parties regarding status; follow up telephone calls to obtain responses to subpoenas. | 4.10 | 615.00 | CP |
| | Telephone calls to and from counsel for Yahoo! regarding receipt of and response to Subpoena, federal statute prohibiting Yahoo! from producing user content, exceptions to that prohibition including addressee's entitlement to production of emails, need for Court Order to compel production of other user content notwithstanding statute, and deletion of user content prior to Receiver's request for preservation thereof; coordinate service of Subpoena to Wells Fargo seeking documents regarding Marilyn Kunen's account; discuss Subpoenas sent and to be sent to Citibank, N.A. with Casandra Perez; review and revise Subpoena Control Chart and Subpoena Status List; research regarding Receiver's right to sell personal property purchased with investor funds and commingling of investor funds with non-investor funds; telephone calls to and from computer forensic analyst regarding | 7.70 | 1,925.00 | KDM |

destruction of files on Frederick Kunen's laptop after Kunen's death; begin preparing Motion to Compel Yahoo! to Produce User Content for account with email address maxbirac@yahoo.com; review federal statute prohibiting provider of electronic communication services from disclosing user content; prepare and send email to counsel for Yahoo! regarding exceptions to prohibition against disclosure in Electronic Communications statute, Receiver's entitlement to emails sent to Frederick Kunen's email address, and other email addresses to which emails may have been sent from maxbirac@yahoo.com; discuss with Melanie Damian status of subpoenas issued to AOL and Yahoo, documents to be produced by Yahoo! and deletion of user content since Receiver's preservation request, exception to communications statute for addressees, status of Motion to Sell BMW and preparation of Motion to Compel Yahoo! and AOL to produce user content records, and evidence found by computer forensic analyst on laptop reflecting deletion of records after Kunen's death; telephone call to E*Trade regarding transfer of funds to Receiver.

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| Oct-12-07 | Telephone call with Lewis Cohen regarding accounts at Gibraltar and Receivership order. | 0.20 | 50.00 | MME |
| | Research regarding status of subpoenas and documents production; review files regarding subpoenas responses. | 2.20 | 330.00 | CP |
| | Telephone call from Legal Department of Wells Fargo regarding response to Subpoena, date account was opened, and additional documents to be produced; telephone calls to and from Tom Walsh at Etrade Securities regarding transfer of funds to Receiver and send email to Receiver regarding status of transfer; email from Receiver's office regarding Deutsche Bank account in Madrid and funds transferred to account from investors; coordinate issuance of subpoenas to AOL for Frederick Kunen's account and Paul Marcus; coordinate updating of Subpoena | 2.00 | 500.00 | KDM |

Control Chart; prepare document request for Subpoena to Yahoo! for records of Terry Provence's email account.

| | | | | |
|---|---|---|---|---|
| Oct-15-07 | Telephone calls and emails regarding responses to subpoenas from Bank of America, Wells Fargo, Yahoo and AOL; prepare additional subpoenas and update status chart accordingly; draft motion to compel Yahoo and AOL to produce documents; research regarding what is receivership property and traceability of funds to fraudulent behavior and draft argument regarding same. | 3.40 | 510.00 | CP |
| | Telephone calls to and from forensic accountant regarding documents produced and needed from Bank of America, Wells Fargo, Etrade and other institutions, and source of funds in E*Trade account; research for Motion to Sell BMW and insert into Motion; revise and discuss Motion to Sell BMW with Melanie Damian; review correspondence from Yahoo! forwarding information regarding account held by Maximus Birac and costs incurred for processing Subpoena; review personal information provided by Yahoo! regarding Maximus Birac; telephone call to private investigator regarding additional personal information on Maximus Birac; prepare proposed Order Authorizing Receiver to take possession and title to BMW and sell it; review documents produced by Wells Fargo regarding Fred Kunen's account, including statements and records reflecting wire transfers in and checks written from account; review scheduled of documents needed from banks prepared by forensic accountant; telephone calls to and from Wells Fargo regarding documents produced and to be produced in response to Subpoena; review AOL email inbox of Fred Kunen including emails from Randall Pickett and Bruce Dyson, attempt to review old emails sent and received, and attempt to secure account by changing password; discuss with Casandra Perez preparation of Subpoena to AOL for records and user content for Bruce Dyson's email account and subpoena to Wells Fargo Auto | 5.80 | 1,450.00 | KDM |

