# HBN Law

SINCE 1938

W.G. Buncamper Road 33
Philipsburg
Sint Maarten, Neth. Antilles
Phone: +(599) 542-2272
Fax: +(599) 542-4381
e-mail: info@hbnlaw.com

Dimond Kaplan & Rothstein
2665 South Bayshore Drive, Penthouse # 2
Miami, Florida 33133   U.S.A.
S.M. Dimond

File nr.: EDV-07073
Acc. no: 306748

## INVOICE

BANK:
THE WINDWARD ISLAND BANK Ltd.        USD Current Account # 20508504    No: 94231

Philipsburg, September 17, 2007

Re: Interim statement of account
SEC vs Kunen, F.J

Legal assistance rendered up to and including    July 9, 2007

|  | Amount USD |
|---|---|
| Time involved | 1,552.50 |
| Office costs 8% | 124.20 |
| Subtotal, excl T.O.T. | 1,676.70 |
| T.O.T. 3% | 50.30 |
| **Total** | **1,727.00** |

Please transfer the total amount due to the above mentioned bank account
Conditions: Payments within 30 days, overdue payment intrest 1% per month and collection charges
Any liability shall be limited to the amount which is paid out under the firm's professional liability policy in the matter concerned

# HBN Law St. Maarten

# Specification

| File | EDV-07073 | SEC vs Kunen, F.J | Depot | | 0 |
|---|---|---|---|---|---|

Fee earner: mr Gaston Bell US$

| Date | Activity | Description | Units | Amount |
|---|---|---|---|---|
| 28-08-2007 | Study Documents | Study Documents | 0.60 | 135.00 |
| 28-08-2007 | Correspondence/fax/E-mail | WIB re. freezing account | 1.40 | 315.00 |
| 29-08-2007 | Telephonecall | WIB/Essed | 0.30 | 67.50 |
| 29-08-2007 | Miscellaneous | finalize cort etc | 0.80 | 180.00 |
| 30-08-2007 | Telephonecall | WIB/Essed: discuss freezing | 0.50 | 112.50 |
| 30-08-2007 | Telephonecall | WIB/Essed re. freezing | 0.40 | 90.00 |
| 30-08-2007 | Correspondence/fax/E-mail | Eric/Scott e.a.: re. update amount etc | 0.60 | 135.00 |
| 30-08-2007 | Correspondence/fax/E-mail | Eric re. blocking | 0.30 | 67.50 |
| 31-08-2007 | Telephonecall | Essed/WIB re. bankslips | 0.30 | 67.50 |
| 31-08-2007 | Study Documents | Study Documents bankslips etc | 0.20 | 45.00 |
| 31-08-2007 | Correspondence/fax/E-mail | Essed/WIB bankslips | 0.50 | 112.50 |
| 03-09-2007 | Telephonecall | Essed/WIB: re. ATM acct | 0.30 | 67.50 |
| 03-09-2007 | Correspondence/fax/E-mail | Client/Eric: re. WIB info | 0.30 | 67.50 |
| 06-09-2007 | Telephonecall | Damian/Scott: re. WIB amount | 0.20 | 45.00 |
| 07-09-2007 | Correspondence/fax/E-mail | Damian: banksaldo | 0.20 | 45.00 |
| **Total** | **mr Gaston Bell** | | **6.90** | **1,552.50** |
| **Total** | **EDV-07073** | | **6.90** | **1,552.50** |

*PM excluding office cost and tax*


# HBN Law
SINCE 1938

W.G. Buncamper Road 33  
Philipsburg  
Sint Maarten, Neth. Antilles  
Phone: +(599) 542 2272  
Fax: +(599) 542 4381  
e-mail: info@hbnlaw.com

Dimond Kaplan & Rothstein  
2665 South Bayshore Drive, Penthouse # 2  
Miami, Florida 33133   U.S.A.  
S.M. Dimond

File nr.:  EDV-07073  
Acc. no:  306748

## INVOICE

BANK:  
THE WINDWARD ISLAND BANK Ltd.    USD Current Account # 20508504    No: 94421

Philipsburg,   October 26, 2007

Re:  Interim statement of account  
     SEC vs Kunen, F.J

Legal assistance rendered up to and     October 19, 2007  
including

|  | Amount USD |
|---|---:|
| Time involved | 112.50 |
| Office costs 8% | 9.00 |
| | |
| Subtotal, excl T.O.T. | 121.50 |
| T.O.T. 3% | 3.64 |
| **Total** | **125.14** |

Please transfer the total amount due to the above mentioned bank account  
Conditions: Payments within 15 days, overdue payment intrest 1% per month and collection charges  
Any liability shall be limited to the amount which is paid out under the firm's professional liability policy in the matter concerned

# HBN Law St. Maarten

Invoice number: 94421

| File | Activity | Units | US$ Amount |
|---|---|---|---|
| EDV-07073  SEC vs Kunen, F.J | | | |

**Date**

**mr Gaston Bell**
20-Sep-07                WIB info                                    0,30      67,50
                                                                     **0,30**  **67,50**

**Date**

**mr Terrence Edward Matroos**
19-Oct-07     Correspondence/fax/E-mail: ms. Damia    0,20      45,00
                                                                     **0,20**  **45,00**

                                                                     **0.50**  **112.50**

26-10-2007