

# INVOICE FOR SERVICES RENDERED

**Global Risk Solutions, Inc.**

1101 Brickell Avenue
North Tower, Suite 1001

| DATE | INVOICE # |
|---|---|
| 11/5/2007 | 2007- 89 |
| REF NO. | TERMS |
|  |  |

| BILL TO: | | PROJECT: | SEC v. Charles O. Morgan |
|---|---|---|---|
| Scott Dimond c/o<br>Damian & Valori LLP<br>1000 Brickell Avenue, Suite<br>Miami, Florida 33131<br>Attn:Melanie Damian | | SERVICE PERIOD: | September - October 2007 |
| | | Thank you for the opportunity to work with Damian & Valori, LLP | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Forensic Drive Imaging Service - Desktop Computer - 20 GB Hard Drive | 1,000.00 | 1,000.00 |
| 1 | Forensic Drive Imaging Service - Laptop Computer - 180 GB Hard Drive | 1,000.00 | 1,000.00 |
| 1 | Hard Drive for Forensic Imaging - 80 GB | 150.00 | 150.00 |
| 1 | Hard Drive for Forensic Imaging - 250 GB | 300.00 | 300.00 |
| 2 | Additional Copy of Forensic Image - Desktop Computer | 500.00 | 1,000.00 |
| 2 | Additional Copy of Forensic Image - Laptop Computer | 500.00 | 1,000.00 |
| 1 | Cell Phone/PDA Analysis (See Attached Invoice from 3rd Party Vendor) | 550.00 | 550.00 |

**Total**  $5,000.00

**WIRE TRANSFER INSTRUCTIONS**

*Receiving Bank*    Gibraltar Bank, FSB  Miami, Florida
*Routing/ABA #*     267090455
*Further Credit to* Global Risk Solutions, Inc.
*Account #*         0020056826
*FEID#*             04-3597737