**Dimond Kaplan & Rothstein, P. A.**
2665 S. Bayshore Drive
Penthouse 2
Coconut Grove, FL 33133

*Invoice submitted to:*

Kunen

March 13, 2008

*Invoice* #3911

*File No:* 1343

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2007 | MOA | Update correspondence and pleadings binders; update pleading index; update investor status chart; prepare additional binders. | 1.00 | NO CHARGE |
| | LMP | Telephone conference with Liam Leigh regarding documents held by Lady Jane's daughter and SEC process | 0.30 | 45.00 |
| | SMD | Receive & review order to show cause; Telephone conference (message) Melanie Damian regarding status of discovery | 0.20 | 50.00 |
| 11/2/2007 | SMD | Receive & review e-mails from Andy Kaplan regarding bank statement; Telephone conference with Melanie Damian regarding discovery and order to show cause; Attend telephonic status conference; Telephone conference with Kenneth Murena (message) regarding Citi Bank and Druker; E-mails with Lorenz M. Prüss regarding target list | 1.60 | 400.00 |
| 11/5/2007 | SMD | Telephone conference with Melanie Damian regarding discovery; Receive and review subpoenas; Receive and review e-mails from Andrew Kaplan regarding financial discovery | 0.70 | 175.00 |
| | LMP | Telephone conference with "investor" Mallory Horne regarding investment contact; Telephone conference with Aaron Humphries on behalf of "investor" Mallory Horne regarding investment contact | 0.70 | 105.00 |
| 11/6/2007 | SMD | Receive & review e-mail from Andrew Kaplan regarding financial discovery; receive and review e-mails from Melanie Damian enclosing bills | 0.30 | 75.00 |
| 11/7/2007 | SMD | Receive & review Proposed Order; E-mails with Roger Cruz regarding same; Telephone conference with Kenneth Murena regarding Druker Motion; | 0.80 | 200.00 |



| | | | Hours | Amount |
|---|---|---|---|---|
| 11/8/2007 | SMD | E-mail to Scott Poulen regarding WIB transfer; receive and review DOJ statement of claim; Telephone conference with Charles Morgan regarding claims; Telephone conference with Kenneth Murena regarding Drucker Motion; Telephone conference with Melanie Damian regarding same; Telephone conference with Andy Kaplan regarding suspicious payments; | 1.20 | 300.00 |
| 11/9/2007 | SMD | Receive & review court Order | 0.10 | 25.00 |
| 11/10/2007 | SMD | Receive and review e-mail from Kenneth Murena regarding WIB account transfer | 0.10 | 25.00 |
| 11/12/2007 | SMD | E-mail with Kenneth Murena regarding Citi Bank Funds | 0.10 | 25.00 |
| 11/13/2007 | SMD | E-mail regarding WIB transfer; Telephone conference with Melanie Damian regarding depositions | 0.30 | 75.00 |
| 11/14/2007 | SMD | Telephone conference with Melanie Damian regarding depositions and case status; receive and review subpoenas to prospective targets | 0.40 | 100.00 |
| 11/15/2007 | SMD | Telephone conference with Charles Morgan regarding expiration of claims period; Telephone conference with Paul Herrera regarding subpoena | 0.40 | 100.00 |
| 11/16/2007 | SMD | Receive & review subpoenas; Telephone conference (message) Ken Murena regarding Amex call | 0.20 | 50.00 |
| | MOA | Receive, review, sort and organize investor documents; update investor status log and information log. | 2.10 | 199.50 |
| 11/17/2007 | SMD | E-mails to Melanie Damian regarding Morgan correspondence; Receive and review e-mails from Andrew Kaplan regarding BOA accounting; | 0.20 | 50.00 |
| 11/19/2007 | SMD | Telephone conference with Melanie Damian regarding hearing on order to show cause; Attend hearing; Conference with Roger Cruz regarding same; E-mails with Scott Poulin regarding WIB transfer | 1.40 | 350.00 |
| | LMP | Telephone conference with Scott Hudson regarding probate matter; draft email to Scott Hudson regarding SEC information | 0.30 | 45.00 |
| 11/20/2007 | VC | Telephone conference with investor Sanfilipo regarding investor interview; | 0.10 | 9.50 |
| | MOA | Update investors' status and contact log; organize file for case management. | 0.70 | 66.50 |
