Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | January 31, 2008 |
| End of Billing Date: | Jan 31/08 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3652 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-02-08 | Review emails regarding extending deadlines for Bruce Dyson to make installment payments and execution of Revised Agreement; revise Agreement for return of funds received from Fred Kunen and forward to Bruce Dyson for execution; emails to and from Bruce Dyson regarding execution of revised agreement and new installment payment schedule; review executed revised Agreement; telephone calls to Irving Klarer and Howard Fields regarding execution of Agreements for return of funds received from Fred Kunen; prepare and send email correspondence to Irving Klarer and Howard Fields regarding execution of Agreement, deadline for making first installment payment, and consequences of failure to make payment; review docket sheets in Kunen and Provence actions for entry of Order on Motion for Consolidation. | 2.80 | 700.00 | KDM |
| Jan-03-08 | Telephone call and email to Gaston Bell regarding status of translation and Apostille of Death Certificate of Frederick J. Kunen for purposes of obtaining transfer of Deutsche Bank funds to Receiver; emails to and from Bruce Dyson regarding list of his investors and amounts they invested; emails to and from website designer regarding further revisions to receivership website. | 0.70 | 175.00 | KDM |
| Jan-04-08 | Emails to and from Bruce Dyson regarding list of investors and forward list to Receiver; emails to and from Receiver regarding; file | 0.50 | 125.00 | KDM |

EXHIBIT
"B"
tabbies

|            | Motion for consolidation of Provence and Kunen actions and Motion to expand the Kunen receivership to include the assets of DT Capital. | | | |
|------------|------|------|--------|-----|
| Jan-07-08 | Review correspondence and records from Anglo Irish Bank regarding account in name of Marilyn Kunen and formation and shares of Ashcroft Alliance PLC; emails to and from website designer regarding revisions and updates to website for Kunen receivership; emails to and from Irving Klarer regarding execution of Agreement for return of funds to Receiver; revise Agreement and forward to Irving Klarer for execution; telephone call to Marc Kunen regarding status of sale of BMW. | 1.40 | 350.00 | KDM |
| Jan-08-08 | Telephone call with Bob Levenson and Scott Dimond regarding status and strategy; review email correspondence with Howard field. | 1.20 | 300.00 | MME |
|           | Review production of documents from banks and brokerage houses, sale of BMW by Marc Kunen, and execution of Agreements and payments from targets including Irving Klarer, Howard Fields, Bruce Dyson and Halina O'Neill; email from Marc Kunen regarding status of sale of BMW; telephone call and email to Gaston Bell in St. Maarten regarding translation and apostille for Death Certificate of Fred Kunen for purposes of obtaining transfer of funds from Deutsche Bank to Receiver; review translation of and apostille for Death Certificate to be forwarded to Deutsche Bank; email from Receiver regarding Bruce Dyson's list of investors and amounts invested; prepare third email to Howard Fields regarding execution of and payment under Agreement with Receiver for return of funds from Fred Kunen and discuss with Melanie Damian; telephone calls to and from counsel for Halina O'Neill regarding return of funds she received from Mr. Kunen and possible fraudulent transfer action against her; conduct research regarding claim for fraudulent transfer and begin drafting complaint. | 3.90 | 975.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Provence] Review production of documents from banks and brokerage houses and other documents and information needed in preparation for deposition of Terry Provence; review case in light of SEC's filing of motion for consolidation with Kunen action. | 0.20 | 50.00 | KDM |
| Jan-09-08 | Receipt and review order from court on motion to consolidate; telephone call with Scott Dimond regarding status and strategy; email correspondence with the SEC; review and finalize motion to expand receivership. | 1.20 | 300.00 | MME |
| | Emails to and from counsel in St. Maarten regarding official translation of Fred Kunen's Death Certificate; review translation and original apostille for Death Certificate and prepare letter to Deutsche Bank enclosing those and other required documents and requesting transfer of balance of Fred Kunen's account to Receiver; review Order consolidating Kunen and Provence actions and revisions to Motion to expand Kunen Receivership to include assets of DT Capital LLC; review, revise, file and serve Motion; emails to and from Receiver's office regarding Bruce Dyson investor. | 2.30 | 575.00 | KDM |
| Jan-10-08 | Telephone calls to and from Receiver regarding service of Motion for Constructive Trust on investors of Fred Kunen and creditors of probate estate; emails to and from website designer regarding adding latest Order of Consolidation to website and revising its links. | 0.70 | 175.00 | KDM |
| Jan-11-08 | Receipt and review order expanding receivership; telephone calls with Receiver regarding status and strategy; email correspondence with SEC regarding status. | 0.50 | 125.00 | MME |
| | (No Charge) Emails to and from SEC regarding Kunen receivership website and combining that with website for DT Capital receivership; review Order granting Motion to Expand Receivership; email from Fifth Third Bank regarding production of documents | 1.20 | 0.00 | KDM |

responsive to Subpoena; review docket sheet
in Kunen and Provence matters and download
all relevant pleadings from Provence docket
for purposes of receivership website; emails to
and from website designer regarding revisions
to website in light of consolidation of cases
and expansion of Kunen receivership.

| | | | | |
|---|---|---|---|---|
| Jan-14-08 | Review latest production of documents from Fifth Third Bank evidencing wire transfers, deposits and teller transfers and forward copies to Andy Kaplan; review exhibits to SEC's Motion for Preliminary Injunction and forward to Receiver; emails to and from Howard Fields regarding Agreement for return of funds received from From Kunen; review signed Agreement, forward to Receiver for review and execution; discuss with Melanie Damian preparation of fraudulent transfer complaint against Halina O'Neill; emails to and from website designer regarding information and documents regarding DT Capital to be added to receivership website; email from SEC regarding accounts held in name of Provence and/or DT Capital and status of freezing those accounts. | 2.50 | 625.00 | KDM |
| Jan-15-08 | Review materials provided by SEC, including statement of Provence. | 1.80 | 450.00 | MME |
| | Review signed Agreement with Irving and Tammy Klarer for return of funds from Fred Kunen; telephone calls to and from Andy Kaplan regarding latest documents from Fifth Third Bank, documents needed from Bank of America, other accounts held by Provence or DT Capital, and balances of all accounts; review list of accounts and balances related to Provence and DT Capital prepared by Andy Kaplan; email from Andy Kaplan regarding updated list of Provence accounts and balances, missing Bank of America documents regarding DT Capital and latest documents received from Fifth Third Bank; review documents received pursuant to Subpoenas and update Status List of Subpoenas and Depositions. | 1.70 | 425.00 | KDM |

