---

## Selection Criteria

| Clie.Selection | Include: Kunen-New |
|---|---|
| Slip.Date | Earliest - 2/29/2008 |

---

| | |
|---|---|
| Nickname | Kunen-New \| 1343 |
| Full Name | Kunen |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Notes | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/1/2008<br>53683 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian (message) regarding Tax ID number; Telephone conference (messages) and E-mails with Kenneth D. Murena regarding appraisals and wire transfer; Receive and review e-mail regarding Jane Grace location; E-mails regarding Provence investors | 250.00 | 0.80 | 200.00 | Billable |
| 2/1/2008<br>53733 | LMP<br>Review<br>Review email exchanged between Scott M. Dimond and Kenneth D. Murena regarding DT Capital Investor data and asset appraisal; draft email to Dirk Pentico regarding DT Capital Investor Data | 150.00 | 0.20 | 30.00 | Billable |
| 2/2/2008<br>54279 | SMD<br>E-mail with<br>E-mail from Andrew Kaplan regarding bank production | 250.00 | 0.10 | 25.00 | Billable |
| 2/4/2008<br>53855 | DP<br>Prepare<br>Prepare email to Kenneth D. Murena regarding confirmation of receipt of investor information documents; review investment records regarding investor contact information; prepare memorandum regarding investor list with contact information; meet with Lorenz M. Prüss regarding format of investor list, strategy for search for missing investor contact information; prepare email to Kenneth D. Murena regarding scheduling conference call, progress on investor list; prepare email regarding investors with available contact information; prepare sample investor letter for review; prepare sample subpoena for review | 150.00 | 3.90 | 585.00 | Billable |
| 2/4/2008<br>54282 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian regarding wire transfer and receivership account (x2); Telephone conference with Scott Poulin regarding same; Conference with Dirk Pentico regarding investor letter; E-mail with Robert Levenson regarding hearing preparation | 250.00 | 0.90 | 225.00 | Billable |

Composite
Exhibit
"A"

