Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | February 29, 2008 |
| End of Billing Date: | Feb 29/08 |

**Attention:**   Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3693 |

**RE:**   Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-01-08 | Telephone call to counsel for Dick Hoffmeyer regarding production of documents responsive to Subpoena; telephone calls from Peake BMW regarding finalization of sale of BMW and forwarding check directly to Receiver; telephone call from Marc Kunen regarding sale of BMW and cancellation of insurance; review federal statute applicable to sale of personal property; emails to and from Receiver regarding appraisal and sale of watches and transfer of funds from Fred Kunen's account at Deutsche Bank to receivership account; telephone calls to and from Gibraltar Bank regarding wiring instructions for original receivership account and setting up new receivership account; email from Deutsche Bank regarding wiring instructions for transfer of funds to Receiver; telephone call to Lones Gemologists & Appraisers regarding services provided and applicable fees. | 2.10 | 525.00 | KDM |
| Feb-04-08 | Review documents at the SEC; meet with Bob Levenson regarding status and strategy; telephone call with Scott Dimond regarding status; reviewing status of collections and accounts; notice of deposition Provence; email correspondence with Bob Levenson regarding status. | 2.20 | 550.00 | MME |
| | Email from Andy Kaplan regarding status of analysis of accounts held by Terry Provence, DT Capital and related entities and documents | 3.50 | 875.00 | KDM |

Composite
Exhibit
"B"

still needed from Bank of America and Fifth Third Bank; review documents regarding Fred Kunen, Terry Provence and DT Capital received from SEC; telephone calls to Howard Fields and Irving Klarer regarding pay due payment to Receiver pursuant to Agreements for return of funds received from Fred Kunen; emails to Melanie Damian and Receiver regarding expected payment in full from Irving Klarer; telephone call to Receiver regarding receivership account to which funds in Fred Kunen's Deutsche Bank account in Madrid should be transferred; coordinate service of Order setting hearing on Joint Motion for Constructive Trust; telephone call to and letter from counsel for Dick Hoffmeyer regarding response to Subpoena for documents related to Terry Provence and DT Capital LLC; review status of receipt of funds from Howard Fields and Irving Klarer pursuant to Agreements with Receiver and preparation of Fraudulent Transfer Complaint against Halina O'Neill; prepare for hearing on Joint Motion for Constructive Trust.

| Date | Description | | | |
|---|---|---|---|---|
| Feb-05-08 | Meet with Andy Kaplan regarding status for hearing on constructive Trust; analysis of Provence funds and deposition preparation; email correspondence with SEC regarding status and strategy. | 0.80 | 200.00 | MME |
| | Telephone call to Peake BMW and email from Receiver regarding delivery of check for sale of BMW; prepare for hearing on Joint Motion for Constructive Trust; compile and review cases cited in Motion, exhibits to Motion and orders relevant to Motion; attend meeting with Melanie Damian and Andy Kaplan regarding status of document production from and freezing of accounts at Bank of America and Fifth Third Bank, analysis regarding inflow and transfer of investor funds, and depositions of Terry Provence and his associates, including Dick Hoffmeyer; telephone calls and emails to and from counsel for Dick Hoffmeyer regarding production of documents responsive to Subpoena and scheduling of deposition; review production of documents by Dennis | 3.40 | 850.00 | KDM |

Brown and Robert Carr and death of C.R.
Creed.

| | | | | |
|---|---|---|---|---|
| Feb-06-08 | Telephone calls from Howard Fields regarding payment of first and second installment payments due under the Agreement with Receiver for return of funds from Fred Kunen and send email to Receiver; prepare for hearing on Joint Motion for Constructive Trust and Terry Provence's Sworn Accounting; prepare of Motion to Compel Bank of America to produce documents regarding DT Capital requested in Subpoena; telephone calls to Bank of America regarding products requested in Subpoena and immediate need for production prior to deposition of Terry Provence; telephone calls to and from Private Investigator regarding Fred Kunen's trader, Max Birac; telephone calls to supervisor at Bank of America regarding production of statements and transfer details for  DT Capital's account; research regarding confirmation that all banks at which Fred Kunen held accounts were contacted; review subpoena files to confirm contact with each institution. | 2.40 | 600.00 | KDM |
| Feb-07-08 | Email from Receiver regarding receipt of check from sale of BMW; facsimile and email from Gibraltar Bank regarding wiring instructions for transfer from Fred Kunen's account at Deutsche Bank; forward international wiring instructions to Deutsche Bank; telephone call to Bank of America regarding outstanding DT Capital documents requested in Subpoenas; telephone call to Bank of America retail division regarding written confirmation of freezing of accounts; letter from Charles Morgan attaching IRS Notice of Federal Tax Lien filing and review Notice of Lien; emails to and from Receiver regarding appropriate response to Notice of Lien. | 1.10 | 275.00 | KDM |
| Feb-08-08 | Emails to and from Melanie Damian, SEC and Receiver's office regarding investors of Kunen and Provence; telephone calls to and From | 0.70 | 175.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
| | Melanie Damian regarding lists of investors in preparation for hearing on Joint Motion for Constructive Trust. | | | |
| Feb-10-08 | Review motion for constructive trust to prepare for hearing; respond to email correspondence from Bob Levenson regarding same. | 1.60 | 400.00 | MME |
| | Emails to and from Melanie Damian regarding amounts paid by and still due from persons who signed agreements for return of funds to Receiver, receipt of proceeds of sale of BMW and transfer from Deutsche Bank in Madrid; review schedule of payments and calculate amounts still due. | 0.40 | 100.00 | KDM |
| Feb-11-08 | Telephone calls and emails with Bob Levenson regarding preparation for constructive trust hearing; preparing for and attending hearing. | 1.80 | 450.00 | MME |
| | Telephone calls to and from Private Investigator regarding search for Max Birac and Lady Jane Grace; review and send all personal background information regarding Lady Jane Grace to Private Investigator; telephone calls and emails to Bank of America legal order processing supervisor regarding overdue production of account documents for DT Capital and related persons and entities. | 0.80 | 200.00 | KDM |
| Feb-12-08 | Review efforts to compel production of DT Capital documents from Bank of America and preparation for deposition of Terry Provence; telephone calls and emails to legal order processing supervisors at Bank of America regarding overdue production of DT Capital and other documents pursuant to Subpoena and intention to file Motion to hold Bank in contempt for failure to comply with Court Order and at least 2 Subpoenas; prepare and send to Bank of America Supervisor facsimile enclosing previous Subpoenas and Court Orders and explaining immediate need for production and contemnable conduct of bank. | 1.80 | 450.00 | KDM |

