**Dimond Kaplan & Rothstein, P. A.**
2665 S. Bayshore Drive
Penthouse 2
Coconut Grove, FL 33133

*Invoice submitted to:*

Kunen

October 13, 2008

*Invoice* #4412

*File No:* 1343

Professional Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 6/2/2008 | LMP | Retrieve voicemail from Investor Richard Pendleton regarding SEC | 0.20 | 30.00 |
| | SMD | Conference with Melanie E. Damian regarding claims process | 0.10 | 25.00 |
| 6/3/2008 | SMD | Telephone conference with Investor Sanfilippo regarding distribution | 0.30 | 75.00 |
| 6/4/2008 | SMD | Telephone conference with Melanie E. Damian regarding distribution procedure | 0.10 | 25.00 |
| 6/5/2008 | SMD | Telephone conference with Melanie E. Damian regarding distribution process; Prepare Motion to approve plan of distribution | 0.50 | 125.00 |
| 6/6/2008 | LMP | Discuss with Scott M. Dimond regarding approval of claims process; review motion to approve claims process; review, edit claims and legal notices re: claims process; Telephone conference with Scott M. Dimond regarding same; draft email to Melanie Damien regarding motion to approve claims process; discuss with Mari Alonso regarding tables of investors and database processing | 1.00 | 150.00 |
| | SMD | Prepare Motion Approving Distribution Plan; Conference with Lorenz M. Prüss regarding same; Telephone conference with Melanie E. Damian regarding same; E-mail with Melanie E. Damian regarding same; Telephone conference with Gibraltar Bank account status | 2.80 | 700.00 |
| 6/9/2008 | SMD | Telephone conference with Investor, Gjelaj; Telephone conference with Melanie E. Damian regarding distribution; E-mails with Robert Levenson, Michael Hill regarding same; | 0.50 | 125.00 |
| 6/10/2008 | SMD | Telephone conference with Investor Fiermonte regarding claims process; Receive and review revisions to motion to approve distribution procedures; E-mail with Robert Levenson regarding wire transfer instructions; E-mails with Mike Hill regarding same; Receive and review Damian & Valori bill | 0.70 | 175.00 |



| | | | Hours | Amount |
|---|---|---|---|---|
| 6/11/2008 | SMD | Telephone conference with Melanie E. Damian regarding revisions to Motion to Approve Distributions; E-mails with Robert Levenson regarding wire transfers; Telephone conference with Gibraltar Bank regarding same; | 0.40 | 100.00 |
| | LMP | Review, edit motion to approve claims process and related materials; exchange emails with Scott M. Dimond regarding same | 0.40 | 60.00 |
| 6/12/2008 | SMD | Revise distribution motion and supporting documents; E-mails with Robert Levenson regarding same, payments | 0.80 | 200.00 |
| | LMP | Review emails and materials regarding claims process | 0.20 | 30.00 |
| 6/13/2008 | LMP | Draft email to Kenneth D. Murena regarding investor comparison | 0.10 | 15.00 |
| 6/16/2008 | SMD | Telephone conference with Gibraltar Bank regarding incoming funds; E-mails with Robert Levenson regarding same, Motion to Approve Distribution Procedure | 0.70 | 175.00 |
| 6/17/2008 | SMD | Telephone conference with Investor regarding claims process; Telephone conference with Melanie E. Damian regarding same; E-mails with Robert Levenson regarding same, deposits to receivership account; E-mails with Robert Levenson and Alan Lerner regarding closing Provence action | 1.00 | 250.00 |
| 6/18/2008 | SMD | E-mails with Robert Levenson regarding closing schedule; Telephone conference with Investor Heath; Telephone conference with Robert Levenson and Melanie E. Damian regarding claims schedule; Telephone conference with Investor Varinto (message) | 0.80 | 200.00 |
| 6/20/2008 | LMP | Exchange emails with co-counsel Kenneth D. Murena regarding investor database; discuss with Mari Alonso regarding investor database | 0.30 | 45.00 |
| | MOA | DT capital new investor; review files for information; update contact information log and status log; prepare new folders for new investors. Review entire file for case management | 0.90 | 85.50 |
