Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

Invoice Date: June 30, 2008
End of Billing Date: Jun 30/08

**Attention:** Scott Dimond, Esq.

Client #: 273
Inv #: 4036

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-02-08 | Final Judgments against T. Provence and DT Capital, including asset freeze provisions, and Motion to Direct Banks to Release Funds to Receiver; review list of frozen accounts and compare to Final Judgments; emails to and from Fifth Third Bank regarding T. Provence's request to lift asset freeze; finalize and serve Interrogatories and Requests for Production to the Klarers and H. Fields; review report of private investigator regarding whereabouts of Halina O'Neill. | 1.40 | 350.00 | KDM |
| Jun-03-08 | Emails to and from Terry Provence and Fifth Third Bank regarding lifting of freeze on bank accounts. | 0.20 | 50.00 | KDM |
| Jun-06-08 | Telephone call with Scott Dimond regarding motion to approve claims process; review and revise motion and claims forms. | 1.40 | 350.00 | MME |
| | Review Order on Plaintiff's Agreed Motion for Order Directing Banks to Turn Over Funds; emails to and from Bruce Dyson regarding status of payment of additional funds pursuant to agreement with Receiver. | 0.40 | 100.00 | KDM |
| Jun-09-08 | Emails and telephone calls to and from counsel for Dick Hoffmeyer regarding status of document production. | 0.90 | 225.00 | KDM |
| Jun-10-08 | Review and revise motion for approval of distribution plan; review and revising Notice: | 1.70 | 425.00 | MME |

EXHIBIT "B"

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | review and revise Proof of Claim form and release. | | | |
| | Telephone call to counsel for Dick Hoffmeyer regarding status of document production. | 0.20 | 50.00 | KDM |
| Jun-11-08 | Telephone call to counsel for D. Hoffmeyer regarding production of outstanding documents. | 0.20 | 50.00 | KDM |
| Jun-13-08 | Emails to and from Receiver's office regarding list of investors; telephone call to counsel for D. Hoffmeyer regarding production of additional documents. | 0.20 | 50.00 | KDM |
| Jun-16-08 | Telephone call from counsel for D. Hoffmeyer regarding delay in producing documents and expected delivery date; emails regarding timing of production of documents. | 0.20 | 50.00 | KDM |
| Jun-17-08 | Review emails from Receiver and SEC regarding Provence close out and distribution plan; call with Receiver regarding same. | 0.40 | 100.00 | MME |
| Jun-18-08 | Call with Scott Dimond regarding status and strategy for distribution; review of outstanding Hoffman issues. | 0.40 | 100.00 | MME |
| | Telephone call and email from Bruce Dyson regarding further delay in making additional payment to Receiver pursuant to Agreement; telephone call to counsel for D. Hoffmeyer regarding timing of production of additional documents; emails to and from Receiver's office regarding claims administration process and lists of investors; review documents produced by Robert Carr and forward list of CMW investors to Receiver's office; review and organize investor files and lists. | 2.20 | 550.00 | KDM |
| Jun-19-08 | Continue cross-referencing lists provided by Receiver's office with our lists and lists compiled by forensic accountant for claims process. | 2.30 | 575.00 | KDM |
| Jun-20-08 | Continue reviewing, organizing and cross-referencing investor lists with lists | 2.30 | 575.00 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | provided by Receiver's office and forensic accountant; review various other receivership files to confirm that all investors have been included and all accounts have been identified, frozen and/or seized; discuss with M. Damian claims administration process, need to contact certain investors, finalize investor lists, and other necessary tasks in both receiverships for claims process. | | | |
| Jun-22-08 | Receipt and review Receiver's revised motion to approve distribution plan; email regarding same. | 0.40 | 100.00 | MME |
| Jun-23-08 | Telephone call with Receiver regarding claims proceeds and claims form. | 0.40 | 100.00 | MME |
| | Telephone call to counsel for D. Hoffmeyer regarding timing of production of document regarding CMHI investors; teleconference with M. Damian and Receiver regarding claims administration process; work on proof of claim form and master list of all investors; telephone call to and from investor regarding claims process, amount of investment and timing of distributions; continue preparing master list of all investors and schedule meeting with Receiver's office to finalize list and fill in all contact and investment information. | 2.00 | 500.00 | KDM |
| Jun-24-08 | Continue reviewing all lists, emails and documents related to investors of F. Kunen and DT Capital and preparing master lists of investors for claims process; work on claims administration process; email from Receiver's office regarding Motion to Approve Claims Process and review Motion and related documents; telephone call to counsel for D. Hoffmeyer regarding production of documents listing investors, amount of investments, and related information. | 2.20 | 550.00 | KDM |
| Jun-25-08 | Review letter from investor regarding timing of distributions and update master investor list with new contact information; review confirmation of Judgment Liens from State of Florida for Howard Fields, Tammy Klarer and | 1.20 | 300.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Irving Klarer and follow up on getting judgments recorded on west coast of Florida. | | | |
| Jun-26-08 | Review documents produced by D. Hoffmeyer and update master investor list with additional CMHI members. | 2.00 | 500.00 | KDM |
| Jun-27-08 | Telephone calls to and from Receiver's office regarding additions to master investor list, investor applications and other documents recently produced by D. Hoffmeyer, claims administration process, mechanics of how investors invested funds; review certain applications and lists of investors produced by D. Hoffmeyer, further revise Provence and Kunen master lists, and forward both lists to Receiver for claims process. | 1.50 | 375.00 | KDM |

