| | | | | |
|---|---|---|---|---|
| Nickname | Kunen-New \| 1343 | | | |
| Full Name | Kunen | | | |
| Address | | | | |
| Phone | | Fax | | |
| Home | | Other | | |
| In Ref To | | | | |
| Fees Arrg. | By billing value on each slip | | | |
| Expense Arrg. | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | 10/13/2008 | | | |
| Last charge | 11/30/2008 | | | |
| Last payment | 10/17/2008 | Amount | $10,822.49 | |

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/2/2008<br>64361 | SMD<br>Communicat/CLI<br>Telephone conference with Kenneth D. Murena regarding update of website (message) | 250.00 | 0.10 | 25.00 | Billable |
| 9/3/2008<br>64686 | LMP<br>Meeting<br>Discuss with Scott M. Dimond regarding claims processing; discuss with Mari Alonso regarding master claims list processing; attend meeting with Scott M. Dimond, Andy Kaplan, Kenneth D. Murena, and Melanie Damian regarding claims processing; discuss with Kenneth D. Murena regarding CMHI investors; discuss with Andy Kaplan regarding same | 150.00 | 1.30 | 195.00 | Billable |
| 9/3/2008<br>64748 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Andrew Kaplan regarding meeting; Conference with Lorenz M. Prüss regarding Claims Status; Telephone conference with investor Medina; E-mails with investor Seaver; Conference with Melanie E. Damian, Lorenz M. Prüss, Andrew Kaplan regarding distribution procedure | 250.00 | 1.80 | 450.00 | Billable |
| 9/3/2008<br>65548 | MOA<br>Receive & Review<br>Receive and review investors claim forms; update master list and authenticated claim form list with investors information; note discrepancies; update binder; update correspondence binder | 95.00 | 3.80 | 361.00 | Billable |
| 9/4/2008<br>64700 | LMP<br>Review<br>Review investor claims; discuss with Mari Alonso regarding review session with Andrew Kaplan; review writ of garnishment | 150.00 | 0.90 | 135.00 | Billable |
| 9/8/2008<br>64774 | SMD<br>Conference<br>Conference with Lorenz M. Prüss and Andrew Kaplan regarding distribution calculations; Telephone conference with Melanie E. Damian regarding same; E-mails with Melanie E. Damian regarding collection efforts | 250.00 | 0.60 | 150.00 | Billable |


EXHIBIT "A"

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/8/2008 65161 | LMP Meeting | 150.00 | 2.00 | 300.00 | Billable |

Discuss with Mari Alonso regarding meeting with Andy Kaplan and Scott M. Dimond regarding claims verification

| 9/8/2008 65619 | MOA Communicat/OUT | | 95.00 | 3.90 | 370.50 | Billable |

Telephone conference to investors to obtain current address and contact information; Update master investors contact information list; research for investor's current address using various web pages and e-mail search; Update master authenticated list and binder

| 9/9/2008 65568 | SMD E-mail with | 250.00 | 0.40 | 100.00 | Billable |

E-mails with and telephone conference with Andrew Kaplan regarding claims calculations; Telephone conference with (message) Melanie E. Damian regarding same;

| 9/9/2008 65623 | MOA Research | 95.00 | 2.80 | 266.00 | Billable |

Continue to search for investors with returned mail; telephone conference to investors for current contact information; Prepare claim form for Doug Seaver; scan and email same to Lorenz M. Prüss; update master claim list; update authenticated claim form list

| 9/9/2008 65179 | LMP Communicat/OUT | 150.00 | 0.20 0.20 | 30.00 30.00 | No Charge |

Telephone conference with Andy Kaplan regarding claims review; telephone conference with Scott Hudson regarding claim

| 9/10/2008 65585 | SMD Communicat/OUT | 250.00 | 0.30 | 75.00 | Billable |

Telephone conference with Melanie E. Damian regarding claims calculations

| 9/10/2008 65231 | LMP Exchange | 150.00 | 0.20 | 30.00 | Billable |

Exchange emails with Mari Alonso regarding claim by Investor Doug Seaver; draft email to Investor Doug Seaver regarding Claim Form

| 9/11/2008 65630 | MOA Research | 95.00 | 1.60 | 152.00 | Billable |

Continue to locate investors with no known address; update master list

| 9/11/2008 65297 | LMP Review | 150.00 | 1.40 | 210.00 | Billable |

Review Claim Forms filed by Kelly Malone; Steven Rapanos; Bellison Construction (Stephen A. Bellis); Whenua Investments, Inc.; James H. Neal; Oscar Medina/Oscar v. Medina Timothy T. Moody; I Bonit; D. Brown; D. Carroll; exchange with Andy Kaplan regarding claim analysis

