Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

Invoice Date: September 30, 2008
End of Billing Date: Sep 30/08

**Attention:** Scott Dimond, Esq.

Client #: 273
Inv #: 4723

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-02-08 | Draft additional writ of execution for Howard Fields' Wachovia account; follow up regarding US Marshall's service of prior writs; telephone call to clerk of court regarding process and costs for issuance of writ. | 1.00 | 150.00 | CP |
| | Telephone calls to and from investor regarding claims form, evidence of investment with F. Kunen, and inclusion in distributions to investors; review and update master list of investors; telephone calls to and from Receiver regarding updating website, upcoming meeting with forensic accountant; follow-up telephone calls to investors who received more back than they invested; follow-up telephone call to Michael Kunen regarding proposed settlement amount and payment schedule; telephone call and email from Bruce Dyson regarding additional bank information for H. Fields, coordinate preparation and issuance of 2nd Writ of Execution for new bank accounts of H. Fields; prepare and send letter to U.S. Marshal's Service enclosing Writ and certified copy of Judgment; research regarding timing of service of Writ on banks; telephone calls to Wachovia and Bank of America regarding service of writ and garnishment of funds in bank accounts of H. Fields and the Klarers telephone calls to U.S. Marshal's Service regarding timing of service of 1st Writs of Execution; email to web designer for receivership website regarding additions to website. | 3.20 | 800.00 | KDM |

EXHIBIT "B"