Finance; coordinate issuance of subpoena to
American Express and First Equity Credit
Cards, Randall Pickett, Bruce Dyson and
Wells Fargo Auto Finance; revise Motion to
Compel Yahoo! and AOL to produce user
content and emails for accounts of various
potential targets.

| Oct-16-07 | Telephone calls and emails regarding responses to subpoenas from Bank of America and Wells Fargo; update status chart accordingly; review AOL subpoena file and correspondences between AOL; draft motion to compel AOL to produce documents and for an order to show cause against AOL; research re 18 USCA 2702 disclosure of electronic communications. | 5.40 | 810.00 | CP |
|---|---|---|---|---|
| | Review letter from Wells Fargo stating that they have produced all documents responsive to Subpoena; review documents produced by Wells Fargo and checks missing from production; telephone calls and emails to and from forensic accountant regarding Wells Fargo and Bank of America documents missing from production and funds transferred out of E*Trade account and transferees of those funds; review list of Wells Fargo documents missing from production prepared by forensic accountant; telephone call to Wells Fargo regarding documents missing from production; telephone call and letter from Paul R. Marcus, Esq. regarding lack of documents responsive to Subpoena and lack of knowledge regarding Frederick Kunen, his family, and his entities and associates; telephone all to AOL Legal department regarding lack of response and passing of deadline to respond to Subpoena; review emails, facsimiles and Subpoena sent to AOL Legal and prepare email demanding production of documents, attaching Order Appointing Receiver and Freeze Order, and advising of our intention to file a motion for contempt and to compel production; send out Subpoenas to First Equity Credit Cards and to Citibank requesting documents regarding account held by Transnet Investments, Inc.; revise Subpoena to Wells | 5.20 | 1,300.00 | KDM |

Fargo Auto Finance seeking documents
regarding loan for Porsche purchased in name
of Marilyn Kunen.

| Oct-17-07 | Telephone call with Charles Morgan regarding status and computer issues; meeting with computer forensic firm regarding computer forensics on Kunen's computer; reviewing results of cell phone forensics. | 2.70 | 675.00 | MME |
| | Telephone calls and emails regarding responses to subpoenas from Bank of America and Richard and Randall Pickett; update status chart accordingly; revise motion to compel email providers and draft motion to compel AOL to produce documents and for an order to show cause against AOL; review chart of missing documents prepared by A. Kaplan; telephone call with R. Giddins regarding same; draft letter to Giddins regarding missing responsive documents and documents requested by A. Kaplan. | 5.80 | 870.00 | CP |
| | Review documents produced by Wachovia in response to Subpoena; telephone calls to and from AOL regarding Subpoena, preservation of user content, and cancellation of account; telephone calls to and from AOL billing regarding transfer of account to Receiver, preservation of account records and user content, production of documents pursuant to Subpoena, improper cancellation of account, and AOL's violation of the Receiver Order and Freeze Order; prepare and fax correspondence to AOL billing attaching Death Certificate of Fred Kunen and requesting immediate transfer of account to Receiver; telephone calls to and from counsel for Yahoo! regarding response to Subpoena for Terry Provence's email account records and user content; discuss with Melanie Damian and revise and finalize Motion to Authorize Receiver to Take Possession and Title to and Sell BMW and proposed Order; review and begin revising Motion for contempt against AOL; meet with Melanie Damian and computer forensic team regarding analysis of computers and cell phones, information found and files deleted, scope of | 6.30 | 1,575.00 | KDM |

analysis and work to be done, and status of
report setting forth analysis and findings; email
from Receiver's bank regarding receipt of
transfer of funds from Wells Fargo and
E*Trade; email from forensic accountant
regarding Marily Kunen's Wells Fargo Auto
Finance account number and revise document
request attached to Subpoena to be issued;
discuss status of all Subpoenas with Casandra
Perez; review documents still needed from
Bank of America and preparation of letter
demanding expedited production of requested
documents.