| | SMD | Receive & review e-mails with Charles Timson; Receive & review proposed order on Motion to show cause; Receive & review Druker payment; E-mails with Melanie Damian and Kenneth Murena regarding same. | 0.60 | 150.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/2007 | SMD | E-mail with Scott Poulin regarding Druker deposit; E-mail with Kenneth D. Murena regarding WIB payment | 0.40 | 100.00 |
| 11/26/2007 | SMD | Telephone conference with Scott Hudson regarding claim; Telephone conference with Michael Sanfilipo regarding same; Receive and review objections to claim, subpoenas. | 0.70 | 175.00 |
| 11/27/2007 | SMD | E-mails with Kenneth Murena regarding WIB transfer | 0.10 | 25.00 |
| 11/28/2007 | SMD | E-mail with Scott Poulin regarding WIB transfer; Telephone conference with Melanie E. Damian regarding case status and strategy; Telephone conference with Melanie E. Damian, Roger Cruz and Robert Levinson regarding same; Receive and review letter from Charles Morgan regarding probate claims | 0.90 | 225.00 |
| | MOA | Organize material; review file for case management; update investor status log and file. | 1.10 | 104.50 |
| 11/29/2007 | SMD | E-mail with Andrew Kaplan regarding O'Neil payment; E-mail to Melanie E. Damian regarding Morgan letter | 0.20 | 50.00 |
| 11/30/2007 | SMD | Telephone conference with Melanie E. Damian regarding SEC approval; Receive and review e-mails to Howard Field regarding depo; Conference with Melanie E. Damian regarding Dyson claim; E-mails with Lorenz M. Prüss regarding Dyson documents | 0.50 | 125.00 |
| | LMP | Review Bruce Dyson file | 0.10 | 15.00 |
| 12/3/2007 | SMD | Receive & review e-mail from Andrew Kaplan regarding Grace subpoena; Telephone conference with Melanie E. Damian regarding Provence deposition, Receiver report | 0.20 | 50.00 |
| 12/4/2007 | SMD | E-mail with Melanie E. Damian and Roger Cruz regarding Provence depo | 0.10 | 25.00 |
| 12/5/2007 | SMD | Review correspondence from Melanie E. Damian regarding Provence depo; Telephone conference with Roger Cruz, Melanie E. Damian and Robert Levinson regarding same; Receive and review draft Motion to expand receivership; E-mails with Kenneth Murena regarding Provence depo cancellation | 0.40 | 100.00 |
| 12/6/2007 | SMD | Revise Motion to Consolidate; Telephone conference with Melanie E. Damian and Roger Cruz regarding same; Review and revise Motion for Constructive Trust; Receive and review Provence Complaint | 3.10 | 775.00 |
| 12/7/2007 | SMD | Revise Motion to Create Constructive Trust; Telephone conference with Melanie E. Damian regarding same; Telephone conference with Roger Cruz regarding asset freeze; Receive and review Emergency order. | 3.00 | 750.00 |
| | MOA | Receive & review material from investors; update status log. | 0.70 | 66.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/10/2007 | SMD | Revise Constructive Trust Motion; Telephone conference with Melanie E. Damian regarding same fee request; E-mails and telephone conference with Melanie E. Damian and Roger Cruz regarding Motion for Enlargement of time | 1.20 | 300.00 |
| 12/11/2007 | SMD | Telephone conference with Melanie E. Damian regarding Fields deposition, revisions to constructive trust Motion; Receive and review e-mail regarding same; E-mail to Melanie E. Damian regarding website | 4.80 | 1,200.00 |
| 12/12/2007 | LMP | Facilitate e-filing of receiver's petition for attorneys' fees | 0.20 | NO CHARGE |
| | SMD | Revise Motion for Constructive Trust; Telephone conference and e-mails with Melanie E. Damian and SEC regarding same; Prepare first interim Report of Receiver | 3.50 | 875.00 |
| 12/13/2007 | SMD | E-mail with Andrew Kaplan regarding declaration; E-mail with Robert Levinson, Roger Cruz and Melanie E. Damian regarding Revisions to constructive trust Motion; Revise same; Receive and review Kaplan declaration; Telephone conference with Roger Cruz regarding same; E-mails with Kenneth Murena regarding investor contact | 2.20 | 550.00 |
| 12/14/2007 | SMD | Review final Motion to Impose Constructive Trust; E-mails with SEC regarding service of same; E-mails with Kenneth Murena regarding investor contact info; Telephone conference with Melanie Damian regarding same | 0.80 | 200.00 |