| | | | | |
|---|---|---|---|---|
| Jan-16-08 | Telephone calls to and from investor regarding Motion for Constructive Trust, status of Receivership and Probate case, and Receiver's game plan for securing return of funds from associates and family members; email to Receiver regarding status of settlement with Halina O'Neill and possible need to prepare fraudulent transfer complaint to convince her to return the funds she received from Fred Kunen; emails to and from Melanie Damian and SEC regarding freezing accounts at Fifth Third Bank; prepare correspondence to Fifth Third Bank, attaching Freeze Order in Provence/DT Capital action and requesting freeze of all accounts associated with Terry Provence and/or DT Capital; telephone calls to and from Bank of America regarding production of documents responsive to Subpoenas for document regarding Lady Jane Grace and DT Capital; finish updating Subpoena and Deposition Status List, forward to SEC; telephone call to and email from former counsel for Kunen regarding matter for which he represented Kunen and written response to Subpoena. | 2.20 | 550.00 | KDM |
| Jan-17-08 | Telephone call to Bank of America regarding timing of production of documents responsive to Subpoena for documents regarding Lady Jane Grace and DT Capital; emails to and from Receiver regarding execution of Agreements with the Klarers for the return of funds received from Fred Kunen and strategy for preparation of fraudulent transfer complaint against Halina O'Neill. | 0.40 | 100.00 | KDM |
| Jan-18-08 | Continue review of file, documents provided by SEC and accounting issues; prepare for deposition. | 2.30 | 575.00 | MME |
| | Telephone call and email to Fifth Third Bank regarding freezing of accounts held by Terry Provence and DT Capital; resend Freeze Order, Order Appointing Receiver, and Order Expanding Receivership to supervisor at Fifth Third Bank; telephone calls to and from Bank of America regarding outstanding documents and re issuance of Subpoena for documents | 2.80 | 700.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | regarding DT Capital, CMW Partners and Lady Jane Grace; prepare updated Subpoena for documents regarding DT Capital, CMW Partners, Terry Provence and Lady Jane and serve on Bank of America; research regarding Provence's fraudulent scheme, including inflows from investors, transfers to Kunen and his own account, trading activity and documentation evidencing fraud. | | | |
| Jan-21-08 | Telephone call and email from Bruce Dyson regarding death of 1 of his investors and timing of making distributions to all investors; emails to and from Receiver regarding death of investor and procedures and timing for making distributions to all investors; review Renewed Motion for Asset Freeze and Exhibits thereto; review docket sheet in Provence action and pull Renewed Motion and Order Freezing Assets; prepare for meeting with SEC to discuss Provence's fraudulent scheme and strategy and game plan in receivership in light of its expansion over the assets of DT Capital receivership; send various court papers in Provence action to website designer to be added to the receivership website. | 1.80 | 450.00 | KDM |
| Jan-22-08 | Review SEC's Renewed Motion for Asset Freeze and Exhibits thereto, balances of accounts held by Terry Provence and DT Capital, providing notice to all banks and other financial where Terry Provence and DT Capital have accounts, and game plan for expanded receivership; email from website designer regarding revisions to receivership website; review website and make notes for necessary updates. | 0.60 | 150.00 | KDM |
| Jan-23-08 | Review investor information; review responses to bank subpoenas and analysis by accountant; develop strategy. | 1.80 | 450.00 | MME |
| | Telephone calls to and from Fifth Third Bank regarding Order Freezing Assets of Terry Provence and DT Capital LLC; review various exhibits to SEC's Motion for Asset Freeze and deposition of Terry Provence in preparation for meeting with SEC; telephone call and email to | 2.50 | 625.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Bank of America regarding status of production of documents regarding deposits and wires and other transfers to and from accounts held by Terry Provence, DT Capital LLC, and CMW; resend to Bank of America Subpoenas for document regarding DT Capital, CMW and Jane Grace along with Freeze Order, Order Appointing Receiver and Order Expanding Receivership. |  |  |  |
| Jan-24-08 | Review account information; meeting with Bob Levenson regarding status and strategy. | 1.50 | 375.00 | MME |
|  | Review analyses of Andrew Kaplan regarding inflows from investors to Terry Provence, trades made with those funds, transfers to Fred Kunen and other accounts held by Terry Provence, DT Capital statements to members regarding trades, fees and disbursements to members and trader, and supporting documentation in preparation for meeting with SEC; review balances and status of freezing accounts held by Terry Provence and DT Capital at various institutions; prepare, send Subpoenas to C.R. Creed, Dennis Brown, Dick Hoffmeyer, Mark Miller and Rober Carr requesting documents; review and discuss with Melanie Damian affidavit of SEC accountant in support of Motion for Asset Freeze and Accounting provided by Terry Provence; reconcile accounts referenced in SEC's accountant's Affidavit with analyses of accounts and assets prepared by Forensic Accountant; telephone call to Fifth Third Bank regarding confirmation of freezing accounts; prepare and send correspondence to Fifth Third Bank requesting written confirmation of freezing of four accounts associated with Terry Provence and DT Capital; revise, finalize, and send letter to Deutsche Bank enclosing certified copies, apostilles and translation for court orders and death certificate of Fred Kunen, and requesting transfer of balance of account to Receiver. | 2.90 | 725.00 | KDM |
| Jan-25-08 | Email correspondence with SEC and Receiver regarding documents, status and strategy; | 0.80 | 200.00 | MME |

finalize and file notice with Court regarding
evidentiary hearing.

| | | | |
|---|---|---|---|
| Draft fraudulent transfer complaint against Halina O'Neill; review testimony regarding same. | 1.50 | 225.00 | CP |

Telephone calls from Dennis Brown and
Robert Carr regarding responses to Subpoena
for documents regarding Terry Provence and
DT Capital LLC; telephone calls to and from
counsel for Dick Hoffmeyer regarding
documents responsive to Subpoena; prepare
Fraudulent Transfer Complaint against Halina
O'Neill and background of her involvement
with Fred Kunen; telephone calls to Bank of
America and Fifth Third Bank regarding
freezing of accounts and production of detailed
transfer and deposit records responsive to
Subpoenas; forward copies of Receiver Order
and Order Expanding Receivership to Bank of
America and Fifth Third Bank; revise and send
Subpoena to Bank of America requesting
detailed transfer and deposit records regarding
DT Capital, CMW Capital and Seven Star
Services; emails to and from Fifth Third Bank
regarding confirmation of freezing of all
accounts associated with Terry Provence and
DT Capital; emails to and from forensic
accountant regarding status of production and
analysis regarding documents from Bank of
America and Fifth Third Bank; emails from
SEC and Melanie Damian regarding
reproduction of documents received in
response to Subpoenas for Terry Provence and
DT Capital documents; emails to and from
Melanie Damian regarding outline of issues,
persons and entities relevant to Terry Provence
and DT Capital LLC.                                    2.60      650.00        KDM

| | | | | |
|---|---|---|---|---|
| Jan-26-08 | Continue drafting fraudulent transfer complaint against Halina O'Neill. | 2.10 | 315.00 | CP |
| Jan-28-08 | (No Charge) Review fee petition; telephone call with SEC and Receiver regarding status and strategy. | 0.40 | 0.00 | MME |

| | | | | |
|---|---|---|---|---|
| | Review and compile documents received from various banks, credit card companies, internet service providers, other companies and persons responsive to Subpoenas and coordinate reproduction for SEC; telephone calls to and from Bank of America regarding accounts of Terry Provence, DT Capital and related entities, freezing of those accounts, and production of records detailing transfers and deposits; prepare and send correspondence to supervisor at Bank of America regarding production of documents regarding various accounts and confirmation of freezing of accounts; telephone call to Dennis Brown regarding production of documents and receipt of transfers from Fred Kunen; telephone call to Marc Kunen regarding status of sale of BMW; review and update receivership website. | 3.60 | 900.00 | KDM |
| Jan-29-08 | Review and provide comments on Investor letter; email correspondence and call with Receiver regarding status and strategy; email correspondence with SEC regarding fee issues for personal representative. | 0.50 | 125.00 | MME |
| | Telephone call from Dennis Brown regarding documents responsive to Subpoena; telephone calls and emails to and from Marc Kunen regarding status of sale of BMW and transfer of sale proceeds to Receiver; review and revise Receiver's first letter to investors of Terry Provence and DT Capital LLC; email to Receiver forwarding suggested revisions to letter and contact information for Defendants' counsel; emails to and from Receiver regarding transfer of funds from Fred Kunen's account at Deutsche Bank; receive and review original translation of Death Certificate of Fred Kunen; confirm with FedEx receipt by Deutsche Bank of Letter and documentation necessary to effect transfer of funds to receiver; email to Deutsche Bank regarding receipt of documentation and logistics of effecting transfer of funds to Receiver; revise, finalize and issue Subpoena to Bank of America requesting further detailed documents regarding Terry Provenve, DT Capital, CMW Capital and Seven Star Services; review | 4.80 | 1,200.00 | KDM |

analysis on Halina O'Neill prepared by forensic accountant and Profit Sharing Agreement between O'Neill and Kunen for purposes of preparing fraudulent transfer complaint; review and and begin revising draft of fraudulent transfer complaint against Halina O'Neill; emails to and from Receiver's office regarding bank and brokerage accounts associated with Provence and DT Capital and Tax ID number for purposes of setting up Receivership Account; prepare schedule of accounts, names on accounts, account balances and freeze status of accounts and forward to Receiver's office; teleconference with Receiver and Melanie Damian regarding status of payments from Fields, the Klarers, and the Druckers pursuant to Agreements to return funds to Receiver.