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/5/2008<br>53858 | DP<br>Prepare<br>Prepare, review, edit investor subpoenas; meet with Scott M. Dimond regarding timing, format, edits of investor letters, subpoenas; review, edit investor letters; review pleadings regarding locate enclosures for investor letters; meet with Mari Alonso regarding Provence/DT Capital pleadings; prepare investor packets in final | 150.00 | 6.50 | 975.00 | Billable |
| 2/5/2008<br>54318 | SMD<br>E-mail with<br>E-mail with Robert Levenson regarding hearing; Conference with Dirk Pentico regarding Provence investor letter, revise same; E-mails with Melanie E. Damian regarding order on fee application | 250.00 | 0.80 | 200.00 | Billable |
| 2/6/2008<br>53863 | DP<br>Communicat/OUT<br>Telephone conference with Vicky Ceballos regarding finalized mailings to investors | 150.00 | 0.20<br>0.20 | 30.00<br>30.00 | No Charge |
| 2/6/2008<br>54337 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian Constructive Trust Motion; Review e-mails regarding invoice,  execute Provence investor letter | 250.00 | 0.30 | 75.00 | Billable |
| 2/8/2008<br>53850 | LMP<br>Meeting<br>Discuss with Scott M. Dimond and Mari Alonso regarding investor list; discuss with Dirk Pentico regarding DT investor list; Telephone conference with Kenneth D. Murena regarding foregoing | 150.00 | 0.50 | 75.00 | Billable |
| 2/8/2008<br>53870 | DP<br>Meeting<br>Meet with Lorenz M. Prüss regarding list format, content; prepare investor list regarding Provence investors segregated by contact information availability; meet with Mari Alonso regarding preparation of investor master contact list; review investor files regarding  probate claim documents; prepare scanned copy regarding claim list; meet with Scott M. Dimond regarding review results | 150.00 | 1.30 | 195.00 | Billable |
| 2/8/2008<br>54009 | MOA<br>Prepare<br>Prepare Provence investors folders; Prepare list of investor in original case; e-mail same to S. Dimond | 95.00 | 0.80<br>0.80 | 76.00<br>76.00 | No Charge |
| 2/8/2008<br>54873 | SMD<br>E-mail with<br>E-mail with Robert Levenson and Melanie E. Damian regarding preparation for hearing on Constructive Trust Motion; | 250.00 | 0.40 | 100.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/9/2008 54883 | SMD E-mail with E-mail with Robert Levenson regarding Provence investors | 250.00 | 0.10 | 25.00 | Billable |
| 2/10/2008 54024 | LMP Review Review emails from Scott M. Dimond regarding probate file research | 150.00 | 0.10 | 15.00 | Billable |
| 2/10/2008 54884 | SMD E-mail with E-mails (x12) with Melanie E. Damian and Robert Levenson regarding Probate claims and hearing on Constructive Trust Motion | 250.00 | 0.40 | 100.00 | Billable |
| 2/11/2008 54127 | VC Communicat/OUT Telephone conference with investor Rick Nelson scheduling telephone conference with Lorenz M. Prüss | 95.00 | 0.10 0.10 | 9.50 9.50 | No Charge |
| 2/11/2008 54170 | DP Review Review files regarding claim sheets request by SEC | 150.00 | 0.50 | 75.00 | Billable |
| 2/11/2008 54885 | SMD Conference Conference with David A. Rothstein regarding Auction Motion | 250.00 | 0.30 | 75.00 | Billable |
| 2/11/2008 55022 | SMD E-mail with E-mails (x20) with Robert Levenson and Melanie E. Damian regarding Probate claims; Telephone conference with Melanie E. Damian regarding same; Conference with Dirk Pentico regarding same; Attend hearing on Constructive Trust Motion; Telephone conference with Melanie E. Damian order on fee request; E-mail with Russ Weigel regarding settlement | 250.00 | 2.40 | 600.00 | Billable |
| 2/12/2008 54128 | VC Communicat/OUT Telephone conference with investors Murray McDowell and Michael Soltz scheduling telephone conference with Lorenz M. Prüss | 95.00 | 0.20 0.20 | 19.00 19.00 | No Charge |
| 2/12/2008 54261 | DP Meeting Meet with Mari Alonso, Scott M. Dimond regarding settlement payment receipt, tracking procedure | 150.00 | 0.60 | 90.00 | Billable |
| 2/12/2008 55036 | SMD Communicat/OUT Telephone conference with Gibraltar Bank regarding Deutsche Bank payment; E-mails with Melanie E. Damian and Robert Levenson regarding Order Granting Constructive Trust; Receive and review same; E-mail with Melanie E. Damian and Kenneth D. Murena regarding settlement payments | 250.00 | 0.70 | 175.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/13/2008 | VC | 95.00 | 0.10 | 9.50 | No Charge |
| 54129 | Communicat/OUT | | 0.10 | 9.50 | |
| | Telephone conference with investor Stuart Sonoff scheduling telephone conference with Lorenz M. Prüss | | | | |
| 2/13/2008 | MOA | 95.00 | 1.70 | 161.50 | Billable |
| 54619 | Research | | | | |
| | Search for investors from list prepared by Dirk Pentico | | | | |
| 2/13/2008 | SMD | 250.00 | 0.10 | 25.00 | No Charge |
| 55052 | Receive & Review | | 0.10 | 25.00 | |
| | Receive & review proposed fee order | | | | |
| 2/14/2008 | LMP | 150.00 | 1.50 | 225.00 | Billable |
| 54101 | Communicat/OUT | | | | |
| | Telephone conference with Investor Steele regarding DT Capital communications; discuss with Mari Alonso regarding probate claim forms; exchange emails with Dirk Pentico regarding same; Telephone conference with Investor Rick Nelson | | | | |
| 2/14/2008 | DP | 150.00 | 0.30 | 45.00 | Billable |
| 54407 | Review | | | | |
| | Review files regarding claims information request for non-investors; prepare email to Lorenz M. Prüss regarding results of search | | | | |
| 2/14/2008 | MOA | 95.00 | 2.30 | 218.50 | Billable |
| 54621 | Review | | | | |
| | Review files for various investors in the Provence case; Review all investor's files for statements of claim | | | | |
| 2/14/2008 | SMD | 250.00 | 0.50 | 125.00 | No Charge |
| 55062 | Receive & Review | | 0.50 | 125.00 | |
| | Receive & review fee order; E-mails with Melanie E. Damian and Gibraltar Bank regarding same; | | | | |
| 2/15/2008 | SMD | 250.00 | 0.40 | 100.00 | Billable |
| 55066 | Conference | | | | |
| | Conference with Lorenz M. Prüss regarding Nelson claim; E-mail with Melanie E. Damian and Robert Levenson regarding meeting; Telephone conference with Andrew Kaplan regarding asset tracking | | | | |
| 2/16/2008 | LMP | 150.00 | 0.50 | 75.00 | Billable |
| 54124 | Review | | | | |
| | Review emails from Darcy McDowell | | | | |
| 2/16/2008 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 55078 | E-mail with | | | | |
| | E-mails with Russ Weigel regarding payment | | | | |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/18/2008 | SMD | 250.00 | 0.20 | 50.00 | Billable |
|  | 55100 Communicat/OUT |  |  |  |  |
|  | Telephone conference with Melanie E. Damian regarding Provence Monies; E-mails with Charles Morgan regarding probate petition |  |  |  |  |
| 2/19/2008 | VC | 95.00 | 0.20<br>0.20 | 19.00<br>19.00 | No Charge |
|  | 54512 Communicat/OUT |  |  |  |  |
|  | Telephone conference with investor Elvin Sorenson scheduling telephone conference with Lorenz M. Prüss |  |  |  |  |
| 2/19/2008 | LMP | 150.00 | 0.20 | 30.00 | Billable |
|  | 54576 Review |  |  |  |  |
|  | Review Order Granting Personal Representative's Motion for Fees and Costs; discuss with Scott M. Dimond regarding certified copy of same; attend to inquiry by Darcy McDowell regarding documents |  |  |  |  |
| 2/19/2008 | SMD | 250.00 | 0.60 | 150.00 | Billable |
|  | 55037 E-mail with |  |  |  |  |
|  | E-mail with Scott Poulin and Melanie Damian regarding order on Morgan fees; e-mails with Charles Morgan and Russell Weigel regarding same; e-mails with Melanie E. Damian regarding probate motion; Receive and review Provence investors documents |  |  |  |  |
| 2/20/2008 | LMP | 150.00 | 0.50 | 75.00 | Billable |
|  | 54591 Exchange |  |  |  |  |
|  | Exchange emails with Kenneth D. Murena regarding Investors Andy Williams and Annette Sanfilippo; Exchange emails with Mari Alonso regarding Investors Andy Williams and Annette Sanfilippo |  |  |  |  |
| 2/20/2008 | MOA | 95.00 | 0.30 | 28.50 | Billable |
|  | 54652 Receive & Review |  |  |  |  |
|  | Receive & review e-mail from Kenneth D. Murena regarding various investors; review investors log and ascertain that Kenneth D. Murena's investors are on our investors list, update status list and calendar |  |  |  |  |
| 2/20/2008 | SMD | 250.00 | 2.10 | 525.00 | Billable |
|  | 55105 Conference |  |  |  |  |
|  | Conference with Melanie Damian and Robert Levenson regarding Provence deposition; Telephone conference with Andrew Kaplan regarding same; E-mail with Russell Weigel regarding payment on fees; meet with Melanie Damian and Robert Levenson regarding Provence deposition |  |  |  |  |
| 2/21/2008 | VC | 95.00 | 0.10<br>0.10 | 9.50<br>9.50 | No Charge |
|  | 54513 Communicat/OUT |  |  |  |  |
|  | Telephone conference with investor Richard Wakefield scheduling telephone conference with Lorenz M. Prüss |  |  |  |  |