| Feb-13-08 | Multiple telephone calls to and from Bank of America regarding overdue production of documents regarding DT Capital, CMW, Seven Star Capital, and Terry and Diana Provence and intention to file Motion for Contempt against bank for violating Court Orders and at least 2 Subpoenas; review production by Bank of America; review Bank of America records for DT Capital accounts and forward to Andy Kaplan. | 2.20 | 550.00 | KDM |
|---|---|---|---|---|
| Feb-14-08 | Review documents received from Bank of America regarding CMW, Seven Star Services, Seven Star Capital and Terry and Diana Provence, including deposit and transfer details and forward to Andy Kaplan and SEC. | 1.00 | 250.00 | KDM |
| Feb-15-08 | Telephone calls to and from Bank of America regarding documents regarding Lady Jane Grace; review additional Bank of America documents regarding DT Capital and send to Andy Kaplan and the SEC; documents; discuss status of Kunen Receivership, status of receipt of funds from Howard Fields and Irving Klarer, and strategy for obtaining funds from other recipients of funds, including Halina O'Neill and Kunen family members; emails to and from Andy Kaplan regarding Bank of America documents regarding DT Capital; review documents produced by Dick Hoffmeyer, including Fifth Third Bank documents and send to Andy Kaplan and the SEC. | 1.40 | 350.00 | KDM |
| Feb-18-08 | (No Charge) Emails to and from website designer regarding revisions to introduction on homepage of receivership website;  all financial institutions to which subpoenas were sent and/or at which Fred Kunen held accounts and verify status of production, and preparation of letter to Marilyn Kunen authorizing closure of account at Anglo Irish Bank and transfer of account balance to Receiver; review funds transferred to Fred Kunen's family members, whether efforts should be taken to secure the return of those funds, status of payments to Receiver to be made pursuant to Agreements with Howard | 1.00 | 0.00 | KDM |

Fields and the Klarers, and preparation for
deposition of Terry Provence.

| Feb-19-08 | Review updated accounting; telephone call with Andrew Kaplan regarding accounting and preparing for deposition of Terry Provence. | 2.50 | 625.00 | MME |

| | Teleconference with Melanie Damian and Andy Kaplan regarding outflows of funds from Provence and DT Capital accounts, latest documents produced by Bank of America, 5/3 Bank and Dick Hoffmeyer, and additional detail records required from Bank of America and 5/3 Bank; prepare for deposition of Terry Provence; emails to and from Andy Kaplan regarding specific detail records needed from Bank of America and 5/3 Bank; review latest documents regarding Lady Jane Grace received from Bank of America and forward to Andy Kaplan and SEC; emails to and from Private Investigator regarding search for address and registered agents of certain entities associated with Terry Provence; telephone call from Bruce Dyson regarding addiditional extension of time to make payments pursuant to Agreement with Receiver and involvement with Howard Fields. | 2.00 | 500.00 | KDM |

| Feb-20-08 | Review accounting; meeting with Bob Levenson and Scott Dimond regarding accounting analysis and deposition preparation for Provence and Kunen status and strategy. | 1.40 | 350.00 | MME |

| | Review emails to and from Dick Hoffmeyer and Terry Provence and tab and summarize same. | 2.40 | 360.00 | CP |

| | Continue reviewing documents produced by Dick Hoffmeyer regarding his involvement with Provence's fraudulent scheme; continue to prepare for Provence's deposition, including reviewing and compiling relevant documents and possible deposition exhibits and flow of funds and nature of Fraud; telephone calls and emails to and from Andy Kaplan regarding flow of funds through accounts held by Provence and related entities and additional | 2.20 | 550.00 | KDM |

documents needed from Bank of America and
Fifth Third Bank evidencing transfers and
deposits; email request for additional
documents to Bank of America; review and
send to Andy Kaplan documents from Bank of
America regarding CMW Capital account and
transaction details; prepare Subpoenas to
CMHI Partners, Seven Star Capital and Seven
Star Services; locate addresses of Mark Miller
and C.R. Creed and resend Subpoena to Mark
Miller.

| | | | |
|---|---|---|---|
| Feb-21-08 | Prepare for deposition of Terry Provence; reviewing all documents produced; reviewing accounting analysis. | 6.50 | 1,625.00 | MME |

Assist M. Damian with preparation for the
deposition of Terry Provence; review bank
records produced by Bank of America and
Fifth Third Bank for Terry Provence, Terry
and Diana Provence, and Provence related
entities regarding personal consumption by
Provence and transfers to Provence, Northern
Trust Bank and Ontario, Inc.; compile wire
transfers and exhibit folders re same and
compare to charts of personal consumption
expenses prepared by A. Kaplan; prepare
summary of consumption habits and
noteworthy transfers in or out of bank
accounts; various meetings with M. Damian
and K. Murena to discuss same; review lists of
investors and reconcile lists of investors
related to DT Capital, CMHI Partners and
CMHI Partners II; identify through which
entity each investor invested funds with Terry
Provence; various meetings with M. Damian
and K. Murena re same.        6.80    1,020.00    CP

Telephone calls and emails to Bank of
America and Fifth Third Bank regarding
additional documents regarding Terry
Provence, DT Capital, CMW and Seven Star
Capital and status of follow-up document
requests; teleconference with Melanie Damian
and Andy Kaplan regarding analyses for
inflows to and outflows from accounts held by
Provence, DT Capital, CMW Capital, Seven
Star Capital and Seven Star Services and        3.70    925.00    KDM

additional documents still required to complete analyses; work on preparations for deposition of Terry Provence, including reviewing, marking, organizing and compiling bank statements and wire confirmations, lists of investors and DT Capital and CMHI members, money flow analyses prepared by Andy Kaplan.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-22-08 | Prepare for and take deposition of Terry Provence. | 5.50 | 1,375.00 | MME |
| | Research regarding additional potential exhibits to deposition of Terry Provence; emails to and from Bank of America and Fifth Third Bank regarding additional documents required regarding Terry Provence, DT Capital, CMW Capital and Seven Star Services; review latest statements and cancelled checks from Fifth Third Bank and Bank of America regarding Terry Provence, DT Capital, CMW Capital and Seven Star Services and discuss with and forward to Andy Kaplan; work on preparation of Subpoenas to Northern Bankcorp and Ontario, Inc. and send email to Private Investigator regarding those entities; email latest Fifth Third Bank and Bank of America statements and cancelled checks to the SEC and Andy Kaplan; telephone calls to and from Bruce Dyson regarding Howard Fields and extended deadline to make payments; email from counsel for Dick Hoffmeyer regarding scheduling of deposition; review Bank of America statements regarding Lady Jane, compile account numbers and addresses on statements. | 4.30 | 1,075.00 | KDM |
| Feb-25-08 | Email to Allan Lerner regarding follow-up request to deposition; email correspondence with Bob Levenson regarding status and follow-up request. | 0.60 | 150.00 | MME |
| | Revise document requests and finalize and serve Subpoenas to Northern Bankcorp, 2064457 Ontario, Inc., CMW Capital, CMHI Partners, Seven Star Capital, Seven Star | 3.70 | 925.00 | KDM |