| | SMD | Telephone conference with Investor Varinto (on behalf of Closson) | 0.20 | 50.00 |
| 6/21/2008 | SMD | Finalize Motion to Approve Distribution; E-mail to Melanie E. Damian and Robert Levenson regarding same; | 0.80 | 200.00 |
| 6/23/2008 | MOA | Combine original Kunen with DT Capital's Investor contact list and investor master log. Update same with new investor; review individual investor folder for case management and to update logs | 3.20 | 304.00 |
| | LMP | Exchange emails with Investor Doug Brown regarding status of Provence matter; attend telephone conference with Scott M. Dimond, Melanie E. Damian, and Kenneth D. Murena regarding claims database and investor files | 0.50 | 75.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/23/2008 | SMD | Conference with Melanie E. Damian regarding claims process; E-mails with Melanie E. Damian regarding same; E-mails with Robert Levenson regarding same; | 0.40 | 100.00 |
| 6/24/2008 | SMD | Revise final claims Motions and forms; E-mail to Melanie E. Damian and Kenneth D. Murena regarding same; | 0.90 | 225.00 |
| | LMP | Exchange emails with investor Doug Brown regarding claims process; attempt Telephone conference with Kenneth D. Murena regarding investor database | 0.30 | 45.00 |
| 6/25/2008 | LMP | Discuss with Scott M. Dimond regarding Master Claims List; Telephone conference with (multiple) office of counsel Melanie Damian regarding Master Claims List; review Master Claims List; discuss with Mari Alonso regarding Master Claims List; exchange emails with office of counsel Melanie Damian regarding Master Claims List; review email (and attachments) from Scott M. Dimond regarding claims filings and court approval | 1.60 | 240.00 |
| | JR | Discuss with Mari regarding review of investor database and preparation of master claims database | 2.00 | 150.00 |
| | MOA | Update investor contact list with new investor information | 1.40 | 133.00 |
| | SMD | Telephone conference with Lorenz M. Prüss regarding distribution plan; E-mails with co-counsel regarding revised plan of distribution; revise same; Telephone conference with investors | 0.10 | 25.00 |
| 6/26/2008 | MOA | Combine list of investors from Melanie E. Damian's office and ours for a complete list of investors; combine list of Kunen investors and DT Capital investor | 2.40 | 228.00 |
| | JR | Review, edit master claims list to provide investor contact and claims information; review claims and investor files | 6.20 | 465.00 |
| | SMD | Conference with Lorenz M. Prüss regarding investor list, claims motion; Telephone conference with investor; E-mails and telephone conference with Melanie E. Damian regarding claims motions | 0.60 | 150.00 |
| | LMP | Review, edit Motion to Approve Claims Procedures and Forms; review, edit Court-ordered Legal Notice; review, edit Claims Forms; discuss with Mari Alonso and Joshua Roberts regarding preparation of Master Claims List | 1.00 | 150.00 |
| 6/27/2008 | JR | Review, edit master claims list to provide investor contact and claims information; review claims and investor files | 8.20 | 615.00 |
| | LMP | Review Master Claims List and claims files; exchange emails and Telephone conference with Kenneth D. Murena regarding same; review, edit Motion to Approve Claims Process | 2.00 | 300.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/27/2008 | SMD | Conference with Lorenz M. Prüss regarding master claims list | 0.10 | 25.00 |
| | MOA | Combine Kunen's investors and DT Capital investors | 1.70 | 161.50 |
| 6/28/2008 | JR | Review, edit master claims list to provide investor contact and claims information; review claims and investor files | 2.40 | 180.00 |
| | SMD | E-mail Lorenz M. Prüss regarding Motion filings | 0.10 | 25.00 |
| 6/30/2008 | JR | Review e-mail sent out by Lorenz M. Prüss regarding master claim list | 0.10 | 7.50 |