|  | HOUR TOTALS: | 24.10 | $6,025.00 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 4.70 | $250.00 | $1,175.00 |
| Kenneth Murena | KDM | 19.40 | $250.00 | $4,850.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Photocopies | 14.64 |
| | Postage | 18.92 |
| Jun-06-08 | Records | 4.95 |
| Jun-30-08 | Service Fee: Halina O'Neil | 60.00 |
| | Totals | $98.51 |

| | |
|---|---|
| **Total Fee & Disbursements** | $6,123.51 |
| Previous Balance | 96,510.04 |
| **Balance Now Due** | $102,633.55 |

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

TAX ID Number    20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

Invoice Date: July 31, 2008
End of Billing Date: Jul 31/08

**Attention:** Scott Dimond, Esq.

Client #: 273
Inv #: 4147

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-07-08 | Telephone call with Receiver regarding claims process and forms; email correspondence with Hoffmeyer counsel and reviewing documents on CMHI investors for claims process. | 1.40 | 350.00 | MME |
| | Review Master Investor List, compare to documents produced by Dick Hoffmeyer; telephone call to counsel for Dick Hoffmeyer regarding documents missing from production, including contract information for investors; email from Bruce Dyson regarding status of payment of funds pursuant to agreement with Receiver; review Order Granting Motion to Approve Claims Process and claims administration process, need for additional investor contract information and need to contact other Provence investors regarding transfers of funds. | 3.50 | 875.00 | KDM |
| Jul-08-08 | Call with Receiver regarding claims status and initial mailing; review and revise claims information. | 0.60 | 150.00 | MME |
| | (No Charge) Continue reviewing documents produced by Dick Hoffmeyer, compare to revised master investor list and missing information; emails to and from Receiver's office regarding revisions to master list and missing information; telephone call to counsel for Dick Hoffmeyer regarding missing information. | 1.20 | 0.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jul-09-08 | Review claims list; calls to counsel for Hoffmeyer regarding document production; follow-up collection issues from Klarer, Dyson and Fields. | 1.20 | 300.00 | MME |
| | Revise Master Investor List and need for additional contact information for CMHI investors and other investors; telephone call to counsel for Dick Hoffmeyer regarding contact information of CMHI investors. | 1.00 | 250.00 | KDM |
| Jul-11-08 | Emails to and from Bruce Dyson regarding additional payment pursuant to settlement with Receiver; prepare affidavits with judgment creditor's address for recording of judgments against Fields and the Klarers; review applicable Florida Statutes on judgments for requirements of affidavit to be recorded. | 1.00 | 250.00 | KDM |
| Jul-15-08 | Telephone call from Receiver regarding contact information for various investors; telephone call to counsel for D. Hoffmeyer regarding additional contact information of investors and list of all CMHI investors. | 0.50 | 125.00 | KDM |
| Jul-16-08 | Calls with receiver regarding status of claims form mailing and missing investor information. | 0.30 | 75.00 | MME |
| | Emails and telephone calls to and from counsel for D. Hoffmeyer regarding list and contact information for all CMHI investors for claims administration process; review lates list produced; teleconference with M. Damian and Receiver regarding status of claims process and need for additional contact information of CMHI investors. | 0.70 | 175.00 | KDM |
| Jul-17-08 | Telephone calls with Receiver status of process form mailing and missing investor information; email correspondence with receiver and counsel for CMHI. | 0.80 | 200.00 | MME |
| Jul-18-08 | Telephone call regarding claims forms with Receiver; reviewing potential gains and telephone calls to additional investors with gains. | 0.60 | 150.00 | MME |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jul-21-08 | Review requirements for Affidavit for recording of judgments and prepare affidavits to be recorded with judgments against Howard Fields, Irving Klarer and Tammy Klarer; emails to and from counsel for D. Hoffmeyer regarding CMHI investors, investment amounts and contact information; review email from D. Hoffmeyer regarding additional information regarding investors; work on strategy for contacting investors who received more money than they invested. | 2.00 | 500.00 | KDM |
| Jul-22-08 | Review latest charts from D. Hoffmeyer regarding CMHI investors, forward to Receiver; telephone call to Receiver regarding amounts invested by CMHI investors, additional contact information, and publishing claims form on Receivership website; review claims forms of investors who received more back than they invested strategy to request funds back from them; coordinate obtaining additional certified copies of Final Judgments against H. Fields and the Klarers. | 1.70 | 425.00 | KDM |
| Jul-24-08 | (No Charge) Review Claims Form and Notice to Investors, convert to PDF documents, and forward to website designer for posting on website. | 0.60 | 0.00 | KDM |
| Jul-25-08 | (No Charge) Review updated website with new Legal Notice to Investors and Claims form and send additional revisions to be made to web designer; emails to and from Bruce Dyson regarding status of payment to Receiver pursuant to Agreement for return of funds received from F. Kunen. | 0.50 | 0.00 | KDM |
| | HOUR TOTALS: | 17.60 | $3,825.00 | |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 4.90 | $250.00 | $1,225.00 |
| Kenneth Murena | KDM | 12.70 | $250.00 | $2,600.00 |