| 9/11/2008 65601 | SMD Communicat/OUT | 250.00 | 0.30 | 75.00 | Billable |

Telephone conference with Investor Richards (message); Telephone

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | conference with Melanie E. Damian regarding claims calculations; E-mail with Melanie E. Damian regarding same; | | | | |
| 9/12/2008<br>65655 | SMD<br>Communicat/OUT<br>Telephone conference with investor Belzer; Telephone conference with investor Richards (messages) | 250.00 | 0.20 | 50.00 | Billable |
| 9/12/2008<br>65304 | LMP<br>Communicat/OUT<br>Telephone conference with Investor Scott Hudson regarding claim; exchange emails with Mari Alonso regarding Kaplan review of transactions | 150.00 | 0.50 | 75.00 | Billable |
| 9/15/2008<br>65666 | SMD<br>Communicat/OUT<br>Telephone conference with investor Richards; E-mail with Kenneth D. Murena regarding case filings | 250.00 | 0.10 | 25.00 | Billable |
| 9/17/2008<br>66083 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Paxton; Telephone conference with Parry West | 250.00 | 0.20 | 50.00 | Billable |
| 9/17/2008<br>65641 | MOA<br>Prepare<br>Update master claim form list | 95.00 | 1.90 | 180.50 | Billable |
| 9/17/2008<br>65446 | LMP<br>Communicat/OUT<br>Telephone conference with Investor Kayleen Casper | 150.00 | 0.50 | 75.00 | Billable |
| 9/18/2008<br>66122 | SMD<br>E-mail with<br>E-mail from Investor; Telephone conference with Investor Hennesy (message) | 250.00 | 0.10 | 25.00 | Billable |
| 9/19/2008<br>66143 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Hennesy; E-mails with Kenneth D. Murena regarding Motion for Judgment; Receive and review same | 250.00 | 0.20 | 50.00 | Billable |
| 9/22/2008<br>66182 | SMD<br>Communicat/OUT<br>Telephone conference (message) Investor Hodges; E-mails with Kenneth D. Murena regarding judgment; E-mail from Kunen investor Graver | 250.00 | 0.20 | 50.00 | Billable |
| 9/23/2008<br>66206 | SMD<br>Communicat/CLI<br>Telephone conference with Investor Hodges; E-mail to Lorenz M. Prüss regarding same; | 250.00 | 0.10 | 25.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/23/2008<br>65988 | LMP<br>Communicat/OUT<br>Telephone conference with investor Tom Henessy; exchange emails with Scott M. Dimond regarding investor claim status; review investor Claims database | 150.00 | 0.50 | 75.00 | Billable |
| 9/24/2008<br>66002 | LMP<br>Exchange<br>Exchange emails with Kenny Murena regarding Investor Nancy Howe | 150.00 | 0.20 | 30.00 | Billable |
| 9/24/2008<br>66243 | SMD<br>Communicat/CLI<br>Telephone conference (message) Investor Wicker | 250.00 | 0.10 | 25.00 | Billable |
| 9/25/2008<br>66033 | LMP<br>Exchange<br>Exchange emails with Kenny Murena regarding investor Nancy Howe; telephone conference with Investor Sineth regarding claim | 150.00 | 0.60 | 90.00 | Billable |
| 9/25/2008<br>66264 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Hudges; E-mail with investor | 250.00 | 0.10 | 25.00 | Billable |
| 9/26/2008<br>66272 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Kenneth D. Murena regarding Kunen SSN; Telephone conference with Investor Michael Ramirez regarding Claim; | 250.00 | 0.20 | 50.00 | Billable |
| 9/27/2008<br>66282 | SMD<br>E-mail with<br>E-mails with Ray Wicker; Revise Dyson Motion and related filings; E-mails with Kenneth D. Murena regarding same; Prepare fee motion; Receive and review counsel's invoices; Telephone conference (message) investor Moore; E-mails with Amy Glusman regarding watches | 250.00 | 1.20 | 300.00 | Billable |
| 9/29/2008<br>66295 | SMD<br>E-mail with<br>E-mails with Kenneth D. Murena regarding Dyson, Kruse, and Picket claims | 250.00 | 0.20 | 50.00 | Billable |
| 9/30/2008<br>66299 | SMD<br>E-mail with<br>E-mails with Kenneth D. Murenaregarding Dyson declaration; E-mail to Melanie E. Damian regarding draft for motion; Telephone conference with Investor Heron; E-mail with Investor Heron | 250.00 | 0.50 | 125.00 | Billable |
| 10/1/2008<br>66576 | LMP<br>Review<br>Review Motion for Judgment Against Bruce Dyson | 150.00 | 0.10 | 15.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/1/2008<br>66695 | SMD<br>E-mail with<br>E-mails with Kenneth D. Murena and Robert Levenson regarding new suits; Receive and review Picket check and forms | 250.00 | 0.20 | 50.00 | Billable |