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Sep-03-08 | Meeting with receiver regarding claims status, process, status and strategy for open issues and collection. | 0.60 | 150.00 | MME |
| | Review claims form sent to investors and discuss status of claims process; meet with Receiver, M. Damian and forensic accountant regarding status of claims administration process, forensic analysis regarding investments and disbursements to investors and efforts to collect funds from targets and investors who received back more than they invested; review Kunen Investor E*Trade statements and discuss with forensic accountant for purposes of finalizing analysis; telephone call to U.S. Marshal's Service regarding service of writs; telephone calls to Wachovia and Bank of America regarding garnishment of funds in accounts of H. Fields and the Klarers. | 2.70 | 675.00 | KDM |
| Sep-04-08 | Telephone call from Michael Kunen regarding final settlement amount and payout proposal; telephone calls to various investors who received back more than they invested; telephone calls to and from Randall Pickett regarding amounts invested with and received from F. Kunen; telephone calls to Wachovia and Bank of America regarding service of Writs of Execution to garnish funds in accounts of H. Fields and the Klarers; telephone call to U.S. Marshal's Service regarding status of service of Writs of Execution; review receivership website to confirm recent changes and additions. | 2.90 | 725.00 | KDM |
| Sep-05-08 | Telephone call and email from Bruce Dyson regarding Howard Fields personal property and bank accounts and timing of his payment pursuant to settlement agreement; telephone calls to U.S. Marshal's Service and Wachovia and Bank of America regarding service of writs of execution; telephone calls to and from forensic account regarding E*Trade statements for individual investors and final analysis to be performed for claims administration process; review individual investor E*Trade statements and discuss with forensic accountant; | 1.90 | 475.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | telephone call to Randy Picket regarding amount received back in excess of investment. | | | |
| Sep-08-08 | Telephone call with Scott Dimond regarding status of claims process; receipt of writ of execution and follow-up on collection efforts. | 0.40 | 100.00 | MME |
| | Continue reviewing various E*Trade statements for individual investors; telephone calls to and from forensic accountant regarding those E*Trade statements and the investments and disbursements to a particular investor who received back significantly more that she invested; telephone calls to and from Randall Picket regarding amounts he and his father received back from Kunen, property of H. Fields and whereabouts of Lady Jane Grace; begin preparation of Complaint against Nancy Howe for return of amounts received in excess of investment; telephone calls to Wachovia and Bank of America regarding status of garnishment of amounts in accounts of H. Fields and the Klarers; telephone calls to Kimberly Beaumont and Nancy Howe regarding regarding return of amounts received in excess of investments; telephone call to Michael Kunen regarding written confirmation of settlement terms; prepare emails summarizing status of efforts to collect from investors and targets and further steps to be taken to collect; prepare and send email to watch appraiser/dealer regarding details of watches to be sold. | 4.20 | 1,050.00 | KDM |
| Sep-09-08 | Telephone call from Laura Sullivan regarding Michael Kunen's proposed settlement terms and amount expended on BMW's insurance during receivership; telephone calls to Wachovia and Bank of America regarding writs of execution, freezing of accounts of the Klarers and H. Fields, and timing of filing Answers to Writs; revise fraudulent transfer Complaint against Nancy Howe seeking return of excess distributions. | 1.20 | 300.00 | KDM |
| Sep-10-08 | Telephone call with Scott Dimond regarding status and strategy for claims process; review | 0.70 | 175.00 | MME |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| | status of collection proceedings; call with investor regarding claim form. | | | |
| | Review Wachovia's Answer to Writ of Execution; telephone call from investor regarding status of receivership. | 0.30 | 75.00 | KDM |
| Sep-11-08 | Telephone call and email from Larry Budde regarding updated business address of Halina O'Neill; coordinate service of H. O'Neill; emails to and from B. Dyson regarding seeking entry of judgment and timing of payment due under Settlement Agreement; telephone call to investor regarding status of receivership and timing of distribution to investors; review Settlement Agreement with B. Dyson, calculate amount due thereunder and prepare Motion to approve agreement with, and enter judgment against, B. Dyson; prepare Final Judgment against B. Dyson; telephone call from counsel for Wachovia regarding writ of execution against the Klarers; telephone call and email from Michael Kunen regarding terms of settlement offer and payment plan. | 2.40 | 600.00 | KDM |
| Sep-12-08 | Research regarding time limit to effect service of process of complaint and summons under the Fed. R. Civ. P. and the Fla. R. Civ. P.; draft motion for extension of time to serve Halina O'Neill. | 1.80 | 270.00 | CP |
| | Emails to and from B. Dyson regarding Receiver's intent to seek judgment against him and need for immediate payment pursuant to settlement agreement; discuss with C. Perez preparation of Motion for Extension of time to serve Complaint on Halina O'Neill in light of her return from Europe; review, revise, finalize and file Motion; review Bank of America's Answer to Writ of Execution against H. Field's accounts; telephone calls to and from counsel for Bank of America regarding writ. | 1.00 | 250.00 | KDM |
| Sep-15-08 | (No Charge) Work on status of collection efforts. | 0.40 | 0.00 | MME |
| | [illegible] B. Dyson regarding [illegible] | 1.00 | [illegible] | [illegible] |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| | Telephone call to counsel for BOA re answer to writ of execution for H. Fields; emails to and from Receiver regarding status of execution on judgments against the Klarers and H. Fields, including writs of execution; forward writs and proof of recordation of judgments to Receiver; email and telephone call from Michael Kunen proposing settlement amount and payment plan. | 1.00 | 250.00 | KDM |
| Sep-16-08 | Emails to and from B. Dyson regarding timing of partial payment pursuant to Agreement for repayment of amount received from F. Kunen and efforts to obtain judgment against him; begin drafting Settlement Agreement with Michael Kunen; review files for checks written to F. Kunen's three sons for reference in Agreement; research regarding additional efforts to execute on judgments and collect from targets. | 0.70 | 175.00 | KDM |