| Oct-18-07 | Telephone calls with Andy Kaplan and Scott Dimond regarding status and strategy of tracing of funds; telephone call with Scott Dimond Receiver regarding status and strategy; review and revise motion to liquidate BMW; meeting with computer forensic firm regarding work progress and results of forensic investigation; receipt and review materials from the PR of Estate regarding claims. | 2.80 | 700.00 | MME |
| | Review files regarding individuals served with subpoenas; find contact information and/or new addresses for non-responsive individuals and prepare new subpoenas; make telephone calls to various individuals regarding non-compliance with subpoenas; draft motion for an order to show cause and to compel production of documents against Kevin Kruse for failure to respond to the Receiver's subpoena. | 3.20 | 480.00 | CP |
| | Review and revise letter to Bank of America regarding production of documents and discuss with Casandra Perez; telephone calls and emails to and from Larry Budde regarding Marc Drucker and Max Birac; telephone calls to and from Wells Fargo regarding checks missing from production pursuant to Subpoena; finalize and send out Subpoena to Wells Fargo Auto Finance and AOL for Bruce Dyson's email account; revise and send out Subpoena to First Equity; telephone call to counsel for Personal Representative regarding agreement to Motion to transfer title to and sell | 5.90 | 1,475.00 | KDM |

BMW and email him draft of Motion for his review; teleconference with Andy Kaplan and Melanie Damian regarding Terry Provence documents, possible parallel fraud committed by Mr. Provence, preparation of subpoenas to Mr. Provence, his associates and the companies utilized by him, discuss documents missing from productions by Bank of America and Wells Fargo, and potential targets who received funds from those accounts or E*Trade account; telephone call from and meeting with computer forensic analysts regarding status and progress of analysis, work to be done, timing for copying of hard drives and turnover of cell phones, and time spent and costs incurred on analysis and copying thus far; discuss progress of computer forensic analysts with Melanie Damian; discuss with Casandra Perez status of Subpoenas issued to various individuals and preparation of Motions for contempt against individuals who failed to respond to Subpoena; review correspondence from Yahoo! requesting certification from AOL that fkunen@aol.com account belonged to Fred Kunen; telephone call to AOL regarding receipt of Death Certificate and transfer of account to Receiver; prepare and send fax to AOL Legal requesting certification that Fred Kunen was the owner of the AOL account fkunen@aol.com; telephone call to AOL Legal regarding failure to respond to Subpoena; prepare and revise Subpoena to optionsXpress and discuss persons and entities for which documents are requested with Casandra Perez; review documents produced by Verizon Wireless.

| Oct-19-07 | Review bank statements from Bank of America and mark transfers for which we need more detail, make telephone calls and send letter to Bank of America regarding same; review files from SEC regarding Terry Provence and prepare subpoena to Options Xpress regarding same; telephone conference with K. Murena, M. Damian, S. Dimond, and A. Kaplan regarding status of financial documents and trace of funds. | 3.60 | 540.00 | CP |

| | | | |
|---|---|---|---|
| Telephone calls to and from AOL regarding cancellation of Fred Kunen's AOL email account, production of documents responsive to subpoena and AOL's violation of Court's Receiver Order and Freeze Orders; prepare and send facsimile to AOL regarding improper cancellation of Mr. Kunen's account; review documents produced by Wachovia in response to Subpoena; revise Subpoena to optionsXpress; emails to and from Roger Cruz regarding sending Subpoena to optionsXpress, producing Terry Provence documents to Andy Kaplan, and filing Motion to compel Marc Kunen to sell BMW and remit sale proceeds to Receiver; emails to and from counsel for Charles Morgan regarding revisions to Motion to compel sale of BMW; revise, finalize and discuss with Casandra Perez BMW Motion and proposed Order granting Motion; telephone call to Marc Kunen regarding agreement to relief sought in BMW Motion; revise, finalize and send out Subpoena for Deposition Duces Tecum to Marc Drucker. | 4.60 | 1,150.00 | KDM |
| Oct-21-07 | (No Charge) Revise and finalize Motion to compel Marc Phillip Kunen to sell BMW and proposed Order granting Motion; continue revising Motion to hold AOL in contempt. | 2.20 | 0.00 | KDM |
| Oct-22-07 | Draft motion to compel production of documents and for sanctions to be used as a form against unresponsive individuals served with a subpoena duces tecum; revise same pursuant to his comments; research regarding Irving and Tammy Klarer, locate service addresses both home and work, search corporate records for company owned by Klarers potentially used for trading securities. | 3.80 | 570.00 | CP |
| | Telephone calls to Legal Department of AOL regarding production of documents responsive to Subpoenas, preservation of records pursuant to prior requests, improper cancellation of account, and certification that Frederick Kunen was and Scott Dimond is now the owner of the AOL account; facsimile from AOL Legal certifying ownership of AOL account; | 4.60 | 1,150.00 | KDM |