| 12/15/2007 | SMD | Review Fields agreement; Prepare Receiver's report | 1.50 | 375.00 |
| 12/17/2007 | SMD | Prepare Receiver's report; Receive and review Motion to Transfer Provence case; Receive and review Notice of Taking Deposition of Thomas Hastings; Receive and review letter from investor; Telephone conference with Melanie E. Damian and Roger Cruz regarding Motion to Consolidate Receivership | 3.70 | 925.00 |
| | MOA | Review of investor's status logs; update same; review for number of investors who has responded; Note same. | 1.40 | 133.00 |
| 12/18/2007 | LMP | Discuss with Vicky Ceballos regarding interview of Tom Hastings | 0.10 | 15.00 |
| | MOA | Review of investor's status log for the number of investors that responded; E-mail to Scott M. Dimond regarding same. | 1.10 | 104.50 |
| | SMD | Revise Howard Fields settlement agreement; Telephone conference with Kenneth D. Murena regarding same; Receive and review Dyson Settlement Agreement; Telephone conference with Kenneth D. Murena regarding same; Revise Receiver's Report; Telephone conference with Melanie E. Damian regarding same; Review Hastings interview notes; Telephone conference with Kenneth D. Murena regarding same; E-mail to SEC lawyers regarding Receiver's report; | 3.10 | 775.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/19/2007 | SMD | Receive & review revisions to Receiver's report; Telephone conference with Roger Cruz regarding Motion to Expand Receivership; E-mails and Telephone conference with Melanie E. Damian regarding same; | 0.80 | 200.00 |
| 12/20/2007 | SMD | Prepare Motion Expand Receivership; E-mail with Melanie E. Damian regarding same; E-mail with Rogez Cruz regarding Receivers report | 1.10 | 275.00 |
| | SMD | Finalize and file Receiver's report; Conference with Lorenz M. Prüss regarding same; e-mail with Kenneth D. Murena regarding Dyson Agreement | 1.50 | 375.00 |
| 12/21/2007 | LMP | Review, edit exhibits (regarding subpoenas and deponents) to interim status report of receiver; facilitate e-filing of interim status report of receiver; Telephone conference with office of counsel to receiver regarding same | 0.40 | 60.00 |
| 12/22/2007 | SMD | Receive & review Order setting hearing on Constructive Trust Motion; Review and execute settlement with Bruce Dyson | 0.20 | 50.00 |
| 12/26/2007 | LMP | Review email from Scott M. Dimond regarding correspondence to investors; exchange emails with counsel Kenny Murena regarding same | 0.30 | 45.00 |
| | SMD | E-mails with Kenneth D. Murena and Lorenz M. Prüss regarding letter to investors and Receivership website; | 0.20 | 50.00 |
| 12/27/2007 | SMD | Receive & review e-mail from Russell Weigel regarding personal representative fee request; E-mail with Roger Cruz and Melanie E. Damian regarding evidentiary hearing; Telephone conference with Melanie E. Damian and Roger Cruz regarding same; | 0.50 | 125.00 |
| | LMP | Review statement of creditors | 0.10 | 15.00 |
| 12/28/2007 | SMD | E-mail to Russell Weigel regarding fee request; Receive and review statement regarding creditors; Revise Motion to Expand Receivership; Prepare Response to Order Setting Hearing; Conference with Lorenz M. Prüss regarding same; | 0.90 | 225.00 |
| 1/2/2008 | SMD | Revise Motion to Expand Receivership; E-mails with Kenneth D. Murena and Melanie E. Damian regarding Dyson settlement payment; Receive and review discovery material from Charles O. Morgan | 0.50 | 125.00 |
| 1/3/2008 | SMD | Telephone conference with Melanie E. Damian regarding expansion of receivership | 0.10 | 25.00 |
| 1/4/2008 | MOA | Review and organize file for case management; review material received from various investors; Update log and organize | 1.00 | 95.00 |
| | SMD | Telephone conference with Dr. Sanchez regarding account status; Review and execute Dyson agreement; Telephone conference with Melanie E. Damian regarding same, Motion to Expand receivership | 0.70 | 175.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/7/2008 | SMD | Arrange website link; Telephone conference with Andrew Kaplan (message) regarding Dr. Sanchez; E-mails with Russell Weigel regarding fee application; E-mails with Robert Levenson regarding same; | 0.40 | 100.00 |