| Jan-30-08 | Telephone call with SEC and Receiver regarding fee application of Personal Representative; correspondence with SEC regarding status and strategy; review subpoena requests and responses from CHMI; telephone call with Peak BMW regarding final sale of BMW; review collection issues with Field, Drucker, O'Neill. | 1.60 | 400.00 | MME |
| | (No Charge) Review and compile bank records regarding T. Provence and F. Kunen to be copied and delivered to the SEC. | 1.20 | 0.00 | CP |
| | Emails and telephone calls to and from Receiver and his office regarding investors of Terry Provence and DT Capital; review documents produced by Terry Provence including DT Capital statements and Membership Applications and coordinate reproduction and generation of list of investors and contact information; telephone calls to and from Bank of America regarding Subpoena for Lady Jane's account documents; letter from Fifth Third Bank confirming freezing of accounts of Terry Provence, DT Capital, and Seven Star Capital LLC; review Dick Hoffmeyer's production of documents pursuant to Subpoena and representation by counsel; discuss with Melanie Damian production of | 2.50 | 625.00 | KDM |

emails and other user content by AOL and Yahoo!; compile and review emails from AOL and Yahoo! and forward to SEC; emails to and from Andy Kaplan regarding transfer from Halina O'Neill to Fred Kunen for purposes of Fraudulent Transfer Complaint; continue revising Fraudulent Transfer Complaint against Halina O'Neill; telephone call from Receiver regarding letter to investors on website, review letter posted on website and send email to website designer requesting redaction of investor's name from letter; email from Deutsche Bank confirming that they have all of the required documentation to make the transfer of funds in Fred Kunen's account to Receiver; email to Receiver regarding wire instructions for transfer from Deutsche Bank.

| Date | Description | Hours | Rate | Initials |
|------|-------------|-------|------|----------|
| Jan-31-08 | Telephone calls to and from appraiser for purposes of liquidation of watches purchased by Fred Kunen; telephone calls to and from Peake BMW regarding purchase price of BMW, depreciation and wear and tear of vehicle, and issuance of check directly to Receiver; telephone call to Marc Kunen regarding appointment to sell BMW; telephone calls to and from Bank of America regarding confirmation of freezing of accounts and production of documents detailing transfers and deposits; letter from Bank of America regarding status of responding to Subpoena for documents regarding Lady Jane Grace; prepare and send to Receiver schedule of payments due from targets who entered into Agreements with Receiver for return of funds; review Membership Applications and prepare and send to Receiver schedule of Provence Investors. | 2.20 | 550.00 | KDM |

|  | HOUR TOTALS: | 65.20 | $15,240.00 |
|--|--------------|-------|------------|

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 13.60 | $250.00 | $3,300.00 |

| Cassandra Perez | CP | 4.80 | $150.00 | $540.00 |
| Kenneth Murena | KDM | 46.80 | $250.00 | $11,400.00 |

## DISBURSEMENTS

|            |                                    |          |
|------------|------------------------------------|----------|
|            | FedEx Shipment                     | 147.27   |
|            | Pacer Photocopy                    | 46.16    |
|            | Photocopies                        | 211.44   |
| Jan-02-08  | Research re: Diana Provence         | 34.90    |
| Jan-31-08  | Photocopies:                       | 21.94    |
|            | Photocopies:                       | 108.07   |
|            | Court Reporter: Depo. Tom Hastings | 247.90   |

|        |          |
|--------|----------|
| Totals | $817.68  |

| **Total Fee & Disbursements** | **$16,057.68** |
| Previous Balance              | 172,233.72     |

| **Balance Now Due** | **$188,291.40** |

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | December 31, 2007 |
| End of Billing Date: | Dec 31/07 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3476 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-02-07 | Review emails between Fred Kunen, Terry Provence and Jane Grace in preparation for deposition of Terry Provence. | 0.50 | 125.00 | KDM |
| Dec-03-07 | Telephone calls to and from Andy Kaplan regarding upcoming deposition of Terry Provence, relevant documents and analysis regarding deposits and transfers, and additional documents needed from optionsXpress, Fifth Third Bank and Bank of America; telephone call to and emails from optionsXpress regarding account of DT Capital and existence of accounts under the names of persons and entities related to Terry Provence; review documents from optionsXpress regarding DT Capital and letters regarding whether various persons and entities have held accounts at optionsXpress and forward to Andy Kaplan; discuss with Andy Kaplan wires in and out of DT Capital account at optionsXpress; telephone call to Marc Kunen regarding efforts to sell BMW; prepare for deposition of Terry Provence including documents needed for questioning and potential exhibits; prepare follow-up Subpoena to optionsXpress requesting documents regarding accounts held by various entities associated with Terry Provence. | 6.50 | 1,625.00 | KDM |
| Dec-04-07 | Prepare for deposition of Terry Provence; meet with Andy Kaplan to discuss preparation for deposition, bank and brokerage firm statements, DT Capital trading statements, | 9.20 | 2,300.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
| | emails between Terry Provence, Fred Kunen, Lady Jane Grace, and associates of Provence, and analysis of investor transfers, trades, losses, purported profits, and fraudulent transfers in preparation for deposition; review and organize potential exhibits to deposition. | | | |
| Dec-05-07 | Telephone call with the SEC regarding status; review Provence documents. | 1.30 | 325.00 | MME |
| | Research regarding consolidation and/or expansion of receivership over related cases. | 2.20 | 330.00 | CP |
| | Telephone calls to and from Bank of America regarding subpoena for documents regarding Lady Marie Jane Grace; continue preparing for deposition of Terry Provence, including organizing potential exhibits and reviewing Andy Kaplan's analyses and supporting documentation reflecting investor inflows, trades done on their behalf, and transfers to Terry Provence, Fred Kunen and Lady Jane Grace; review Terry Provence's Notice of Objections to Subpoena and discuss with Melanie Damian; review Declaration of Andy Kaplan in support of Motion for Constructive Trust; revise and additions to be made to draft Motion for Constructive Trust; revise Motion; emails to and from Gaston Bell regarding obtaining translation and Apostille for death certificate of Fred Kunen; research regarding transfer of funds from Deutsche Bank to Receiver. | 6.90 | 1,725.00 | KDM |
| Dec-06-07 | Receipt and review complaint in Provence matter; review and revise motion for constructive trust; review and revise memorandum regarding expanding receivership. | 3.20 | 800.00 | MME |
| | Emails to and from Andy Kaplan regarding documents missing from Bank of America production; telephone calls to and from Bank of America regarding those missing documents and timing of production responsive to Subpoena for documents regarding Lady Jane Grace; revise Declaration of Andy Kaplan in | 5.20 | 1,300.00 | KDM |

|          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |      |          |      |
|----------|------|------|----------|------|
|          | support of Motion for Constructive Trust in accordance with Melanie Damian's suggestions and forward to Receiver; update List of Subpoenas issued and Depositions taken and to be taken and forward to Receiver; discuss with Melanie Damian basis for consolidating and expanding a receivership; telephone call to Marc Kunen regarding status of marketing BMW for sale; reschedule Terry Provence for deposition; review complaint filed by SEC against Terry Provence. |      |          |      |
| Dec-07-07 | Legal research regarding expanding receivership; receipt and review order on Provence matter; meeting with Receiver regarding Provence matter. | 1.30 | 325.00 | MME |
|          | Review and send to Wells Fargo Auto Finance letter from Marilyn Kunen authorizing release of information and documents to Receiver; telephone call to counsel for Halina O'Neill and Irving Klarer regarding return of funds received from Fred Kunen to Receiver; review correspondence from Hatfield Oak International in response to Subpoena for documents and Deutsche Bank records reflecting transfers from Hatfield Oak International; telephone call and email to Hatfield Oak International regarding transfers to Fred Kunen's Deutsche Bank Account in Madrid and requesting documents regarding those transfers; telephone calls and emails from Andy Kaplan regarding transfers from Hatfield Oak to Deutsche Bank, information regarding associates of Terry Provence; proposed revisions to his Declaration in support of Motion for Constructive Trust, and remaining documents needed from banks to finalize tracing analysis; emails to and from Bank of America regarding Lady Jane Grace documents, additional documents detailing transfers to or from Terry Provence and Fred Kunen. | 4.80 | 1,200.00 | KDM |
| Dec-09-07 | Review cases regarding Constructive Trust and prepare introduction for argument section of | 1.30 | 325.00 | KDM |

Motion explaining the general purpose and
application of constructive trusts.

| Dec-10-07 | Telephone calls with Securities and Exchange Commission regarding status; prepare for deposition of Howard Field. | 1.70 | 425.00 | MME |
|-----------|---|---|---|---|

Telephone calls and emails to and from Andy
Kaplan regarding revisions to Declaration in
Support of Motion for Constructive Trust and
documents needed from Bank of America;
send draft of introduction to Argument section
of Constructive Trust Motion to Receiver and
Melanie Damian; revise Declaration for
Motion for Constructive Trust and extension
of time to file Motion; telephone call to
Howard Fields to confirm appearance and
production of documents at deposition; gather
and review potential deposition exhibits and
analysis of Andy Kaplan; telephone calls to
and from Bank of America regarding
documents to be produced this week and
additional information needed to locate and
produce documents; conduct research online
regarding Thomas Hastings and schedule his
deposition; telephone call to Thomas Hastings
to schedule deposition; prepare and issue
Subpoena for Deposition Duces Tecum of
Thomas Hastings; emails to and from Fifth
Third Bank regarding documents to be
produced this week; telephone calls from Andy
Kaplan regarding documents needed from
Bank of America and Fifth Third Bank
regarding DT Capital and Terry Provence;
conduct research regarding Robert Arnold
Carr, Mark Miller, Randal Clark and Dennis
Brown and review documents from Terry
Provence and SEC for purposes of preparing
Subpoena to optionsXpress; revise Document
Request for follow-up Subpoena to
optionsXpress requesting documents regarding
various persons and entities associated with
Terry Provence; review various bank accounts
of Terry Provence and DT Capital to be frozen
and email list to Roger Cruz to facilitate
freezing of accounts.