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/21/2008 | MOA | 95.00 | 2.30 | 218.50 | Billable |
| 54654 | Receive & Review | | | | |
| | Receive investor's documents, prepare individual investor's folder; organize documents; Review same for contact info and statement of claim | | | | |
| 2/21/2008 | DP | 150.00 | 0.40 | 60.00 | Billable |
| 54686 | Communicat/OUT | | | | |
| | Telephone conference with Kenneth D. Murena regarding request for investor list; prepare email to Kenneth D. Murena regarding investor list | | | | |
| 2/21/2008 | SMD | 250.00 | 0.70 | 175.00 | Billable |
| 55120 | E-mail with | | | | |
| | E-mail with Andrew Kaplan, Robert Levenson, and Melanie E. Damian regarding probate motion and payments, Provence deposition | | | | |
| 2/22/2008 | LMP | 150.00 | 2.00 | 300.00 | Billable |
| 54597 | Communicat/OUT | | | | |
| | Telephone conference with Stuart Sonof regarding investor contact; review document production by investors Wakefield, Steele, and Sineath regarding DT Capital | | | | |
| 2/22/2008 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 54908 | Communicat/OUT | | | | |
| | Telephone conference with investor Dick Wakefield | | | | |
| 2/22/2008 | SMD | 250.00 | 4.80 | 1,200.00 | Billable |
| 55124 | Appear/attend | | | | |
| | Attend deposition of Terry Provence; conference with Melanie Damian, Andrew Kaplan, and Robert Levenson regarding same; e-mails with Robert Levenson regarding same | | | | |
| 2/23/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 55146 | E-mail with | | | | |
| | E-mail with Melanie E. Damian regarding Provence materials | | | | |
| 2/25/2008 | SMD | 250.00 | 0.50 | 125.00 | Billable |
| 55168 | E-mail with | | | | |
| | E-mail with Melanie E. Damian and Robert Levenson regarding Provence deposition; Telephone conference with investor Paulsen regarding status; Telephone conference with investor Baker regarding same | | | | |
| 2/26/2008 | MOA | 95.00 | 3.50 | 332.50 | Billable |
| 54670 | Prepare | | | | |
| | Prepare spreadsheet for DT Capital Investor's status log; Review each DT Capital Investor packet for various information; log same | | | | |
| 2/26/2008 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 54939 | Communicat/OUT | | | | |
| | Telephone conference with Investor Elvin Sorenson | | | | |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/26/2008 | SMD | 250.00 | 0.40 | 100.00 | Billable |
| 55129 | Communicat/OUT | | | | |
| | Telephone conference with David Roschko regarding claims process; Telephone conference with Melanie E. Damian regarding same; E-mail from Melanie E. Damian's office regarding invoices | | | | |
| 2/27/2008 | MOA | 95.00 | 2.40 | 228.00 | Billable |
| 55106 | Other activity | | | | |
| | Input DT Capital investors' information on log; receive and review investor claim material; | | | | |
| 2/27/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 55145 | Communicat/OUT | | | | |
| | Telephone conference with John Closson regarding case status | | | | |
| 2/28/2008 | LMP | 150.00 | 0.20 | 30.00 | Billable |
| 55015 | Communicat/OUT | | | | |
| | Retrieve voicemail from Investor Mike Sanfilippo; Retrieve voicemail from Investor Alan Williams | | | | |
| 2/28/2008 | SMD | 250.00 | 0.50 | 125.00 | Billable |
| 55158 | Receive & Review | | | | |
| | Receive & review e-mail from Melanie E. Damian office regarding invoices; Telephone conference with investor Richards; Telephone conference with investor San Filipo; Receive and review e-mails from Allan Lerner regarding Provence deposition | | | | |
| 2/29/2008 | MOA | 95.00 | 2.10 | 199.50 | Billable |
| 55116 | Review | | | | |
| | (DT Capital) Continue to review investor's material for individual information; update investor's log. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Fees | | 52.20 | | $8,807.00 |
| | No Charge | | 2.30 | $322.50 | |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/6/2008 | Paralegal | 47.91 | 1.000 | 47.91 | Billable |
| 54185 | Delivery serv | | | | |
| | Fedex - Inv. 8-201-23581 | | | | |
| 2/6/2008 | Paralegal | 47.91 | 1.000 | 47.91 | Billable |
| 54186 | Delivery serv | | | | |
| | Fedex - Inv. 8-201-23581 | | | | |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/6/2008<br>54220 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 17.34 | 1.000 | 17.34 | Billable |
| 2/6/2008<br>54226 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 17.34 | 1.000 | 17.34 | Billable |
| 2/6/2008<br>54228 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 18.30 | 1.000 | 18.30 | Billable |
| 2/6/2008<br>54231 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 13.50 | 1.000 | 13.50 | Billable |
| 2/6/2008<br>54234 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 13.50 | 1.000 | 13.50 | Billable |
| 2/6/2008<br>54236 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 10.77 | 1.000 | 10.77 | Billable |
| 2/6/2008<br>54238 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 17.34 | 1.000 | 17.34 | Billable |
| 2/6/2008<br>54240 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 15.30 | 1.000 | 15.30 | Billable |
| 2/6/2008<br>54243 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 17.61 | 1.000 | 17.61 | Billable |
| 2/6/2008<br>54246 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 18.02 | 1.000 | 18.02 | Billable |
| 2/6/2008<br>54247 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 17.34 | 1.000 | 17.34 | Billable |
| 2/6/2008<br>54249 | Paralegal<br>Delivery serv<br>Fedex - Inv. 2-532-70941 | 18.02 | 1.000 | 18.02 | Billable |

- -

Kunen-New:Kunen (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/6/2008 54250 | Paralegal Delivery serv Fedex - Inv. 2-532-70941 | 14.88 | 1.000 | 14.88 | Billable |
| 2/6/2008 54251 | Paralegal Delivery serv Fedex - Inv. 2-532-70941 | 17.34 | 1.000 | 17.34 | Billable |
| 2/6/2008 54253 | Paralegal Delivery serv Fedex - Inv. 2-532-70941 | 14.88 | 1.000 | 14.88 | Billable |
| 2/15/2008 54661 | Paralegal Delivery serv Fedex - Inv. 2-558-39914 | 17.61 | 1.000 | 17.61 | Billable |
| 2/22/2008 54631 | Paralegal Other expenses Parking at deposition | 10.00 | 1.000 | 10.00 | Billable |
| 2/22/2008 55471 | Paralegal Delivery serv Fedex - Inv. 2-571-14025 | 14.13 | 1.000 | 14.13 | Billable |
| 2/29/2008 54705 | Paralegal Facsimile Facsimile expense for February 2008. | 0.25 | 92.000 | 23.00 | Billable |
| 2/29/2008 54738 | Paralegal Postage Postage expense for February 2008. | 6.63 | 1.000 | 6.63 | Billable |
| 2/29/2008 54757 | Paralegal Scanning/Bates-Stamping Scanning expense for February 2008. | 0.10 | 212.000 | 21.20 | Billable |
| 2/29/2008 54801 | Paralegal Copying Copy expense for February 2008. | 0.25 | 1307.000 | 326.75 | Billable |

| TOTAL | Billable Costs | | | | $756.62 |

Kunen-New:Kunen (continued)

---

Calculation of Fees and Costs

---

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| | | |
| Total of billable time slips | $8,807.00 | |
| Total of Fees (Time Charges) | | $8,807.00 |
| | | |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| | | |
| Total of billable expense slips | $756.62 | |
| Total of Costs (Expense Charges) | | $756.62 |
| | | |
| Total new charges | | $9,563.62 |
| | | |
| Total Previous Balance | | $16,553.35 |