Services, and Mark Miller; review deposition of Terry Provence and follow-up tasks required; telephone calls to and from Laura Sullivan regarding freeze on safety deposit box; telephone call to Washington Mutual regarding lifting of freeze on box; telephone call to Bruce Dyson regarding payments under Settlement Agreements and information regarding fraud committed by Howard Fields; telephone call to Howard Fields regarding payments due pursuant to Settlement Agreement; telephone call and email to counsel for Dick Hoffmeyer regarding scheduling deposition and 2-day subpoena power of Receiver pursuant to Court Order.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-26-08 | Meeting with Bob Levenson regarding status and strategy; email correspondence regarding Hoffmeyer; review of claims; call with Scott Dimond regarding claims form and process. | 0.80 | 200.00 | MME |
| | Telephone call from Bruce Dyson regarding information on Howard Fields and his continued fraudulent activities against certain Kunen investors and others, and deadline to make first payment pursuant to Settlement Agreement; telephone call to Howard Field regarding payments required under Agreement with Receiver; email and telephone call from Andy Kaplan regarding analysis regarding transfers to investors and Kunen family members; emails to and from Fifth Third Bank and Bank of America regarding receipt of latest document production; email to counsel for Dick Hoffmeyer regarding deposition to be scheduled. | 1.70 | 425.00 | KDM |
| Feb-27-08 | (No Charge) Email correspondence with Bob Levenson and receiver regarding status and strategy. | 0.30 | 0.00 | MME |
| | Finalize and serve Subpoena on Lady Jane Grace in California and discuss with Melanie Damian strategy for locating her with assistance of SEC; review efforts of Private Investigator to locate her and bringing in new private investigator to locate her; telephone call from Michael Sanfilippo regarding | 0.50 | 125.00 | KDM |

Howard Fields, Irving Klarer and other persons
who received funds from Fred Kunen; review
Order on Joint Motion for Constructive Trust
and send to website designer to be included on
receivership website; emails to SEC regarding
private investigators used and to be used to
locate Lady Jane Grace, and background,
contact and account information for Lady Jane.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-29-08 | Review case law regarding consent judgment provisions in agreements and need for court approval of agreement to enforce such a provision; review Agreements with Howard Field, Bruce Dyson, and Irving and Tammy Klarer approved by Court to enforce the consent judgment provisions; schedule deposition of Dick Hoffmeyer and prepare Subpoena; telephone call to Washington Mutual regarding freeze on safety deposit box of Laura Sullivan; telephone call to Laura Sullivan regarding lifting of freeze on box. | 0.60 | 150.00 | KDM |

HOUR TOTALS:                    73.70          $17,180.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 24.00 | $250.00 | $5,925.00 |
| Cassandra Perez | CP | 9.20 | $150.00 | $1,380.00 |
| Kenneth Murena | KDM | 40.50 | $250.00 | $9,875.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Courier | 13.90 |
| | FedEx Shipment | 84.81 |
| | Photocopies | 270.17 |
| | Postage | 47.13 |
| Feb-27-08 | Courier | 42.30 |
| | Courier | 18.35 |
| | Photocopies of Jane Grace Records | 39.79 |
| | Search: G. Birac | 295.00 |

| | |
|---|---|
| Search: G. Birac and Lady Jane | 120.00 |
| Parking | 3.00 |
| | |
| Totals | $934.45 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$18,114.45** |
| Previous Balance | 188,291.40 |
| Previous Payments | 103,112.97 |
| | |
| **Balance Now Due** | **$103,292.88** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

## PAYMENT DETAILS

| | | |
|---|---|---|
| Feb-14-08 | Payment on Account | 103,112.97 |
| | **Total Payments** | **$103,112.97** |

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | March 31, 2008 |
| End of Billing Date: | Mar 31/08 |

**Attention:**  Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3798 |

**RE:**  Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-03-08 | Email correspondence and telephone call with Allan Lerner regarding outstanding request for information; telephone call and email correspondence with Bob Levenson regarding status; review and revise subpoenas for CMHI and Hoffmeyer. | 1.00 | 250.00 | MME |
| | (No Charge) Revise introduction on website to include details regarding Provence/DT Capital action and receivership and update of constructive trust order; telephone call and email from Laura Sullivan regarding freeze on safety deposit box; telephone call to levy department of Washington Mutual regarding removal of freeze on account; email and telephone call to counsel for Dick Hoffmeyer and CMHI Partners regarding scheduling depositions. | 2.40 | 0.00 | KDM |
| Mar-04-08 | Telephone call with Bob Levenson and Andy Kaplan regarding status of accounting evaluation; email correspondence with Receiver and SEC regarding status and IRS claim. | 0.50 | 125.00 | MME |
| Mar-05-08 | (No Charge) Research regarding court approval of confession of judgment under federal law and under Florida law; research regarding enforcement of confession of judgment and procedure for filing motion for entry of judgment. | 2.60 | 0.00 | CP |

| | | | | |
|---|---|---|---|---|
| | Telephone calls to Irving Klarer and Howard Field regarding payments due under Settlement Agreements with Receiver; email from website designer regarding revisions to Receivership website; review letter from investor and forward to Receiver's office; telephone call from investor regarding status of receivership; telephone call and email to counsel for Dick Hoffmeyer regarding upcoming deposition. | 1.90 | 475.00 | KDM |
| Mar-06-08 | Review procedure and Federal Rules applicable to obtaining judgment pursuant to Agreement in which party consented to judgment upon default under Agreement; begin preparing motions for approval of agreements and entry of judgment against Howard Field and Irving and Tammy Klarer. | 2.80 | 700.00 | KDM |
| Mar-07-08 | (No Charge) Telephone call with Bob Levenson regarding status of deposition in Provence matter. | 0.30 | 0.00 | MME |
| | Review Agreements with Irving and Tammy Klarer and Howard Fields and continue preparing Motions to approve Agreements and enter Judgments against them for failure to pay amounts due thereunder; emails to and from Receiver regarding preparation of Motions and declarations of Receiver in support thereof; review case law authorizing Receiver to have agreements with targets approved and judgments entered pursuant to those agreements. | 2.90 | 725.00 | KDM |
| Mar-10-08 | Telephone calls to Howard Field; review of disbursements and additional sources of funds; strategy for collection of funds; email correspondence with SEC regarding outstanding matters; telephone call and email to counsel for Hoffmeyer regarding deposition schedule. | 1.20 | 300.00 | MME |
| | Research case law regarding approval of settlement agreement in receiverships, research court approval and enforcement of consent judgments as final judgment and as binding | 3.70 | 555.00 | CP |

contract; draft motion for approval of
settlement agreement with recipients of
fraudulent transfers and for approval and
enforcement of consent judgment.