| | SMD | E-mails with Melanie E. Damian regarding Levenson e-mail | 0.10 | 25.00 |
| 7/3/2008 | JR | Review, edit master claims list to provide investor contact and claims information; review claims and investor files | 6.20 | 465.00 |
| | LMP | Prepare, edit, review Order Granting Motion to Approve Claims Process | 0.20 | 30.00 |
| 7/4/2008 | SMD | Telephone conference with investor representative Blanc (message); Telephone conference with Investor Malone | 0.20 | 50.00 |
| 7/7/2008 | SMD | Telephone conference with Investor Wicker; Telephone conference with Melanie E. Damian, Kenneth D. Murena, Lorenz M. Prüss, and Joshua Roberts regarding claims procedure; Conference with Lorenz M. Prüss and Joshua Roberts regarding same; Receive and review order granting Motion to Approve Claims Process | 1.10 | 275.00 |
| | JR | Attend conference call with Scott M. Dimond and Lorenz M. Prüss regarding master list of potential claims and how to get additional data; review email from Scott M. Dimond regarding excel spreadsheets, which will be added to master list | 1.90 | 142.50 |
| | LMP | Discuss with Joshua Roberts, McKenzie Keyser, and Scott M. Dimond regarding claims process; review claims forms; review investor database | 1.40 | 210.00 |
| 7/8/2008 | JR | Discuss with Lorenz M. Prüss regarding preparation claims forms; review spreadsheets regarding investment amounts and losses; prepare, edit, review claims for individual investors; attend conference call with Scott M. Dimond and Lorenz M. Prüss regarding calculation of investment amounts/losses | 7.70 | 577.50 |
| | LMP | Discuss with Joshua Roberts and McKenzie Keyser and Scott M. Dimond regarding claims process; review claims forms; review investor database | 0.90 | 135.00 |
| | SMD | Conference with Lorenz M. Prüss and Joshua Roberts regarding Claims forms; Telephone conference with Melanie E. Damian regarding same; Telephone conference with James Sallah regarding Karr issues; Telephone conference with Andre Kaplan, Lorenz M. Prüss and Joshua Roberts regarding claims forms | 1.10 | 275.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/9/2008 | JR | Complete claims sheets for individual investors including personalized name and contact information and transaction details | 8.00 | 600.00 |
| | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 4.90 | 367.50 |
| | SMD | Conference with Lorenz M. Prüss and Joshua Roberts regarding claims procedure | 0.80 | 200.00 |
| 7/10/2008 | JR | Attend meeting with Lorenz M. Prüss and Andrew Kaplan regarding amounts invested in and withdrawn from Kunen ponzi scheme- discuss current state of data on spreadsheets and what is needed to better fill out claim sheets to be mailed to clients; researched which clients did not have mailing information; produced list of clients without mailing information; Discuss with Andrew K aplan regarding new spreadsheet listing data by investor and date; enter new date and investment amount information into individual client claim forms; | 5.90 | 442.50 |
| | LMP | Discuss with Andrew Kaplan and Joshua Roberts regarding verification of invested amounts and losses; review materials prepared by Accountant Andrew Kaplan regarding same; discuss with Joshua Roberts and McKenzie regarding preparation and revision of claims forms | 1.80 | 270.00 |
| | MK | Prepare, edit, review claims forms for individual investors including personalized name and contact information and transaction details | 4.40 | 330.00 |
| | SMD | Conference with Andrew Kaplan regarding claims forms; Conference with Lorenz M. Prüss, Joshua Roberts, Mackenzie Keyser, and Melanie E. Damian regarding same; Review claims forms and process | 1.20 | 300.00 |
| 7/11/2008 | MK | Prepare, edit, review claims forms for individual investors including personalized name and contact information and transaction details | 3.70 | 277.50 |