Invoice #:   4147          Page   4                              July 31, 2008

## DISBURSEMENTS

|              |                                          |          |
|--------------|------------------------------------------|----------|
|              | Courier                                  | 31.70    |
|              | Filing Fee                               | 406.50   |
|              | Photocopies                              | 25.20    |
| Jun-30-08    | Certified copies                         | 30.00    |
| Jul-21-08    | Certified Copies                         | 27.00    |
| Jul-24-08    | Court Reporter: Depo Robert Arnold Carr  | 395.50   |

Totals                                                   $915.90

| | |
|---|---|
| **Total Fee & Disbursements** | $4,740.90 |
| Previous Balance | 102,633.55 |
| Previous Payments | 32,410.04 |
| **Balance Now Due** | **$74,964.41** |

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

## PAYMENT DETAILS

| Jul-18-08 | Payment on Account | 32,410.04 |
|---|---|---|

**Total Payments**                                         **$32,410.04**

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133
**Attention:** Scott Dimond, Esq.

Invoice Date: August 31, 2008
End of Billing Date: Aug 31/08
Client #: 273
Inv #: 4224

RE: Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-04-08 | Review and organize all Kunen and Provence files and productions for purposes of claims administration process and work to be done including contacting certain investors who received disbursements from Kunen and/or DT Capital. | 3.80 | 950.00 | KDM |
| Aug-05-08 | Review investment money flow records; follow-up regarding collection strategies on judgments; contact investors regarding over payment and additional investments (Northern Bancorp). | 1.40 | 350.00 | MME |
| | Review amounts received by certain investors and Kunen family members and circumstances surrounding transfers to them, letters and telephone calls to investors who received more than they invested, obtaining writs of garnishment against H. Fields and the Klarers and remaining funds from B. Dyson, obtaining funds from Anglo-Irish Bank, and claims administration process; review various documents, including forensic analyses of funds transfers, lists of investors, and transcripts of investor deposition; review email from counsel for T. Provence regarding E*Trade statements from 2007; review Provence and SEC files and locate all E*Trade Statements, pdf for transmittal to counsel. | 4.60 | 1,150.00 | KDM |
| Aug-06-08 | Emails to and from Bruce Dyson regarding | 3.90 | 975.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
| | deadline to return remaining funds received from Fred Kunen; review correspondence to | | | |
| | Anglo-Irish Bank regarding closing of account and transfer of account balance to Receiver and private banker at Anglo-Irish Bank to discuss transfer of funds; emails to and from Receiver regarding appraiser for sale of F. Kunen's watches; review transcripts of depositions of Michael and Marc Kunen testimony regarding funds from F. Kunen; emails to and from Receiver's office regarding investor Bruce Ackerman and A. Kaplan's analysis of inflows from investors to T. Provence; review investor lists for contact information for investors to call regarding funds invested and returned to them. | | | |
| Aug-07-08 | Telephone call to Michael Kunen regarding return of funds received from father; review analysis of funds received by and distributed to investors in preparation for telephone calls to investors; telephone calls to Robert Roy Anderson and other investors regarding funds invested and distributed to them; review Anglo Irish Bank file and correspondence exchanged regarding Marilyn Kunen's account there; telephone call to and emails to and from Anglo Irish bank regarding closing of account and transfer of account balance to Receiver. | 2.90 | 725.00 | KDM |
| Aug-08-08 | Review deposition files of the Klarers and H. Fields and checks from F. Kunen's E*trade and Bank of America accounts for account numbers where funds were deposited for purposes of garnishment; review confirmations of recording of judgments against the Klarers and H. Fields; telephone call from R. Anderson regarding investments and distributions from F. Kunen; telephone calls to other investors who received back more than they invested; telephone call to Marc Kunen regarding fraudulent transfers from father to him and his brothers and proposed repayment; emails to and from Receiver regarding appearance of Investor Notice and Claims Form on receivership website; telephone call to web designer | 3.40 | 850.00 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | regarding revision to website. | | | |