| 10/2/2008<br>66460 | MOA<br>Receive & Review<br>Receive multiple Proof of Claim forms; Review each individual investor's file for case management and update; Review Proof of Claim forms and update master claim list to reflect new information | 95.00 | 4.30 | 408.50 | Billable |
| 10/2/2008<br>66705 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Robert Levenson regarding filings | 250.00 | 0.10 | 25.00 | Billable |
| 10/3/2008<br>66616 | LMP<br>Exchange<br>Exchange emails with Scott M. Dimond and Mari Alonso regarding investor Mark Solt | 150.00 | 0.10 | 15.00 | Billable |
| 10/3/2008<br>66711 | SMD<br>E-mail with<br>E-mail to Melanie E. Damian and Kenneth D. Murena regarding Picket materials; Telephone conference with Mark Solt regarding claim; Telephone conference with investor Baker regarding claim; E-mails with Amy Glusman regarding watches | 250.00 | 0.60 | 150.00 | Billable |
| 10/4/2008<br>66727 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian regarding fee motion | 250.00 | 0.10<br>0.10 | 25.00<br>25.00 | No Charge |
| 10/5/2008<br>66732 | SMD<br>E-mail with<br>E-mail from Amy Glussman regarding watches | 250.00 | 0.10 | 25.00 | Billable |
| 10/6/2008<br>66461 | MOA<br>Review<br>Continue to review investor list for completeness of POC and case management; Update master claim list | 95.00 | 4.80 | 456.00 | Billable |
| 10/6/2008<br>66744 | SMD<br>E-mail with<br>E-mails with Amy Glussman regarding watches; Receive and review claims form; Telephone conference with Charles O. Morgan regarding Paul Adler's letter; Telephone conference with Melanie E. Damian regarding same; | 250.00 | 0.30 | 75.00 | Billable |
| 10/7/2008<br>66885 | LMP<br>Exchange<br>Exchange emails with Scott M. Dimond regarding claims processing status; exchange emails with Mari Alonso regarding same; review claims submissions | 150.00 | 1.00 | 150.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/7/2008 67193 | MOA Review<br>Review documents filed in support of various Proof of Claims; update master claim list | 95.00 | 0.60 | 57.00 | Billable |
| 10/7/2008 66749 | SMD E-mail with<br>E-mails with Kenneth D. Murena regarding payments; E-mails with Melanie E. Damian regarding same; E-mail with Lorenz M. Prüss regarding claims received | 250.00 | 0.20 | 50.00 | Billable |
| 10/8/2008 66767 | SMD E-mail with<br>E-mail to Kenneth D. Murena regarding Picket payment; Telephone conference and e-mails with Melanie E. Damian and Robert Levenson regarding response to Adler letter | 250.00 | 0.50 | 125.00 | Billable |
| 10/8/2008 66898 | LMP Communicat/OUT<br>Telephone conference with Investor Tom Hennessy; review Investor Claims Forms; review "letter" challenge by Paul Adler | 150.00 | 0.50 | 75.00 | Billable |
| 10/9/2008 66910 | LMP Review<br>Review Investor Claim Forms | 150.00 | 0.30 | 45.00 | Billable |
| 10/10/2008 66979 | DP Review<br>Review investor contact information database; prepare mailing regarding investor letters; meet with Lorenz M. Prüss, Scott M. Dimond regarding investor database | 150.00 | 1.10 | 165.00 | Billable |
| 10/10/2008 67201 | MOA Prepare<br>Prepare list of Investors that returned Proof of Claim; Review files for various investors Proof of Claims; prepare memorandum to file regarding same | 95.00 | 1.80 | 171.00 | Billable |
| 10/10/2008 66792 | SMD Communicat/OUT<br>Telephone conference with Charles Morgan regarding response to Adler letter; Telephone conference with Investor regarding claims; E-mail investor Bobeck regarding watches; E-mail with Lorenz M. Prüss and co-counsel regarding status meeting | 250.00 | 0.70 | 175.00 | Billable |
| 10/10/2008 66923 | LMP Prepare<br>Prepare, edit, review Memorandum regarding Claims Process Deadlines | 150.00 | 0.40 | 60.00 | Billable |
| 10/11/2008 66982 | DP Other activity<br>Assist in preparing investor claim letters | 150.00 | 1.70 | 255.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/11/2008<br>66799 | SMD<br>E-mail with<br>E-mail with Jim Bobeck regarding watches | 250.00 | 0.10 | 25.00 | Billable |
| 10/11/2008<br>66841 | BL<br>Other activity<br>Assist in preparing investor claim letters | 150.00 | 1.00 | 150.00 | Billable |