| Sep-17-08 | Review receivership files for checks written to Michael, Marc and Matthew Kunen for purposes of preparing Settlement Agreement for payments to Receiver of funds received from F. Kunen; email from B. Dyson regarding timing of payment pursuant to Agreement with Receiver; telephone call to counsel for Wachovia regarding Answer with respect to H. Field's account; review Order granting Motion for extension of time to serve H. O'Neill and calendar new deadline. | 1.00 | 250.00 | KDM |
| Sep-18-08 | Emails to and from Michael Kunen regarding terms of Settlement with Receiver; review forensic accountant's analysis regarding payments to F. Kunen's sons and prepare Settlement Agreement with all three of them; begin preparing Motion to Approve Settlement Agreement; telephone calls to Randy Picket and Peter Kunen regarding return of funds received from F. Kunen; follow up on service of Fraudulent Transfer complaint on H. O'Neill. | 1.60 | 400.00 | KDM |
| Sep-19-08 | Email from B. Dyson regarding status of receipt of funds for payment to Receiver pursuant to Agreement; review B. Dyson's | 3.50 | 875.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | deposition transcript and revise proposed Final Judgment for amount due under Settlement; prepare Declaration of Receiver in support of Motion to Approve Agreement with, and Enter Final Judgment Against, B. Dyson and forward to Receiver; email from Receiver regarding revisions to Motion, Final Judgment and Declaration; revise Motion, Final Judgment and Declaration; review demand from Peter Kunen; review transcript of Peter Kunen's deposition; prepare letter to Peter Kunen requesting return of funds he received from Fred Kunen; telephone call to Randy Pickett regarding return of amount he received back from F. Kunen in excess of investment; prepare letter to Randy Pickett; emails to and from private investigator regarding latest work address of Halina O'Neill and coordinate service of process; telephone call to counsel for Wachovia Bank regarding Writ of Execution against Howard Field. | | | |
| Sep-22-08 | Emails to and from Receiver regarding filing of Motion to Approve Agreement and Enter Judgment against B. Dyson; email from B. Dyson regarding delay in obtaining funds to pay Receiver; telephone calls to and from counsel for Wachovia regarding Answer to Writ of Garnishment against H. Field; forward copy of Writ and Return of Service to counsel for Wachovia; telephone call and email to Kevin Kruse regarding status of return of amount received in excess of investment; monitor status of service of process on H. O'Neill; emails to and from private investigator and process server regarding business address of H. O'Neill; conduct research regarding H. O'Neill's business address and license with the Department of Health; discuss with M. Damian status of efforts to collect from investors and targets. | 2.70 | 675.00 | KDM |
| Sep-23-08 | Review forensic accountant's analysis of amounts invested by and transferred to Randy Pickett; telephone call to Randy Pickett regarding return of amounts received from F. Kunen in excess of investment; prepare and send demand letter to Randy Picket requesting | 3.00 | 750.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | return of excess amount received; revise Fraudulent Transfer Complaint against Nancey Howe; telephone call from counsel for Wachovia regarding filing of Answer to Writ of Execution; telephone call to process server regarding reservice of summons and complaint on H. O'Neill; telephone call to Michael Kunen regarding Settlement Agreement terms and possible lump sum payment. | | | |
| Sep-24-08 | Review correspondence from N. Howe responding to Demand letter requesting return of amount received from F. Kunen's trades in excess of investment; email to M. Damian regarding N. Howe's letter and questions regarding F. Kunen's use of her accounts; emails to L. Pruss regarding Howe's response letter and documents regarding her accounts at E*Trade and TD Ameritrade. | 0.30 | 75.00 | KDM |
| Sep-25-08 | Email from B. Dyson regarding update on availability of funds to pay Receiver pursuant to Agreement for return of funds received from F. Kunen; telephone call to counsel for Wachovia Bank regarding Answer to Writ of Execution for H. Fields; emails to and from L. Pruss regarding trading contract between N. Howe and F. Kunen; telephone call to Michael Kunen regarding status of Settlement Agreement. | 0.50 | 125.00 | KDM |
| Sep-26-08 | Telephone call to N. Howe regarding response letter and her TD Ameritrade account; emails to and from B. Dyson regarding status of payment to Receiver; emails to and from Receiver regrading further revisions to Motion to Approve Agreement with and Enter Judgment Against B. Dyson; revise Motion, Final Judgment and Receiver's Declaration in support of Motion in accordance with Receiver's suggestions; emails to and from M. Damian regarding status of collection of fraudulent transfers and distributions in excess of investments. | 1.50 | 375.00 | KDM |
| Sep-29-08 | Telephone call from Kevin Kruse regarding time table for payment of amount received in excess of investment; email from Randy | 1.80 | 450.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | Pickett regarding payment of amount received in excess of investment; emails to M. Damian and Receiver regarding payments to be made by K. Kruse and Randy Pickett; update status chart regarding collection of fraudulent transfers and ; prepare for filing Motion to Approve Settlement and Enter Judgment Against Bruce Dyson, Final Judgment and Declaration in Support of Motion; telephone calls and email to Michael Kunen regarding status of settlement with Receiver; telephone call to Nancy Howe regarding TD Ameritrade Account and involvement with F. Kunen. | | | |
| Sep-30-08 | Work on status and strategy of collection from H. Fields, B. Dyson, K. Kruse, R. Pickett, Michael Kunen and other targets and investors; email and telephone call to Michael Kunen regarding final terms of settlement agreement and up-front lump-sum settlement alternative; telephone calls and emails to and from Andy Kaplan regarding accounts of Nancy Howe and connection, if any, to F. Kunen; update status chart for collection from investors and targets. | 0.90 | 225.00 | KDM |
| | HOUR TOTALS: | 43.20 | $10,420.00 | |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 2.10 | $250.00 | $425.00 |
| Cassandra Perez | CP | 2.80 | $150.00 | $420.00 |
| Kenneth Murena | KDM | 38.30 | $250.00 | $9,575.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Courier | 130.95 |
| | Pacer Photocopy | 21.36 |
| | Photocopies | 76.56 |
| | Postage | 27.38 |
| Jun-11-08 | Courier | 25.90 |
| Sep-02-08 | Certified Copies | 11.50 |