teleconference with Receiver and AOL
regarding transfer of Fred Kunen's AOL
account to Receiver; review additional
documents produced by Wachovia, First
Equity and Bank of America,  and have copies
forwarded to Andy Kaplan; review letter from
Wachovia regarding documents request for
MBNA account records,and send out subpoena
to MBNA requesting documents; discuss
status of Wells Fargo and Bank of America
productions with Casandra Perea; send out
Subpoena to optionsXpress requesting
documents regarding Fred Kunen, Terry
Provence and associated individuals and
entities; telephone call to Eric R. de Vries
regarding status of transfer of funds from WIB
to the Receiver; transfer of funds to Irving and
Tammy Klarer and scheduling their
depositions; review scheduling deposition of
Randall and Richard Pickett; telephone call to
accountant for Randall and Richard Pickett
regarding scheduling their depositions;
telephone call from computer forensic analyst
regarding images of hard drives of Fred
Kunen's computers; discuss with Casandra
Perez transfers of funds to Arthur Drucker,
Kevin Kruse, Dr. Helina O'Neil and other
potential targets, scheduling their depositions
and sending them Subpoenas; begin reviewing
draft Motion to have Kevin Kruse held in
contempt of court and discuss with Casandra
Perez; telephone call to Marc Phillip Kunen
regarding agreement to sell BMW and remit
proceeds to Receiver; finalize, file and serve
BMW Motion, along with Exhibits and
proposed Order.

| Oct-23-07 | Telephone call with Andy Kaplan regarding status and tracing; meeting with Kenny Murena regarding status and strategy; review responses to subpoenas. | 1.60 | 400.00 | MME |
| | (No Charge) Prepare subpoenas for deposition and documents from potential targets in Tampa and discuss same with K. Murena; research locations for depositions of potential targets in NY; create list of investors to be | 2.40 | 0.00 | CP |

deposed; search for new contact information
for Mark Drucker.

| | | | |
|---|---|---|---|
| Telephone call and facsimile from AOL Legal regarding authorization to release documents and preservation of emails and other account records; prepare AOL release authorization and forward to Receiver for completion and execution; review letter from Personal Representative regarding status of Probate case and creditor claims; review Banco de Espana's response to our Subpoena for documents; telephone calls to and from Andy Kaplan regarding additional documents needed from Bank of America and Wells Fargo, Ameritrade documents regarding Terry Provence and scope of Kunen/Provence fraud, and new documents from Wachovia; telephone call to Kevin Kruse regarding documents produced in response to Subpoena, emails exchanged with Fred Kunen, and general involvement with Fred Kunen; discuss with Melanie Damian taking depositions of Tom Hastings, Kevin Kruse, Howard Fields, Marc Drucker, Arnold Drucker, Irving Klarer and Tammy Klarer; review transcript of deposition of Matthew Kunen regarding Marc Drucker and his involvement with Fred Kunen; telephone call from Laura Sullivan regarding transfer of Marc Kunen's BMW to Dallas and its storage pending sale; discuss with Casandra Perez and Melanie Damian status of Bank of America's documents production, additional subpoenas to be issued and depositions of potential targets to be scheduled. | 5.10 | 1,275.00 | KDM |

| | | | | |
|---|---|---|---|---|
| Oct-24-07 | Telephone calls with Scott Dimond regarding status and strategy; review Citibank response to subpoena;  meeting with computer forensic experts regarding results; telephone calls regarding banking information and transfers; subpoenas of targets. | 1.40 | 350.00 | MME |
| | Review Receiver's authorization for AOL to produce account records and forward to AOL Legal; telephone calls to and from AOL Legal regarding Receiver's authorization, production of records and user content for Fred Kunen's | 5.60 | 1,400.00 | KDM |