| | MOA | Review individually investors' file for total amount of investment loss and compare to Bruce Dyson's tabulated figures | 2.00 | 190.00 |
| 1/8/2008 | MOA | Continue to review investors files for claimed amount of loss and compare to B. Dyson's chart, conference with Lorenz M. Prüss to review comparison of B. Dyson's tabulations; Review and edit memo regarding same | 1.20 | 114.00 |
| | SMD | Telephone conference with Andrew Kaplan regarding Dr. Sanchez information; Receive and review Personal Representatives fee application and time sheets; Telephone conference with Melanie E. Damian and Robert Levenson regarding same, case status | 1.50 | 375.00 |
| | LMP | Review email from Kenny Murena regarding Dyson provided list of investors and amounts invested; Discuss with Mari Alonso regarding review of case materials to compare with Dyson provided list of investors and amounts invested; prepare, edit, review memorandum regarding review of case materials to compare with Dyson provided list of investors and amounts invested; draft email to Kenny Murena regarding same; review of case materials to compare with Dyson provided list of investors and amounts invested | 1.50 | 225.00 |
| 1/9/2008 | SMD | Telephone conference with Melanie E. Damian regarding order consolidating actions; Receive and review same; Finalize Motion to Expand receivership; E-mail to Melanie E. Damian regarding same; Receive and review e-mails from Robert Levenson regarding letter to Charles Morgan | 1.10 | 275.00 |
| | LMP | Review documents produced by Raymond Wicker; discuss with Mari Alonso regarding same; discuss with Mari Alonso regarding investment by Joseph Jack Richards aka RF trust; draft email to Kenny Murena regarding same | 0.50 | 75.00 |
| 1/10/2008 | SMD | Telephone conference with Kenneth D. Murena regarding Dr. Sanchez (message); Receive and review e-mails with Russ Weigel, Melanie E. Damian and Robert Levenson regarding Personal Representative fee request. | 0.40 | 100.00 |
| | MOA | Update investor's log; Organize and review investors material, review file for case management | 0.80 | NO CHARGE |
| 1/11/2008 | SMD | Telephone conference with Scott Poulin regarding status of receivership; Receive and review order expanding receivership; Telephone conference with Melanie E. Damian regarding same; | 0.50 | 125.00 |
| 1/14/2008 | SMD | E-mail with Kenneth D. Murena regarding Fields agreement | 0.10 | 25.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/15/2008 | SMD | Receive & review invoice from Damian & Valori | 0.10 | NO CHARGE |
| 1/16/2008 | SMD | Telephone conference with Lafania Davis regarding claim against estate; E-mails with Kenneth D. Murena regarding Klarer Agreement, O'Neil complaint | 0.30 | 75.00 |
| 1/17/2008 | SMD | Telephone conference (message) Scott Hudson regarding status of claim | 0.10 | 25.00 |
| 1/18/2008 | MOA | Review files for any material on Scott Hudson | 0.20 | 19.00 |
| 1/19/2008 | SMD | Telephone conference with Melanie E. Damian regarding Provence deposition, meeting, settlement; Telephone conference (message) Scott Hudson regarding investor list | 0.30 | 75.00 |
| 1/21/2008 | SMD | E-mail with Kenneth D. Murena regarding death of investor | 0.20 | 50.00 |
| 1/22/2008 | SMD | Telephone conference with Dr. Sanchez regarding status as an investor; E-mail to Lorenz M. Prüss regarding same; | 0.20 | 50.00 |
| 1/23/2008 | SMD | Telephone conference with Chris Baker (message) regarding status of case; Telephone conference with Melanie E. Damian regarding same; E-mails with Melanie E. Damian regarding Provence account; Receive and review Morgan fee petition | 0.40 | 100.00 |
| 1/24/2008 | LMP | Discuss with Scott M. Dimond regarding expansion of receivership; discuss with Dirk Pentico regarding same | 0.20 | 30.00 |