5.20          1,300.00          KDM

| | | | | |
|---|---|---|---|---|
| Dec-11-07 | Prepare for and take the deposition of Howard Field. | 4.50 | 1,125.00 | MME |
| | Review correspondence from Sterling Bank regarding production of Bruce Dyson documents; telephone call to Sterling Bank regarding deadline for production; emails to and from Andy Kaplan regarding documents to be produced this week from Bank of America; telephone calls to and from Andy Kaplan regarding Hatfield Oak International, S.A. and other entities relevant to deposition of Howard Fields; prepare and issue Subpoena for Deposition Duces Tecum to Thomas Hastings; review Howard Field's agreement to return funds and preparation of written agreement to that effect; review list of claims filed in Probate case and revise argument section of Motion for Constructive Trust incorporating probate and tax lien research findings; review correspondence and documents from Fifth Third Bank regarding DT Capital, Terry Provence and related entities and forward to Andy Kaplan; emails to and from Andy Kaplan regarding documents produced and documents still missing from productions of Fifth Third Bank and Bank of America; telephone calls to Fifth Third Bank and Bank of America regarding documents missing from production; finalize Document Request and issue follow-up Subpoena to optionsXpress seeking documents regarding persons and entities associated with Terry Provence. | 5.30 | 1,325.00 | KDM |
| Dec-12-07 | Revise motion for constructive trust; review additional bank documents regarding final tracing issues for motion; call with Bob Levenson regarding status of matters. | 2.40 | 600.00 | MME |
| | Telephone calls to and from Andy Kaplan regarding documents from Bank of America required to complete analysis for Declaration in Support of Motion for Constructive Trust; telephone calls to and from Sterling Bank regarding additional time needed to respond to Subpoena for Bruce Dyson documents; prepare and send Subpoena Extension Approval to Sterling Bank; prepare Agreement for Howard | 5.80 | 1,450.00 | KDM |

Fields' return to Receiver of funds he received from Fred Kunen; review documents from Bank of America regarding checks written to Fred Kunen and deposited into his account and forward to Andy Kaplan; deposits and revise to be made to Declaration in Support of Motion for Constructive Trust in light of Bank of America Documents; telephone calls to and from Marc Kunen regarding second offer to purchase BMW; telephone calls to and from Andy Kaplan regarding documents to be produced by Fifth Third Bank, other documents missing from various banks' productions, and deposition testimony of Terry Provence; telephone calls and emails to and from optionsXpress regarding response to Subpoena for documents regarding persons and entities associated with Terry Provence.

| | | | | |
|---|---|---|---|---|
| Dec-13-07 | Revise motion for constructive trust; reviewing edits to Andy Kaplan declaration. | 0.50 | 125.00 | MME |
| | Emails to and from Irving Klarer regarding execution of Agreement for return to Receiver of funds received from Fred Kunen; telephone calls to and from Andy Kaplan regarding revisions to Declaration in light of additional documents from Bank of America, potential investors who deposited money into Fred Kunen's accounts, and transfers between Halina O'Neill's and Fred Kunen; telephone call to counsel for Halina O'Neill regarding agreement to return to Receiver funds received from Fred Kunen; review revised Declaration of Andy Kaplan, Declaration of SEC accountant and transcript of deposition of Marilyn Kunen and insert citations into Motion for Construction Trust; insert update regarding Deutche Bank into Motion;review correspondence from optionsXpress regarding accounts held by persons and entities related to Terry Provence and forward to Andy Kaplan; prepare follow-up Subpoena to optionsXpress seeking documents regarding Randall Clark and Seven Star Capital and discuss with Andy Kaplan; telephone calls to and from Andy Kaplan regarding documents needed from Bank of America, Fifth Third Bank and | 6.40 | 1,600.00 | KDM |

optionsXpress regarding Terry Provence and
persons and entities associated with him.

| | | | | |
|---|---|---|---|---|
| Dec-14-07 | Finalize and file motion for constructive trust; review stipulation for Howard Field; telephone calls with Receiver regarding status; telephone call with Bob Levenson regarding status. | 1.00 | 250.00 | MME |
| | (Reduced Time) Telephone calls to and from Andy Kaplan regarding finalizing Declaration in support of Motion for Constructive Trust; make final revisions to Declaration and Motion for Constructive Trust in light of deposition testimony of Howard Fields and discuss with Melanie Damian; review CV of Andy Kaplan to be attached to Motion as an Exhibit and discuss with Melanie Damian; telephone calls to and from counsel for Halina O'Neill regarding return of funds received from Fred Kunen; telephone calls to and from Marc Kunen and Laura Sullivan regarding sale of BMW and transfer of title; email from Hatfield Oak International regarding transfer to Deutsche Bank and discuss with Melanie Damian; review and organize Exhibits to Motion for Constructive Trust and finalize, file and serve Motion; emails to and from Receiver's office regarding various investors for purposes of forensic analysis with respect to transfers to Fred Kunen;telephone calls to and from Andy Kaplan regarding records required from various frozen accounts and disgorgement analysis needed; review response from Bank of America to Subpoena for Documents regarding DT Capital; review documents regarding account activity of various accounts at Fifth Third Bank held by entities related to Terry Provence. | 4.10 | 1,025.00 | KDM |
| Dec-17-07 | Telephone call with Bruce Dyson regarding payment; telephone call with Scott Dimond regarding status and strategy; telephone call with Scott Dimond and Roger Cruz regarding status of Provence matter. | 0.80 | 200.00 | MME |
| | Emails to and from Gaston Bell regarding translation and Apostille for death certificate of Fred Kunen; prepare Agreement with | 4.50 | 1,125.00 | KDM |

Bruce Dyson for return of funds received from Fred Kunen; forward agreement to Receiver for review; research regarding creation of website for receivership; telephone call to Tom Hasting regarding upcoming deposition; review other receivership websites and begin preparing and organizing content for website; research regarding transfer of case to Judge Gold and filing of Motion to Expand Receivership and Consolidate Case with Kunen Receivership; review and organize files in preparation for issuance of multiple subpoenas to all financial institutions associated with Provence and related persons and entities.