Accounts Receivables

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 4/10/2008 | PAY | Payment from Gibraltar Private as per Court Order dtd 4/1/08 - | ($8,323.32) | |
| 4431 | | Thank You. Check No. 31650 | | |
| Total Accounts Receivable | | | | ($8,323.32) |

| | | |
|---|---|---|
| Total New Balance | | $17,793.65 |

---

Selection Criteria

---

| Clie.Selection | Include: Kunen-New |
| Slip.Date | 3/1/2008 - 3/31/2008 |

---

| Nickname | Kunen-New | 1343 |
| Full Name | Kunen |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Notes | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/3/2008 | SMD | 250.00 | 0.60 | 150.00 | Billable |
| 55186 | Communicat/OUT | | | | |
| | Telephone conference with investor Wicker regarding status; E-mails with Robert Levenson regarding assets of the estate; Conference with Melanie E. Damian regarding same; | | | | |
| 3/3/2008 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 55431 | Exchange | | | | |
| | Exchange emails with investor Doug Brown regarding compensation and claims process | | | | |
| 3/4/2008 | SMD | 250.00 | 0.70 | 175.00 | Billable |
| 55303 | E-mail with | | | | |
| | E-mails with Robert Levenson regarding IRS claim; Revise fee Motion; Receive and review HBN Law invoice | | | | |
| 3/4/2008 | LMP | 150.00 | 0.50 | 75.00 | Billable |
| 55441 | Communicat/OUT | | | | |
| | Telephone conference with Francis Fiermonte regarding investment; exchange emails with Doug Brown regarding investment | | | | |
| 3/4/2008 | MOA | 95.00 | 2.00 | 190.00 | Billable |
| 55821 | Receive & Review | | | | |
| | Receive & review addition materials for DT capital investors; update log; Review original investor's files; | | | | |
| 3/5/2008 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 55314 | E-mail with | | | | |
| | E-mail with Robert Levenson regarding IRS claim; Conference with Lorenz M. Prüss regarding creation of distribution procedure | | | | |
| 3/6/2008 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 55320 | Receive & Review | | | | |
| | Receive & review letter regarding investor claim; Conference with Lorenz M. Prüss regarding claims procedure; Telephone conference with investor | | | | |

- -

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| | Malone | | | | |
| 3/6/2008 LMP | | 150.00 | 1.00 | 150.00 | Billable |
| 55550 | Review | | | | |
| | Review claims forms for compensation process; take notes concerning issues | | | | |
| 3/7/2008 SMD | | 250.00 | 0.60 | 150.00 | Billable |
| 54855 | Prepare | | | | |
| | E-mails with Melanie E. Damian  and Kenneth D. Murena regarding tax liens; E-mails with Robert Levenson regarding same; Receive and review check for sale of BMW; E-mails to Melanie E. Damian and Kenneth D. Murena regarding same; | | | | |
| 3/7/2008 SMD | | 250.00 | 0.20 | 50.00 | Billable |
| 55330 | E-mail with | | | | |
| | E-mails with Kenneth D. Murena regarding claims against promoters | | | | |
| 3/8/2008 MOA | | 95.00 | 0.70 | 66.50 | Billable |
| 55828 | Receive & Review | | | | |
| | Receive & review change of address of investor Wicher; Update investor's status log; update correspondence binder | | | | |
| 3/10/2008 SMD | | 250.00 | 0.10 | 25.00 | Billable |
| 55357 | Receive & Review | | | | |
| | Receive & review e-mail from Melanie E. Damian regarding invoice | | | | |
| 3/11/2008 SMD | | 250.00 | 0.10 | 25.00 | Billable |
| 55370 | Receive & Review | | | | |
| | Receive & review e-mail from Allen Lerner regarding DT Capital accounting | | | | |
| 3/11/2008 LMP | | 150.00 | 2.00 | 300.00 | Billable |
| 55710 | Communicat/OUT | | | | |
| | Telephone conference Liem Leigh; review documents produced by Eric and Timothy Moore | | | | |
| 3/12/2008 SMD | | 250.00 | 0.30 | 75.00 | Billable |
| 55409 | E-mail with | | | | |
| | E-mails with Kenneth D. Murena regarding transfers, claims; Telephone conference with investor Carper regarding claim | | | | |
| 3/12/2008 LMP | | 150.00 | 2.50 | 375.00 | Billable |
| 55726 | Review | | | | |
| | Review documents produced by investors Angela Lee Carroll, Bonit, LLC, Sandra S. Williams, Michael B. Solt | | | | |
| 3/12/2008 MOA | | 95.00 | 4.60 | 437.00 | Billable |
| 55833 | Prepare | | | | |
| | Prepare and Update DT Capital investors status log. Receive and review new investor; Update master log; Review documents for investor's | | | | |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | information | | | | |
| 3/12/2008<br>55861 | SMD<br>Communicat/OUT<br>Telephone conference with investor Malone (message); Conference with Lorenz M. Prüss regarding investors; E-mails with Kenneth D. Murena regarding transfers;  Prepare fee motion; Telephone conference with Melanie E. Damian regarding transfer | 250.00 | 1.20 | 300.00 | Billable |
| 3/13/2008<br>55733 | LMP<br>Review<br>Review investor documents and database | 150.00 | 1.50 | 225.00 | Billable |
| 3/13/2008<br>55780 | VC<br>Communicat/OUT<br>Telephone conference with investor Kent Pendleton scheduling telephone conference with Lorenz M. Prüss | 95.00 | 0.20<br>0.20 | 19.00<br>19.00 | No Charge |
| 3/14/2008<br>55740 | LMP<br>Review<br>Review documentation pertinent to investors Timothy and Eric Moore, Reliability LLC and Tom Hennessy, Second Wind Management LLC and Elden Sorenson; draft email to investor Timothy Moore; review case file; review documents pertinent to claims process | 150.00 | 3.00 | 450.00 | Billable |
| 3/14/2008<br>55873 | SMD<br>Revise<br>Revise motion to approve settlement; Telephone conference with Melanie E. Damian regarding same; | 250.00 | 0.90 | 225.00 | Billable |
| 3/17/2008<br>55882 | SMD<br>E-mail with<br>E-mail with Melanie E. Damian and Kenneth D. Murena regarding Dyson and Fields payments | 250.00 | 0.20 | 50.00 | Billable |
| 3/17/2008<br>56022 | LMP<br>Communicat/OUT<br>Telephone conference with Timothy Moore and review file for investor Timothy Moore | 150.00 | 0.50 | 75.00 | Billable |
| 3/18/2008<br>56029 | LMP<br>Review<br>Review materials pertinent to claims process; discuss with Scott M. Dimond regarding same; review investor Pendleton documents | 150.00 | 1.00 | 150.00 | Billable |
| 3/18/2008<br>56279 | MOA<br>Review<br>Review claim process with Lorenz M. Prüss | 95.00 | 0.30 | 28.50 | Billable |