Review status of receiverships and efforts to          4.70        1,175.00          KDM
Marshall assets and funds in bank accounts;
telephone calls to Irving Klarer and Howard
Fields regarding payments pursuant to
Agreement with Receiver for return of funds
received from Fred Kunen; telephone call to
counsel for Dick Hoffmeyer regarding
scheduling deposition; review investors' funds
received from and transfer to Fred Kunen and
funds thats Fred Kunen transferred to his
family members; prepare Declarations in
support of Motions to Approve Agreements
with Howard Fields and the Klarers and for
Entry of Judgment review jurisdiction and
Memorandum of Law to be inserted into
Motion to Approve; email from co-counsel in
St. Maarten regarding WIB transfer and status
of receivership; telephone calls with Melanie
Damian to Howard Fields regarding payments
due under Agreement with Receiver; telephone
call to Irving Klarer regarding status of
payments due under Agreement with Receiver;
email to Receiver regarding status of receipt of
funds from Deutsch Bank and Windward
Island Bank.

| | | | |
|---|---|---|---|
| Mar-11-08 | (No Charge) Email correspondence with counsel for Hoffmeyer and SEC regarding depositions. | 0.20 | 0.00 | MME |

(No Charge) Emails to and from Laura          0.60        0.00          KDM
Sullivan regarding freeze on safety deposit
box; telephone calls to Northern Bankcorp and
2064457 Ontario Inc. regarding connection
with Terry Provence and DT Capital and
responses to Subpoenas for documents; email
from counsel for Dick Hoffmeyer regarding
proposed location of deposition of Mr.
Hoffmeyer.

Mar-12-08     Telephone call with Bob Levenson regarding          1.00        250.00          MME

status of Provence analysis; review and revise motions regarding Klarers and Field.

| | | | | |
|---|---|---|---|---|
| | Preparing Memorandum of Law sections of Motions to Approve Agreements and Enter Judgments against Irving and Tammy Klarer and Howard Fields; revise Receiver's Declarations in support of Motions, send with draft Motions to Receiver for review; email from Receiver regarding receipt of funds from Deutsche Bank and Windward Island Bank; telephone call and email to Washington Mutual regarding lifting freeze on safety deposit box of Laura Sullivan; review documents produced by Northern Bankcorp and Ontario, Inc. and forward to Andy Kaplan. | 4.20 | 1,050.00 | KDM |
| Mar-13-08 | Telephone call from Andy Kaplan regarding Northern Bankcorp and Ontario Inc., documents produced by them pursuant to Subpoena, transfers to and from them, and the status of his analyses regarding transfers to and from investors and Kunen family members; telephone call from Bruce Dyson regarding payment pursuant to Agreement with Receiver; emails to and from Receiver regarding transfers of balances of Kunen's accounts at Deutsche Bank and Windward Island Bank, counsel in St. Maarten, and expected payment from Bruce Dyson pursuant to Agreement; review letter from Charles Morgan and from investor Cheryl Price regarding her claim; telephone calls and emails to and from Washington Mutual regarding lifting freeze on safety deposit box of Lauran Sullivan; prepare written request to lift freeze and forward to bank's levy department. | 1.80 | 450.00 | KDM |
| Mar-14-08 | Review records; call with Bob Levenson regarding Provence accounting issues. | 1.00 | 250.00 | MME |
| | (No Charge) Reissue Subpoenas and Notice of Depositions of Dick Hoffmeyer and corporate representative of CMHI Partners; review and file cross-notice of taking depositions of Dick Hoffmeyer and CMHI representative. | 0.20 | 0.00 | KDM |

| | | | | |
|---|---|---|---|---|
| Mar-17-08 | Revise in accordance with Receiver's suggestions Motions to Approve Agreements with Howard Fields and Irving and Tammy Klarers and Enter Final Judgment against them and Declaration in Support of Motions; prepare Final Judgments against Fields and the Klarers; emails from Receiver regarding receipt of half of first installment payment from Bruce Dyson; telephone call from Bruce Dyson regarding receipt of payment; telephone calls to Irving Klarer and Tammy Klarer and Howard Fields regarding payment of funds received from Fred Kunen. | 4.90 | 1,225.00 | KDM |
| Mar-18-08 | Revise proposed Final Judgments against Howard Fields and Irving and Tammy Klarer and compile Motion to enter Final Judgment with all exhibits, including Agreements and Declarations of Receiver; continue preparing Fraudulent Transfer Complaint against Halina O'Neill; review letters from investor; email from Washington Mutual confirming lifting of freeze on Laura Sullivan's safety deposit box. | 4.30 | 1,075.00 | KDM |
| Mar-19-08 | Review status of payments from Bruce Dyson, Howard Fields and Irving and Tammy Klarer, drafts of Motions to Approve Agreements and Enter Final Judgment against Fields and the Klarers, and Complaint against Halina O'Neill; telephone calls to counsel for Halina O'Neill, Howard Fields and Irving Klarer; review discovery and depositions to be taken in Provence/DT Capital receivership. | 1.20 | 300.00 | KDM |
| Mar-20-08 | Review accounting for Provence with Andy Kaplan; call with Bob Levenson regarding status of Provence issues; call with Scott Dimond regarding Provence and needed discovery; discovery plan and preparing subpoenas to investment firms. | 3.50 | 875.00 | MME |
| Mar-21-08 | Telephone call with Bob Levenson regarding status; email with Andy Kaplan regarding detail request. | 0.30 | 75.00 | MME |
| Mar-24-08 | Telephone call with Bob Levenson regarding status and strategy; reviewing CMHI records | 0.80 | 200.00 | MME |

and frozen account information and CHMI records.