| | SMD | Conference with Lorenz M. Prüss regarding Claims process; Review same | 0.40 | 100.00 |
| | LMP | Discuss with Scott M. Dimond and McKenzie Keyser regarding claims project | 0.30 | 45.00 |
| 7/13/2008 | LMP | Review investor Claims Forms | 0.40 | 60.00 |
| 7/14/2008 | SMD | Conference with Joshua Roberts regarding claims forms; Telephone conference with Melanie E. Damian regarding same (message) | 0.30 | 75.00 |
| | DP | Meet with Scott M. Dimond regarding assist clerks; meet with Josh regarding time table for mailers, additional tasks outstanding | 0.10 | NO CHARGE |
| 7/15/2008 | JR | Review and organize client claim sheets; prepare claim sheets to be mailed out, including personalized name and contact information and transaction details | 2.70 | 202.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/15/2008 | SMD | Telephone conference with Melanie E. Damian (message) regarding claims packages | 0.10 | 25.00 |
| | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 1.60 | 120.00 |
| 7/16/2008 | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 1.90 | 142.50 |
| 7/17/2008 | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 3.60 | 270.00 |
| | JR | Organize claim sheets and envelopes; match envelopes with claim sheets; update master claim sheet with investors including personalized name and contact information and transaction details; meet with Scott M. Dimond regarding claim sheets to be mailed out | 5.80 | 435.00 |
| | MOA | Assemble various investors documents | 0.50 | 47.50 |
| | SMD | Telephone conference with Investor Baker; Prepare final claims forms; Conference with Andrew Kaplan regarding same; Telephone conference with Melanie E. Damian regarding same; E-mails with Melanie E. Damian, Kenneth D. Murena and Robert Levenson regarding same; | 7.80 | 1,950.00 |
| 7/18/2008 | SMD | E-mails with Melanie E. Damian and Robert Levenson regarding claims process; Conference with Joshua Roberts regarding same; Prepare claim package; E-mails with Andrew Kaplan regarding same; | 0.60 | 150.00 |
| | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 0.80 | 60.00 |
| | JR | Assembling and organizing claim sheets for mailing | 1.00 | 75.00 |
| 7/21/2008 | SMD | Telephone conference with Investor Pointer regarding claims procedure | 0.20 | 50.00 |
| | MK | Prepare claims forms for individual investors | 0.20 | 15.00 |
| 7/22/2008 | LMP | Telephone conference with investor Don Steele; review claims form for investor Don Steele; draft email to counsel Kenneth D. Murena regarding claims form and legal notice; review supplemental information to master claims database | 0.40 | 60.00 |
| | SMD | Telephone conference with Investor Mackenzie (message) regarding claims; Telephone conference with investor Agar (message) regarding claims; E-mails and telephone conference with Kenneth D. Murena regarding new CMHI Investor list; Conference with Lorenz M. Prüss regarding same; | 0.60 | 150.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2008 | LMP | Discuss with Scott M. Dimond regarding update to master claims database and supplemental service of claims form; discuss with Mackenzie Keyser regarding same; Telephone conference with Investor Delton Heath regarding claim form | 0.60 | 90.00 |
| | SMD | Conference with Lorenz M. Prüss regarding new investor contact information and claims package; Telephone conference with Investor Bellis; Telephone conference with Investor Wakefield; Telephone conference with Investor Kobe | 0.80 | 200.00 |
| | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 3.50 | 262.50 |
| 7/24/2008 | LMP | Retrieve voicemail from Investor Sandra Smith; attempt telephone conference with Investor Sandra Smith; attempt telephone conference with Investor Sandra Smith | 0.20 | 30.00 |
| | SMD | Telephone conference with Andrew Kaplan regarding new claims; Telephone conference with Investor Adler; Telephone conference with Investor Wiedrich; Telephone conference with investor Depont; Conference with Lorenz M. Prüss regarding new claims forms | 0.90 | 225.00 |
| | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 0.30 | 22.50 |
| 7/25/2008 | LMP | Review claims forms submitted by investors | 0.50 | 75.00 |
| | SMD | E-mail and telephone conference with Andrew Kaplan; Receive and review Claims forms | 0.10 | 25.00 |
| 7/28/2008 | SMD | Telephone conference with Investor Mckenzie; Telephone conference with Investor Bobeck | 0.40 | 100.00 |
| 7/30/2008 | SMD | Telephone conference with James Sallah regarding Karr Claimants | 0.10 | 25.00 |
| 7/31/2008 | SMD | E-mails with James Sallah and Jim Karr regarding claims form; Conference with Lorenz M. Prüss regarding same; | 0.20 | 50.00 |
| 8/1/2008 | SMD | E-mails with investors | 0.20 | 50.00 |
| 8/4/2008 | SMD | Receive & review e-mails from investors | 0.20 | 50.00 |
| 8/6/2008 | MK | Prepare claims forms for individual investors including personalized name and contact information and transaction details | 0.50 | 37.50 |
| | LMP | Review emails concerning Investors claims; discuss with Scott M. Dimond regarding same | 0.70 | 105.00 |
| | SMD | Telephone conference with Andrew Kaplan regarding claims process (message); Receive and review e-mails regarding same; E-mails with Kenneth D. Murena regarding watches | 0.40 | 100.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/7/2008 | SMD | Receive & review e-mail from Melanie E. Damian regarding invoices; E-mail from Alan Lerner regarding statement | 0.20 | 50.00 |
| 8/8/2008 | SMD | Telephone conference with Chris Lones regarding same; watch appraisal; Telephone conference with Amy Glusman watch appraisal; Telephone conference with Investor Leigh; Telephone conference with investor Sanchez; E-mails with Melanie E. Damian regarding receivership website | 0.60 | 150.00 |
| 8/9/2008 | LMP | Review notes regarding investor claims; review email from Scott M. Dimond regarding Liem Leigh | 0.20 | 30.00 |
| 8/11/2008 | LMP | Discuss with Scott M. Dimond regarding claims processing | 0.30 | 45.00 |
| | SMD | Telephone conference with Continental Jewelers regarding watch sale | 0.20 | 50.00 |
| 8/12/2008 | LMP | Review claims materials; Telephone conference with Investor Jim Neal; Telephone conference with Oscar Medino; Telephone conference with Andrew Kaplan regarding investor claims materials; review, edit Master Claims List | 1.70 | 255.00 |
| | MOA | Meeting with Lorenz M. Prüss regarding investors claim forms; receive and review various original signed claim forms; update master list, prepare chart for authenticated claim forms, update same with new information; receive and review claim forms and compare information with master list; prepare binder and index for all original signed claim forms | 7.20 | 684.00 |
| | SMD | Telephone conference and e-mails with Lorenz M. Prüss regarding Claims Forms; E-mail from investor Williams | 0.20 | 50.00 |
| 8/13/2008 | SMD | Receive & review investor claims forms; Conference with Lorenz M. Prüss regarding same; Telephone conference with (message) Amy Glusman; Conference with Lorenz M. Prüss regarding new Claims Forms; Telephone conference with Melanie E. Damian regarding same; | 0.60 | 150.00 |
| | LMP | Review claims materials to be provided to additional investors; discuss with Scott M. Dimond regarding same; review incoming claims applications | 0.90 | 135.00 |
| 8/14/2008 | MOA | Complete updating the master authenticated claim chart with information received from investors' claim form. Update binder. Review master list for various named investors | 2.80 | 266.00 |
| | SMD | E-mails and telephone conference with Andrew Kaplan regarding claims; Telephone conference with Melanie E. Damian and Kenneth D. Murena regarding same; E-mails with Melanie E. Damian and Robert Levenson regarding collections filing | 0.40 | 100.00 |