| Aug-11-08 | Research regarding procedure for federal court writ of garnishment; draft writ of execution and motion for writ regarding Howard Fields judgment. | 3.60 | 540.00 | CP |
| | Review Andy Kaplan's analyses regarding distributions to investors and Claims Forms prepared by Receiver's Office for investors who received back more than they invested in preparation for telephone calls to investors; telephone calls to and from Laura Sullivan regarding funds transferred to Deutsche Bank that F. Kunen stole; telephone calls to and from R. R. Anderson regarding investment and distributions from F. Kunen; prepare and send email to R. R. Anderson regarding document evidencing investments and distributions and need to return amounts received in excess of investment; telephone call to K. Beaumont regarding distributions received from F. Kunen and need to return amount in excess of investment; prepare and send letter to K. Beaumont summarizing receivership proceeding and demanding return of all distributions in excess of investment amount; prepare of Motion for Writ of Attachment and Federal Rules regarding procedure for obtaining writ; review rules and draft and revise Motion and Writ; review confirmations of recording of judgments against the Klarers in Pasco County. | 3.60 | 900.00 | KDM |
| Aug-12-08 | Telephone calls to and from R.R. Anderson regarding investment and disbursements from F. Kunen; review forensic accountant's analyses and charts regarding investments and disbursements; telephone call to forensic analyst regarding analyses and charts; telephone calls to investors who received back more than they invested. | 3.70 | 925.00 | KDM |
| Aug-13-08 | Review and revise Receiver's writ of execution; review outstanding collection | 1.60 | 400.00 | MME |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | issues and draft collection letter; revise motion for writ and writ of execution for Irving and Tammy Klarer judgment; attention to filing of same. | | | |
| | Telephone call from forensics accountant regarding amounts invested and distributed to investors, source of distributions, withdrawals by investors from their accounts and transfers to Kunen's accounts and analysis of investments and distributions for purposes of claims process and effort to demand return of amounts received by investors in excess of investments; review forensic accountant's analysis of investments and distributions to investors for purposes of telephone calls and letters to investors requesting return of excess distributions; telephone calls to and from Laura Sullivan regarding amounts received by her sons, Michael, Marc and Matthew Kunen, and proposed repayment amount and payment plan; research regarding efforts to obtain return of excess distributions from investors and from F. Kunen's sons, transfer of funds from Anglo-Irish Bank, deadline given to B. Dyson, communications with R.R. Anderson, preparation and procedure for obtaining Writs of Attachment against the Klarers and H. Fields. | 4.00 | 1,000.00 | KDM |
| Aug-14-08 | Review forensic accounting regarding amounts invested and distributed, accuracy and completion of claims forms sent out to investors, and status of letters to investors requesting return of excess distributions; telephone calls to and from forensic accountant regarding analysis of amounts invested by and distributed to investors and amounts reflected on claims forms; teleconference with M. Damian and Receiver regarding individual investment accounts at E*Trade, amounts invested and distributed by investors as reflected on claims forms and forensic accountant's analysis of investments and distributions; telephone call to investor who received back more than they invested; prepare and send letter to investor requesting return of amounts received in excess of | 2.80 | 700.00 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | investment amounts; revise, finalize, attach Judgment Lien Certificates, Judgments and proposed Writs, and oversee filing and service of Motions for Writ of Attachment against the Klarers and H. Fields. | | | |
| Aug-15-08 | Research regarding contact information for investors who received more back from F. Kunen more than they invested; review forensic accountant's latest analysis regarding money in and money out and make telephone call to Carol Hutchings to request return of excess disbursements; telephone call with Laura Sullivan regarding her sons' proposed settlement amounts. | 0.60 | 150.00 | KDM |
| Aug-18-08 | Review Picket and Kruse files, including transcript of Kruse's deposition and analyses prepared by forensic accountant regarding amounts received from F. Kunen; telephone calls to investors who received back more than they invested with F. Kunen. | 2.30 | 575.00 | KDM |