| 10/11/2008<br>66926 | LMP<br>Draft/revise<br>Draft correspondence to Investors; manage claim distribution information | 150.00 | 1.50 | 225.00 | Billable |
| 10/13/2008<br>67033 | SMD<br>E-mail with<br>E-mails with Kenneth D. Murena regarding execution; E-mails with Melanie E. Damian regarding conference call | 250.00 | 0.10 | 25.00 | Billable |
| 10/13/2008<br>67152 | LMP<br>Communicat/OUT<br>Telephone conference (multiple) with several investors regarding claims | 150.00 | 1.00 | 150.00 | Billable |
| 10/14/2008<br>67040 | SMD<br>Receive & Review<br>Receive & review investor messages | 250.00 | 0.10 | 25.00 | Billable |
| 10/14/2008<br>67204 | MOA<br>Communicat/OUT<br>Multiple telephone conference calls to various investors confirming receipt of their Proof of Claims or requesting to send new Proof of Claims; review and update claims binder | 95.00 | 1.70 | 161.50 | Billable |
| 10/14/2008<br>67167 | LMP<br>Communicat/OUT<br>Telephone conference with Investor Lawrence Paulsen regarding claim; retrieve voicemail from William Platt regarding claim; review investor Claim File | 150.00 | 0.50 | 75.00 | Billable |
| 10/15/2008<br>67172 | LMP<br>Communicat/OUT<br>Telephone conference with multiple Investors regarding claims; attend telephone conference with Scott M. Dimond, Melanie Damian, and Kenny Murena regarding receivership status | 150.00 | 2.00 | 300.00 | Billable |
| 10/15/2008<br>67055 | SMD<br>Communicat/OUT<br>Telephone conference with investor Miller, Dowling, Sanfilippo, Anderson; Telephone conference with Melanie E. Damian, Kenneth D. Murena, and Lorenz M. Prüss regarding claims process | 250.00 | 0.90 | 225.00 | Billable |
| 10/16/2008<br>67213 | MOA<br>Communicat/OUT<br>Telephone conference with Investor Rapanes regarding Proof of Claim; confirm receipt of same; Update master Investor list | 95.00 | 0.70 | 66.50 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total<br>Billable |
|---|---|---|---|---|---|
| 10/16/2008<br>67061 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Weidrick (message); E-mail with Melanie E. Damian and Robert Levenson regarding response to Adler letter; Telephone conference with investor Tinson | 250.00 | 0.50 | 125.00 | Billable |
| 10/17/2008<br>67181 | LMP<br>Review<br>Review email exchange and exchange emails with Mari Alonso regarding Investor Mallory Home | 150.00 | 0.30 | 45.00 | Billable |
| 10/17/2008<br>67083 | SMD<br>Communicat/OUT<br>Telephone conference with investors Tinson, Heath, Echary, Weidrich, Barnes; Telephone conference with Gibraltar Bank regarding payment status | 250.00 | 0.80 | 200.00 | Billable |
| 10/17/2008<br>67215 | MOA<br>E-mail with<br>Various e-mails with Mallory Horne; prepare and mail Proof of Claim to Investor Platt; Telephone conference with Investor Platt. Update claims binder and index | 95.00 | 2.30 | 218.50 | Billable |
| 10/18/2008<br>67187 | LMP<br>Exchange<br>Exchange emails with Scott M. Dimond regarding investor; draft email to Kenneth D. Murena regarding claims review | 150.00 | 0.20 | 30.00 | Billable |
| 10/18/2008<br>67088 | SMD<br>Communicat/OUT<br>Telephone conference with investor Frasier; Telephone conference with investor Steele (message); Prepare response to Adler letter | 250.00 | 1.50 | 375.00 | Billable |
| 10/20/2008<br>67646 | MOA<br>Receive & Review<br>Receive & review POC from various investors; Update Master POC binders and list | 95.00 | 3.10 | 294.50 | Billable |
| 10/20/2008<br>67129 | SMD<br>Prepare<br>Prepare response to Adler letter; E-mails with Robert Levenson and Melanie E. Damian regarding same; Receive and review SEC submission on Adler's letter; E-mails with Robert K. Levenson and Melanie E. Damian regarding same; | 250.00 | 1.20 | 300.00 | Billable |
| 10/21/2008<br>67560 | SMD<br>E-mail with<br>E-mails with Russell Weigel regarding response to Paul S. Adler letter; Revise Receiver's response to Adler letter | 250.00 | 0.60 | 150.00 | Billable |
| 10/22/2008<br>67478 | LMP<br>Review<br>Review Investor claim forms; exchange emails with Keny Murena regarding Kunen investor claim amounts; review response to Paul Adler | 150.00 | 1.40 | 210.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | letter | | | | |