| | | |
|---|---|---|
| Sep-25-08 | Search Fee: H. O'Neill | 135.00 |
| | Totals | $428.65 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$10,848.65** |
| Previous Balance | 87,689.42 |
| Previous Payments | 210.00 |
| **Balance Now Due** | **$98,328.07** |

**Terms: Balance Due Upon Receipt**

TAX ID Number 20-1324240

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Sep-30-08 | Refund | 210.00 |
| | **Total Payments** | **$210.00** |

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

Invoice Date: October 31, 2008
End of Billing Date: Oct 31/08

**Attention:** Scott Dimond, Esq.

Client #: 273
Inv #: 4724

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-08 | Emails to and from B. Dyson regarding timing and amount of payment and Receiver's requirement to seek final judgment; finalize, file and serve Motion to Approve Agreement and Enter Judgment Against B. Dyson and forward proposed Order to Chambers; telephone call to counsel for Wachovia regarding Answer to Writ of Execution for H. Field and procedure for obtaining funds; review applicable Florida Statutes and prepare Notice of Service of Writ and Answer. | 1.40 | 350.00 | KDM |
| Oct-02-08 | (No Charge) Finalize Notice of Serving Writ of Execution, Answer of Garnishee, and Notice to Defendant of rights under Florida law and discuss with M. Damian; emails to and from B. Dyson. | 0.80 | 0.00 | KDM |
| Oct-03-08 | Review correspondence from Paul Adler regarding fees to Morgan and status of Receivership and distributions to investors; finalize, file and serve Notice of Writ of Execution, Answer of Garnishee and Statutory Notice to Judgment Debtor; emails to and from B. Dyson regarding status of payment and Motion for Entry of Judgment; telephone call to Michael Kunen regarding settlement agreement and possible lump-sum payment instead of 2-year payout. | 0.80 | 200.00 | KDM |
| Oct-06-08 | Telephone call with receiver regarding status of claims process and collection efforts. | 0.30 | 75.00 | MME |

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| | Review status of collection efforts from investors and targets and letter from investor Paul Adler regarding payment to Personal Representative; email from B. Dyson regarding status of his payment under Agreement with Receiver; continue to coordinate efforts to serve Halina O'Neill; telephone call from Kevin Kruse regarding coordinating payment to Receiver of amount received in excess of investment. | 1.00 | 250.00 | KDM |
| Oct-08-08 | Emails to and from Michael Kunen regarding execution of Settlement Agreement and time for making first payment. | 0.20 | 50.00 | KDM |
| Oct-10-08 | (No Charge) Telephone call with Scott Dimond regarding status and strategy. | 0.20 | 0.00 | MME |
| | Email from B. Dyson regarding status of receipt of funds to pay Receiver and search for assets of H. Field; calendar deadline for H. Field to object to Writ of Execution; email and telephone call to M. Kunen regarding execution of Agreement and possible lump sum payment; email from L. Pruss regarding claims administration process; follow up on service of process on H. O'Neill and discuss her avoidance of service with private investigator. | 1.00 | 250.00 | KDM |
| Oct-13-08 | Review status of claims administration process, strategy for streamlining process while confirming each claim amount, and upcoming meeting with Receiver; telephone call from investor regarding status of claims process and timing of distributions to investors; telephone call to private investigator regarding status of service. | 0.50 | 125.00 | KDM |
| Oct-14-08 | Email from B. Dyson regarding payment of amount due under Agreement with Receiver; telephone call from Michael Kunen regarding paying reduced lump sum in settlement of amount due to Receiver; follow-up on service of process on H. O'Neill; telephone call to investor regarding timing of distributions and status of Receivership. | 1.10 | 275.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Oct-15-08 | Telephone call with Receiver's office regarding status and strategy for completing claims process and collection matters; review collection matters. | 0.40 | 100.00 | MME |
| | Teleconference with M. Damian and Receiver regarding status and game plan for completing claims administration process, sale of assets and collection of funds from targets; work on reconciliation of claim forms with E*Trade statement for Kunen investors. | 0.40 | 100.00 | KDM |
| Oct-16-08 | Emails to and from K. Kruse and B. Dyson regarding payments of amounts received from F. Kunen; emails to and from web designer regarding posting of all important claims-related deadlines on website and review website. | 1.00 | 250.00 | KDM |