AOL account and all emails sent to that
account from email accounts of potential
targets, and federal communications statute
regarding protection of emails and other user
content; review and forward to AOL Legal
relevant section of communications statute
permitting disclsure to intended recipient of
electronic communication; teleconference with
Receiver and Melanie Damian regarding
transfer of BMW to Receiver, transfer of
balances in WIB and Deutsche Bank to
Receiver, status of responses to Subpoena,
missing documents from Bank of America and
Wells Fargo, and depositions of potential
targets to be taken; coordinate preparation,
issuance and service of Subpoenas for
Depositions Duces Tecum to Irving Klarer,
Tammy Klarer, Arthur Drucker, Howard
Fields, Randall Pickett and Richard Pickett ;
telephone call to Laura Sullivan regarding
transporting BMW to Miami; telephone call to
Magistrate Judge Turnoff's chambers regarding
ruling on Motion to hold Howard Fields in
Contempt; telephone calls and emails to and
from counsel for Yahoo! regarding production
of emails and other user content sent from
email addresses of Max Birac and Terry
Provence to Fred Kunen's AOL account;
discuss with Melanie Damian Yahoo's
production and Receiver's payment for
redacting of Yahoo! emails; confer with
Melanie Damian transfer of funds from WIB,
Deutsche Bank and Citibank to Receiver;
telephone call to Terrence Matroos regarding
WIB transfer; confer with Melanie Damian
transfers made to Kevin Kruse and scheduling
his deposition with Melanie Damian; meet
with computer forensic analysist to discuss
Fred Kunen's hard drives, begin reviewing
drives.

| Date | Description | | | |
|------|-------------|------|--------|-----|
| Oct-25-07 | Review responses from email carriers; prepare for depositions. | 0.80 | 200.00 | MME |
| | Telephone call from Roger Cruz regarding Subpoenas to Bank of America and Fifth Third Bank seeking documents; telephone call from optionsXpress regarding personal and | 1.20 | 300.00 | KDM |

background information regarding persons for which documents were requested; telephone call from computer forensic analysis regarding images of Fred Kunen's hard drives; telephone call to Terrence Matroos regarding transfer of funds from WIB to Receiver; document accumulation for upcoming depositions of Irving Klarer, Tammy Klarer, Arthur Drucker, Howard Fields, Robert Pickett, and Randall Pickett; telephone call to accountant for the Picketts regarding upcoming depositions; review documents produced by Yahoo! in response to Subpoena requesting Terry Provence documents; review letter from AOL producing disc containing emails sent from AOL email addresses of various potential targets to Fred Kunen.

| Oct-26-07 | Prepare list of potential targets and research contact information, payments received from F. Kunen and investment amounts; prepare fax to Bank of America re personal information for the Kunen family; contact Citibank re non-compliance with subpoena re Marilyn Kunen; update subpoena status chart; review E*Trade accounts for information on investors that received payments from F. Kunen including, Sue Robinette, Kevin Kruse, and Robert Anderson; search for account information and contact address for Tom Hastings. | 3.30 | 495.00 | CP |

| | Telephone call to Terrence Matroos regarding transfer from WIB to Receiver; discuss taking and setting depositions of Kevin Kruse and Charles Timson with Melanie Damian; telephone call to Matthew Kunen regarding Marc Drucker; telephone call to the Mark Drucker we served with a Subpoena for Deposition Duces Tecum; review background and personal information regarding person served and determine he is not the Marc Drucker we are looking for; email and telephone call to Melanie Damian regarding cancellation of deposition of Mark Drucker and need to continue search for Marc Drucker associated with Fred Kunen; prepare and send Subpoenas Duces Tecum to Bank of America | 3.90 | 975.00 | KDM |

and Fifth Third Bank seeking documents regarding Terry Provence, his wife, and his companies; discuss with Casandra Perez transfers made to various potential targets and preparation of target control chart to track details of transfers and our efforts to reclaim them; telephone call to optionsXpress regarding background and personal information for various associates of Terry Provence; review sufficiency of notice of deposition of Arthur Drucker; review various correspondence from Personal Representative to potential creditors of Estate and court papers filed in the Probate Case.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Oct-29-07 | Prepare for and take deposition of Arthur Drucker; telephone call with Scott Dimond regarding status and strategy of depositions and asset disposition; telephone call with Scott Dimond and Roger Cruz regarding status and preparation for hearing; review and revise agreement with Arthur Drucker on repayment; telephone call with Mark Drucker regarding Frederick Kunen. | 2.80 | 700.00 | MME |
| | (No Charge) Finalize chart of potential targets and discuss deposition of additional investors with K. Murena; create deposition file regarding Arthur Drucker and review E*Trade account checks for payments made to A.Drucker; discuss same with K. Murena and M. Damian. | 1.40 | 0.00 | CP |
| | Telephone calls from Joanne Drucker regarding upcoming deposition of her husband Arthur; review documents in preparation for deposition of Arthur Drucker; confer with Melanie Damian outcome of deposition and agreement with deponent for the return of funds received from Fred Kunen; telephone call to Wells Fargo regarding production of checks missing from original production; confer with Melanie Damian status of production by Bank of America and Wells Fargo; emails to and from Andy Kaplan regarding status of production of documents missing from original productions of Bank of American and Wells Fargo and documents | 6.40 | 1,600.00 | KDM |