| | SMD | E-mails and telephone conference with Melanie E. Damian regarding Provence actions; Telephone conference with Scott Poulin regarding Provence account; Telephone conference with Melanie E. Damian regarding Provence investor letters; Conference with Lorenz M. Prüss regarding same; Revise notice to court; Receive and review fee petition of Charles O. Morgan | 1.40 | 350.00 |
| 1/25/2008 | SMD | Revise Notice of Hearing; E-mails with Melanie E. Damian and Robert Levenson regarding same; | 0.50 | 125.00 |
| | DP | Meet with Lorenz M. Prüss, Scott M. Dimond regarding assignment of responsibilities regarding preparation of subpoenas, cover letters | 0.20 | 19.00 |
| 1/26/2008 | LMP | Review, edit investor contact letter regarding Provence matter; Discuss with Dirk Pentico and Scott M. Dimond regarding same; Draft e-mail to Scott M. Dimond regarding same; Review Orders pertinent to Kunen and consolidated Provence matters | 0.50 | 75.00 |
| | SMD | Conference with Lorenz M. Prüss and Dirk Pentico regarding investor letter | 0.20 | 50.00 |
| 1/27/2008 | SMD | E-mail with Melanie E. Damian regarding call | 0.10 | 25.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/28/2008 | LMP | Review emails from Scott M. Dimond regarding provence investor letter and new disgorgement fund | 0.20 | 30.00 |
| | SMD | E-mails to Melanie E. Damian regarding investor letter and subpoena; E-mails and Telephone conference with Melanie E. Damian and Robert Levenson regarding Morgan fee petition; E-mail with Scott Poulin regarding Receivership Account | 1.30 | 325.00 |
| 1/29/2008 | MOA | Review file for order of receiverships, scan and e-mail to Lorenz M. Prüss, pacer search for same | 0.40 | 38.00 |
| | SMD | E-mails with Melanie E. Damian and Robert Levenson regarding Morgan fee application; E-mails with Melanie E. Damian, Lorenz M. Prüss and Kenneth D. Murena regarding Provence investors letter; Telephone conference with Melanie E. Damian regarding same; | 0.70 | 175.00 |
| | LMP | Review emails from Melanie Damien and Kenny Murena regarding proposed revisions to DT Capital Investor correspondence; exchange emails with Mari Alonso regarding new disgorgement fund | 0.40 | 60.00 |
| | DP | Review investor documents regarding preparation of mailing list | 0.30 | 28.50 |
| 1/30/2008 | SMD | Telephone conference with Paul Adler regarding website posting; Telephone conference with Melanie E. Damian and Robert Levenson regarding Morgan fee; Review Morgan fee materials; Telephone conference with Kenneth D. Murena regarding same; | 1.20 | 300.00 |
| | LMP | Discuss with Dirk Pentico regarding status of DT Capital investor correspondence and subpoenas; exchange emails with counsel Kenny Murena regarding disgorgement fund | 0.30 | 45.00 |
| | DP | Review pleadings, correspondence regarding investor list; Telephone conference with Melanie Damien regarding investor list, message for Kenny Murena regarding investor list | 1.50 | 142.50 |
| 1/31/2008 | SMD | E-mails regarding Receivership bank account opening; E-mails with Paul Adler regarding website; E-mails with Kenneth D. Murena regarding same; | 0.40 | 100.00 |
| | LMP | Exchange emails with Attorney KM and Scott Poulin regarding Disgorgement Fund | 0.30 | 45.00 |
| | | **For professional services rendered** | **79.10** | **$16,460.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 11/1/2007 | Copy charge for November 2007. | 20.25 |
| | Scanning charge for November 2007. | 25.70 |

| | | Amount |
|---|---|---|
| 11/2/2007 | Parking | 4.50 |
| 11/20/2007 | Parking | 7.00 |
| 12/31/2007 | Copy charge for December 2007. | 5.00 |
| | Scanning charge for December 2007. | 20.20 |
| | Westlaw expense for December 2007. | NO CHARGE |
| | Facsimile expense for December 2007. | 0.50 |
| | Westlaw expense for December 2007. | NO CHARGE |
| 1/31/2008 | Scanning charge for January 2008. | 7.20 |
| | Copy charge for January 2008. | 3.00 |
| | **Total costs** | **$93.35** |
| | **Total amount of this bill** | **$16,553.35** |
| | **Previous balance** | **$44,922.57** |
| 2/14/2008 | Payment as per Court Order dtd 2/14/08 - Thank You. Check No. 16948 | ($44,922.57) |
| | **Total payments and adjustments** | **($44,922.57)** |
| | Balance due | $16,553.35 |