| Dec-18-07 | Review receiver report. | 0.30 | 75.00 | MME |
|---|---|---|---|---|
| | Telephone calls to and from Receiver regarding Agreements with Irving Klarer, Arthur Drucker, Bruce Dyson and Howard Fields forreturn of funds they received from Fred Kunen, status of negotiations with Halina O'Neill for return of funds, and revisions to Receiver's First Interim Status Report; revise agreements with Howard Fields and Bruce Dyson and email Agreements to them for execution; review first draft of Receiver's First Interim Status Report; review Receiver's notes from interview with Thomas Hastings and prepare for deposition; take deposition of Thomas Hastings; begin reviewing Receiver's First Interim Status Report; begin reviewing latest documents produced by Citibank in response to Subpoena for documents regarding Lady Jane Grace; review letter from optionsXpress regarding Randall Clark and Seven Star Services and forward to Andy Kaplan; review subpoenas already issued in Kunen receivership and documents received in response thereto in preparation for issuance of subpoenas in this receivership; telephone calls to Fifth Third Bank and Bank of America regarding outstanding documents relating to Terry Provence and related persons and entities. | 6.20 | 1,550.00 | KDM |

| Dec-19-07 | Review and revise Receiver's First Interim Status Report; emails to and from Receiver regarding proposed revisions; continue reviewing documents produced by Citibank regarding Lady Jane Grace and forward to Andy Kaplan; telephone calls to and from various investors and creditors regarding Motion for Constructive Trust and status of receivership; telephone call to Debbie Bissell regarding creation of website for receivership. | 4.20 | 1,050.00 | KDM |
| Dec-20-07 | (Reduce as to website design) Confer with website designer the creation, organization, and content of website for Kunen Receivership; gather orders and other court papers and materials for website and forward to web designer; telephone call from Paul Herron regarding status of receivership and recent filing of Motion for Constructive Trust; email Motion for Constructive to Paul Herron; telephone call to Bank of America regarding production of additional documents related to Jane Grace; confer with Receiver status of consolidation of this action with Kunen action, commencement of receivership over DT Capital, and expansion of Kunen receivership over DT Capital; telephone calls to Fifth Third Bank and Bank of America regarding production of documents relating to DT Capital and CMW. | 2.60 | 650.00 | KDM |
| Dec-21-07 | (Reduce as to website design) Emails and telephone calls to and from Debbie Bissell regarding creation and content of website; forward Debbie Bissell documents and other content to be added to website; create introduction for homepage of website and forward to Debbie Bissell; research regarding domain names for website and probable consolidation of case with Provence case and DT Capital receivership and forward suggested domain names to Debbie Bissell; emails to and from Receiver regarding Motion to Expand Receivership; telephone call from Bruce Dyson regarding execution of Agreement for return of funds received from Fred Kunen; review Agreement executed by Bruce Dyson and forward to Receiver for execution; emails | 2.00 | 500.00 | KDM |

to and from Marc Kunen regarding status of
sale of BMW.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Dec-23-07 | (No Charge) Prepare and organize content for Distribution and Frequently Asked Questions sections of receivership website; emails to and from Debbie Bissel regarding additional content and revisions to existing content and form of website; review draft pages of website. | 1.50 | 0.00 | KDM |
| Dec-24-07 | Review and revise motion to expand receivership. | 0.80 | 200.00 | MME |
| | (No Charge) Review revisions to receivership website and discuss revisions with website designer. | 0.30 | 0.00 | KDM |
| Dec-26-07 | (No Charge) Review website set up. | 0.30 | 0.00 | MME |
| | (No Charge) Emails to and from Receiver regarding First Letter to Investors and creation of receivership website; emails to and from website Designer regarding revisions and additions to receivership website; discuss with Melanie Damian status of receipt of funds from Fields, Dyson and Klarer pursuant to agreements, creation of receivership website, document productions from banks and other financial institutions, and overall status of receivership; review and revise Motion to Expand Receivership; confer with Receiver the status of consolidation of Kunen and Provence cases and expansion of Kunen Receivership over assets of DT Capital. | 2.30 | 0.00 | KDM |
| Dec-28-07 | (No Charge) Telephone calls to and from Receiver regarding suggested revisions to website, Court's Order Setting Oral Argument on Motion for Constructive Trust, and preparation of Joint Response with Securities and Exchange Commission; review Response, insert signature block, Certificate of Service and Service List and file and serve Response. | 0.80 | 0.00 | KDM |
| Dec-31-07 | (No Charge) Emails to and from website designer regarding revisions to receivership | 0.50 | 0.00 | KDM |

website; review website and request further
revisions and linking of various URLs to same
website; telephone call from Bruce Dyson
requesting extension of time to make each
payment pursuant to Agreement for return of
funds received from Fred Kunen.

| | HOUR TOTALS: | | 106.40 | $24,955.00 |
|---|---|---|---|---|

### ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 18.10 | $250.00 | $4,450.00 |
| Cassandra Perez | CP | 2.20 | $150.00 | $330.00 |
| Kenneth Murena | KDM | 86.10 | $250.00 | $20,175.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| | Courier | 36.90 |
| | Court Reporter | 745.40 |
| | Photocopies | 194.16 |
| Dec-31-07 | Photocopies | 376.61 |
| | Photocopies and Micro Images: E. Brown | 134.00 |
| | Photocopies and Micro Images: S. Walker | 49.50 |
| | Photocopies | 136.96 |
| | Photocopies | 32.61 |
| | Service Fee: Bank of America | 60.00 |
| | Service Fee: Citibank | 60.00 |
| | Service Fee: Bruce Dyson | 130.00 |
| | Court Reporter: Depo. Dr. Halina O'Neil | 290.90 |
| | Court Reporter: Depo. of Howard Fields | 612.54 |
| | Court Reporter: CNA of Howard Fields | 70.00 |
| | Service Fee: Goran Birac | 75.00 |
| | Service Fee: Tom Hastings | 100.00 |
| | Service Fee: Bruce Dyson | 110.00 |
| | Service Fee: Terry Provence opolo | 110.00 |
| | Service Fee: Irving Klarer lake forest | 110.00 |
| | Service Fee: Fifth Third Bank | 110.00 |
| | Service Fee: Terry Provence coastline | 110.00 |
| | Service Fee: Howard Fields | 110.00 |
| | Courier | 33.90 |
| | Courier | 11.90 |

|                          |            |
|--------------------------|------------|
| Courier                  | 11.90      |
| Courier                  | 71.80      |
| Courier                  | 23.80      |

Totals                      $3,917.88

**Total Fee & Disbursements**          **$28,872.88**

Previous Balance              143,360.84

**Balance Now Due**            **$172,233.72**

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

## Damian & Valori LLP
### 1000 Brickell Avenue, Suite 1020
### Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | November 30, 2007 |
| End of Billing Date: | Nov 30/07 |
| Client #: | 273 |
| Inv #: | 3431 |

**Attention:** Scott Dimond, Esq.

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-01-07 | Prepare for Tampa depositions. | 2.30 | 575.00 | MME |
| Nov-02-07 | Telephone calls with Scott Dimond regarding status conference and depositions; attend status conference call with Court; telephone call with Scott Dimond and SEC regarding status conference and status of Receivership; take depositions of Irving Klarer, Richard Pickett and Randall Picket. | 7.50 | 1,875.00 | MME |
| Nov-05-07 | Meeting with forensic computer firm regarding report and results of work; review analysis of forensic computer analyst regarding Bank of America flow of funds. | 1.70 | 425.00 | MME |
| Nov-06-07 | Telephone calls to and from Arthur Drucker regarding additional funds received from Fred Kunen and agreement to return all funds received to Receiver; telephone calls and emails to and from Andy Kaplan regarding additional documents produced by Bank of America and Wells Fargo and documents still missing from productions; telephone call to Receiver regarding revisions to Agreement with Arthur Drucker concerning the return of funds from Fred Kunen. | 1.00 | 250.00 | KDM |
| Nov-07-07 | Prepare for and take deposition of Mark Drucker; receipt review and comment on proposed order from SEC; review Report of Examination from Computer Forensic expert; follow-up on identified accounts and targets. | 3.60 | 900.00 | MME |

|  | | 5.20 | 1,300.00 | KDM |

Review funds that Arthur Drucker received from Fred Kunen including newly discovered funds from Bank of America account, in preparation for deposition of Mark Drucker; review imaged hard drive of Fred Kunen's laptop in search of records regarding Mark Drucker and Max Birac; review Andy Kaplan's analysis regarding transfers to and from Wells Fargo and Bank of America accounts; review documents most recently produced by Bank of America; telephone calls to Wells Fargo and Bank of America regarding documents missing from production; review Fifth Third Bank's response to Subpoena and prepare and send revised Subpoena requesting documents relating to account of Terry and Diana Provence; review all checks from Fred Kunen to Arthur Drucker and revise Agreement with Arthur Drucker and send to Receiver for review and approval; discuss with Melanie Damian depositions of Randall Pickett, Richard Pickett, Irving Klarer and Mark Drucker; prepare for depositions of Kevin Kruse and Charles Timson; confer with Melanie Damian regarding scheduling of additonal depositions of other potential targets; telephone calls to and from Laura Sullivan regarding entry of BMW Order and need to sell BMW; telephone call to Marc Kunen regarding BMW Order and need to immediately sell BMW and status of sale of BMW and transfer of WIB funds to Receiver; telephone call from Citibank regarding additional information needed to produce the documents requested in Subpoena; review Receiver Order requiring Howard Fields to appear and show cause why he shouldn't be held in Contempt of Court.