- -

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/19/2008 | SMD | 250.00 | 0.60 | 150.00 | Billable |
| 56052 | E-mail with | | | | |

E-mails with Scott Poulin and Melanie E. Damian regarding order on Morgan fees; E-mails with Charles O. Morgan and Russ Weigel regarding same; E-mails with Melanie E. Damian regarding Probate Motion; Receive and review Provence investor documents

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/19/2008 | LMP | 150.00 | 0.50 | 75.00 | Billable |
| 56061 | Communicat/OUT | | | | |

Telephone conference with Investor Pendleton; review documents produced by Pendleton

| 3/19/2008 | MOA | 95.00 | 0.80 | 76.00 | Billable |
| 56282 | Receive & Review | | | | |

Receive material from investor Timothy Moore; Review and compare with original filed document; notice documents belonged to his son Eric Moore

| 3/20/2008 | SMD | 250.00 | 2.10 | 525.00 | Billable |
| 56094 | Conference | | | | |

Conference with Melanie E. Damian and Robert Levenson regarding Provence deposition; Telephone conference with Andrew Kaplan regarding same; E-mail with Russell Weigel regarding payment of fees; Meet with Melanie E. Damian and Robert Levenson regarding Provence deposition

| 3/20/2008 | LMP | 150.00 | 1.00 | 150.00 | Billable |
| 56148 | Review | | | | |

Review documents produced by Investor Timothy Moore; review documents produced by investor Eric Moore; draft email to Scott M. Dimond regarding claims process; telephone conference with judgment creditor regarding Kunen proceedings

| 3/20/2008 | DP | 150.00 | 0.10 | 15.00 | Billable |
| 56212 | Meeting | | | | |

Meet with Mari Alonso regarding "Carr" as a investor or claimant

| 3/20/2008 | MOA | 95.00 | 0.60 | 57.00 | Billable |
| 56287 | Receive & Review | | | | |

Receive & review additional documents from Timothy Moore; Review file for Paul and Robert Carr and CMW

| 3/21/2008 | LMP | 150.00 | 0.50 | 75.00 | Billable |
| 56162 | Review | | | | |

Review email from Melanie E. Damian regarding additional DT Capital investors; review case file; exchange emails with Mari Alonso regarding same; draft email to Scott M. Dimond regarding same

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/21/2008<br>56304 | MOA<br>Review<br>Review file for various investors not previously on log; E-mail results to Lorenz M. Prüss | 95.00 | 0.40 | 38.00 | Billable |
| 3/22/2008<br>56116 | SMD<br>Appear/attend<br>Attend deposition of Terry Provence; Conference with Melanie E. Damian, Andrew Kaplan, and Robert Levenson regarding same; E-mails with Robert Levenson regarding same; | 250.00 | 4.80 | 1,200.00 | Billable |
| 3/24/2008<br>56290 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian regarding Provence discovery | 250.00 | 0.10 | 25.00 | Billable |
| 3/25/2008<br>56303 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian regarding deposition schedule and settlement | 250.00 | 0.20 | 50.00 | Billable |
| 3/26/2008<br>56332 | SMD<br>Receive & Review<br>Receive & review e-mail from Robert Levenson | 250.00 | 0.10 | 25.00 | Billable |
| 3/27/2008<br>56334 | SMD<br>E-mail with<br>E-mails with Robert Levenson regarding Provence settlement | 250.00 | 0.10 | 25.00 | Billable |
| 3/28/2008<br>56357 | SMD<br>E-mail with<br>E-mails with Kenneth D. Murena regarding O'Neil complaint, final judgments against Klarer and Fields | 250.00 | 0.20 | 50.00 | Billable |
| 3/31/2008<br>56465 | SMD<br>E-mail with<br>E-mails and telephone conference with Melanie E. Damian regarding consent decree with Provence | 250.00 | 0.30 | 75.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Fees<br>No Charge | | 37.80<br>0.20 | $19.00 | $6,553.00 |

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/31/2008<br>54706 | Paralegal<br>Facsimile<br>Facsimile expense for March 2008. | 0.25 | 92.000 | 23.00 | Billable |

- -

Kunen-New:Kunen (continued)

| Date | Attorney | Price | Quantity | Amount | Total |
|------|----------|-------|----------|--------|-------|
| ID | Expense | Markup % | | | |
| 3/31/2008 | Paralegal | 0.25 | 1.000 | 0.25 | Billable |
| 56415 | Copying | | | | |
| | Copy charge for March 2008. | | | | |
| 3/31/2008 | Paralegal | 0.10 | 73.000 | 7.30 | Billable |
| 56458 | Scanning/Bates-Stamping | | | | |
| | Scanning charge for March 2008. | | | | |

| TOTAL | Billable Costs | | | | $30.55 |

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $6,553.00 | |
| Total of Fees (Time Charges) | | $6,553.00 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $30.55 | |
| Total of Costs (Expense Charges) | | $30.55 |
| Total new charges | | $6,583.55 |
| Total Previous Balance | | $16,553.35 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---------|------|-------------|---|---|
| 4/10/2008 | PAY | Payment from Gibraltar Private as per Court Order dtd 4/1/08 - | ($8,323.32) | |
| 4431 | | Thank You. Check No. 31650 | | |
| Total Accounts Receivable | | | | ($8,323.32) |

| Total New Balance | | $14,813.58 |

- -

---

### Selection Criteria

| Clie.Selection | Include: Kunen-New |
|---|---|
| Slip.Date | 4/1/2008 - 4/30/2008 |