Review emails between Melanie Damian and Bob Levenson regarding persons to be deposed and subpoenas to be issued, potential investor of DT Capital, and freezing of accounts and account balances; review forensic accountant's analysis of assets of Terry Provence, DT Capital and related entities and letters from Fifth Third Bank and Bank of America confirming freezing of accounts and balances, and revise analysis to reflect updated balances and status of accounts and balances per person or entity; emails and telephone calls to E*Trade and optionsXpress regarding freezing of accounts and confirmation of account balances; review analyses and updated balances per person and institution; review documents produced by Dick Hoffmeyer regarding potential investor and transfer of funds to DT Capital.    4.90    1,225.00    KDM

Mar-25-08    Telephone calls with Bob Levenson regarding status and potential resolution with Terry Provence; review accounting; review responses to Subpoena from Bob Carr and CMW; review additional subpoena; review and revise the motions and proposed orders for Fields and Klarer.    2.60    650.00    MME

Review documents produced by Robert Carr on behalf of himself and CMW Capital LLC; schedule depositions of Rober Carr and corporate representative of CMW Capital LLC and additional documents to request; review members of CMW Capital, other businesses operated by CMW Capital, and investors to contact regarding transfers made from CMW Capital or DT Capital to Northern Bankcorp, Ontario, Inc. and other third-party entities; prepare subpoenas for deposition duces tecum of Robert Carr and corporate representative of CMW Capital; revise and finalize document requests; discuss with Melanie Damian revisions to be made to Motions to Approve Agreements and Enter Final Judgments Against Howard Fields and the Klarers, draft    3.50    875.00    KDM

|  |  |  |  |  |
|---|---|---|---|---|
|  | Final Judgments and Declarations in support thereof; prepare for deposition of Dick Hoffmeyer. |  |  |  |
| Mar-26-08 | Telephone calls to and from Murray MacDowell regarding documents responsive to Subpoena issued to Northern Bankcorp and Ontario, Inc.; emails to and from optionsXpress regarding confirmation of amount in account and date it was frozen pursuant to Court Order; revise Motions to Approve Agreements and to Enter Judgments Against Irving and Tammy Klarer and Howard Fields; review transcript of depositions for excerpts regarding receipt of funds from Fred Kunen and promises to return funds to Receiver. | 4.40 | 1,100.00 | KDM |
| Mar-27-08 | Review and revise proposed order and motion for judgment as to Halina O'Neil. | 1.40 | 350.00 | MME |
|  | Telephone call from Murray MacDowell regarding additional documents regarding Terry Provence, DT Capital LLC and related persons and entities; finish reviewing transcripts of depositions of Irving Klarer and Howard Fields, revise Motions to Approve Agreements and Enter Final Judgments, insert citations to transcripts, and attach excerpts to Motions; continue reviewing documents in preparation for deposition of Dick Hoffmeyer. | 3.90 | 975.00 | KDM |
| Mar-28-08 | Revise Motions to Approve Agreements and Enter Judgments Against Howard Fields and Irving and Tammy Klarer and proposed Final Judgment; revise Declarations in support of Motions in accordance with revisions to Motions; revise Fraudulent Transfer Complaint against Halina O'Neill; send revised Motions, Declarations and Final Judgments and Complaint to Receiver for review; emails to and from counsel for Dick Hoffmeyer regarding representation of Mr. Hoffmeyer individually at deposition; emails to and from Receiver regarding status of payments by the Klarers and Howard Fields; emails to and from Bruce Dyson regarding Howard Fields and Irving Klarer; continue preparing for | 3.30 | 825.00 | KDM |

deposition of Dick Hoffmeyer; telephone call
to Irving Klarer regarding status of payment.

| Date | Description | Hours | Rate | Initials |
|---|---|---|---|---|
| Mar-31-08 | Review emails from SEC and draft consent judgments; telephone calls with Receiver regarding same. | 0.70 | 175.00 | MME |
| | Emails to and from Robert Carr regarding documents already produced in response to Subpoena and documents that will be produced at the deposition; review documents already produced. | 0.30 | 75.00 | KDM |

|  | HOUR TOTALS: | 73.00 | $16,305.00 |
|---|---|---|---|

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 14.50 | $250.00 | $3,500.00 |
| Cassandra Perez | CP | 6.30 | $150.00 | $555.00 |
| Kenneth Murena | KDM | 52.20 | $250.00 | $12,250.00 |

## DISBURSEMENTS

|  |  |  |
|---|---|---|
| | Courier | 11.90 |
| | FedEx Shipment | 121.05 |
| | Lexis/Westlaw Charges | 30.09 |
| | Photocopies | 123.12 |
| | Postage | 3.48 |
| Mar-28-08 | Court Reporter: Depo. Terry Provence | 868.30 |
| Mar-31-08 | Service Fee: Mark Miller | 145.00 |
| | FedEx Shipment | 50.36 |
| | Totals | $1,353.30 |

| **Total Fee & Disbursements** | **$17,658.30** |
|---|---|
| Previous Balance | 103,292.88 |
| **Balance Now Due** | **$120,951.18** |

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | April 30, 2008 |
| End of Billing Date: | Apr 30/08 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 3922 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-01-08 | Review and respond to letter from counsel for Robert Carr regarding deposition of Mr. Carr, individually and as representative of CMW Capital; prepare for deposition of Dick Hoffmeyer; review emails to and from Dick Hoffmeyer. | 3.20 | 800.00 | KDM |
| Apr-02-08 | Review consents and order; telephone with Bob Levenson and Scott Dimond regarding consents and judgments against DT Capital. | 0.70 | 175.00 | MME |
| | Draft emails to Andy Kaplan regarding depositions of Dick Hoffmeyer, Robert Carr, CMHI Partners and CMW Capital, and analysis of flow of investor funds for both entities; review analysis of flow of funds needed for depositions of Hoffmeyer and Carr and documents reflecting members of CMHI and CMW and flow and location of investor funds; continue preparing for deposition of Hoffmeyer and Carr and compile and organize potential deposition exhibits. | 3.60 | 900.00 | KDM |
| Apr-03-08 | Analysis of flow of investor funds through CMHI Partners and CMW Capital; continue preparing for deposition of Dick Hoffmeyer and Robert Carr and compile and organize potential deposition exhibits; strategize inflows from CMHI Partners members to DT Capital or Terry Provence, and transfers of funds from DT Capital to CMHI Partners. | 4.60 | 1,150.00 | KDM |