| | LMP | Review claims forms submitted by investors; exchange emails investor Bryan Symon | 0.30 | 45.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/18/2008 | SMD | E-mail from Investor; Telephone conference with Investor Weidrich (message); Telephone conference with Investor Hodges (message) | 0.40 | 100.00 |
| | LMP | Exchange voicemails with Investor Ray Wicker; exchange emails with Bryan Symon; review claims form | 0.40 | 60.00 |
| 8/19/2008 | SMD | Conference with watch appraiser; E-mails regarding same; Telephone conference with Investor Hodges; Telephone conference with investor | 0.80 | 200.00 |
| | LMP | Telephone conference with Investor Ray Wicker; review claims forms; Telephone conference with Investor Brad Weidrich | 0.80 | 120.00 |
| | MOA | Review investors' folders for various new names; update master authenticated claim forms with new and current information; note any discrepancies; prepare new binder; update binder containing claim forms; address search for return undeliverable envelopes | 4.80 | 456.00 |
| 8/20/2008 | MOA | Search for various investors' documents and claim form; update master list; update authenticated claim form list with investors information; note discrepancies; update binders; update correspondence and pleadings binders and index | 3.40 | 323.00 |
| | LMP | Review Investor Claims Forms | 0.30 | 45.00 |
| | SMD | E-mail with appraiser | 0.10 | 25.00 |
| 8/21/2008 | SMD | Meet with watch appraiser | 0.60 | 150.00 |
| | MOA | Locate B. Weidrich claim information; prepare claim form, process and mail; receive and review new claim forms; update authenticated claim form with investor's information; note any discrepancies; update index; pleadings and correspondence binders | 2.90 | 275.50 |
| 8/22/2008 | SMD | Telephone conference with Andrew Kaplan regarding computation of Claims; Telephone conference with Investor Sanfilippo | 0.40 | 100.00 |
| 8/25/2008 | SMD | E-mails with Andrew Kaplan regarding distribution analysis; E-mails with Investor Kay; E-mail with appraiser | 0.20 | 50.00 |
| 8/26/2008 | SMD | Telephone conference with Melanie E. Damian regarding claims procedure, watches; E-mails with watch appraiser; E-mails with Lorenz M. Prüss regarding investor claim | 0.30 | 75.00 |
| 8/27/2008 | SMD | E-mails with Andrew Kaplan regarding claims calculations | 0.10 | 25.00 |
| 8/28/2008 | LMP | Review "returned" claims forms; research regarding alternative locations for intended recipients of "returned" claims forms; review completed claims Forms; discuss with Mari Alonso regarding research regarding "returned" claims forms; review Master Claims List; exchange emails with Mari Alonso regarding research regarding "returned" claims forms | 1.50 | 225.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/29/2008 | SMD | Telephone conference and e-mails with Amy Glusman regarding sale of watches | 0.30 | 75.00 |
| | LMP | Review Investor Claims forms | 0.40 | 60.00 |
| | | **For professional services rendered** | **171.70** | **$21,271.50** |

Additional Charges :

| | | Amount |
|---|---|---|
| 6/30/2008 | Scanning expense for June 2008. | 0.80 |
| | Copy charge for June 2008. | 0.50 |
| 7/31/2008 | Scanning charge for July 2008. | 15.60 |
| | Westlaw research charge for July 2008. | 11.74 |
| | Copy charge for July 2008. | 7.25 |
| | Postage expense for July 2008, | 132.86 |
| 8/21/2008 | Parking - Lanier | 9.00 |
| 8/25/2008 | Parking - Meeting with appraiser | 3.00 |
| 8/31/2008 | Facsimile expense for August 2008. | 0.50 |
| | Postage expense for August 2008. | 0.59 |
| | Scanning charge for August 2008. | 4.90 |
| | **Total costs** | **$186.74** |
| | **Total amount of this bill** | **$21,458.24** |
| | **Previous balance** | **$31,677.78** |
| 7/18/2008 | Payment from Gibraltar Bank - Thank You. Check No. 18536 | ($12,163.25) |
| | **Total payments and adjustments** | **($12,163.25)** |
| | Balance due | $40,972.77 |