| Aug-19-08 | Prepare emails and letters to investors requesting return of funds received from F. Kunen in excess of their investments; review forensic accountant's analysis on investments by and distributions to investors and reconcile with Claim Forms to be sent to investors; emails to and from Receiver's Office regarding contact information of various investors. | 2.40 | 600.00 | KDM |
| Aug-20-08 | Emails and letters to investors requesting return of funds received from F. Kunen in excess of their investments; finalize and send emails and letters to investors; work on reconciliation of forensic accountant's analysis of investments and distributions against Claim Forms sent to investors and status of Writs of Attachment against H. Fields and the Klarers. | 1.40 | 350.00 | KDM |
| Aug-21-08 | Call with Greg Shottenkirk regarding investment and claims process; call with Kevin Kruse regarding return of money. | 0.60 | 150.00 | MME |
| | (No Charge) Review forensic accountant's | 2.90 | 0.00 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | analyses on investments and distributions and Investor Master List for claims process and compile amounts invested and distributed for Provence investors who authorized transfer of funds to Canadian investments; review investments and distributions to Kevin Kruse; telephone call with M. Damian to investors | | | |
| | Gregg Shottenkirk regarding transfer to Canandian investment and to Kevin Kruse requesting return of excess distribution; prepare and send emails to Gregg Shottenkirk and Kevine Kruse. | | | |
| Aug-22-08 | (No Charge) Draft proposed orders for issuance of writs of execution regarding Klarers and Fields; telephone call with clerk of court regarding procedure for submitting same. | 1.00 | 0.00 | CP |
| | Follow-up emails to and from G. Shottenkirk regarding investment amounts transferred to Canadian investment by T. Provence; telephone calls to and from Michael Kunen regarding settlement amount and payment plan. | 1.40 | 350.00 | KDM |
| Aug-25-08 | Telephone call from Michael Kunen regarding settlement amount, time frame of payment plan, and amounts brothers will be able to pay; email from representative of G. Shottenkirk regarding documents evidencing transfer of $150,000 of investment transferred to Canadian investment. | 1.00 | 250.00 | KDM |
| Aug-26-08 | Call with receiver regarding status and strategy for open collection issues and claims process. | 0.30 | 75.00 | MME |
| | Telephone call from Marc Kunen regarding documents evidence transfers to Michael Kunen, Marc Kunen and Matthew Kunen, reasonable equivalent value provided by Matthew Kunen, global family settlement amount, and time frame for payment. | 0.70 | 175.00 | KDM |
| Aug-27-08 | (No Charge) Review writs of execution issued by Clerk of Court and contact U.S. | 0.30 | 0.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Marshal's office to serve writs; coordinate execution on bank accounts of H. Fields and I. Klarer bank accounts. | | | |
| Aug-28-08 | (No Charge) Review service of Writs of Execution; obtain certified copies of Judgments from Court and begin preparing letter to U.S. Marshal's Service regarding service of writ; telephone call from Bruce Dyson regarding timing of payment pursuant to settlement agreement and information regarding H. Fields' assets and bank accounts. | 0.50 | 0.00 | KDM |
| Aug-29-08 | (No Charge) Prepare and send letter to U.S. Marshal's service enclosing certified copies of Judgments against the Klarers and H. Fields, and the writs of execution; telephone calls to and from investor regarding claims administration process and distributions to investors; telephone call and emails from Bruce Dyson regarding financial and personal information regarding H. Fields and timing regarding payment pursuant to agreement with Receiver; telephone call from Michael Kunen regarding proposed settlement amount. | 1.10 | 0.00 | KDM |

HOUR TOTALS:                                55.80           $12,140.00

### ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 3.90 | $250.00 | $975.00 |
| Cassandra Perez | CP | 4.60 | $150.00 | $540.00 |
| Kenneth Murena | KDM | 47.30 | $250.00 | $10,625.00 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| | Courier | 42.30 |
| | FedEx Shipment | 48.79 |
| | Photocopies | 6.72 |
| Jul-26-08 | Courier | 45.20 |
| Aug-27-08 | Service Fee: Corp. Rep of CMW Capital LLC | 55.00 |
| Aug-28-08 | Certified Copies of FJs and Writs of Execution | 87.00 |
| Aug-29-08 | Process of service for writs of execution | 300.00 |

|  |  |
|---|---|
| Totals | $585.01 |
| **Total Fee & Disbursements** | $12,725.01 |
| Previous Balance | 74,964.41 |
| Discount on Fees | 1,330.00 |
| **Balance Now Due** | **$86,359.42** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240