| 10/22/2008 67563 | SMD Conference Conference with Lorenz M. Prüss regarding response to Adler letter, revise same | 250.00 | 1.20 | 300.00 | Billable |
| 10/23/2008 67582 | SMD Communicat/OUT Telephone conference (messages) with investor Corcoran | 250.00 | 0.10 | 25.00 | Billable |
| 10/23/2008 67655 | MOA Review Review file and pull all supporting documents; sort and organize POC and supporting documents; Update master list | 95.00 | 3.50 | 332.50 | Billable |
| 10/24/2008 67656 | MOA Research Continue to pull, sort and organize supporting documents and POCs; Update master list | 95.00 | 5.60 | 532.00 | Billable |
| 10/25/2008 67611 | SMD Communicat/OUT Telephone conference with Investor Steele (message); Telephone conference with Investor Corcoran; E-mails with Lorenz M. Prüss regarding claims process | 250.00 | 0.20 | 50.00 | Billable |
| 10/27/2008 67616 | SMD Communicat/OUT Telephone conference with Investor Steele (messages); Receive and review discovery in aid of execution; E-mails with Lorenz M. Prüss regarding claims process | 250.00 | 0.20 | 50.00 | Billable |
| 10/27/2008 67697 | LMP Exchange Exchange emails with Kenneth Murena regarding Kunen claim form review; exchange emails with Mari Alonso regarding Kunen claim form review; telephone conference with Kenneth D. Murena regarding claim form review | 150.00 | 1.00 | 150.00 | Billable |
| 10/27/2008 67657 | MOA Research Continue to pull supporting documents and POC; sort and organize same; pull certain POC; scan same for Kenneth D. Murena | 95.00 | 4.90 | 465.50 | Billable |
| 10/28/2008 67662 | MOA Organize Sort and organize and file all agreements and documents; Update master claim list | 95.00 | 2.80 | 266.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/28/2008<br>67636 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Steele; Telephone conference with investor Binder; Telephone conference with investor Aalsma | 250.00 | 0.20 | 50.00 | Billable |
| 10/29/2008<br>67664 | MOA<br>Communicat/OUT<br>Telephone conference with Investor Brown regarding letter he received; Update calendar and POC master list; separate Kunen investor from DT Capital; prepare index for both | 95.00 | 1.40 | 133.00 | Billable |
| 10/29/2008<br>67725 | LMP<br>Exchange<br>Exchange emails with Kenneth D. Murena regarding Paul Adler; exchange emails with Cassandra Perez regarding claims review | 150.00 | 0.30 | 45.00 | Billable |
| 10/30/2008<br>67672 | MOA<br>Review<br>Review various claim forms; Update master claims list; scan and e-mail Adler's documents; review investors file for supporting documents | 95.00 | 0.80 | 76.00 | Billable |
| 10/30/2008<br>67733 | LMP<br>Exchange<br>Exchange emails with Cassandra Perez regarding claims; exchange emails with Kenny Murena regarding claims; review claim forms | 150.00 | 0.50 | 75.00 | Billable |
| 10/30/2008<br>67820 | SE<br>Edit<br>Edit, review correspondence to Francis Fiermonte. | 95.00 | 0.20<br>0.20 | 19.00<br>19.00 | No Charge |
| 10/31/2008<br>68161 | SMD<br>E-mail with<br>E-mails (x2) with Lorenz M. Prüss regarding claims; Telephone conference with Lorenz M. Prüss, Melanie E. Damian, and Kenneth D. Murena regarding same; | 250.00 | 0.60 | 150.00 | Billable |
| 10/31/2008<br>67751 | LMP<br>Exchange<br>Exchange emails with Kenny Murena regarding claims review; Telephone conference with Scott M. Dimond regarding claims review; Telephone conference with Scott M. Dimond, Kenny Murena, and Melanie Damian regarding claims review;Telephone conference with Investor Thomas Urre regarding claim review;Telephone conference with Investor Jacqueline Clark regarding claim review; draft emails to Investor Michael Jordan regarding claim review; draft emails to Investor Servano Sanchez regarding claim review; draft emails to Investor Patrick O'Neal regarding claim review; exchange emails with Mari Alonso regarding claims review | 150.00 | 2.00 | 300.00 | Billable |
| 10/31/2008<br>67678 | MOA<br>Review<br>Continue to review file for missing Investors' supporting documents; e-mail same; Update master claim list | 95.00 | 1.80 | 171.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---:|---:|---:|---|