| Oct-17-08 | Review list of Kunen investors who filed claims prepared by Receiver's office and begin reviewing investor files to confirm amounts of claims; telephone calls to and from Larry Budde regarding new home address of H. O'Neill and status of service of process. | 1.00 | 250.00 | KDM |
| Oct-20-08 | Review Final Judgment against B. Dyson and recording judgment, preparation of Writ of Execution, and issuing discovery in aid of execution; review list of Kunen investors who filed proofs of claims and checking E*Trade statements to confirm claims amounts; continue reviewing investor files and E*Trade statements; emails to and from L. Pruss regarding investor claims forms and discrepancy in amounts of claims; review proposed response of Receiver to Paul Adler's letter to Judgment. | 2.50 | 625.00 | KDM |
| Oct-21-08 | Review uniform law regarding domesticating foreign judgments and process in Utah; emails to and from B. Dyson regarding entry of judgment and date he expects to receive funds for payment to Receiver and additional information regarding property and funds of H. Fields; review contents of investor files and E*Trade statement for purposes of confirming | 2.10 | 525.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | amounts of claims and compile list of investors; send list to L. Pruss and request claim forms for certain investors for which we have files and statements. | | | |
| | Searched for files for Kunen receivership, located information on debtor (Bruce Dyson), researched debtor's bank financial information in order to file writ of execution/ writ of garnishment | 2.40 | 180.00 | SS |
| Oct-22-08 | Review and revise response to Adler letter and reviewing submissions from Morgan and SEC; call with Scott Dimond regarding submissions. | 0.70 | 175.00 | MME |
| | Follow up on service of process on Halina O'Neill; telephone call and email from private investigator regarding status of service at new home address and her alleged plans to move to Venezuela; email from Receiver's office regarding claim forms and responses of Receiver, SEC and Morgan to Paul Adlers letter to judge; emails to and from K. Finkel regarding funds he allegedly did not receive from F. Kunen and ability to pay back full amount. | 0.50 | 125.00 | KDM |
| | Located and separated all necessary investor documents, located bank records and subpoena docs and prepared list of outstanding ameritrade investor documents | 1.75 | 131.25 | SS |
| | Legal Research regarding whether any other procedure is required for serving writ of execution on bank on another state | 1.00 | 75.00 | SS |
| | Legal Research regarding whether a judgment in Florida must be domesticated in Utah in order to execute on property in Utah (i.e. Utah Enforcement of Judgment Act) | 1.90 | 142.50 | SS |
| | Created investor log to be used to contact record holders in order to retrieve outstanding ameritrade and etrade documents | 0.60 | 45.00 | SS |
| Oct-23-08 | Coordinate certification and exemplification of Judgment against B. Dyson for purposes of | 1.20 | 300.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | domesticating judgment in Utah and discuss with S. Steele; coordinate preparation of Discovery in Aid of Execution against B. Dyson; emails to and from L. Pruss regarding claim forms and reconciliation with E*Trade and Ameritrade statements for investors. | | | |
| | Researched domestication of foreign judgments, whether federal district court judgments are considered foreign for the purposes of domestication, whether Uniform Enforcement of Judgments Act applies to the judgment. | 2.40 | 180.00 | SS |
| | Drafted Request for production of documents with regard to Bruce Dyson re: Kunen receivership | 1.40 | 105.00 | SS |
| Oct-24-08 | Emails to and from K. Kruse regarding latest payment to Receiver and certain transfers from Kunen that he allegedly never received; telephone calls to and from investors regarding status of claims administration process; compile list of additional Kunen investors for purposes of reconciling claim forms with account statements and forward to L. Pruss; telephone call from L. Pruss regarding list of investors, claim forms and supporting documentation. | 1.00 | 250.00 | KDM |
| | Created investor log sheet, searched all records for ameritrade/etrade statements and prepared office memorandum of findings | 2.60 | 195.00 | SS |
| Oct-27-08 | Telephone calls to and from process server regarding difficulty and efforts in service H. O'Neill; email from private investigator regarding vehicles of H. O'Neill and forward to process server; review Notice of Bankruptcy Filing of Michael Kunen and review docket sheet and bankruptcy schedules. | 0.50 | 125.00 | KDM |
| | Examined client folders and compared claim forms to investment records in order to judge if claims were valid. | 2.10 | 157.50 | SS |