requested from banks regarding Terry
Provence; teleconference with Receiver and
Melanie Damian regarding status of document
production from banks and internet service
providers, logistics of selling the BMW,
requesting documents from banks regarding
Terry Provence, upcoming meeting with Andy
Kaplan, preparation of Receiver's First Report,
and status of agreement regarding constructive
trust; telephone calls to Irving Klarer regarding
upcoming depositions of him and his wife;
prepare and send new Subpoena and renotice
of Deposition of Iving Klarer and Randall
Pickett; begin reviewing emails from potential
targets to Fred Kunen produced by AOL;
telephone call to counsel for Yahoo! regarding
production of emails from potential targets to
Fred Kunen; telephone call to Terrence
Matroos regarding transfer of funds from WIB
to Receiver; telephone call to Mark Drucker
regarding connection to and knowledge of
Fred Kunen's securities fraud; review docket
sheet and court papers filed in Mark Drucker's
criminal case for wire fraud; review docket
sheet of Mark Drucker's securities fraud case;
prepare Agreement by and between Receiver
and Arthur Drucker regarding transfer of funds
to Receiver.

| Oct-30-07 | Review correspondence from Russell Weigel; meeting with Scott Dimond, Roger Cruz and Andrew Kaplan regarding status of tracing ; meeting with Bob Levenson and Scott Dimond regarding status; prepare for depositions of witnesses who received funds from Frederick Kunen; reviewing documents produced by Ameritrade. | 3.40 | 850.00 | MME |
| | Continue review of imaged harddrive of Frederick Kunen's laptop; review documents from the SEC regarding Terry Provence; review letter from Citibank regarding documents to be produced and timing thereof; discuss with Melanie Damian depositions of potential targets to be scheduled and amounts they received from Fred Kunen; telephone | 5.90 | 1,475.00 | KDM |

calls from Andy Kaplan regarding missing
documents from Bank of America and Wells
Fargo, SEC documents regarding Terry
Provence, and nature of fraud committed by
Terry Provence; send email to Wells Fargo
listing missing checks and amounts and
deposits for which we need back-up
documentation; telephone calls to law clerks
of Judge Gold and Magistrate Judge Turnoff
regarding rulings on outstanding motions;
discuss with Receiver and revise Agreement
with Arthur Drucker for the return of the funds
he received from Fred Kunen.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Oct-31-07 | Review transactional records and prepare for depositions of Pickets; review computer hard drive from Fredrick Kunen; reviewing emails in preparation for depositions of Picketts and Klarer. | 3.20 | 800.00 | MME |
| | (No Charge) Find checks and wire transfers sent to potential targets from F. Kunen E*Trade account and Bank of America account; prepare deposition files for upcoming depositions of potential targets; telephone calls with Bank of America re compliance with subpoena regarding Terry Provence and production of credit and debit details I ordered 10 days ago. | 1.30 | 0.00 | CP |
| | Telephone calls and emails from Andy Kaplan regarding documents missing from productions of Bank of America and Wells Fargo and Ameritrade documents produced by SEC; coordinate reproduction and delivery of Ameritrade documents to Andy Kaplan; telephone calls to and from Wells Fargo regarding missing checks and back-up for deposits; review supplementary report from Larry Budde regarding potential targets and their location; prepare and send Subpoena to potential target Goran Birac or associate of Fred Kunen; review Order directing Marc Phillip Kunen to stop using and sell BMW; telephone call and email to Marc Phillip Kunen regarding entry of Order and game plan for selling BMW; email to Roger Cruz and Receiver regarding entry of Order; review, | 7.50 | 1,875.00 | KDM |