Nov-08-07     E-mail correspondence with SEC regarding proposed order; telephone conference with Receiver regarding status and strategy; review additional documents received from bank of America and begin preparing for depositions of Kevin Kruse and Charles Timson.    1.20    300.00    MME

Review subpoena status chart summarizing productions received for Wells Fargo, Bank of    3.20    480.00    CP

America, Citibank, Yahoo, First Equity credit
card, Bank of America Marilyn, Marc, and
Matthew Kunen accounts, and Yahoo;
telephone calls to Bank of America re: missing
wire transfer and teller funds transfer details;
make telephone calls to Citibank regarding
duplicative productions and missing checks
and funds transfer details and send email
regarding same.

| | | | |
|---|---|---|---|
| Telephone call to Deutsche Bank in Madrid regarding transfer of funds in Fred Kunen's account to Receiver; prepare email and fax to Deutsche Bank in Madrid requesting transfer of funds and attaching Receiver Order, Freeze Order and Death Certificate of Fred Kunen; telephone calls to and from Receiver regarding revisions to Agreement with Arthur Drucker, meeting with Charles Morgan, status of transfer of funds from WIB, and withdrawing balance of Marilyn Kunen's Citibank Account; revise Agreement in accordance with Receiver's suggestions and send to Arthur Drucker for execution; telephone call to Marc Kunen regarding sale of BMW and execution of Declaration regarding condition and odometer reading of BMW; prepare Declaration and send to Marc Kunen for review and execution; telephone call to Terrence Matroos, Esq. regarding transfer of funds from WIB to Receiver; telephone calls to and from Wells Fargo regarding checks missing from production; review Citibank's response to Subpoena and call Citibank to discuss documents produced in response to Subpoena and timing for production of remaining documents requested; review additional check produced by Wells Fargo and send to Andy Kaplan; review amounts transferred from Bank of America account and documents produced by Citibank; review and revise Subpoena to Goran Birac; review E*Trade checks sent to Irving and Tammy Klarer and prepare Agreement for the return of those funds to the Receiver. | 7.80 | 1,950.00 | KDM |
| Nov-09-07     (No Charge) Review additional documents received from bank of America and preparing | 0.80 | 0.00 | MME |

for depositions of Kevin Kruse and Charles Timson.

| | | | |
|---|---|---|---|
| Review Wells Fargo, Bank of America and Citibank productions for funds transfer information; update chart regarding potential targets of fraudulent transfer actions adding up transfers received pursuant to various banks' productions; discuss same with K. Murena; locate potential targets using bank routing information; prepare document requests for Bruce Dyson and Sterling Bancshares, Inc.; telephone calls to Sterling to determine proper service method; research regarding funds transfer information for Charles Timson and Kevin Kruse. | 3.50 | 525.00 | CP |
| Telephone call to Terrence Matroos regarding transfer from WIB to Receiver; email to Receiver regarding status of transfer of funds; review E*Trade statement of Bruce Dyson and identify his address for purposes of taking deposition; telephone call to Deutsche Bank in Madrid regarding transfer of funds to Receiver; telephone calls to and from Marc Kunen regarding Declaration and selling BMW; revise Declaration and send to Marc Kunen; telephone calls to and from Andy Kaplan regarding transfers to Kevin Kruse and Charles Timson and funds they invested; review analyses regarding Kevin Kruse and Charles Timson prepared by Andy Kaplan; prepare for their depositions; review Fred Kunen's Bank of America and E*Trade statements and compile checks written and wire transfers made to Kevin Kruse and Charles Timson; review Kevin Kruse's E*Trade statements and discuss monies invested with Melanie Damian in preparation for deposition; review and compile checks from Bank of America and Wells Fargo to various potential targets; review documents produced by Bank of America regarding Terry Provence and send to and discuss with Andy Kaplan; telephone calls to and from Bank of America regarding production of final batch of documents regarding Fred Kunen's account in response to Subpoena. | 6.80 | 1,700.00 | KDM |

| | | | | |
|---|---|---|---|---|
| Nov-12-07 | Prepare for and take deposition of Charles Timson and Kevin Kruse. | 7.50 | 1,875.00 | MME |
| | (No Charge) Review documents received from Bank of America today and compare to documents requested; send email summarizing production and listing missing information to K. Murena; telephone calls and facsimile to Mr.Giddins at Bank of America re missing documents. | 1.80 | 0.00 | CP |
| | Research regarding contact information of Charles Timson and call him regarding attendance at deposition; telephone calls to and from Andy Kaplan regarding Bank of America documents regarding Terry Provence, latest documents from Bank of America regarding Fred Kunen's account, and Marilyn Kunen's Citibank records; travel to and from Citibank and withdraw remaining balance from Marilyn Kunen's checking account for deposit into Receiver's account; telephone calls to Citibank regarding freeze on Marilyn's account and unauthorized recent activity; prepare and send facsimiles to Citigroup Private Bank Legal Department regarding freeze on Account and recent activity; review analysis from Andy Kaplan regarding documents missing from Citibank's production and prepare and send follow-up request to Citibank seeking production of additional documents; review analysis prepared by Andy Kaplan regarding documents missing from Bank of American's production of documents relating to Fred Kunen's account; telephone call to counsel for Dr. Halina O'Neill regarding scheduling depositon and production of documents; telephone calls to Marc Kunen regarding efforts to sell BMW; telephone calls to Terrence Matroos regarding status of transfer from WIB to Receiver; telephone call to Deutsche Bank in Madrid regarding transfer of Fred Kunen's account balance to Receiver; telephone call to AOL regarding production of emails and other user content sent to Fred Kunen's AOL Account from the AOL email accounts of Bruce Dyson, Lady Jane Grace, Howard Fields and Irving Klarer; telephone | 5.50 | 1,375.00 | KDM |

call to counsel for Yahoo! regarding
production of emails sent to Fred Kunen's
AOL account from Terry Provence's Yahoo!
account.

| Date | Description | | | |
|------|-------------|---|---|---|
| Nov-13-07 | Telephone call to Laura Sullivan regarding Court's entry of Order regarding the BWM and maintaining insurance on BMW until its sale; telephone call to Marc Kunen regarding efforts to sell BMW and execution of Declaration regarding condition and mileage on BMW; telephone call to counsel for Terry Provence regarding scheduling deposition emails to and from Andy Kaplan regarding documents produced by Bank of America for DT Capital account; review documents produced by Bank of America in response to Subpoena for accounts held by Terry Provence and related persons and entities; telephone call to Bank of America regarding documents missing from production in response to Terry Provence subpoena; telephone calls to and from counsel for Dr. Halina O'Neill regarding scheduling deposition; prepare and issue Subpoenas for Deposition Duces Tecum to Dr. Halina O'Neill and Bruce Dyson; telephone call to AOL legal regarding production of emails from email accounts of Bruce Dyson, Howard Fields, Lady Jane Grace and Irving Klarer to Fred Kunen; telephone call to counsel for Yahoo! regarding production of emails from Terry Provence to Fred Kunen. | 4.90 | 1,225.00 | KDM |
| Nov-14-07 | Telephone call from Andy Kaplan regarding documents produced by optionsXpress, Bank of America, Fifth Third Bank and TD Ameritrade and documents missing from those productions regarding Michael Kunen and Terry Provence and associated entities including DT Capital; review email from Andy Kaplan listing other possible account holders at optionsXpress, TD Ameritrade and Fifth Third Bank and prepare follow-up Subpoenas to those institutions requesting additional documents; review Motion for Order to Show Cause against Howard Fields and case law, statutes and rules cited therein, Order to Show Cause and Order of Referral, Subpoenas issued | 6.20 | 1,550.00 | KDM |