---

| | |
|---|---|
| Nickname | Kunen-New \| 1343 |
| Full Name | Kunen |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Notes | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/1/2008<br>56767 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Robert Levenson regarding meeting | 250.00 | 0.10 | 25.00 | Billable |
| 4/1/2008<br>56877 | LMP<br>Review<br>Review documents produced by investor Neil Kay | 150.00 | 0.50 | 75.00 | Billable |
| 4/2/2008<br>56785 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian and Robert Levenson<br>regarding consent judgment | 250.00 | 0.70 | 175.00 | Billable |
| 4/2/2008<br>56888 | LMP<br>Review<br>Review materials pertinent to investors Francis Fiermonte and Kent<br>Pendleton | 150.00 | 0.60 | 90.00 | Billable |
| 4/3/2008<br>56799 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Robert Levenson regarding consent<br>judgment; Receive and review letter from Charles O. Morgan regarding<br>closing probate estate | 250.00 | 0.30 | 75.00 | Billable |
| 4/3/2008<br>56893 | LMP<br>Exchange<br>Exchange emails with David Roscko, counsel for investor Neil Kay<br>regarding document production; review case file for investor Neil Kay<br>regarding document production | 150.00 | 1.00 | 150.00 | Billable |
| 4/3/2008<br>56909 | RH<br>Review<br>Review discovery material from Francis Fiermonte; edit, update investor log<br>with new information; meetings with Lorenz M. Prüss and Mari Alonso<br>regarding same | 95.00 | 2.40 | 228.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/3/2008 | MOA | 95.00 | 2.60 | 247.00 | Billable |
| 57195 | Receive & Review<br>Receive & review additional documents from T. Moore; Locate Neil Kay's documents; Update investor status log | | | | |
| 4/4/2008 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 56929 | E-mail with<br>E-mails with Melanie E. Damian regarding Provence settlement; Telephone conference with Melanie E. Damian regarding same; | | | | |
| 4/8/2008 | MOA | 95.00 | 1.30 | 123.50 | Billable |
| 57251 | Receive & Review<br>Receive & review various documents from investors; update investor status log | | | | |
| 4/8/2008 | SMD | 250.00 | 1.40 | 350.00 | Billable |
| 57510 | Review<br>Review and revise Motion to Enter Judgment against Fields, proposed order on same, and declaration in support of same; E-mails with Kenneth D. Murena regarding same; Telephone conference with Melanie E. Damian regarding same; | | | | |
| 4/9/2008 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 57523 | Communicat/OUT<br>Telephone conference and e-mails with Melanie E. Damian regarding Provence Settlement | | | | |
| 4/11/2008 | MOA | 95.00 | 0.60 | 57.00 | Billable |
| 57335 | Receive & Review<br>Receive additional investor documents; review and update investor's status log | | | | |
| 4/11/2008 | SMD | 250.00 | 0.40 | 100.00 | Billable |
| 57541 | Communicat/OUT<br>Telephone conference with Kunen creditor; Telephone conference with Kunen investor | | | | |
| 4/12/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 57550 | Communicat/OUT<br>Telephone conference with investor Richards regarding distribution; Telephone conference (message) investor Cantu regarding same; | | | | |
| 4/14/2008 | SMD | 250.00 | 0.40 | 100.00 | Billable |
| 57639 | Receive & Review<br>Receive & review Notice of Taking Deposition; Telephone conference with Melanie E. Damian regarding same; E-mails with Kenneth D. Murena regarding O'Neil complaint | | | | |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/15/2008 57421 | LMP Review | 150.00 | 0.50 | 75.00 | Billable |

Review documentation regarding investors Cantu, Scott Family Trust, and Hanstridge; exchange emails with Mari Alonso regarding same

| 4/15/2008 57652 | SMD Communicat/OUT | 250.00 | 0.10 | 25.00 | Billable |

Telephone conference with creditor

| 4/16/2008 57429 | LMP Review | 150.00 | 1.00 | 150.00 | Billable |

Review correspondence from multiple investors; review investor database for claims

| 4/17/2008 57438 | LMP Meeting | 150.00 | 0.20 | 30.00 | Billable |

Discuss with Scott M. Dimond regarding claims process; review notes regarding claims process

| 4/17/2008 57472 | DP Review | 150.00 | 0.30 | 45.00 | Billable |

Review email from Kenneth D. Murena regarding contact information inquiry for particular investors; review database regarding location of relevant investor contact information; prepare email to Mari Alonso regarding coordination of response to Kenneth D. Murena inquiry

| 4/17/2008 57682 | SMD Revise | 250.00 | 0.80 | 200.00 | Billable |

Revise complaint again Helena O'Neil; Telephone conference with Paul Herron regarding status of claims procedure

| 4/17/2008 58403 | MOA Receive & Review | 95.00 | 1.20 | 114.00 | Billable |

Receive & review investors' information; Update investor's log; locate information on investor Cantin; Research file for various investor Cantin; Research file for investors; E-mail results to Lorenz M. Prüss

| 4/18/2008 57443 | LMP Exchange | 150.00 | 1.20 | 180.00 | Billable |

Exchange emails with Kenny Murena regarding Provence Investors; discuss with Dirk Pentico regarding Provence Investors; exchange emails with Mari Alonso regarding Provence Investors; discuss with Dirk Pentico regarding Provence Investors and location research; review correspondence from Investor Mark Cantu; discuss with Dirk Pentico regarding preparation of subpoenas and correspondence directed to additional investors; exchange emails with Mari Alonso regarding Investor Delton Heath