| Apr-04-08 | Telephone call with Allan Lerner regarding potential resolution; e-mail correspondence regarding same; preparing for Hoffmeyer deposition. | 3.60 | 900.00 | MME |
|-----------|---|------|--------|-----|
| | Review Bank of America and Fifth Third Bank statements, documents produced by Dick Hoffmeyer, analyses prepared by and emails from forensic accountant regarding money flows to and from CMHI Partners, and lists of CMHI Members and amounts invested; prepare summary analysis of wires to CMHI and investments by CMHI members; review potential deposition exhibits, and documents and emails produced by Dick Hoffmeyer in preparation for deposition; telephone calls to and from forensic accountant regarding analyses money flows from CMHI Partners members to DT Capital and Terry Provence and from DT Capital to CMHI Partners; prepare list of all CMHI Partners members and amounts invested; review documents and anlyses relevant for deposition of Dick Hoffmeyer; emails to and from counsel for Dick Hoffmeyer regarding upcoming deposition. | 2.60 | 650.00 | KDM |
| Apr-06-08 | Continue preparing for deposition of CMHI Partners corporate representative and Dick Hoffmeyer. | 3.40 | 850.00 | MME |
| Apr-07-08 | Prepare for and taking deposition of Dick Hoffmeyer and CHMI corporate representative; follow-up notes on deposition and request for documents (4.0) | 4.00 | 1,000.00 | MME |
| Apr-08-08 | Email draft to allan lerner; e-mail with receiver regarding same. | 0.60 | 150.00 | MME |
| | Emails to and from Receiver regarding revisions to Motions to Approve Agreements and Enter Judgments Against Howard Fields and Irving Klarer, Declarations in Support thereof, and proposed Final Judgments; begin revising Fields Motion. | 0.80 | 200.00 | KDM |
| Apr-09-08 | Revise notices of deposition CMW; e-mail | 1.50 | 375.00 | MME |

correspondence with counsel for counsel for SEC; e-mail correspondence with counsel for Provence regarding stay and potential resolution.

| | | | |
|---|---|---|---|
| Revise Motion to Approve Agreement and Enter Judgment against Howard Fields in accordance with Receiver's suggestions; revise Declaration in Support of Motion and proposed Final Judgment in accordance with Receiver's suggestions; revise Klarer Motion, Declaration and Final Judgment in accordance with Receiver's suggestions; revise, finalize and serve Re-Notice of Depositions of CMHI Partners LLC and Dick Hoffmeyer; email from counsel for Hoffmeyer confirming deposition; prepare for deposition of CMHI Partners LLC and Dick Hoffmeyer; emails to and from Andy Kaplan regarding analyses on flows of funds to and from CMW Capital. | 2.30 | 575.00 | KDM |
| Apr-11-08 | Telephone calls to and from Bruce Dyson regarding additional payments pursuant to Agreement with Receiver for return of funds received from Fred Kunen, and information regarding Howard Fields; continue reviewing documents regarding CMW Capital and analyses of money flows prepared by forensic account in preparation for depositions of Robert Carr and CMW Capital; prepare and serve Re-Notice of Taking Deposition of CMW Capital LLC, resetting deposition time. | 2.10 | 525.00 | KDM |
| Apr-14-08 | Email correspondence with Bob Levenson regarding status; review filings by Allan Lerner; review correspondence from attorney for Robert Carr; telephone call to attorney for Robert Carr; telephone call with Receiver regarding status and strategy. | 0.50 | 125.00 | MME |
| | Search for additional documents regarding CMW produced by Bank of America in preparation for the deposition of CMW Capital and Robert Cart; review letter from counsel for Northern Bank Corp. and Ontario, Inc. regarding Subpoena for documents, and letter from counsel for CMW Capital and Robert Carr regarding postponing depositions; review | 2.60 | 650.00 | KDM |

outcome of deposition of Dick Hoffmeyer and
CMHI Partners and followup items necessary
regarding investors and transfer of funds;
prepare for deposition of CMW Capital and
Robert Carr, documents produced by Bank of
America and transfer of funds as reflected on
forensic accountant's analysis; review
settlement with Terry Provence and game plan
going forward for Receivership; review
Motions to Approve Agreements and Enter
Final Judgments Against Howard Fields and
Irving and Tammy Klarer, and Receiver's
review of Fraudulent Transfer Complaint
against Halina O'Neill; email to Receiver
regarding revisions to Complaint; emails to
and from website designer regarding overdue
statement and timing of payment.

| Date | Description | Hours | Amount | Init. |
|---|---|---|---|---|
| Apr-15-08 | Draft letter to counsel for Carr. | 0.30 | 75.00 | MME |
| | Email to Receiver regarding execution of Declarations in support of Motions to Approve Agreements and Enter Final Judgments against the Klarers and Howard Fields; review documents produced by Bank of America and Fifth Third Bank and prepare additional Subpoenas for documents regarding CMHI Accounts and accounts held under addresses of principals of CMW Capital LLC. | 0.80 | 200.00 | KDM |
| Apr-16-08 | Telephone call with Scott Wortman regarding Carr depositions; call with Bob Levenson regarding Robert Carr, discovery and status. | 0.50 | 125.00 | MME |
| | Review Motions to Approve Agreements and Enter Final Judgments against the Klarers and Howard Fields and Fraudulent Transfer Complaint against Halina O'Neill; email to Receiver regarding Declarations in support of Motions; telephone calls to and from Bruce Dyson regarding future payments pursuant to Agreement with Receiver for return of funds received from Fred Kunen; review proposed Agreement with Terry Provence in settlement of SEC Enforcement Action and game plan going forward with respect to interviewing | 1.50 | 375.00 | KDM |

investors, investor claims, and the claims administration process; review documents produced from Dick Hoffmeyer, Robert Carr and Terry Provence for contact information for certain investors.

| Apr-17-08 | Emails to and from Receiver's office regarding contact information for certain investors of Terry Provence; continue reviewing documents produced by Terry Provence, Dick Hoffmeyer and Robert Carr for investor contact information; revise Fraudulent Transfer Complaint against Halina O'Neill in accordance with Receiver's proposed revisions; prepare and send correspondence to counsel for O'Neill demanding return of funds and attaching Complaint; finalize, file and serve Motions to Approve Agreements and Enter Final Judgments against Howard Fields and the Klarers; telephone call to counsel for Halina O'Neill regarding proposed Fraudulent Transfer Complaint. | 2.20 | 550.00 | KDM |
| Apr-18-08 | Telephone call with Bob Levenson regarding motion for judgment and status; receipt and review court order and correspondence with Klarer and Fields. | 0.30 | 75.00 | MME |
| | Telephone call to counsel for Halina O'Neill regarding intention to file Fraudulent Transfer Complaint; review emails from Melanie Damian and SEC regarding Motions to Approve Agreements and Enter Judgments Against Howard Fields and Irving and Tammy Klarer; revise captions of Motions to clarify that Receiver and not SEC is seeking relief; prepare and send email to SEC regarding caption of Motions and Amended Certificates of Service and prepare, file and serve Amended Certificate of Service and coordinate service by FedEx of Fields and the Klarers; review SEC's consent to Motions and upcoming status conference in receivership Court; contacting potential investors of CMHI Partners and CMW Capital; continue reviewing Provence and CMHI Partners documents referencing investors; emails to and from Receiver's office regarding investor | 4.10 | 1,127.50 | KDM |

contact information and investor lists;
telephone calls from Bank of America
regarding latest subpoena and forward to Bank
Court orders appointing Receiver, Freezing
Assets, expanding receivership and
consolidating cases; revise, finalize and serve
Subpoena to Fifth Third Bank seeking
additional documents regarding CMW Capital
and associated with C.R. Creed and his
address.