| 11/3/2008<br>68334 | SMD<br>Communicat/OUT<br>Telephone conference with Shari O'Neil regarding claims; Conference with Lorenz M. Prüss regarding same; E-mails with Lorenz M. Prüss and Melanie E. Damian regarding late claims | 250.00 | 0.20 | 50.00 | Billable |
| 11/3/2008<br>68342 | LMP<br>Review<br>Review document produced by Investor Ure regarding claim verification; exchange emails with Mari Alonso regarding Investor Horne; exchange emails with Investor Sanchez regarding claim verification; telephone conference with Jacky Clark regarding claim verification; attempt telephone conference with Ms. O'Neal regarding claim | 150.00 | 2.00 | 300.00 | Billable |
| 11/3/2008<br>68576 | MOA<br>Receive & Review<br>Receive request from Kenneth Murena to locate various investors' Proof of Claim and supporting documents; Review entire file and computer system for same; Update master claim list | 95.00 | 1.80 | 171.00 | Billable |
| 11/4/2008<br>68402 | LMP<br>Review<br>Review Investor Ure regarding claim information; telephone conference with Investor Shari O'Neal regarding claim information | 150.00 | 0.20 | 30.00 | Billable |
| 11/4/2008<br>68578 | MOA<br>Review<br>Review files from Proof of Claim and supporting documents for multiple investors scan and e-mail to Kenneth D. Murena | 95.00 | 1.80 | 171.00 | Billable |
| 11/5/2008<br>68581 | MOA<br>Research<br>Locate Ms. Gali; Multiple telephone conference and e-mail to S. Gali regarding Proof of Claim | 95.00 | 0.80 | 76.00 | Billable |
| 11/5/2008<br>68408 | LMP<br>Review<br>Review Claims verification table; exchange emails with Kenneth Murena and Cassandra Perez regarding claims verification; retrieve voicemail from Investor Shari O'Neal; review investor documentation submitted regarding claims verification | 150.00 | 1.00 | 150.00 | Billable |
| 11/6/2008<br>68108 | SMD<br>Communicat/OUT<br>Telephone conference and e-mails with Lorenz M. Prüss regarding finalizing claims | 250.00 | 0.20 | 50.00 | Billable |
| 11/6/2008<br>68464 | LMP<br>Review<br>Exchange emails with Cassandra Perez regarding claims verification | 150.00 | 0.30 | 45.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/7/2008 68371 | SMD Communicat/OUT Telephone conference with Investor Medina | 250.00 | 0.10 | 25.00 | Billable |
| 11/7/2008 68475 | LMP Communicat/OUT Telephone conference with investor Servando Sanchez regarding claims verification; review Investor Shari O'Neal documents regarding claim verification; draft email to Kenneth D. Murena and Cassandra Perez regarding claim verification | 150.00 | 1.00 | 150.00 | Billable |
| 11/10/2008 68625 | LMP Exchange Exchange emails with Kenny Murena regarding claims verification; exchange emails with Cassandra Perez regarding claims verification; review status of Kunen claims verification; draft correspondence to investors regarding claim verification, approval, and appeal; telephone conference with Kenny Murena and Cassandra Perez | 150.00 | 1.00 | 150.00 | Billable |
| 11/10/2008 68389 | SMD Conference Conference with Lorenz M. Prüss regarding claims letters | 250.00 | 0.10 | 25.00 | Billable |
| 11/11/2008 68630 | LMP Appear/attend Attend meeting with Melanie Damian, Kenny Murena, and Scott M. Dimond regarding claims verification; review memoranda regarding claims verification status | 150.00 | 2.00 | 300.00 | Billable |
| 11/11/2008 71740 | SMD Communicat/OUT Telephone conference with Investor; Conference with Lorenz M. Prüss Melanie E. Damian, and Kenneth D. Murena regarding claims process and letters | 250.00 | 1.10 | 275.00 | Billable |
| 11/11/2008 68592 | MOA Prepare Update master claim list with newly received claims; Configure amount of claim from Proof of Claim; note discrepancies; Update master claim list; prepare new list | 95.00 | 2.90 | 275.50 | Billable |
| 11/12/2008 68645 | LMP Communicat/OUT Attempt telephone conference and email with Investor Setema Gali; review, edit investor approved claim amount | 150.00 | 0.30 | 45.00 | Billable |
| 11/13/2008 68810 | SMD E-mail with E-mails with Lorenz M. Prüss regarding claims letter; Telephone conference with Investor Heath | 250.00 | 0.20 | 50.00 | Billable |