| | | | | |
|---|---|---|---|---|
| Oct-28-08 | Review claims and e-trade statements, note missing/incorrect transfers. | 1.60 | 240.00 | CP |
| | Telephone calls to and from investor regarding status of claims administration process; review investor statements for purposes of reconciliation of claim forms; review certain account statements and determine strategy for determining closing balances. | 1.20 | 300.00 | KDM |
| | Continued to examine client folders and compared claim forms to investment records in order to judge if claims were valid; checked ending balances of investor files and created log for file. | 5.20 | 390.00 | SS |
| Oct-29-08 | (Reduced Time) Review claims filed by investors. | 2.20 | 330.00 | CP |
| | Telephone calls to and from investors regarding claims administration process; review claims forms and discuss balances in investment accounts and recalculation of claim amounts; emails to and from Receiver's office regarding claim forms and documents provided by investors in support of claims. | 1.80 | 450.00 | KDM |
| | Finished calculating claims and comparing investor's ending balances. | 3.60 | 270.00 | SS |
| Oct-30-08 | (Reduced Time) Review claims filed by investors and related bank statements; call investors regarding same; exchange emails with L. Pruss regarding claims review process and results; draft chart of amounts of approved claims. | 3.30 | 495.00 | CP |
| | Email from Receiver's office regarding investor Paul Adler; review documents supporting Paul Adler's claim; research regarding various issues related to reconciliation of investor claim forms and investment statements and account balances; emails to and from Bruce Dyson regarding discovery in aid of execution and delay in payment pursuant to settlement agreement | 1.50 | 375.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | with Receiver; follow up on service of fraudulent transfer complaint on H. O'Neill. | | | |
| | Examined and verified all investor claims, cross-checked with statements, review inconsistencies in claim forms; phone calls to all investors regarding closing balances on investor accounts and whether or not accounts were close and whether cheques were sent in the amount of closing balance. | 5.90 | 442.50 | SS |
| Oct-31-08 | Telephone conference regarding review of claims forms status and process for completing claims analysis and distribution; review status of claims analysis; review collection status. | 1.30 | 325.00 | MME |
| | Exchange emails and telephone calls regarding investors claims. | 0.60 | 90.00 | CP |
| | Emails and telephone calls to and from L. Pruss regarding verification of investor claims; review claim forms and investor lists and determine which additional Kunen investor require verification; telephone calls to and from certain investors and claim amount adjustment; teleconference with Receiver, L. Pruss and M. Damian regarding status of claim verification; email from B. Dyson regarding receipt of funds to pay Receiver pursuant to settlement agreement and judgment; confirm and calendar deadlines to file proof of claim and objection to discharge in Michael Kunen bankruptcy case; telephone call from process server regarding status of service of fraudulent transfer complaint on H. O'Neill; review Exemplification of Judgment against B. Dyson and status of domestication of judgment in Utah. | 2.90 | 725.00 | KDM |
| | Began reviewing additional claim forms and investor statements forwarded by K. Murena. | 1.80 | 135.00 | SS |
| | HOUR TOTALS: | 67.65 | | $10,178.75 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Melanie E. Damian | MME | 2.90 | $250.00 | $675.00 |
| Cassandra Perez | CP | 7.70 | $150.00 | $1,155.00 |
| Kenneth Murena | KDM | 24.40 | $250.00 | $5,900.00 |
| Sean Steele | SS | 32.65 | $75.00 | $2,448.75 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| | Photocopies | 5.04 | |
| Oct-30-08 | Courier | 7.50 | |
| | Service Fee: Halina O'Neill | 80.00 | |
| | Totals | $92.54 | |
| | **Total Fee & Disbursements** | | **$10,271.29** |
| | Previous Balance | | 98,328.07 |
| | Previous Payments | | 11,264.42 |
| | **Balance Now Due** | | **$97,334.94** |