update, and send to Roger Cruz and Receiver list of potential targets; review E*Trade, Bank of America and Wells Fargo documents for checks to potential targets to be deposed; review and organize checks in preparation for depositions; review and organize emails to and from potential targets to be deposed in preparation for depositions; review and organize checks written to potential targets to be deposed from Wells Fargo and E*Trade accounts in preparation for depositions; review notes from Andy Kaplan regarding transfers to and investments from potential targets to be deposed; review emails, checks, bank statements, wires and involvement of potential targets to be deposed in preparation for their depositions; review additional checks from Wells Fargo and forward to Andy Kaplan for analysis; review checks from Wells Fargo account to Arthur Drucker; revise Agreement with Arthur Drucker to include additional funds he received from Wells Fargo Account, discuss changes with Melanie Damian and forward draft to Receiver for review; search AOL emails for emails to or from potential targets to be deposed; search imaged hard drive of Fred Kunen's laptop for documents related to potential targets to be deposed.

| | HOUR TOTALS: | 212.30 | | $44,720.00 |
|---|---|---|---|---|

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 25.10 | $250.00 | $6,225.00 |
| Cassandra Perez | CP | 61.50 | $150.00 | $7,620.00 |
| Kenneth Murena | KDM | 125.70 | $250.00 | $30,875.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Courier | 74.20 |
| Court Reporter | 959.06 |

|  |  |  |
|---|---|---|
|  | Pacer Photocopy | 37.12 |
|  | Photocopies | 203.08 |
|  | Postage | 34.26 |
| Oct-17-07 | Photocopies: | 68.80 |
|  | Photocopies: | 68.80 |
|  | Photocopies: | 18.23 |
|  | FedEx Shipment | 143.40 |
|  | FedEx Shipment | 148.99 |
|  | FedEx Shipment | 78.05 |
|  | FedEx Shipment | 209.80 |
|  | FedEx Shipment | 50.89 |
|  | FedEx Shipment | 199.63 |
|  | Court Reporter: Depo. of M. and P. Kunen | 1,309.70 |
|  | Service Fee: Marie Grace | 90.00 |
|  | Service Fee: Wells Fargo | 50.00 |
|  | Courier | 6.90 |
| Oct-22-07 | FedEx Shipment | 118.19 |
|  | FedEx Shipment | 65.50 |
|  | Court Reporter: Depo. Michael Kunen | 300.70 |
| Oct-23-07 | Photocopies | 46.22 |
|  | Photocopies | 72.29 |
| Oct-26-07 | FedEx Shipment | 100.59 |
|  | Photocopies and Fee | 60.25 |
| Oct-29-07 | Travel to Tampa for Dep. (first trip) | 369.80 |
| Oct-31-07 | FedEx Shipment | 18.06 |
|  | FedEx Shipment | 18.62 |
|  | FedEx Shipment | 22.62 |
|  | Travel to Tampa (Second Trip) | 304.80 |
|  | Service Fee: Matthew Kunen | 125.00 |
|  | Service Fee: Laura Sullivan | 125.00 |
|  | Service Fee: Marc Drucker | 60.00 |
|  | invoice # 143.09 | 11.25 |
|  | reference # 87874 | 75.00 |
|  | Search: Drucker, Grace, Klarer, Birac | 495.00 |
|  | Service Fee: Peter Kunen | 60.00 |
|  | Service Fee: Dr. Howard Fields | 110.00 |
|  | Service Fee: Dr. Howard Fields (Hercules) | 110.00 |
|  | Service Fee: Dr. Howard Fields (Hercules) #460) | 110.00 |
|  | Service Fee: Yahoo Legal | 120.00 |
|  | Service Fee: Wells Fargo Auto Finance | 60.00 |
|  | Service Fee: Wells Fargo Bank | 60.00 |
|  | Service Fee: Yahoo Legal Department | 120.00 |
|  | Photocopies | 138.16 |
|  | Photocopies | 28.78 |

|  |  |  |
|---|---|---|
|  | Totals | $7,056.74 |

**Total Fee & Disbursements**                            $51,776.74
Previous Balance                                          51,336.23

**Balance Now Due**                                      $103,112.97
                                    **Terms: Balance Due Upon Receipt**


TAX ID Number     20-1324240