and Proof of Service in preparation for Show
Cause Hearing;  research regarding Motion
and relevant cases, statutes and rules and other
matters in preparation for Show Cause
Hearing; telephone calls to and from counsel
for Yahoo! regarding production of emails
from Terry Provence to Frederick Kunen;
review letter from Yahoo's counsel regarding
delay in producing emails and expected time
of production; telephone call to AOL Legal
regarding production of emails from Bruce
Dyson, Jane Grace, Iriving Klarer and Howard
Fields to Frederick Kunen and discuss with
Melanie Damian; review scheduling of
deposition of Terry Provence; prepare for
depositions of Bruce Dyson and Goran Birac;
review Bank of America for Terry Provence
and related persons and entities; telephone call
from Bank of America regarding production of
documents regarding DT Capital's account.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-15-07 | Revise and finalize document requests for follow-up Subpoenas to optionsXpress, Fifth Third Bank and TD Ameritrade; emails to and from Deutsche Bank regarding need for Apostille for Order Appointing Receiver, Freeze Order and Death Certificate before transfer of balance in Fred Kunen's account to Receiver; coordinate obtaining certified copies of Orders from Clerk's office and Apostilles from Florida Department of State; telephone call from Roger Cruz regarding most recent Notices of Depositions and latest productions of Terry Provence documents from various institutions; coordinate delivery to Andrew Kaplan and Roger Cruz of additional documents from Bank of America regarding Matthew Kunen, Fred Kunen, Peter Kunen and Marilyn Kunen | 1.40 | 350.00 | KDM |
| Nov-16-07 | Emails to and from Terrence Matroos regarding obtaining Apostille in St. Maarten for Death Certificate of Fred Kunen; review and revise document request and Subpoena for Deposition of Terry Provence; coordinate delivery to Andrew Kaplan and Roger Cruz of additional documents from Fifth Third Bank regarding Terry and Diana Provence; conduct | 1.20 | 300.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | research regarding current address of Goran Birac; email from and telephone call to Bank of America regarding Subpoena for documents regarding Terry Provence, DT Capital and related entities; telephone call and email to Andy Kaplan regarding latest documents produced by Fifth Third Bank and Bank of America. | | | |
| Nov-19-07 | Prepare for and attend hearing on order to show cause; prepare order to send to court. | 2.00 | 500.00 | MME |
| | Emails to and from Andy Kaplan regarding documents produced by Citibank for Marilyn Kunen's account; email from Charles Timson regarding transfers of funds to and/or from Kunen; emails from Melanie Damian regarding status of service of Subpoenas for Depositions Duces Tecum on Goran Birac and Bruce Dyson; telephone call from Bank of America regarding reissuance of Subpoena for documents regarding account held by DT Capital; telephone call from Marc Kunen regarding update on efforts to sell BMW; telephone call from Receiver regarding Subpoena to American Express; telephone call to AMEX regarding Subpoena and personal information of Marilyn and Fred Kunen necessary for production of documents. | 0.70 | 175.00 | KDM |
| Nov-20-07 | Review and revise Klarer agreement and letter to Klarer; meeting with Andy Kaplan regarding tracing issue; receipt review and serve order on Dr. Fields; prepare for upcoming depositions. | 2.60 | 650.00 | MME |
| | (No Charge) Update subpoena status chart to reflect new productions from Fifth Third bank and documents regarding Terry Provence from Yahoo. | 0.80 | 0.00 | CP |
| | Meet with Andy Kaplan and Melanie Damian to discuss status of tracing analysis and documents missing from productions from all banks and brokerage houses; review emails from Andy Kaplan regarding unidentified cash deposit sources and inflows from potential | 5.30 | 1,325.00 | KDM |

investors and additional documents required from various banks and brokerage houses; telephone call and email to Bank of America regarding documentation detailing certain deposits made into Fred Kunen's account; review documents from Wells Fargo Auto regarding Marilyn Kunen's account set up for the purchase of Fred Kunen's Porsche; email from Receiver regarding receipt of 1st payment from Arthur Drucker pursuant to Agreement and discuss with Melanie Damian; research regarding show cause hearing regarding Howard Fields and Order entered compelling deposition; review Order and prepare Subpoena for Depositions Duces Tecum and coordinate service of Order and Subpoena; telephone call from AOL regarding status of production of emails from potential targets to Fred Kunen; review transfer of balance of Fred Kunen's Deutsche Bank account to Receiver; email from counsel in St. Martin regarding obtaining Apostille on Fred Kunen's Death Certificate; email to Deutsche Bank in Spain regarding efforts to obtain Apostilles on Orders and Death Certificate and existence of other accounts of Fred Kunen or associated persons or entities; telephone call from counsel from Dr. Halina O'Neill regarding scheduling of deposition; telephone call from TD Ameritrade regarding response to Subpoena for documents regarding Terry Provence and related persons and entities; review letter from former counsel of Terry Provence regarding status of representation and service of Subpoena.

| Date | Description | | | |
|------|-------------|---|---|---|
| Nov-21-07 | Review documents produced by American Express and forward to Andy Kaplan; telephone calls to and from American Express regarding freezing of accounts and production of additional documents; telephone call from Terrence Matroos regarding transfer of funds from WIB to Receiver; emails to and from Receiver regarding transfer; review status of obtaining transfer from Fred Kunen's account at Deutsche Bank Madrid to Receiver; review letter from outside counsel for AOL regarding objection to Subpoenas for emails from | 4.20 | 1,050.00 | KDM |

potential targets to Fred Kunen and telephone call to counsel regarding objection; telephone call to counsel for Halina O'Neill regarding upcoming deposition; telephone calls to and from American Express regarding Subpoena, accounts of Marc, Matthew and Michael Kunen, and Order Freezing Assets; telephone calls to and from TD Ameritrade regarding account of Kevin Kruse and status of other accounts; telephone call and email to optionsXpress regarding documents regarding Terry Provence, DT Capital LLC, CMW Capital and CMHI Partners; prepare and reissue subpoena for Deposition Duces Tecum for Halina O'Neill; email from HBN Law regarding Apostille for Death Certificate of Frederick Kunen; review Apostille and forward to Deutsche Bank for purposes of transfer of account balance to Receiver.

| Date | Description | Hours | Amount | Init. |
|---|---|---|---|---|
| Nov-24-07 | Review all of emails exchanged Terry Provence, Fred Kunen, and Lady Jane Grace; review documents produced by Terry Provence regarding Fred Kunen and his trading enterprise, and CMHI Partners, CMW Partners, DT Capital and Terry Provence's trading enterprise. | 3.40 | 850.00 | KDM |
| Nov-25-07 | Review documents produced by Terry Provence regarding Fred Kunen and his trading enterprise, and CMHI Partners, CMW Partners, DT Capital and Terry Provence's trading enterprise; begin preparing for deposition of Terry Provence, including marking possible deposition exhibits | 3.90 | 975.00 | KDM |
| Nov-26-07 | Telephone call from outside counsel for AOL regarding AOL's position with respect to Subpoenas, their objections thereto pursuant to the Electronic Communications Act, and the preservation of records, emails and other user content for email accounts of Jane Grace, Bruce Dyson, Irving Klarer, and Howard Fields; emails to and from Andy Kaplan regarding upcoming depositions of Dr. Halina O'Neill, Howard Fields and Terry Provence, and documents missing from productions of Bank of America and OptionsXpress; | 6.20 | 1,550.00 | KDM |

telephone calls to Bank of America and
OptionsXpress regarding status of production
of missing documents; finish reviewing
documents produced by Terry Provence in
preparation for his deposition; mark potential
exhibits to deposition and prepare for
deposition; email to Howard Fields Subpoena
for Deposition Duces Tecum and Order
Granting Motion to Show Cause and discuss
with Melanie Damian game plan if service is
unsuccessful; review Personal Representative's
Objections to Claims of Thomas Hastings and
Terry Provence.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-27-07 | Email correspondence with Andy Kaplan; review accounting; prepare for depositions; telephone calls to Howard Field; revising subpoenas; review email regarding production of Provence. | 1.30 | 325.00 | MME |
| | Telephone calls and emails to and from Andy Kaplan regarding status of document production from various banks and brokerage houses, and analyses of transfers to and investments, if any, by Dr. Halina O'Neill, Dr. Howard Fields, Bruce Dyson and Terry Provence, revise and finalize Agreement with Irving Klarer to return funds transferred to him; prepare and send to State Department Declarations regarding Freeze Order and Receiver Order to obtain Apostilles for transfer of account balance from Deutsche Bank to Receiver and discuss with Melanie Damian; telephone calls to and from process server regarding service of Subpoenas for deposition on Howard Fields, Bruce Dyson and Terry Provence; review analyses prepared by Andy Kaplan for each deponent; review and gather documents and potential exhibits for depositions of Bruce Dyson, Howard Fields, and Terry Provence, prepare for depositions; telephone calls to and from American Express regarding social security numbers of Fred Kunen's sons, brother and mother and status of document production; telephone call to Bank of America regarding documents missing from productions regarding Fred Kunen and DT Capital's accounts; telephone calls to and from | 7.30 | 1,825.00 | KDM |