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/18/2008 | DP | 150.00 | 0.50 | 75.00 | Billable |
| | 57478 Meeting | | | | |
| | Meet with Lorenz M. Prüss regarding investor subpoena, cover letter for Mark Cantu; prepare draft subpoena, cover letter | | | | |
| 4/18/2008 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| | 57693 Communicat/OUT | | | | |
| | Telephone conference with James Sallah regarding witness deposition | | | | |
| 4/18/2008 | MOA | 95.00 | 0.40 | 38.00 | Billable |
| | 58406 Research | | | | |
| | Additional research on various investors | | | | |
| 4/19/2008 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| | 57450 Review | | | | |
| | Review materials to be served on Investor Mark Cantu | | | | |
| 4/19/2008 | DP | 150.00 | 0.10 | 15.00 | Billable |
| | 57480 Research | | | | |
| | Research regarding investor contact information at request of Kenneth D. Murena | | | | |
| 4/19/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| | 57706 Communicat/OUT | | | | |
| | Telephone conference (message) Melanie E. Damian regarding Sallah call | | | | |
| 4/21/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| | 57713 Communicat/OUT | | | | |
| | Telephone conference with Melanie E. Damian regarding depositions | | | | |
| 4/21/2008 | DP | 150.00 | 0.40 | 60.00 | Billable |
| | 57833 Review | | | | |
| | Review, edit letter, subpoena to investor Cantu; prepare mailing packet | | | | |
| 4/22/2008 | SMD | 250.00 | 0.90 | 225.00 | Billable |
| | 57731 Communicat/OUT | | | | |
| | Telephone conference with James Sallah regarding witness depositions; Telephone conference with Melanie E. Damian regarding same; Telephone conference with James Sallah and Melanie E. Damian regarding same; Receive and review CMHI and CMW subpoenas | | | | |
| 4/22/2008 | DP | 150.00 | 1.80 | 270.00 | Billable |
| | 57834 Research | | | | |
| | Research regarding investor contact information; meet with Lorenz M. Prüss regarding results, additional strategies; prepare emails to Kenneth D. Murena regarding results, request for additional information | | | | |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/23/2008<br>57754 | SMD          ·<br>Communicat/OUT<br>Telephone conference with investor Heath (message) | 250.00 | 0.10 | 25.00 | Billable |
| 4/23/2008<br>58416 | MOA<br>Communicat/OUT<br>Telephone conference with Tom Hennessy regarding his claim and<br>process; e-mail to Lorenz M. Prüss regarding Tom Hennessy's questions | 95.00 | 0.40 | 38.00 | Billable |
| 4/24/2008<br>57765 | SMD<br>Communicat/OUT<br>Telephone conference with James Sallah regarding deposition; Telephone<br>conference with investor Health regarding status of estate; Telephone<br>conference with investor Hudson regarding same | 250.00 | 0.90 | 225.00 | Billable |
| 4/25/2008<br>57780 | SMD<br>E-mail with<br>E-mails with Robert Levenson and Melanie E. Damian regarding Morgan<br>fees, deposition; Telephone conference with Melanie E. Damian regarding<br>same; | 250.00 | 0.20 | 50.00 | Billable |
| 4/26/2008<br>57794 | SMD<br>Receive & Review<br>Receive & review Kunen mail from Charles O. Morgan | 250.00 | 0.10 | 25.00 | Billable |
| 4/28/2008<br>57878 | SMD<br>Communicat/OUT<br>Telephone conference with James Sallah regarding deposition; Telephone<br>conference with Melanie E. Damian regarding same, disposition of estate<br>assets | 250.00 | 0.40 | 100.00 | Billable |
| 4/28/2008<br>58311 | LMP<br>Communicat/OUT<br>Telephone conference with Investor Tom Hennessy; review case file | 150.00 | 0.50 | 75.00 | Billable |
| 4/29/2008<br>57885 | SMD<br>Prepare<br>Prepare for and attend Status Conference; Telephone conference with<br>Melanie E. Damian regarding same; | 250.00 | 0.70 | 175.00 | Billable |
| 4/30/2008<br>57913 | SMD<br>Receive & Review<br>Receive & review Order entering judgments against Klarer and Fields | 250.00 | 0.10 | 25.00 | Billable |
| 4/30/2008<br>58327 | LMP<br>Meeting<br>Discuss with Scott M. Dimond regarding claims process | 150.00 | 0.20 | 30.00 | Billable |

Kunen-New:Kunen (continued)

|  |  | Amount | Total |
|---|---|---|---|
| TOTAL | Billable Fees | 26.70 | $4,385.50 |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/21/2008 58222 | Paralegal Delivery serv Fedex - Inv. 2-674-87158 | 21.17 | 1.000 | 21.17 | Billable |
| 4/30/2008 57965 | Paralegal Facsimile Facsimile expense for April 2008. | 0.25 | 11.000 | 2.75 | Billable |
| 4/30/2008 58034 | Paralegal Copying Scanning charge for April 2008. | 0.25 | 36.000 | 9.00 | Billable |
| 4/30/2008 58084 | Paralegal Scanning/Bates-Stamping Scanning charge for April 2008. | 0.10 | 34.000 | 3.40 | Billable |
| 4/30/2008 58113 | Paralegal Online research Westlaw research for April 2008. | 66.36 | 1.000 | 66.36 66.36 | No Charge |

| TOTAL | Billable Costs No Charge |  | $66.36 | $36.32 |
|---|---|---|---|---|

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. |  |  |
| Total of billable time slips | $4,385.50 |  |
| Total of Fees (Time Charges) |  | $4,385.50 |
| Costs Bill Arrangement: Slips By billing value on each slip. |  |  |
| Total of billable expense slips | $36.32 |  |
| Total of Costs (Expense Charges) |  | $36.32 |

Kunen-New:Kunen (continued)

|  | Amount | Total |
|---|---|---|
| Total new charges |  | $4,421.82 |
| Total Previous Balance |  | $16,553.35 |

Accounts Receivables

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 4/10/2008 4431 | PAY | Payment from Gibraltar Private as per Court Order dtd 4/1/08 - Thank You. Check No. 31650 | ($8,323.32) | |
| Total Accounts Receivable | | | | ($8,323.32) |

| Total New Balance |  | $12,651.85 |
|---|---|---|

## Selection Criteria

| Clie.Selection | Include: Kunen-New |
|---|---|
| Slip.Date | 5/1/2008 - 5/31/2008 |