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| Apr-21-08 | Telephone call with Receiver regarding status and strategy; telephone call with Bob Levenson regarding status and strategy. | 0.30 | 75.00 | MME |
| | Review emails from Melanie Damian and Bob Levenson regarding Lady Jane Grace; perform internet search for a new South Florida address using new South Florida phone number; coordinate personal service on Irving Klarer and Howard Fields of Motion to Enter Final Judgments, Amended Certificate of Service, and Order setting Status Conference and hearing on Motions; telephone calls to and from counsel for Halina O'Neill regarding Fraudulent Transfer Complaint. | 1.20 | 300.00 | KDM |
| Apr-24-08 | Email correspondence with counsel for Hoffmeyer regarding documents requested; preparing for CMW deposition. | 1.60 | 400.00 | MME |
| | Prepare for depositions of Robert Carr and CMW Capital LLC; review and highlight relevant Bank Statements, corporate documents, DT Capital documents, and emails to and from Robert Carr; continue compiling and organizing potential deposition exhibits. | 2.80 | 700.00 | KDM |
| Apr-25-08 | Telephone calls with Bob Levenson regarding status of CMW. | 0.30 | 75.00 | MME |
| | Emails to and from Bruce Dyson regarding delay in making additional payment pursuant to Agreement with Receiver for return of funds received from Fred Kunen; telephone calls to and from Bank of America regarding response | 0.40 | 100.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | to latest Subpoena for documents regarding CMHI Partners and confirmation that Bank lacks any responsive documents. | | | |
| Apr-26-08 | Telephone call with Scott Dimond regarding status and strategy. | 0.20 | 50.00 | MME |
| Apr-27-08 | Prepare for deposition of Robert Carr/CMW. | 1.20 | 300.00 | MME |
| Apr-28-08 | Prepare for and take deposition of Bob Carr and CMW. | 2.70 | 675.00 | MME |
| | Telephone calls to and from investor regarding status of receivership and distributions to investors; confirm service of Motion to Enter Final Judgment against the Klarer and Fields and Order setting Status Conference; review depositions of CMHI. | 0.60 | 150.00 | KDM |
| Apr-29-08 | Prepare for and attend hearing on motions and status conference with Court; telephone calls with Scott Dimond and Bob Levenson regarding status. | 1.50 | 375.00 | MME |
| | Draft of proposed Final Judgments to Court; research regarding Fraudulent Transfer action against Halina O'Neill, and game plan for winding up receivership. | 0.40 | 100.00 | KDM |
| Apr-30-08 | Return call of investor; receipt and review court orders. | 0.40 | 100.00 | MME |

HOUR TOTALS:      59.40      $14,952.50

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 23.60 | $250.00 | $5,900.00 |
| Kenneth Murena | KDM | 35.80 | $250.00 | $9,052.50 |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
|  | Court Reporter | 456.80 |
|  | FedEx Shipment | 60.09 |
|  | Pacer Photocopy | 42.08 |
|  | Photocopies | 208.56 |
|  | Postage | 12.36 |
| Apr-09-08 | Postage | 7.98 |
| Apr-15-08 | Hotel and Air to Columbus Depo. | 790.33 |
|  | parking | 30.00 |
| Apr-30-08 | Court Reporter: Attend Depo. of Earl Richard Hoffmeyer | 165.00 |

|  |  |
|---|---|
| Totals | $1,773.20 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$16,725.70** |
| Previous Balance | 120,951.18 |
| Previous Payments | 48,215.93 |

| | |
|---|---|
| **Balance Now Due** | **$89,460.95** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

## PAYMENT DETAILS

| Apr-04-08 | Payment on Account | 48,215.93 |
|---|---|---|

| | |
|---|---|
| **Total Payments** | **$48,215.93** |

## Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

Invoice Date:     May 31, 2008
End of Billing Date:     May 31/08

**Attention:**    Scott Dimond, Esq.

Client #:     273
Inv #:     3963

**RE:**   Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-01-08 | Telephone call to investor regarding status of receivership; telephone calls to and from Bruce Dyson regarding additional payment pursuant to Settlement Agreement with Receiver for return of funds from Fred Kunen. | 0.50 | 125.00 | KDM |
| May-02-08 | Review response by Robert Carr regarding Profit and loss in Kunen program. | 0.40 | 100.00 | MME |
| May-05-08 | Telephone calls to and from investor Steve Rapanos regarding status of receivership; emails from Bob Levenson regarding that investor and efforts to locate Lady Jane; emails to and from Receiver regarding Lady Jane; review letter from counsel for Robert Carr and CMW Capital and additional documents regarding profits and losses and contact information for CMW members and accountant, produced pursuant to Subpoena and request at Deposition; review additional documents produced by Dick Hoffmeyer and CMHI Partners pursuant to Subpoena and request at Deposition; telephone calls to counsel for Dick Hoffmeyer regarding additional documents. | 1.80 | 450.00 | KDM |
| May-06-08 | Review of file and prepare for status meeting and wind-up of receivership. | 1.00 | 250.00 | MME |
| | Email from SEC regarding investor Tom Hennessey; emails and telephone call to and from Mr. Hennessey regarding status, time | 2.20 | 550.00 | KDM |

frame and process of administration of the
receivership; email to Receiver's office
regarding additional investors to include in
claims process; work on investors and
potential targets to contact or sue, report of
computer forensic analysts, and claims
administration process; review all production
files for outstanding documents and/or funds
from financial institutions; email to Receiver's
office regarding additional investors to include
in claims process; email to Receiver's office
regarding additional investors to include in
claims process.

| | | | | |
|---|---|---|---|---|
| May-07-08 | Meeting with Scott Dimond and Bob Levenson regarding status, strategy and claims process; email correspondence regarding follow-up. | 1.30 | 325.00 | MME |
| | (Reduced Time) Emails to and from website designer; emails to and from Melanie Damian and Scott Diamond regarding payment of invoices from receivership funds; review Receivership Order and prepare and send email to Receiver regarding authority of Receiver to pay reasonable, necessary expenses with receivership funds without court approval; continue reviewing and organizing all production files for outstanding documents from and/or funds at financial institutions and forensic accountant's analyses of money flows to and from investors and targets; organize documents produced by various persons and entities, including Robert Carr; update list of CMW Capital members; telephone call to counsel for Dick Hoffmeyer regarding timing of production of documents requested at deposition. | 1.50 | 375.00 | KDM |
| May-08-08 | Review Final Judgments against the Klarers and H. Fields and steps required to execute on those judgments including recording judgments and taking depositions in aid of execution; review judgments to confirm they comply with Florida Statutes on recording and executing on judgment; request certified copies of judgments. | 1.10 | 275.00 | KDM |