| 11/13/2008 68656 | LMP Exchange Exchange emails with Kenny Murena regarding claims verification; | 150.00 | 1.50 | 225.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | telephone conference with Investor Servando Sanchez regarding claims verification; review investor documentation regarding claims verification; draft correspondence to Investors regarding claims verification; discuss with Scott M. Dimond regarding same | | | | |
| 11/14/2008<br>68812 | SMD<br>E-mail with<br>E-mails with Charles O. Morgan regarding Adler claims; Conference with Lorenz M. Prüss regarding claim approval; Receive and review claims letters; E-mails with Melanie E. Damian and Robert Levenson regarding same; Telephone conference with Investor Bobek | 250.00 | 0.70 | 175.00 | Billable |
| 11/14/2008<br>68802 | DP<br>Review<br>Review claims regarding claims verification | 150.00 | 1.00 | 150.00 | Billable |
| 11/14/2008<br>68663 | LMP<br>Review<br>Verify Investor Claims; exchange emails with Kenneth Murena regarding claims verification; telephone conference (multiple) with Kenneth Murena regarding claims verification; draft correspondence to Investors regarding claim approval; draft correspondence to Investors regarding claim denials; draft correspondence to Investors regarding limited claim approval | 150.00 | 4.50 | 675.00 | Billable |
| 11/15/2008<br>68814 | SMD<br>E-mail with<br>E-mails with Charles Morgan regarding Adler claim; Conference with Lorenz M. Prüss regarding claims letters | 250.00 | 0.20 | 50.00 | Billable |
| 11/17/2008<br>68815 | SMD<br>Conference<br>Conference with Lorenz M. Prüss regarding Notice of Compliance, revise same | 250.00 | 0.20 | 50.00 | Billable |
| 11/17/2008<br>68965 | LMP<br>Meeting<br>Discuss with Vicky Ceballos regarding claims verification confirmations; review Court's Order Granting Receiver's Motion to Approve Claims Process; prepare, edit, review Notice of Compliance with Court's Order Regarding Investor Claims Determination; review Receiver's Motion to Approve Claims Process; exchange emails with Kenneth Murena regarding claims verification; discuss with Scott M. Dimond regarding Notice of Compliance with Court's Order Regarding Investor Claims Determination | 150.00 | 1.50 | 225.00 | Billable |
| 11/18/2008<br>69258 | MOA<br>Organize<br>Sort and organize material, update pleadings, correspondence, attorney's notes, and memorandum binders; Update pleadings index; Review calendar and update accordingly | 95.00 | 1.10<br>1.10 | 104.50<br>104.50 | No Charge |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/18/2008<br>68980 | LMP<br>Exchange<br>Exchange emails with Kenneth D. Murena regarding claims verification; review claims verification submissions | 150.00 | 0.90 | 135.00 | Billable |
| 11/19/2008<br>68818 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Gjelaj; Conference with Lorenz M. Prüss regarding claims; Revise Notice of Court; Telephone conference with Melanie E. Damian regarding same; | 250.00 | 0.40 | 100.00 | Billable |
| 11/19/2008<br>68988 | LMP<br>Exchange<br>Exchange emails with Kenneth Murena regarding Investor Terry Brown; review, edit Claims Verification Database; review, edit Notice of Compliance | 150.00 | 0.10 | 15.00 | Billable |
| 11/20/2008<br>69264 | MOA<br>Organize<br>Re-Organize and file pull material from various investors; Update folders and master claim list | 95.00 | 2.80 | 266.00 | Billable |
| 11/20/2008<br>69000 | LMP<br>Exchange<br>Exchange emails with Kenneth D. Murena regarding claims verification; exchange voicemails with Investor Richard Cascioli regarding claims verification; discuss with Scott M. Dimond regarding Investor Vasel Gjelaj | 150.00 | 0.80 | 120.00 | Billable |
| 11/20/2008<br>68820 | SMD<br>E-mail with<br>E-mails with Investor Januszcsyk regarding status of claim; Conference with Lorenz M. Prüss regarding same, filing Notice of Compliance | 250.00 | 0.20 | 50.00 | Billable |
| 11/21/2008<br>69006 | LMP<br>Review<br>Review, edit Claims Verification List; exchange emails with Kenneth Murena regarding same; Telephone conference with Kenneth Murena regarding same | 150.00 | 0.40 | 60.00 | Billable |
| 11/21/2008<br>68821 | SMD<br>E-mail with<br>E-mails with Lorenz M. Prüss regarding Master Claims List | 250.00 | 0.10 | 25.00 | Billable |