**Terms: Balance Due Upon Receipt**

TAX ID Number 20-1324240

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Oct-17-08 | Payment on Account | 11,264.42 |
| | **Total Payments** | **$11,264.42** |

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

Invoice Date: November 30, 2008
End of Billing Date: Nov 30/08

**Attention:** Scott Dimond, Esq.

Client #: 273
Inv #: 4725

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-03-08 | Telephone calls and emails to and from L. Pruss regarding confirmation of claim amounts and investor account statements; work on remaining Kunen investors' claim amounts; review various claim forms; follow up on domestication of judgment against B. Dyson in Utah; email from B. Dyson regarding timing of expected payment to Receiver pursuant to agreement and judgment. | 1.50 | 375.00 | KDM |
| | Phone call with Randy Teinert regarding discrepancies on claim form | 0.30 | 60.00 | SS |
| Nov-04-08 | Review and verify claim amounts; revise chart listing claim amounts; email regarding chart with L. Pruss. | 2.40 | 360.00 | CP |
| | Review and discuss with L. Pruss account statements and claim form of investor Richard Pickett; finish confirming claim amounts of Kunen investors and discuss revised amounts with L. Pruss; coordinate updating of investor claim chart; emails to and from L. Pruss regarding remaining investors to confirm claim amounts and coordinate updating of investor claim chart; review claim forms and back-up documentation from various investors; work on status of claims administration process; telephone call from investor regarding expected timing of distributions.. | 1.90 | 475.00 | KDM |
| | Follow up phone call with Carlos Chichia | 5.40 | 1,080.00 | SS |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | regarding closing etrade statements, resolved discrepancy regarding claim amount; Research regarding regarding final claim amounts and discrepancy in Aspen Hill statements; research regarding discrepancies in statements and claim forms of Annette Sanfilipo; received new claim forms, located investor files, contacted individual investors to verify claim amounts, inquire as to when each account was closed, requested copies of last statements on each account in order to arrive at final claim amount; Researched how to domesticate certified judgment in Utah District Court, called Clerk's office in Utah to verify procedure, prepared judgment for mailing and domestication. | | | |
| Nov-05-08 | Telephone call from investor regarding documentation supporting claim; emails to and from L. Pruss regarding needed documentation from last view investors whose claim amounts must be confirmed. | 1.40 | 350.00 | KDM |
| | Conversation with Carlos Chichia regarding closing statament | 0.30 | 60.00 | SS |
| Nov-06-08 | Verify additional claims; exchange emails regarding same with L. Pruss. | 0.50 | 75.00 | CP |
| Nov-10-08 | (Reduced Time and Rate) Review claims filed by investors; update chart of approved claims; telephone conference regarding same with L. Pruss; exchange emails regarding same with L. Pruss; telephone calls to various investors regarding same. | 2.80 | 224.00 | CP |
| | Telephone calls and emails to and from L. Pruss regarding final investors to confirm claim amounts; review final claim forms and supporting documentation and revised chart of investors and allowed claim amounts; discuss with L. Pruss verification of Provence investor claim amounts using supporting documentation and our forensic accountant's records. | 1.30 | 325.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-11-08 | Meeting with Scott Dimond and Lorenz Pruss and Kenny Murena regarding review of claims status and distribution; review of Provence potential claimant issues; review Provence affidavit for potential claimant issues. | 2.20 | 550.00 | MME |
| | (Reduced Time and Rate) Review claims and supporting documents; telephone call with investor R. Pickett regarding calculation of claim. | 1.70 | 136.00 | CP |
| | Emails to and from L. Pruss regarding updated claims chart and remaining investor claims to be confirmed; review chart and confirmed claim amounts and claims to be confirmed; meet with L. Pruss and Receiver regarding claims administration process, remaining claims to be confirmed, upcoming deadlines, and letters to be sent to investors regarding allowance or objections to claims; work on Provence investor claims to be confirmed; begin reviewing documents to confirm claim amounts. | 2.70 | 675.00 | KDM |
| Nov-12-08 | Review of Hoffmeyer notes and CMW deposition notes to review claim deductions. | 1.30 | 325.00 | MME |
| | Review various documents and deposition transcripts and claim amounts of several Provence investors; confirm claim amounts and updated claims chart; emails to and from L. Pruss regarding status of confirmation of claim amounts, upcoming deadline to object to claims and remaining claimant to submit claim. | 2.20 | 550.00 | KDM |
| Nov-13-08 | (Reduced Time and Rate) Review investor claims and calculations; telephone calls to various investors re calculation of claim amount. | 3.40 | 272.00 | CP |
| | Telephone calls to and from various Provence/CMHI investors and counsel for R. Hoffmeyer regarding amounts requested in investor claim forms; review various claim forms and back-up documents and statements provided by Provence, R. Hoffmeyer, and | 4.40 | 1,100.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Kunen investors, confirm amounts; review emails to and from L. Pruss reporting updated claim amounts and amounts still needed to be confirmed. | | | |
| | Conferred with K. Murena regarding further discrepancies in claim forms, located files of investors | 0.70 | 52.50 | SS |
| Nov-14-08 | Telephone calls to and from various Provence and Kunen investors, including G. Frazier, T. Brown, & G. Shottenkirk, and counsel for R. Carr regarding amounts requested in investor claim forms; review various claim forms and back-up documents and statements provided by Provence, CHMI & CMW principals, and Kunen investors, including Terry Brown and Greg Shottenkirk, confirm amounts; telephone call from counsel for G. Shottenkirk regarding wire transfer confirmations; emails to and from L. Pruss regarding updated amounts and letters to investors objecting or approving claims; telephone call and email from L. Pruss regarding service of letters and compliance with Court-set deadlines. | 4.80 | 1,200.00 | KDM |
| Nov-17-08 | Telephone calls to and from Terry Brown regarding Ameritrade statements and bank statements evidencing transfers to F. Kunen; review statements and confirm claim amount; telephone calls and emails from counsel for G. Shottenkirk regarding wire transfers to E*Trade account and claim amount; emails from L. Pruss regarding status of letters to investors. | 3.60 | 900.00 | KDM |