OptionsXpress regarding additional documents regarding OptionsXpress; review additional documents produced by OptionsXpress and American Express and forward to Andy Kaplan; telephone call from and email to Sterling Bank regarding Subpoena for documents regarding Bruce Dyson's account; confer with Melanie Damian regarding inability to serve Howard Fields and rescheduling of deposition of Terry Provence and formulate game plan for upcoming depositions; telephone calls to Marc Kunen regarding efforts to sell BMW.

| Nov-28-07 | Review accounting documents; telephone call with Receiver regarding status and strategy; telephone call with SEC and Receiver regarding status and strategy; prepare for depositions of Helena O'Neil and Bruce Dyson. | 1.50 | 375.00 | MME |
|---|---|---|---|---|
| | (No Charge) Review productions from Yahoo, correspondence from AOL and second productions from Options Express and Fifth Third Bank; update status chart accordingly. | 2.30 | 0.00 | CP |
| | Emails and telephone calls to and from Andy Kaplan regarding outstanding documents from Fifth Third Bank and Bank of America, investments by and trades made on behalf of Halina O'Neill; continue reviewing documents from Bank of America regarding Terry Provence and related persons and entities; review documents produced by Fifth Third Bank regarding Terry PRovence and related persons and entities; telephone calls, faxes and emails to Fifth Third Bank and Bank of America regarding document detailing deposits and teller transfers and other documents responsive Subpoenas for documents regarding Terry Provence and related persons and entites; prepare revised Subpoena to Bank of America requesting documents regarding DT Capital LLC; review documents regarding Halina O'Neill in preparation for upcoming deposition and discuss with Melanie Damian; review documents regarding Bruce Dyson in | 6.20 | 1,550.00 | KDM |

preparation for upcoming deposition and discuss with Melanie Damian; telephone call to Bank of America regarding documents evidencing deposits into Fred Kunen's account and discuss status of production of missing documents with Andy Kaplan and Melanie Damian; telephone call to Marc Kunen regarding status of efforts to sell BMW; revise to Motion to Compel AOL to produce emails sent from potential targets to Fred Kunen.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-29-07 | Prepare for and take deposition of Dr. Halina O'Neill; telephone conference with Andy Kaplan regarding status of accounting and analysis; conference with counsel for Halina O' Neill regarding potential resolution of Receiver claim and accounting; review documents and accounting for Bruce Dyson deposition; conference with Receiver regarding status and strategy. | 4.30 | 1,075.00 | MME |
| | Emails to and from Andy Kaplan regarding trades made on behalf of, losses of, and transfers to, Halina O'Neill; review documents from Andy Kaplan regarding Halina O'Neill in preparation for her deposition; research regarding and various issues regarding Halina O'Neill in preparation for deposition; teleconference with Andy Kaplan and Melanie Damian regarding documents evidencing trades, profits, losses, withdrawals and transfers to Halina O'Neill, and strategize for deposition; search hard drives of Fred Kunen's laptop and desktop computers for documents regarding Halina O'Neill; finalize and issue Subpoena to Bank of America seeking documents regarding DT Capital LLC account; telephone call to E*Trade regarding detail regarding wire deposit into account of Fred Kunen; telephone call from TD Ameritrade regarding forthcoming documents responsive to Subpoena; review emails sent to Bank of America requesting details on wires and deposits and telephone call to Bank of America regarding timing of production of final grouping of documents detailing wires and deposits; attend deposition of Dr. Halina O'Neill; review testimony, her production of | 6.80 | 1,700.00 | KDM |

additional documents and her failure to
understand index options trading; prepare of
Motion to Consolidate Cases and Expand the
Receivership.

| | | | | |
|---|---|---|---|---|
| Nov-30-07 | Prepare for and take deposition of Bruce Dyson; telephone call with Howard Field regarding deposition and court orders: revise motion for constructive trust. | 3.50 | 875.00 | MME |

Telephone calls to and from Terry Provence
regarding upcoming deposition; telephone
calls to Howard Fields regarding Order
compelling deposition and document
production, scheduling date for deposition, and
service of Subpoena; prepare for deposition of
Bruce Dyson and organize various documents
and potential deposition exhibits; attend
deposition of Bruce Dyson and discuss with
Melanie Damian his testimony and agreement
to return the commissions he received; review
additional documents produced by Fifth Third
Bank regarding CMHI Partners and forward to
Andy Kaplan; emails to and from Fifth Third
Bank regarding timing for production of
additional documents detailing transfers and
deposits; discuss with Andy Kaplan
preparation of Declaration in support of
Motion for Constructive Trust; telephone calls
to and from TD Ameritrade regarding
encrypted disc contain documents responsive
to Subpoena; unencrypt and review TD
Ameritrade's response to Subpoena and
documents on encrypted disc and forward to
Andy Kaplan and Roger Cruz; review initial
draft of Declaration of Andy Kaplan in support
of Motion for Constructive Trust and discuss
with Andy Kaplan; review documents from
E*Trade regarding wire deposits and forward
to Andy Kaplan; review and discuss with Andy
initial draft of declaration and proposed
revisions and analysis, tracing funds to
Windward Island Bank and Deutsche Bank,
and latest documents from TD Ameritrade;
review documents from Windward Island
Bank and forward to Andy Kaplan; review
optionsXpress' response to Subpoena for
documents regarding account of Fred Kunen

7.90        1,975.00        KDM

and forward to Andy Kaplan; telephone calls
to Marilyn Kunen and Wells Fargo Auto
Finance regarding return of Porsche, status of
sale and deficiency on loan, if any; prepare and
send to Marilyn Kunen letter authorizing
Wells Fargo Auto Finance to disclose all
information regarding auto loan to Receiver
and counsel; emails to and from Andy Kaplan
regarding latest documents from WIB and TD
Ameritrade and deposit of Kevin Kruse;
prepare and send to Howard Fields revised
Subpoena for Deposition Duces Tecum and
Order compeling deposition and production of
documents.

| HOUR TOTALS: | | 143.30 | $33,730.00 |
|---|---|---|---|

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 39.80 | $250.00 | $9,750.00 |
| Cassandra Perez | CP | 11.60 | $150.00 | $1,005.00 |
| Kenneth Murena | KDM | 91.90 | $250.00 | $22,975.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Court Reporter | 1,074.00 |
| | FedEx Shipment | 187.39 |
| | Filing Fee | 20.00 |
| | Photocopies | 586.95 |
| | Postage | 62.63 |
| Nov-30-07 | Photocopies | 162.60 |
| | Photocopies | 27.39 |
| | Service Fee: First Equity Corp. | 95.00 |
| | Service Fee: First Equity Card Corp.. OPS Manager | 95.00 |
| | Service Fee: Tammy Klarer | 70.00 |
| | Service Fee: Irving Klarer | 125.00 |
| | Service Fee: Richard Pickett | 120.00 |
| | Service Fee: Randall Pickett | 120.00 |
| | Service Fee: Marc Drucker | 35.00 |
| | Service Fee: Arthur Drucker | 70.00 |

| | |
|---|---:|
| Service Fee: Dr. Halina O'Neil | 25.00 |
| Service Fee: Terry Provence | 50.00 |
| Service Fee: Dr. Halina O'Neil/Arthur Garel | 60.00 |
| Service Fee: Howard Fields | 110.00 |
| Service Fee: Charles Timson | 165.00 |
| Service Fee: Kevin Kruse | 163.00 |
| Service Fee: Sterling Bancshares | 125.00 |
| Service Fee: Randall Pickett | 110.00 |
| Court Reporter: Depo. Marc Drucker | 90.00 |
| Court Reporter: Depo. Marc Kunen | 521.70 |
| Court Reporter: Depo. Arrthur Drucker | 158.20 |
| Photocopies | 56.75 |
| reference # 87874 | 1,150.00 |
| Research re: Terry Provence | 22.45 |
| Photocopies | 98.40 |
| Photocopies | 51.20 |
| Photocopies | 347.31 |
| Transportation to White Plains for deposition | 274.00 |
| Courier | 36.90 |
| Photocopies and Micro Images | 52.00 |

Totals                                                                 $6,517.87

**Total Fee & Disbursements**                               $40,247.87
Previous Balance                                                  103,112.97

**Balance Now Due**                                             $143,360.84

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240