| | |
|---|---|
| Nickname | Kunen-New \| 1343 |
| Full Name | Kunen |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Notes | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/1/2008 59146 | SMD E-mail with<br>E-mails with Robert Levenson and Russell Weigel regarding Court order | 250.00 | 0.10 | 25.00 | Billable |
| 5/2/2008 58344 | LMP Review<br>Review correspondence regarding Miroslaw Januszczzyk and investor file regarding same | 150.00 | 0.40 | 60.00 | Billable |
| 5/3/2008 58348 | LMP Review<br>Review correspondence as to multiple investors | 150.00 | 0.50 | 75.00 | Billable |
| 5/5/2008 58701 | LMP Communicat/OUT<br>Telephone conference with counsel for Investor Miroslaw | 150.00 | 0.40 | 60.00 | Billable |
| 5/6/2008 58713 | LMP Meeting<br>Discuss with Scott M. Dimond regarding claims process; review email from Kenneth D. Murena regarding additional investors; exchange emails with Mari Alonso regarding same | 150.00 | 0.30 | 45.00 | Billable |
| 5/6/2008 59219 | SMD Conference<br>Conference with Lorenz M. Prüss regarding claims procedure; Revise claims form, legal notice | 250.00 | 1.20 | 300.00 | Billable |
| 5/7/2008 59231 | SMD Revise<br>Revise claims materials; Conference with Robert Levenson and Melanie E. Damian regarding case status and claims procedure; E-mails with Kenneth D. Murena regarding invoice | 250.00 | 2.80 | 700.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/8/2008<br>58738 | LMP<br>Exchange<br>Exchange emails with Kenneth D. Murenaregarding Investor Cheryl Price | 150.00 | 0.10 | 15.00 | Billable |
| 5/9/2008<br>59473 | SMD<br>Communicat/OUT<br>Telephone conference with investor Babock | 250.00 | 0.10 | 25.00 | Billable |
| 5/12/2008<br>59526 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian regarding investor | 250.00 | 0.10 | 25.00 | Billable |
| 5/13/2008<br>59156 | SMD<br>Receive & Review<br>Receive & review e-mails regarding Morgan fee request; Telephone conference with Melanie E. Damian and Robert Levenson regarding same; Receive and review letter from Russell Weigel regarding same | 250.00 | 0.90 | 225.00 | Billable |
| 5/14/2008<br>58947 | LMP<br>Other activity<br>Address inquiries by "new" investors | 150.00 | 0.40 | 60.00 | Billable |
| 5/14/2008<br>59207 | SMD<br>Communicat/OUT<br>Telephone conference with Alan Lerner's office regarding fee disbursement | 250.00 | 0.10 | 25.00 | Billable |
| 5/20/2008<br>59263 | SMD<br>Communicat/OUT<br>Telephone conference with Raymond Wicker regarding claims; Receive and review Sallah letter; Telephone conference with Chris Baker regarding same; Receive and review e-mails from Melanie E. Damian regarding case order; E-mails from Alan Lerner office regarding fees | 250.00 | 0.60 | 150.00 | Billable |
| 5/20/2008<br>59367 | LMP<br>Review<br>Review Order on Charles Morgan Attorney's Fees Petition | 150.00 | 0.10<br>0.10 | 15.00<br>15.00 | No Charge |
| 5/21/2008<br>59281 | SMD<br>Communicat/OUT<br>Telephone conference (message) Mallory Horne regarding investor claim; emails and telephone conference with Gibraltar Bank regarding payments; Telephone conference with Allan Lerner's office regarding same; e-mails and telephone conference with Melanie E. Damian regarding same | 250.00 | 0.80 | 200.00 | Billable |
| 5/22/2008<br>59297 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian and Robert Levenson regarding payment of Provence restitution; Telephone conference with Michael Hill regarding remaining account; prepare letters to Allan Lerner and Charles Morgan enclosing fee checks; E-mail to Kenneth D. Murena | 250.00 | 0.80 | 200.00 | Billable |

- -

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | regarding website payment | | | | |
| 5/23/2008 59307 | SMD Conference Conference with Lorenz M. Prüss regarding Motion to Approve; Receive and review e-mail of Kenneth D. Murena regarding website payment | 250.00 | 0.20 | 50.00 | Billable |
| 5/23/2008 59408 | LMP Communicat/OUT Telephone conference with Kenneth D. Murena regarding motion to approve disbursements | 150.00 | 0.30 | 45.00 | Billable |
| 5/24/2008 59311 | SMD Other activity Arrange payment to web designer | 250.00 | 0.10 | 25.00 | Billable |
| 5/27/2008 59894 | LMP Review Review Motion to Approve Claims Process; exchange e-mails with investor Timothy Moore regarding claims process | 150.00 | 0.50 | 75.00 | Billable |
| 5/28/2008 59505 | SMD Conference Conference with Lorenz M. Prüss regarding Motion to Approve distribution procedure; E-mails with Robert Levenson regarding receivership account | 250.00 | 0.20 | 50.00 | Billable |
| 5/28/2008 59924 | LMP Exchange Exchange emails with Investor Timothy Moore regarding claims process | 150.00 | 0.10 | 15.00 | Billable |
| 5/29/2008 59521 | SMD Communicat/OUT Telephone conference with Michael Hill regarding New Account; Prepare letter to Michael Hill regarding same; Telephone conference with Michael Sanfilippo (message); Telephone conference with Alan Lerner regarding Lady Jane Grace; Receive and review e-mail regarding same; | 250.00 | 0.80 | 200.00 | Billable |
| 5/30/2008 59550 | SMD Communicat/OUT Telephone conference with Investor; E-mail with Robert Levenson regarding Provence payment and Motion | 250.00 | 0.20 | 50.00 | Billable |
| 5/30/2008 59969 | LMP Communicat/OUT Telephone conference with Investor Greg Shottenkirk regarding investment; draft email to Investor Greg Shottenkirk regarding documentation for claim; discuss with Mari Alonso regarding same | 150.00 | 0.30 | 45.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/30/2008 60030 | MOA Review | 95.00 | 0.30 | 28.50 | Billable |
| | Review files for Greg Shottenkirk documents on information | | | | |
| 5/31/2008 59620 | SMD E-mail with | 250.00 | 0.20 | 50.00 | Billable |
| | E-mail to Melanie E. Damian regarding Lady Jane; Telephone conference with Investor Sanfilippo (message) | | | | |

| TOTAL | Billable Fees | | 12.80 | | $2,823.50 |
|---|---|---|---|---|---|
| | No Charge | | 0.10 | $15.00 | |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 5/22/2008 59818 | Paralegal Delivery serv | 14.90 | 1.000 | 14.90 | Billable |
| | Fedex - Inv. 2-726-10100 | | | | |
| 5/22/2008 59819 | Paralegal Delivery serv | 14.90 | 1.000 | 14.90 | Billable |
| | Fedex - Inv. 2-726-10100 | | | | |
| 5/30/2008 59715 | Paralegal Copying | 0.25 | 7.000 | 1.75 | Billable |
| | Copy charge for May 2008. | | | | |
| 5/30/2008 59757 | Paralegal Scanning/Bates-Stamping | 0.10 | 2.000 | 0.20 | Billable |
| | Scanning charge for May 2008. | | | | |
| 5/30/2008 60886 | Paralegal Delivery serv | 23.51 | 1.000 | 23.51 | Billable |
| | Fedex - Inv. 2-749-30884 | | | | |

| TOTAL | Billable Costs | | | | $55.26 |
|---|---|---|---|---|---|

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|

Fees Bill Arrangement: Slips
By billing value on each slip.

Total of billable time slips         $2,823.50

Kunen-New:Kunen (continued)

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $2,823.50 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $55.26 | |
| Total of Costs (Expense Charges) | | $55.26 |
| Total new charges | | $2,878.76 |
| Total Previous Balance | | $16,553.35 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 4/10/2008 4431 | PAY | Payment from Gibraltar Private as per Court Order dtd 4/1/08 - Thank You. Check No. 31650 | ($8,323.32) | |
| Total Accounts Receivable | | | | ($8,323.32) |
| Total New Balance | | | | $11,108.79 |