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| May-09-08 | Telephone call from Bruce Dyson regarding upcoming payment pursuant to Agreement with Receiver for return of funds received from Fred Kunen; take steps to have judgments against the Klarers and Howard Fields recorded to facilitate execution; review email from Melanie Damian regarding revisions to Complaint against Halina O'Neill and cooperation of Secretarial Services. | 0.80 | 200.00 | KDM |
| May-12-08 | Telephone calls to and from counsel for Dick Hoffmeyer regarding status of production of documents requested at deposition. | 0.30 | 75.00 | KDM |
| May-13-08 | Telephone calls with Bob Levenson and Scott Dimond regarding fee request and order administratively closing case; review fee request; email correspondence with Receiver and Bob Levenson regarding same. | 1.00 | 250.00 | MME |
| | Telephone call from counsel for Dick Hoffmeyer explaining delay in production of documents requested at deposition; review email from Melanie Damian regarding various investors of DT Capital and confirm contact information for each. | 0.30 | 75.00 | KDM |
| May-14-08 | Emails to and from SEC regarding revisions to Fraudulent Transfer Complaint against Halina O'Neill; revise complaint and discuss revisions and filing with Melanie Damian; discuss with Melanie Damian strategy for executing on judgments against Howard Fields and the Klarers, taking discovery in aid of execution, and obtaining additional funds from Bruce Dyson; follow up on recording of judgments near residences of the Klarers and Fields and with Florida's Secretary of State; review documents recently produced by Fifth Third Bank regarding CMHI Partners LLC. | 2.60 | 650.00 | KDM |
| May-15-08 | (No Charge) Telephone call with Robert Levenson regarding Helena O'Neil complaint. | 0.20 | 0.00 | MME |
| | Revise to Fraudulent Transfer Complaint against H. O'Neill; work on net gain and net loss of H. O'Neill, amount of demand in | 1.00 | 250.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Complaint, and claims procedure for recovering her losses; revise and finalize Complaint. |  |  |  |
| May-16-08 | Prepare emails to Howard Fields and Irving Klarer regarding entry of judgments, intention to take discovery in aid of execution, and scheduling depositions; telephone calls to Irving Klarer and Howard Fields regarding judgments; follow-up on service of Judgments on the Klarers and Fields; revise Fraudulent Transfer complaint against Halina O'Neill in accordance with suggestions of M. Damian; finalize, file and serve Complaint; provide latest address of H. O'Neill to process server. | 1.50 | 375.00 | KDM |
| May-19-08 | Telephone calls to and from investor Steve Rapanos regarding claims procedure and distribution timing and process; telephone call and email from Bruce Dyson regarding additional payment pursuant to agreement with Receiver for return of funds received from F. Kunen; telephone call from process server regarding inability to serve H. O'Neill, her recent move and search for new address; telephone call to former counsel for H. O'Neill regarding her new home address and current location; conduct research regarding H. O'Neill's new home address and work address and forward to process server. | 1.30 | 325.00 | KDM |
| May-20-08 | Telephone calls to and from investor regarding status of receivership. | 0.30 | 75.00 | KDM |
| May-22-08 | Review draft court papers regarding settlement of SEC enforcement action and closing of receivership;  telephone call to investor regarding procedure for distributions to investors; gather contact and personal information regarding Halina O'Neill and send to private investigator for purposes of locating her to serve Fraudulent Transfer Complaint; work on strategy to locate H. O'Neill. | 1.50 | 375.00 | KDM |
| May-23-08 | (No Charge) Telephone calls to and from Receiver's office regarding claim administration procedures and preparation of | 1.00 | 0.00 | KDM |

Motion to approve those procedures; review
sample motions to approve procedures; email
from B. Dyson regarding delay in making
additional payment to Receiver pursuant to
agreement; review transcript of deposition of
Halina O'Neill and send private investigator
supplemental information regarding H.
O'Neill.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| May-27-08 | Review applicable Florida Statutes to confirm procedures for recording judgments against the Klarers and H. Fields to obtain judgment lien against personal and real property; prepare Judgment Lien Certificates for each judgment debtor; emails regarding additional contact and background information for H. O'Neill; emails to and from Receiver's office regarding procedure for obtaining  court approval of claims process and sample motion for approval. | 1.30 | 325.00 | KDM |
| May-29-08 | Emails to and from web designer and Receiver's office regarding payment for outstanding invoices; work on discovery in aid of execution and efforts to record Judgments against the Klarers and H. Fields; telephone call from private investigator regarding status of search for H. O'Neill. | 0.50 | 137.50 | KDM |
| May-30-08 | (No Charge) Review Commission's motion and agreed order; email correspondence with Bob Levenson and Scott Dimond regarding same. | 0.80 | 0.00 | MME |
|  | Prepare written discovery in aid of execution on Judgments against the Klarers and H. Fields, including Interrogatories and Requests for Production of Documents. | 1.10 | 275.00 | KDM |

HOUR TOTALS:                                 25.30                 $5,837.50

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 4.70 | $250.00 | $925.00 |

Kenneth Murena          KDM          20.60          $250.00          $4,912.50

## DISBURSEMENTS

|  |  |  |
|---|---|---|
|  | Courier | 72.50 |
|  | Filing Fee | 440.00 |
|  | Photocopies | 23.28 |
|  | Postage | 10.10 |
| May-04-08 | Photocopies of Jane Grace Records | 38.06 |
|  | Photocopies of Jane Grace Records | 68.75 |
| May-11-08 | Service Fee: Irving Klarer | 55.00 |
|  | Service Fee: Lady Jane Grace | 170.00 |
|  | Service Fee: Robert Carr | 55.00 |
|  | Service Fee: Howard Fields | 132.50 |
|  | Service Fee: Irving Klarer | 110.00 |
| May-30-08 | Courier | 15.95 |
|  | Courier | 9.95 |
|  | Research re: CMHI Partners | 10.50 |

Totals                                           $1,211.59

**Total Fee & Disbursements**                          **$7,049.09**
Previous Balance                                 89,460.95

**Balance Now Due**                                    **$96,510.04**
                              **Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240