| 11/24/2008<br>69280 | LMP<br>Communicat/OUT<br>Telephone conference with Investor Kent Pendleton regarding claims verification; review investor Paulson Farms regarding claims verification; exchange emails with Scott M. Dimond regarding same | 150.00 | 1.00 | 150.00 | Billable |
| 11/24/2008<br>69701 | MOA<br>Organize<br>Organize file for case management; Update pleadings, correspondence, and attorney's notes binders; Update pleadings index; review and update calendar; Review court docket for current pleadings | 95.00 | 1.10<br>1.10 | 104.50<br>104.50 | No Charge |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/24/2008 69139 | SMD Communicat/OUT Telephone conference with Lawrence Paulsen regarding Paulsen Farms claims; Conference with Lorenz M. Prüss regarding same; Receive and review claims letters regarding same; | 250.00 | 0.30 | 75.00 | Billable |
| 11/25/2008 69151 | SMD Communicat/OUT Telephone conference with Investor Clark; Conference and e-mails with Lorenz M. Prüss regarding same; | 250.00 | 0.30 | 75.00 | Billable |
| 11/25/2008 69475 | LMP Meeting Discuss with Scott M. Dimond regarding investor claim verification; exchange emails with Kenneth Murena regarding claim verification; review materials pertinent to claims verification regarding Randall Clark | 150.00 | 0.50 | 75.00 | Billable |
| 11/26/2008 69486 | LMP Communicat/OUT Retrieve voicemail from Investor Mallory Horne; exchange emails with Kenneth Murena regarding claims verification of Mallory Horne; exchange voicemails with Liem Leigh regarding claims verification; review verification files | 150.00 | 1.00 | 150.00 | Billable |
| TOTAL | Billable Fees No Charge | | 132.40 2.70 | $283.00 | $18,549.00 |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 9/5/2008 64561 | Paralegal Other expenses Parking - Meeting with Melanie Damian | 6.00 | 1.000 | 6.00 | Billable |
| 9/30/2008 66045 | Paralegal Facsimile Facsimile expense for September 2008. | 0.25 | 6.000 | 1.50 | Billable |
| 9/30/2008 65877 | Paralegal Scanning/Bates-Stamping Scanning expense for September 2008. | 0.10 | 70.000 | 7.00 | Billable |
| 9/30/2008 65931 | Paralegal Copying Copy charge for September 2008. | 0.25 | 101.000 | 25.25 | Billable |
| 10/31/2008 68015 | Paralegal Facsimile Facsimile charge for October 2008. | 0.25 | 47.000 | 11.75 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/31/2008<br>67978 | Paralegal<br>Postage<br>Postage charge for October 2008. | 49.73 | 1.000 | 49.73 | Billable |
| 10/31/2008<br>67879 | Paralegal<br>Copying<br>Copy charge for October 2008. | 0.25 | 193.000 | 48.25 | Billable |
| 10/31/2008<br>67941 | Paralegal<br>Scanning/Bates-Stamping<br>Scanning charge for October 2008. | 0.10 | 257.000 | 25.70 | Billable |
| 11/30/2008<br>69529 | Paralegal<br>Copying<br>Copy charge for November 2008. | 0.25 | 106.000 | 26.50 | Billable |
| 11/30/2008<br>69573 | Paralegal<br>Scanning/Bates-Stamping<br>Scanning charge for November 2008. | 0.10 | 966.000 | 96.60 | Billable |
| 11/30/2008<br>69639 | Paralegal<br>Postage<br>Postage expense for November 2008. | 0.42 | 1.000 | 0.42 | Billable |
| 11/30/2008<br>69673 | Paralegal<br>Facsimile<br>Facsimile expense for November 2008. | 0.25 | 12.000 | 3.00 | Billable |

TOTAL    Billable Costs                                                                                           $301.70

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $18,549.00 | $18,549.00 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $301.70 | $301.70 |
| Total new charges | | $18,850.70 |

Kunen-New:Kunen (continued)

|  | Amount | Total |
|---|---:|---:|
| Previous Balance | | |
| 120 Days | $19,514.53 | |
| 90 Days | $21,458.24 | |
| Total Previous Balance | | $40,972.77 |

Accounts Receivables

| Date\|ID | Type | Description | | |
|---|---|---|---:|---:|
| 10/17/2008  5176 | PAY | Payment from Gibraltar Private Bank - Thank You. Check No. 19551 | ($10,822.49) | |
| Total Accounts Receivable | | | | ($10,822.49) |

| New Balance | | |
|---|---:|---:|
| 120 Days | $19,514.53 | |
| 90 Days | $10,635.75 | |
| Current | $18,850.70 | |
| Total New Balance | | $49,000.98 |

Total Overdue: $30,150.28