| Nov-18-08 | Emails and telephone calls to and from Terry Brown regarding wire transfer confirmations from Central Bank; review bank confirmations and calculate allowed claim amount; review final list of investor allowed and disallowed claims; emails to and from L. Pruss regarding final claim amounts and letters sent or to be sent to investors; review wire confirmation of Northern Star Properties, confirm claim amount and discuss with L. Pruss. | 2.20 | 550.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | research on executing writ of garnishment for wages in Utah | 0.70 | 52.50 | SS |
| Nov-19-08 | Telephone call with Scott Dimond regarding status of claims process and strategy. | 0.20 | 50.00 | MME |
| | Telephone call to counsel for Wachovia regarding deadline for H. Fields to respond to Answer of Garnishee and filing of Motion for Summary Judgment to obtain balance in account; work on preparation of Motion for Summary Judgment and necessary attachments, including Notice of Writ of Execution, Statutory Notice to Defendant, Answer of Garnishee and Final Judgment; work on collection efforts from B. Dyson in Utah and deadline to respond to discovery in aid of execution; emails to and from L. Pruss regarding preparation of Notice of Compliance with court set deadlines in claims administration process; telephone call from investor regarding timing of distributions; telephone call to K. Kruse regarding amount paid to Receiver and remaining among due; telephone call to counsel for R. Carr regarding claims filed by CMW members. | 1.70 | 425.00 | KDM |
| | Called clerk's office of Utah District court and collected information regarding executing writ of garnishment in Utah; research regarding issues is collecting from judgment debtor as well as drafting Motion for summary judgment for garnishment regarding Howard Field; research regarding garnishment statute, 77.055, 77.041 and 77.06 for purposes of drafting summary judgment garnishment motion; draft motion for summary judgment for garnishment. | 2.70 | 202.50 | SS |
| Nov-20-08 | Telephone call from T. Brown regarding objection to claim amount; telephone call from K. Kruse regarding payment of remaining amount owed to Receiver; emails to and from L. Pruss regarding Receiver's Notice of Compliance with Court's claims process deadlines; review Notice of Compliance; telephone call to counsel for R. Carr regarding | 1.50 | 375.00 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | claim amounts of CMW members; telephone call to counsel for Wachovia regarding running of deadline for H. Fields to respond to Garnishee's Answer; work on collection from all targets and game plan for Michael Kunen's bankruptcy case. | | | |
| Nov-21-08 | Telephone calls to and from L. Budde regarding H. O'Neill and follow up on serve of Ms. O'Neill; telephone call to T. Brown regarding objection letter and allowance of claim; telephone calls and emails to and from L. Pruss regarding claims objected to, objection and allowance letters sent, and deadline for investors to appeal objections; telephone call from investor regarding timing and amount of distributions; telephone calls to and from counsel for R. Carr regarding claims of CMW members. | 0.90 | 225.00 | KDM |
| Nov-24-08 | Review and revise final judgment on writ of garnishment. | 0.30 | 75.00 | MME |
| | Emails to and from B. Dyson regarding payment pursuant to Final Judgment and deadline to respond to discovery in aid of execution; telephone call from investor T. Brown regarding amount of his allowed claims and letter objecting to claim; telephone call from investor Pendleton regarding funds remaining in E*Trade account, and timing and amount of distributions to investors; emails to and from L. Pruss regarding investors Lawrence Paulsen and Paulsen Farms; locate and review investors' Ameritrade statements and Kunen's Bank of America statements to confirm deposits and withdrawals and amount of claims; revise Motion for Entry of Final Judgment on Writ of Execution Served on Wachovia Bank and preparation of proposed Order; work on status of efforts to collect from all targets including H. Fields, B. Dyson, the Klarers, H. O'Neill, and Kunen brothers. | 3.80 | 950.00 | KDM |
| | Research regarding account discrepancies in Paulsen Farms/Lawrence Paulsen, located | 1.10 | 82.50 | SS |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | Kunen Bank of America records, verified wire information | | | |
| Nov-25-08 | Emails to and from B. Dyson regarding discovery requests, information needed, and deadline to respond; telephone calls and emails to and from L. Pruss regarding investors who are contesting allowed amounts of claims; work on status of Michael Kunen's bankruptcy case, relevant deadlines and status of collection efforts; review docket sheet of Michael Kunen's bankruptcy case to monitor status and verify deadlines; update collection issues with Melanie Damian. | 2.90 | 725.00 | KDM |
| | Prepare order to be attached to final judgment for garnishment (Howard Field) | 0.70 | 52.50 | SS |
| Nov-26-08 | Review collection issues; review ameritrade discrepancy issue for claimant appeals; revise status memo and send to receiver. | 1.00 | 250.00 | MME |
| | Telephone calls to and from various investors regarding adjustments to claims, review claim forms and account statements and confirm amounts; emails to and from L. Pruss regarding investor calls and objections to claim reductions; work on confirmation of claim amounts and various E*Trade and Ameritrade statements and closing balance discrepancies; email from B. Dyson regarding responses to Interrogatories and document request, review Responses. | 3.90 | 975.00 | KDM |
| | phone call with TD Ameritrade regarding interpretation of entries on account statements; inquired about activity of Donald Brindley's accounts | 0.70 | 52.50 | SS |
| Nov-28-08 | Review bank statements and claim forms and confirm disputed amounts of investors Brindley, Horne, and Clark; review and confirm calculations in light of account balances; telephone calls to and from investors regarding adjusted amounts; emails to and from L. Pruss regarding adjusted amounts. | 3.80 | 950.00 | KDM |

| | | | | |
|---|---|---|---|---|
| HOUR TOTALS: | | | 72.90 | $15,137.00 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 5.00 | $250.00 | $1,250.00 |
| Cassandra Perez | CP | 10.80 | $150.00 | $1,067.00 |
| Kenneth Murena | KDM | 44.50 | $250.00 | $11,125.00 |
| Sean Steele | SS | 12.60 | $75.00 | $1,695.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Filing Fee | 39.00 | |
| Photocopies | 6.72 | |
| Totals | $45.72 | |
| **Total Fee & Disbursements** | | **$15,182.72** |
| Previous Balance | | 97,334.94 |
| **Balance Now Due** | | **$112,517.66** |

**Terms: Balance Due Upon Receipt**

TAX ID Number 20-1324240