---

## Selection Criteria

| Clie.Selection | Include: Kunen-New |
|---|---|
| Slip.Date | Earliest - 7/12/2010 |

---

| | | | |
|---|---|---|---|
| Nickname | Kunen-New \| 1343 | | |
| Full Name | Kunen | | |
| Address | | | |
| Phone | | Fax | |
| Home | | Other | |
| In Ref To | | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 1/20/2009 | | |
| Last charge | 6/30/2010 | | |
| Last payment | 2/12/2009 | Amount | $39,424.75 |

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 12/1/2008 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 70535 | Communicat/OUT | | | | |
| | Telephone conference with Investor Clarke regarding claim amount; Telephone conference with Melanie E. Damian regarding claims status | | | | |
| 12/1/2008 | LMP | 150.00 | 2.00 | 300.00 | Billable |
| 69799 | Communicat/OUT | | | | |
| | Telephone conference with multiple investors regarding claims verification; review claims verification database | | | | |
| 12/2/2008 | LMP | 150.00 | 1.00 | 150.00 | Billable |
| 69892 | Communicat/OUT | | | | |
| | Telephone conference with investor Mallory Horne; exchange emails with Kenneth D. Murena regarding claims verification; review, edit claim verification database; review order regarding Paul Adler | | | | |
| 12/2/2008 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 70557 | Communicat/OUT | | | | |
| | Telephone conference with Gielaj regarding claims; Receive and review court order dismissing Adler letter | | | | |
| 12/3/2008 | SMD | 250.00 | 3.10 | 775.00 | Billable |
| 70560 | Meeting | | | | |
| | Meet with Continental Jewelers regarding watch appraisal; Meet with Accar Jewelers regarding same; Meeting with Michael's Jewelers regarding same; Telephone conference with Melanie E. Damian regarding same; | | | | |
| 12/4/2008 | SMD | 250.00 | 0.70 | 175.00 | Billable |
| 70576 | Communicat/OUT | | | | |
| | Telephone conference with Melanie E. Damian, Kenneth D. Murena, and Lorenz M. Prüss regarding claims appeals and distribution process; E-mauls with Melanie E. Damian regarding same; | | | | |
| 12/4/2008 | LMP | 150.00 | 2.00 | 300.00 | Billable |
| 69932 | Communicat/OUT | | | | |
| | Telephone conference (multiple) with Kenneth D. Murena regarding claims | | | | |

**COMPOSITE EXHIBIT "A"**

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | verification; telephone conference with Investor Shari O'Neal regarding claims verification; discuss with Scott M. Dimond regarding claims verification; attend telephone conference with Scott M. Dimond, Kenneth D. Murena, and Melanie E. Damian regarding claims verification and disbursement; telephone conference with Investor Liem Leigh regarding claims verification | | | | |
| 12/5/2008<br>70587 | SMD<br>Conference<br>Conference with Lorenz M. Prüss regarding Claims letters; Telephone conference with Jon Accar (message) regarding watch bid | 250.00 | 0.20 | 50.00 | Billable |
| 12/6/2008<br>70593 | SMD<br>Prepare<br>Prepare e-mail to watch bidders; E-mails with Melanie E. Damian regarding same; | 250.00 | 0.30 | 75.00 | Billable |
| 12/8/2008<br>70049 | LMP<br>Prepare<br>Prepare, edit, review Appeal Determinations; telephone conference with Investor Victor Dowling regarding claims process; retrieve voicemail from John Closson regarding claims process; review Appeal by Investor Greg Paxton; exchange emails with Melanie E. Damian regarding Appeal by Investor Greg Paxton; review claims database | 150.00 | 1.00 | 150.00 | Billable |
| 12/8/2008<br>70605 | SMD<br>Revise<br>Revise investors claims letters; Conference with Lorenz M. Prüss regarding same; Conference with watch bidders regarding second period of bidding; Telephone conference with watch bidders regarding new bids | 250.00 | 1.10 | 275.00 | Billable |
| 12/9/2008<br>70056 | LMP<br>Communicat/OUT<br>Telephone conference with Investor John Closson regarding claim; review materials regarding investor White Ash Group and claim verification; draft email to Melanie E. Damian regarding investor White Ash Group and claim | 150.00 | 1.00 | 150.00 | Billable |
| 12/9/2008<br>70036 | BL<br>Conference<br>Conference with Scott M. Dimond regarding motion to approve sale of watches; Telephone conference with Melanie E. Damian's office regarding motion; review documents regarding sale of watches, draft motion regarding sale of watches; review receivership order | 150.00 | 1.30 | 195.00 | Billable |
| 12/9/2008<br>70611 | SMD<br>Conference<br>Conference with Lorenz M. Prüss regarding claims letters; Telephone conference with Investor White Ash Group; Telephone conference with watch bidders regarding bidding; Telephone conference with Melanie E. Damian regarding same; Conference with Brian Levin regarding Motion to Approve Sale; Telephone conference with Melanie E. Damian regarding same; | 250.00 | 1.10 | 275.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/10/2008 70626 | SMD E-mail with E-mails with Rebecca Swanson regarding settlement | 250.00 | 0.10 | 25.00 | Billable |
| 12/10/2008 70062 | LMP Review Review claim database; exchange emails with Melanie E. Damian regarding Wiser claim verification; retrieve voicemail from Investor Dalton Heath; exchange voicemails with Investor White Ash Group regarding claim verification | 150.00 | 1.00 | 150.00 | Billable |
| 12/11/2008 70070 | LMP Communicat/OUT Telephone conference with Investor Bonit and Carroll Representative regarding claims verification; exchange emails with Melanie E. Damian regarding White Ash Group claim verification; exchange voicemails with Investor White Ash Group Representative; telephone conference with Investor Delton Heath regarding claim verification; telephone conference with Investor Mike Sanfilipo regarding claims verification | 150.00 | 2.00 | 300.00 | Billable |
| 12/11/2008 70645 | SMD Communicat/OUT Telephone conference with Melanie E. Damian regarding appeals watch sale; Telephone conference with watch bidder regarding final sale; E-mails with Melanie E. Damian regarding White Ash Claims; Conference with Lorenz M. Prüss regarding same; | 250.00 | 0.70 | 175.00 | Billable |
| 12/12/2008 70120 | LMP Communicat/OUT Telephone conference with  White Ash Group regarding claim verification; discuss with Scott M. Dimond regarding same; review tables regarding claims totals | 150.00 | 1.00 | 150.00 | Billable |
| 12/12/2008 70654 | SMD Conference Conference with watch purchaser and arrange sale | 250.00 | 0.80 | 200.00 | Billable |
| 12/16/2008 70747 | SMD Receive & Review Receive & review e-mail regarding Paul Carr appeal; Receive and review letter regarding Whenua appeal | 250.00 | 0.20 | 50.00 | Billable |
| 12/17/2008 70298 | LMP Meeting Discuss with Scott M. Dimond regarding investor appeals; review claims files for Investors appeals; review claims files for Investors Greg Paxton, Gail Frazier, and Whenua Investments (Paul Carr; review email) exchange with Kenneth D. Murena regarding same; exchange emails with Melanie E. Damian regarding same | 150.00 | 1.00 | 150.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 12/17/2008 70829 | SMD Conference | 250.00 | 0.20 | 50.00 | Billable |

Conference with Lorenz M. Prüss regarding Claims appeals; E-mails to Melanie E. Damian regarding same;

| 12/17/2008 70069 | LMP Communicat/OUT | 150.00 | 1.00 | 150.00 | Billable |

Telephone conference with Bonit and Carroll Representative regarding claims verification; exchange emails with Melanie E. Damian

| 12/18/2008 70310 | LMP Communicat/OUT | 150.00 | 1.30 | 195.00 | Billable |

Telephone conference with Investor Alan Williams regarding claim; telephone conference (multiple) with Investor Franco Razzouq regarding claim; review materials regarding investor appeals; leave voicemail for investor Gail Frazier's counsel regarding appeal; discuss with Scott M. Dimond regarding same; review claims files

| 12/18/2008 70840 | SMD Communicat/OUT | 250.00 | 0.30 | 75.00 | Billable |

Telephone conference with Melanie E. Damian  (message) regarding appeals;Conference with Lorenz M. Prüss regarding same;

| 12/20/2008 70854 | SMD E-mail with | 250.00 | 0.10 | 25.00 | Billable |

E-mails with Lorenz M. Prüss and Melanie E. Damian regarding Appeals

| 12/21/2008 70864 | SMD E-mail with | 250.00 | 0.10 | 25.00 | Billable |

E-mails with Melanie E. Damian regarding appeals

| 12/22/2008 70873 | SMD Communicat/OUT | 250.00 | 0.40 | 100.00 | Billable |

Telephone conference with Melanie E. Damian and Lorenz M. Prüss regarding remaining investor Claim appeals; Conference with Lorenz M. Prüss regarding same;

| 12/22/2008 70709 | LMP Communicat/OUT | 150.00 | 1.30 | 195.00 | Billable |

Telephone conference with Investor Donald Brindley regarding claim; attend telephone conference with Melanie E. Damian and Scott M. Dimond regarding Investor Appeals; review Investor Appeals by Investors Gail Frazier's counsel Daniel Rodgers regarding appeal; telephone conference with Investor Razzouq Family regarding appeal; draft correspondence to Investor Razzouq Family regarding appeal

| 12/23/2008 70721 | LMP Communicat/OUT | 150.00 | 0.50 | 75.00 | Billable |

Telephone conference with Investor Franco Razzouq regarding claim verification

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |

| 12/29/2008 | LMP | 150.00 | 1.00 | 150.00 | Billable |
| 71133 | Review | | | | |

Review claim submission by Investor Franko Razzouq; review claim submission by Investor Gail Fraizer; Telephone conference with Investor Franko Razzouq regarding claim verification; exchange emails with Kenneth D. Murena regarding foregoing

| 12/29/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 71022 | E-mail with | | | | |

E-mails with Lorenz M. Prüss regarding claim documents

| 12/30/2008 | LMP | 150.00 | 0.50 | 75.00 | Billable |
| 71150 | Exchange | | | | |

Exchange emails with Kenneth D. Murena regarding Michael Carr; Telephone conference with Investor Mallory Horne regarding claim verification

| 12/30/2008 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 71033 | Receive & Review | | | | |

Receive & review check from Michael Carr; Conference with Lorenz M. Prüss regarding same; Receive and review e-mail with Kenneth D. Murena regarding same;

| 12/31/2008 | DP | 150.00 | 0.10 | 15.00 | Billable |
| 71212 | Communicat/OUT | | | | |

Telephone conference with George Carne regarding disbursement timing, referral to Lorenz M. Prüss

| 12/31/2008 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 71039 | E-mail with | | | | |

E-mails with Lorenz M. Prüss and Kenneth D. Murena regarding claims

| 1/2/2009 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 71167 | Exchange | | | | |

Exchange emails with Kenneth D. Murena regarding claims verification

| 1/3/2009 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 71181 | Communicat/OUT | | | | |

Telephone conference with Investor George Carne regarding claim

| 1/5/2009 | LMP | 150.00 | 1.30 | 195.00 | Billable |
| 71355 | Communicat/OUT | | | | |

Telephone conference with investor Gabriela Williams; telephone conference with Investor Shirley Stevens regarding claim verification; discuss with Scott M. Dimond regarding claim of Investor Shirley Stevens regarding claim verification; discuss with Scott M. Dimond regarding Investor Shirley Stevens; exchange emails with Kenneth D. Murena regarding Investor Shirley Stevens, Investor Gail Frazier

| 1/5/2009 | SMD | 250.00 | 0.60 | 150.00 | Billable |
| 71532 | Communicat/OUT | | | | |

Telephone conference with Melanie E. Damian and Kenneth D. Murena regarding claims issues, O'Neil status; Conference with Lorenz M. Prüss

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | regarding same; | | | | |
| 1/6/2009 71546 | SMD Communicat/OUT | 250.00 | 0.50 | 125.00 | Billable |
| | Telephone conference with Investor Hodger regarding status; Prepare letter to investors regarding claim approvals; Conference with Lorenz M. Prüss regarding same; Receive and review e-mails with Melanie E. Damian and Robert Levenson regarding O'Neil case | | | | |
| 1/6/2009 71370 | LMP Exchange | 150.00 | 0.40 | 60.00 | Billable |
| | Exchange emails with Kenneth D. Murena regarding investor claims verification; draft correspondence to Investor Franko Razzouq regarding claim; draft correspondence to Investor Greg Paxton regarding claim verification | | | | |
| 1/7/2009 71375 | LMP Communicat/OUT | 150.00 | 1.00 | 150.00 | Billable |
| | Telephone conference with Investor Lawrence Paulsen regarding claim; review Claim of Shirley Stevens and Greg Paxton; exchange emails with Kenneth D. Murena regarding same | | | | |
| 1/7/2009 71565 | SMD Receive & Review | 250.00 | 0.30 | 75.00 | Billable |
| | Receive & review memorandum regarding status of claims; E-mail with Melanie E. Damian regarding same; E-mails with investors regarding claim status | | | | |
| 1/8/2009 71397 | LMP Communicat/OUT | 150.00 | 1.00 | 150.00 | Billable |
| | Telephone conference with Investor Carlos Chichia regarding claim; telephone conference with Kenneth D. Murena regarding claim verification; review claims database | | | | |
| 1/9/2009 72032 | MOA Review | 95.00 | 1.20 | 114.00 | Billable |
| | Review various miscellaneous material; Update and review file for case management | | | | |
| 1/12/2009 71585 | SMD Receive & Review | 250.00 | 0.10 | 25.00 | Billable |
| | Receive & review account statements | | | | |
| 1/13/2009 71835 | LMP Review | 150.00 | 2.00 | 300.00 | Billable |
| | Review, edit Claims Database; leave voicemail for Kenneth D. Murena regarding Claims Database; draft email to Kenneth D. Murena regarding Claims Database | | | | |

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/14/2009 | LMP | 150.00 | 0.50 | 75.00 | Billable |
| 71920 | Communicat/OUT | | | | |

Telephone conference with Kenneth D. Murena regarding Claims
Verification and appeals; review claims files

| 1/14/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 71608 | Conference | | | | |

Conference with Lorenz M. Prüss regarding claims

| 1/15/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 71618 | E-mail with | | | | |

E-mail from Melanie E. Damian's office regarding Receivership domains;
Conference with Melanie E. Damian regarding closing case

| 1/19/2009 | SMD | 250.00 | 1.00 | 250.00 | Billable |
| 71877 | Conference | | | | |

Conference with Melanie E. Damian regarding Claims status, enforcement;
Prepare fee motion

| 1/19/2009 | MOA | 95.00 | 3.20 | 304.00 | Billable |
| 72583 | Research | | | | |

Locate various investors' folder with claim information; file miscellaneous
material; Update contact list; prepare additional investor file

| 1/20/2009 | SMD | 250.00 | 0.60 | 150.00 | Billable |
| 72046 | Prepare | | | | |

Prepare fee Motion; Telephone conference with (message) Liem Leigh
regarding claims

| 1/21/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 72058 | E-mail with | | | | |

E-mail regarding Investor Beor

| 1/22/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 72071 | E-mail with | | | | |

E-mail from Investor regarding Provence investment

| 1/23/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 72078 | Communicat/OUT | | | | |

Telephone conference with Investor Hodges (messages); Telephone
conference with Investor Medina (message); E-mails from Melanie E.
Damian regarding allowed claim review

| 1/24/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 72085 | Communicat/OUT | | | | |

Telephone conference with Investor Hodges regarding status

| 1/26/2009 | SMD | 250.00 | 1.00 | 250.00 | Billable |
| 72748 | Revise | | | | |

Revise fee motion; E-mails with Melanie E. Damian and Robert Levenson
regarding same; Telephone conference with Investor Bobek; Telephone
conference with Melanie E. Damian and Kenneth D. Murena regarding
appeals; E-mails with Kenneth D. Murena regarding bankruptcy counsel

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/28/2009<br>72584 | SMD<br>Communicat/OUT | 250.00 | 0.80 | 200.00 | Billable |

Telephone conference with Investor O'Neil regarding status; Telephone conference with Detective Rossi regarding investor Brown; Telephone conference with Melanie E. Damian regarding same; E-mail with investor Januszcyck; E-mail from Kenneth D. Murena regarding final claims approval

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2009<br>72593 | SMD<br>Communicat/OUT | 250.00 | 0.50 | 125.00 | Billable |

Telephone conference with investor Bobeck; Telephone conference with Melanie E. Damian and Kenneth D. Murena regarding claims status; E-mails with Robert Levenson regarding fee Motion

| | | | | | |
|---|---|---|---|---|---|
| 1/30/2009<br>72597 | SMD<br>E-mail with | 250.00 | 0.40 | 100.00 | Billable |

E-mail with Charles O. Morgan regarding new Provence action; E-mail to Kenneth D. Murena regarding Chicago counsel retainer; E-mail to Investor Januszcyk

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2009<br>72604 | SMD<br>Conference | 250.00 | 0.30 | 75.00 | Billable |

Conference with Lorenz M. Prüss regarding Distribution Motion; E-mails with co-counsel regarding Erb Claim

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2009<br>72789 | LMP<br>Review | 150.00 | 1.50 | 225.00 | Billable |

Review Investor Sara Erb's claim; leave voicemail for Investor Sara Erb's claim; leave voicemail for Investor Sara Erb regarding claim; retrieve voicemail from Investor Lawrence Paulsen regarding claim; exchange emails with Melanie E. Damian, Kenneth D. Murena, and Scott M. Dimond regarding distributions; telephone conference with Scott M. Dimond regarding motion to authorize distributions

| | | | | | |
|---|---|---|---|---|---|
| 2/3/2009<br>73926 | SMD<br>Revise | 250.00 | 2.40 | 600.00 | Billable |

Revise distribution Motion; Telephone conference with Investor regarding status; E-mails with Lorenz M. Prüss and Kenneth D. Murena regarding same; E-mails with Charles O. Morgan regarding claim on probate

| | | | | | |
|---|---|---|---|---|---|
| 2/3/2009<br>72801 | LMP<br>Communicat/OUT | 150.00 | 2.00 | 300.00 | Billable |

Telephone conference with Investor Sara Erb regarding claim; telephone conference with Investor Alan Williams regarding claim; telephone conference with Investor Liem Leigh regarding investor claim; analyze investor claims; exchange emails with Kenneth D. Murena regarding final claim amounts

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2009<br>72810 | LMP<br>Exchange | 150.00 | 2.00 | 300.00 | Billable |

Exchange emails with Kenneth D. Murena regarding Final Approved Investor Claims; prepare, edit, review Final Investor Claim Amounts Database; discuss with Scott M. Dimond and Kenneth D. Murena

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | regarding status of Final Investor Claims; review, edit Motion to Approve First Interim Distribution; review email from Scott M. Dimond regarding same | | | | |
| 2/4/2009<br>72576 | SMD<br>Communicat/OUT<br>Telephone conference with Investor O'Neil regarding status; Telephone conference with Detective Rossi regarding Investor Brown; Telephone conference with Melanie E. Damian regarding same; | 250.00 | 0.00 | 0.00 | Billable |
| 2/4/2009<br>73934 | SMD<br>Revise<br>Revise and finalize Distribution Motion; Telephone conference with Kenneth D. Murena and Melanie E. Damian regarding same; Conference with Lorenz M. Prüss regarding same; E-mail to Robert Levenson regarding same; Telephone conference (message) Investor Leigh; Investor Malone | 250.00 | 2.50 | 625.00 | Billable |
| 2/5/2009<br>72815 | LMP<br>Communicat/OUT<br>Telephone conference with Alan Williams regarding claim determination; review, edit Motion to Authorize Payment of Initial Distribution; review email exchanges regarding Motion to Authorize Payment of Initial Distribution; review Investor Files regarding Final Claim Determination | 150.00 | 3.00 | 450.00 | Billable |
| 2/5/2009<br>72743 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Marlene; Telephone conference with Investor Leigh; Revise Distribution Motion, order; Conference with Lorenz M. Prüss regarding same; E-mails with Robert Levenson regarding same; Telephone conference with Kenneth D. Murena regarding same; Finalize and file same | 250.00 | 1.80 | 450.00 | Billable |
| 2/5/2009<br>73944 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Malone; Telephone conference with Investor Leigh; Revise Distribution Motion, order; Conference with Lorenz M. Prüss regarding same; E-mails with Robert Levenson regarding same; Telephone conference with Kenneth D. Murena regarding same; finalize and file same | 250.00 | 1.80 | 450.00 | Billable |
| 2/6/2009<br>72883 | LMP<br>Exchange<br>Exchange emails with Kenneth Murena regarding investor Sara Erb; exchange emails with judicial assistant of Judge Gold regarding order Granting Motion for Distributions | 150.00 | 0.30 | 45.00 | Billable |
| 2/6/2009<br>74025 | SMD<br>Communicat/OUT<br>Telephone conference with Investors (messages) regarding new claims; Telephone conference (message) Melanie E. Damian regarding same; E-mails with Charles O. Morgan regarding dismissal of probate claim | 250.00 | 0.60 | 150.00 | Billable |

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/9/2009 | LMP | 150.00 | 1.00 | 150.00 | Billable |
| 73033 | Meeting | | | | |

Discuss with Scott M. Dimond regarding late "Investor" Claims; telephone conference with Investor Williams; exchange emails with Kenneth Murena regarding late "Investor" Claims; review investor files regarding late "Investor" claims; draft email to Investor Williams regarding Motion for Disbursement

| | | | | | |
|------|----------|------|-------|--------|-------|
| 2/9/2009 | SMD | 250.00 | 1.30 | 325.00 | Billable |
| 74041 | E-mail with | | | | |

E-mails with Kenneth D. Murena regarding website posting; Conference with Lorenz M. Prüss regarding new claims; Telephone conference with Melanie E. Damian regarding same; E-mails with co-counsel regarding same; Telephone conference with Investor Sanfilippo; E-mails with Lorenz M. Prüss regarding Glooms claims; Telephone conference with Investor Grooms; E-mails with Lorenz M. Prüss regarding Nelson; Conference with Lorenz M. Prüss regarding Investor Williams

| | | | | | |
|------|----------|------|-------|--------|-------|
| 2/10/2009 | LMP | 150.00 | 1.60 | 240.00 | Billable |
| 73044 | Communicat/OUT | | | | |

Telephone conference with Investor Vasko Gjelaj regarding claim; telephone conference with Francis Fiermonte regarding claim; discuss with Scott M. Dimond regarding proposed Investor letters; prepare, edit, review proposed investor disbursement letter; prepare, edit, review proposed investor claim denial letter; Telephone conference with Investor Delton Heath regarding claim; exchange emails with Scott M. Dimond regarding investor claims

| | | | | | |
|------|----------|------|-------|--------|-------|
| 2/10/2009 | SMD | 250.00 | 0.80 | 200.00 | Billable |
| 74048 | Receive & Review | | | | |

Receive & review Order Granting Distribution Request; E-mail with co-counsel regarding Porter claim; Telephone conference with Gibraltar Bank regarding distribution; E-mails with Lorenz M. Prüss regarding investor calls

| | | | | | |
|------|----------|------|-------|--------|-------|
| 2/11/2009 | LMP | 150.00 | 1.30 | 195.00 | Billable |
| 73057 | Review | | | | |

Review email from Scott M. Dimond regarding investor claims; prepare, edit, review correspondence to Gibraltar Bank regarding disbursement; exchange emails with Kenneth Murena regarding claim appointment; review Final Approved Claims

| | | | | | |
|------|----------|------|-------|--------|-------|
| 2/11/2009 | SMD | 250.00 | 0.90 | 225.00 | Billable |
| 74059 | Communicat/OUT | | | | |

Telephone conference with Investor Hodges; Conference with Lorenz M. Prüss regarding distribution calculations; Revise investor letters; Telephone conference with Gibraltar Bank regarding distribution; E-mails with Kenneth D. Murena regarding receivership domains; Telephone conference with Investor Leigh regarding distribution; E-mail to Investor O'Neil regarding same;

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/11/2009<br>73297 | MOA<br>Review | 95.00 | 2.80 | 266.00 | Billable |

Review and organize files and miscellaneous material; locate various investors' files and proof of claim; E-mail to Lorenz M. Prüss regarding same; Compare POC binder with Kenneth Murena's list of investors with POC; Review and edit confirmed name list

| 2/12/2009<br>74071 | SMD<br>Conference | 250.00 | 1.60 | 400.00 | Billable |

Conference with Lorenz M. Prüss regarding letter to Gibraltar; Revise same; Telephone conference with Investor Leigh; Conference with Lorenz M. Prüss regarding claims error; Telephone conference with Melanie E. Damian regarding same; Telephone conference (message) with Robert Levenson regarding same; Telephone conference with Gibraltar Bank regarding checks; Prepare corrected motion; E-mails with Kenneth D. Murena regarding W-9 form

| 2/12/2009<br>73069 | LMP<br>Review | 150.00 | 1.00 | 150.00 | Billable |

Review, edit Final Claim distribution table; telephone conference with Kenneth Murena regarding same; discuss with Scott M. Dimond regarding same; exchange emails with Kenneth Murena regarding allowed claim amounts

| 2/13/2009<br>74082 | SMD<br>Receive & Review | 250.00 | 1.10 | 275.00 | Billable |

Receive & review subpoena to Horward Fields; Telephone conference with Investor Sineath; Revise Corrected Motion; Conference with Lorenz M. Prüss regarding same; Telephone conference with Robert Levenson regarding same; Revise Investor letter

| 2/14/2009<br>74091 | SMD<br>E-mail with | 250.00 | 0.90 | 225.00 | Billable |

E-mails with Kenneth D. Murena regarding web posting, bankruptcy claim; Prepare W-9; Revise investor letters; E-mails with Melanie E. Damian and Kenneth D. Murena regarding same;

| 2/14/2009<br>73081 | LMP<br>Review | 150.00 | 0.20 | 30.00 | Billable |

Review email from Scott M. Dimond regarding Investor correspondence as to disbursements and denials

| 2/15/2009<br>74093 | SMD<br>E-mail with | 250.00 | 0.10 | 25.00 | Billable |

E-mail from Kenneth D. Murena regarding bankruptcy status

| 2/16/2009<br>74097 | SMD<br>E-mail with | 250.00 | 0.20 | 50.00 | Billable |

E-mails with Kenneth D. Murena regarding bankruptcy; E-mails with investor Sineath and Lorenz M. Prüss regarding new address

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/17/2009<br>74100 | SMD<br>Conference<br>Conference with Melanie E. Damian regarding claims status; Conference with Kenneth D. Murena regarding same; Conference with Lorenz M. Prüss regarding same, investor letters; E-mails with Investor Sineath & Leigh ; Telephone conference with Investor Leigh | 250.00 | 0.50 | 125.00 | Billable |
| 2/17/2009<br>73559 | DP<br>Meeting<br>Meeting with Lorenz M. Prüss regarding distribution mailing status | 150.00 | 0.10 | 15.00 | Billable |
| 2/18/2009<br>74105 | SMD<br>Conference<br>Conference with Lorenz M. Prüss and Dirk Pentico regarding processing distribution checks; Review and execute letters to investors enclosing distribution checks; E-mails with Gibraltar Bank regarding same; E-mails and telephone conference with Melanie E. Damian regarding same; Receive and review Motion to Transfer Funds | 250.00 | 2.20 | 550.00 | Billable |
| 2/18/2009<br>73571 | DP<br>Meeting<br>Meet with Scott M. Dimond, Maria Perez regarding disbursement mailing; Telephone conferences with Lorenz M. Prüss regarding final distribution list; prepare, review, edit distribution mailer packets | 150.00 | 6.80 | 1,020.00 | Billable |
| 2/18/2009<br>73371 | VC<br>Prepare<br>Process distributions to Claimants | 95.00 | 3.60 | 342.00 | Billable |
| 2/19/2009<br>74111 | SMD<br>E-mail with<br>E-mails with Gibraltar Bank regarding revised distribution checks; E-mails with Paul Adler regarding distribution payee; E-mails with Liem Leigh regarding distribution; E-mails with Robert Levenson regarding execution; E-mails with Investor O'Neil | 250.00 | 0.70 | 175.00 | Billable |
| 2/20/2009<br>73582 | DP<br>Meeting<br>Meet with Scott M. Dimond, Vicky Ceballos regarding additional distribution letters; review cover letters, distribution checks | 150.00 | 0.20 | 30.00 | Billable |
| 2/20/2009<br>74121 | SMD<br>Communicat/OUT<br>Telephone conference with Investor Porter; Telephone conference with Investor Hodges; Conference with Dirk Pentico regarding investor distributions; Prepare letters to Investors Sineath and Shottenkirk; E-mail with Lorenz M. Prüss regarding Porter claim | 250.00 | 0.60 | 150.00 | Billable |
| 2/23/2009<br>74132 | SMD<br>Communicat/OUT<br>Telephone conference with Paul Adler regarding distributions; Prepare letter regarding same; Telephone conference with investor Sanfilippo regarding same; E-mails with Detective Rossi regarding Brown | 250.00 | 0.40 | 100.00 | Billable |

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |

| 2/24/2009 | LMP | 150.00 | 0.70 | 105.00 | Billable |
| 74208 | Communicat/OUT | | | | |

Telephone conference with Investor Chris Baker; review POC by John Porter; discuss with Vicky Ceballos regarding claim disbursements; review email from Investor Liberty International

| 2/24/2009 | SMD | 250.00 | 0.80 | 200.00 | Billable |
| 74142 | E-mail with | | | | |

E-mails with Detective Rossi; Telephone conference with investor Paxton; Telephone conference with Investor Kasper; Conference with Lorenz M. Prüss regarding investor Callo; E-mails with Melanie E. Damian regarding Chicago counsel bill

| 2/25/2009 | LMP | 150.00 | 0.40 | 60.00 | Billable |
| 74221 | Communicat/OUT | | | | |

Retrieve Voicemail from Investor Gabriela Williams; review Investor files; discuss with Scott M. Dimond regarding disbursements

| 2/25/2009 | SMD | 250.00 | 1.40 | 350.00 | Billable |
| 74155 | Conference | | | | |

Conference and e-mails with Lorenz M. Prüss regarding investor question; E-mail to Melanie E. Damian regarding same; Telephone conference with Investor Solt; Telephone conference with investor Bobok; Telephone conference with Investor Williams; E-mail to investor Williams

| 2/26/2009 | SMD | 250.00 | 0.40 | 100.00 | Billable |
| 74163 | Communicat/OUT | | | | |

Telephone conference with Investor Moore; Telephone conference with Melanie E. Damian regarding liberty inquiry; Conference with Lorenz M. Prüss regarding same;

| 2/27/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 74169 | Communicat/OUT | | | | |

Telephone conference with Investor Paxton; E-mails with Investor Liberty; E-mail with Melanie E. Damian regarding IRS

| 3/2/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 74363 | Receive & Review | | | | |

Receive & review Gibraltar Statement; E-mails with Kenneth D. Murena regarding payments

| 3/3/2009 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 74355 | Review | | | | |

Review Final Claims List regarding Terry Brown; review email regarding same; discuss with Scott M. Dimond regarding same

| 3/3/2009 | SMD | 250.00 | 0.80 | 200.00 | Billable |
| 74374 | Communicat/OUT | | | | |

Telephone conference with investor Casper regarding check; Telephone conference with Investor Brown regarding Polire inquiry; Receive and review Motion to Contempt; E-mails with Lorenz M. Prüss, Melanie E. Damian, Robert Levenson, and Kenneth D. Murena regarding same;

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |

| 3/4/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 74387 | E-mail with | | | | |

E-mail with counsel regarding Wheaver claim

| 3/5/2009 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 74400 | Communicat/OUT | | | | |

Telephone conference with investor Brown; E-mails regarding Investor Symons

| 3/5/2009 | LMP | 150.00 | 0.10 | 15.00 | Billable |
| 74506 | Exchange | | | | |

Exchange emails with Investor Bryan Symons regarding disbursement

| 3/6/2009 | SMD | 250.00 | 0.50 | 125.00 | Billable |
| 74408 | Communicat/OUT | | | | |

Telephone conference with Melanie E. Damian and Kenneth D. Murena regarding Fields claims; Telephone conference with Terry Brown regarding disputed payment

| 3/9/2009 | LMP | 150.00 | 0.30 | 45.00 | Billable |
| 74807 | Meeting | | | | |

Discuss with Dirk Pentico regarding investor disbursements

| 3/9/2009 | DP | 150.00 | 1.10 | 165.00 | Billable |
| 74921 | Meeting | | | | |

Meet with Vicky Ceballos regarding disbursement mailing, C. Brown check; review file regarding disbursement verification; telephone conference with Linda Pendelton regarding disbursement receipt confirmation; telephone conference with Donald Steele regarding disbursement delivery

| 3/9/2009 | MOA | 95.00 | 1.20 | 114.00 | Billable |
| 74695 | Receive & Review | | | | |

Receive & review a few returned certified mail receipts; locate and/or verify wrong or new address; Update master claim list

| 3/9/2009 | SMD | 250.00 | 1.00 | 250.00 | Billable |
| 74421 | Communicat/OUT | | | | |

Telephone conference with Paul Engalran regarding Hooper tax claims; Telephone conference with Detective Rossi regarding Brown claim; Update distribution status; Conference with Dirk Pentico regarding same; Receive and review referring Motion to Magistrate; E-mail to Paul Herron regarding check; Receive and review Equivise e-mail; Telephone conference (message) Melanie E. Damian regarding same;

| 3/10/2009 | DP | 150.00 | 0.10 | 15.00 | Billable |
| 74931 | Communicat/OUT | | | | |

Telephone conference with Donald Steele regarding disbursement check

| 3/10/2009 | SMD | 250.00 | 0.80 | 200.00 | Billable |
| 75007 | Communicat/OUT | | | | |

Telephone conference with Melanie E. Damian regarding status of investor issues; E-mails with Paul Adler regarding criminal charges; Conference

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |

with Dirk Pentico regarding status of distribution checks; e-mail to Investor
Simon regarding same;

| 3/12/2009 | SMD | 250.00 | 1.10 | 275.00 | Billable |
| 75026 | Communicat/OUT | | | | |

Telephone conference with Melanie Damian regarding Hooper inquiry;
E-mails with Kenneth D. Murena regarding same; E-mails with investor
Symons regarding wire transfer; Review status of distribution; E-mail with
Melanie E. Damian and Robert Levenson regarding same; Telephone
conference with Gibraltar Bank regarding wire transfers

| 3/12/2009 | LMP | 150.00 | 0.20 | 30.00 | Billable |
| 74838 | Review | | | | |

Review email exchange between Scott M. Dimond and Investor Valerie
Symons regarding disbursements; review status of disbursements

| 3/12/2009 | DP | 150.00 | 0.10 | 15.00 | Billable |
| 74951 | Meeting | | | | |

Meet with Vicky Ceballos regarding outstanding/undeliverable
disbursement checks

| 3/14/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 75040 | E-mail with | | | | |

E-mails with John Porter regarding CHHI distribution

| 3/16/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 75058 | Communicat/OUT | | | | |

Telephone conference with Melanie E. Damian regarding collections
claims; E-mails with John Porter regarding same;

| 3/17/2009 | MOA | 95.00 | 0.80 | 76.00 | Billable |
| 75564 | Review | | | | |

Review file for investor Razzouq POC; locate same; Review system for any
mention of Razzouq; e-mail to Lorenz M. Prüss regarding same

| 3/17/2009 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 103871 | Communicat/OUT | | | | |

Telephone conference with Terry Brown (message) regarding Claim;
Conference with Lorenz M. Prüss regarding claims

| 3/18/2009 | LMP | 150.00 | 1.00 | 150.00 | Billable |
| 75148 | Review | | | | |

Review case file regarding status of POC and filings

| 3/18/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 75081 | Communicat/OUT | | | | |

Telephone conference with Terry Brown regarding distribution

| 3/19/2009 | MOA | 95.00 | 0.70 | 66.50 | Billable |
| 75668 | Receive & Review | | | | |

Receive & review return receipt and undeliverable mail-Update claims list

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/23/2009 75113 | SMD Communicat/OUT Telephone conference with Scott Hudson regarding status of check; Conference with Lorenz M. Prüss regarding Erb Check | 250.00 | 0.20 | 50.00 | Billable |
| 3/24/2009 75139 | SMD Preparation Prepare and send Erb and Hudson letters | 250.00 | 0.10 | 25.00 | Billable |
| 3/24/2009 75373 | LMP Communicat/OUT Telephone conference with Investor Sara Erb regarding disbursement; review investor file regarding Sara Erb | 150.00 | 0.30 | 45.00 | Billable |
| 4/10/2009 77278 | SMD E-mail with E-mails with Kenneth D. Murena and Lorenz M. Prüss regarding Wenuah Investments | 250.00 | 0.10 | 25.00 | Billable |
| 4/10/2009 76553 | LMP Exchange Exchange emails with Kenneth D. Murena regarding Whenua Investments; review claim files | 150.00 | 0.30 | 45.00 | Billable |
| 4/20/2009 77186 | LMP Communicat/OUT Telephone conference with Steve Rapanos regarding disbursement | 150.00 | 0.20 | 30.00 | Billable |
| 4/27/2009 77444 | SMD Communicat/OUT Telephone conference with (message) to Melanie E. Damian regarding Whenua claims | 250.00 | 0.10 | 25.00 | Billable |
| 5/4/2009 78364 | SMD Receive & Review Receive & review e-mail regarding Terry Brown indictment | 250.00 | 0.10 | 25.00 | Billable |
| 5/5/2009 78377 | SMD E-mail with E-mail Melanie E. Damian and Detective Ross regarding Brown claim | 250.00 | 0.10 | 25.00 | Billable |
| 5/6/2009 78389 | SMD Communicat/OUT Telephone conference with Melanie E. Damian regarding Claims | 250.00 | 0.10 | 25.00 | Billable |
| 5/8/2009 78407 | SMD Receive & Review Receive & review e-mail from Melanie E. Damian regarding invoice | 250.00 | 0.10 | 25.00 | Billable |
| 5/14/2009 78720 | SMD E-mail with E-mails with Melanie E. Damian regarding wrapping up | 250.00 | 0.10 | 25.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/22/2009 79193 | SMD Communicat/OUT Telephone conference with Melanie E. Damian regarding closing receivership | 250.00 | 0.10 | 25.00 | Billable |
| 5/29/2009 79239 | SMD Receive & Review Receive & review order setting evidentiary hearing | 250.00 | 0.10 | 25.00 | Billable |
| 5/29/2009 79171 | LMP Review Review Order regarding Order to Show Cause | 150.00 | 0.10 | 15.00 | Billable |
| 6/1/2009 79926 | SMD Communicat/OUT Telephone conference with Melanie E. Damian regarding closing receivership | 250.00 | 0.10 | 25.00 | Billable |
| 6/4/2009 79978 | SMD E-mail with E-mail with Kenneth D. Murena regarding collections status | 250.00 | 0.10 | 25.00 | Billable |
| 6/10/2009 80217 | SMD Receive & Review Receive & review invoices | 250.00 | 0.10 | 25.00 | Billable |
| 6/16/2009 80452 | SMD Communicat/OUT Telephone conference with Investor Bobeck regarding distribution | 250.00 | 0.10 | 25.00 | Billable |
| 6/18/2009 80485 | SMD Communicat/OUT Telephone conference with Kayleen Casper regarding claims status | 250.00 | 0.10 | 25.00 | Billable |
| 6/23/2009 80922 | SMD Communicat/OUT Telephone conference with Melanie E. Damian regarding wrap up of Receivership | 250.00 | 0.10 | 25.00 | Billable |
| 6/23/2009 81249 | MOA Receive & Review Receive & review mailing address for K. Casper; Update all claims charts | 95.00 | 0.20 | 19.00 | Billable |
| 7/13/2009 82592 | SMD Receive & Review Receive & review web design invoice; Telephone conference with Melanie E. Damian regarding hearing on fields contempt motion | 250.00 | 0.30 | 75.00 | Billable |
| 7/14/2009 82600 | SMD Prepare Prepare for and attend hearing on Motion to Contempt; Receive and review order regarding same; Conference with Melanie E. Damian and Kenneth D. Murena regarding same; Receive and review order | 250.00 | 1.70 | 425.00 | Billable |

Kunen-New:Kunen (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 7/17/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 82639 | E-mail with | | | | |
| | E-mail with Melanie E. Damian's office regarding invoice | | | | |
| 7/28/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 83277 | Communicat/OUT | | | | |
| | Telephone conference with detective Rossi (message) regarding Brown claim | | | | |
| 8/7/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 83910 | Receive & Review | | | | |
| | Receive & review e-mails from Melanie E. Damian's office regarding invoice | | | | |
| 8/10/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 83939 | Communicat/OUT | | | | |
| | Telephone conference with Michael Sanfilippo regarding Klarer assets; Telephone conference with (message) Melanie E. Damian regarding same; | | | | |
| 8/11/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 83944 | Communicat/OUT | | | | |
| | Telephone conference with Melanie E. Damian regarding Fields motion | | | | |
| 8/13/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 84056 | Communicat/OUT | | | | |
| | Telephone conference with Stephen Black regarding Provence claims | | | | |
| 8/15/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 84073 | Communicat/OUT | | | | |
| | Telephone conference with Melanie E. Damian regarding Field's motion | | | | |
| 8/18/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 84105 | E-mail with | | | | |
| | E-mails with Melanie E. Damian and Kenneth D. Murena regarding Field Motion | | | | |
| 8/21/2009 | SMD | 250.00 | 0.60 | 150.00 | Billable |
| 84367 | Receive & Review | | | | |
| | Receive & review Motion to Contempt; E-mails with Kenneth D. Murena regarding same; | | | | |
| 8/24/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 85075 | Communicat/OUT | | | | |
| | Receive and review letter from investor Bellis; Receive and review Notice of Filing Contempt Motion | | | | |
| 8/28/2009 | LMP | 150.00 | 0.10 | 15.00 | Billable |
| 85251 | Exchange | | | | |
| | Exchange emails with Claimant Don Rose regarding future disbursement | | | | |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/31/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 85452 | Receive & Review | | | | |
| | Receive & review order referring contempt motion | | | | |
| 9/2/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 85733 | E-mail with | | | | |
| | E-mails with Utah Attorney General regarding Terry Brown | | | | |
| 9/9/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 85800 | Communicat/OUT | | | | |
| | Telephone conference with Utah Attorney General regarding Terry Brown payment | | | | |
| 9/10/2009 | SMD | 250.00 | 0.50 | 125.00 | Billable |
| 85812 | Communicat/OUT | | | | |
| | Telephone conference with Melanie E. Damian regarding IRS issues; Telephone conference with Michael Hill regarding same; E-mails with Gibraltar regarding same; E-mails with Robert Levinson regarding remaining claims | | | | |
| 9/11/2009 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 85822 | E-mail with | | | | |
| | E-mails with Melanie E. Damian and Robert Levinson regarding IRS claims; Telephone conference with Melanie E. Damian regarding same; | | | | |
| 9/12/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 85840 | Conference | | | | |
| | Conference with Lorenz M. Prüss regarding investor claim; E-mails with Melanie E. Damian regarding same; Receive and review same | | | | |
| 9/15/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 85881 | Receive & Review | | | | |
| | Receive & review e-mails from MacCarter and Grams regarding claim; E-mail to Melanie E. Damian regarding same; | | | | |
| 9/18/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 86209 | Conference | | | | |
| | Conference with Melanie E. Damian regarding late claims; E-mails with Melanie E. Damian regarding Brown claims | | | | |
| 9/19/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 86218 | E-mail with | | | | |
| | E-mails with Utah State Attorney General office regarding Brown check | | | | |
| 9/21/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 86232 | E-mail with | | | | |
| | E-mails with Scherce Wilcox regarding Brown claims | | | | |
| 9/22/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 86244 | E-mail with | | | | |
| | E-mails with Utah Attorney General's office regarding Brown; Telephone conference (message) with counsel regarding same; | | | | |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/22/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 86253 | Communicat/OUT | | | | |
| | Telephone conference with Taylor Hartley (messages) | | | | |
| 9/25/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 86738 | E-mail with | | | | |
| | E-mails with Kenneth D. Murena regarding bankruptcy | | | | |
| 9/28/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 87083 | Receive & Review | | | | |
| | Receive & review order to show cause; E-mails with Utah Attorney General's office regarding Terry Brown | | | | |
| 9/29/2009 | SMD | 250.00 | 0.30 | 75.00 | Billable |
| 87096 | E-mail with | | | | |
| | E-mails with State of Utah regarding Terry Brown; Telephone conference with Michael Hill regarding same; | | | | |
| 9/30/2009 | SMD | 250.00 | 0.40 | 100.00 | Billable |
| 87114 | Conference | | | | |
| | Conference with Dirk Pentico regarding payment to Utah Attorney General; Revise letter regarding same; | | | | |
| 9/30/2009 | DP | 150.00 | 0.50 | 75.00 | Billable |
| 87460 | Prepare | | | | |
| | Prepare letter to Utah Attorney General regarding Terry Brown funds, check; review Scott M. Dimond email correspondence regarding parties' contact information; Telephone conference with Taylor Hartley regarding contact information, preferred method of letter delivery | | | | |
| 10/1/2009 | DP | 150.00 | 0.40 | 60.00 | Billable |
| 87463 | Meeting | | | | |
| | Meet with Vicky Ceballos regarding FedEx shipping label; prepare emails to Melanie E. Damian, Taylor Hartley regarding Scott M. Dimond's letter to Utah Attorney General, distribution check | | | | |
| 10/7/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 87659 | Receive & Review | | | | |
| | Receive & review Notice of Filing | | | | |
| 10/8/2009 | SMD | 250.00 | 0.20 | 50.00 | Billable |
| 87671 | Communicat/OUT | | | | |
| | Telephone conference with Melanie E. Damian and Kenneth D. Murena regarding settlement of Bankruptcy claims; Receive and review Certificate of Service | | | | |
| 10/9/2009 | SMD | 250.00 | 0.10 | 25.00 | Billable |
| 87700 | E-mail with | | | | |
| | E-mails regarding fee request | | | | |
| 10/22/2009 | SMD | 250.00 | 0.70 | 175.00 | Billable |
| 88341 | E-mail with | | | | |
| | E-mails with Kenneth D. Murena regarding settlement call; Telephone | | | | |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|

conference (message) with Jim Boeck regarding investment; Telephone conference with Kenneth D. Murena regarding Laura Sullivan and opposing counsel; E-mails with Melanie E. Damian regarding same;

| 10/23/2009 88346 | SMD E-mail with | 250.00 | 0.10 | 25.00 | Billable |

E-mails with investors; Conference with Lorenz M. Prüss regarding same;

| 10/23/2009 88532 | LMP Conference | 150.00 | 0.20 | 30.00 | Billable |

Discuss with Mari Alonso regarding retrieval of records of Valerie Symons; exchange emails with Kenneth D. Murena regarding retrieval of records of Valerie Symons

| 11/4/2009 89194 | SMD Receive & Review | 250.00 | 0.10 | 25.00 | Billable |

Receive & review e-mails from Kenneth D. Murena regarding status

| 11/19/2009 89937 | SMD E-mail with | 250.00 | 0.10 | 25.00 | Billable |

E-mails with Kenneth D. Murena regarding bankruptcy

| 11/30/2009 90646 | SMD Communicat/OUT | 250.00 | 0.50 | 125.00 | Billable |

Telephone conference with Investors; Telephone conference with Melanie E. Damian regarding same; Conference with Lorenz M. Prüss regarding same;

| 12/3/2009 91731 | SMD Conference | 250.00 | 0.50 | 125.00 | Billable |

Conference with Melanie E. Damian regarding final claims issues; Receive and review Notice of Failure to Show Cause

| 12/4/2009 91746 | SMD Communicat/OUT | 250.00 | 0.40 | 100.00 | Billable |

Telephone conference with Leonard Becker regarding status of bankruptcy; Telephone conference with Melanie E. Damian regarding same;

| 12/7/2009 91775 | SMD E-mail with | 250.00 | 0.60 | 150.00 | Billable |

E-mails with Melanie E. Damian and Robert Levinson regarding status; Telephone conference with Gibraltar Bank regarding same;

| 12/8/2009 91793 | SMD Communicat/OUT | 250.00 | 0.20 | 50.00 | Billable |

Telephone conference and e-mails with Melanie E. Damian and Robert Levinson regarding status

| 12/9/2009 91796 | SMD Communicat/OUT | 250.00 | 0.40 | 100.00 | Billable |

Telephone conference with Melanie E. Damian and Robert Levinson regarding closing receivership

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 12/12/2009 91834 | SMD Communicat/OUT Telephone conference with Cheryll Price regarding claims form; Conference with Lorenz M. Prüss regarding same; | 250.00 | 0.20 | 50.00 | Billable |
| 12/14/2009 91885 | SMD Communicat/OUT Telephone conference with Leonard Becker regarding Kunen bankruptcy claim | 250.00 | 0.10 | 25.00 | Billable |
| 12/23/2009 92025 | SMD Receive & Review Receive & review Order Granting Motion for Contempt; E-mails with Robert Levinson regarding same; | 250.00 | 0.10 | 25.00 | Billable |
| 1/4/2010 93658 | SMD E-mail with E-mail with Kenneth D. Murena regarding Fields | 250.00 | 0.20 | 50.00 | Billable |
| 1/5/2010 93674 | SMD Conference Telephone conference with Melanie E. Damian regarding case status; E-mails with Robert Levinson regarding Fields order | 250.00 | 0.30 | 75.00 | Billable |
| 1/6/2010 93683 | SMD Communicat/OUT Telephone conference with Cheryl Price regarding claim | 250.00 | 0.20 | 50.00 | Billable |
| 1/8/2010 94173 | LMP Exchange Exchange emails with Kenneth Murena regarding Cheryl Price | 150.00 | 0.10 | 15.00 | Billable |
| 1/8/2010 93887 | SMD Receive & Review Receive & review e-mail regarding price claims | 250.00 | 0.10 | 25.00 | Billable |
| 1/11/2010 93898 | SMD Communicat/OUT Telephone conference with Kenneth D. Murena regarding Price claim; Receive and review e-mail regarding same | 250.00 | 0.20 | 50.00 | Billable |
| 1/14/2010 94216 | LMP Communicat/CLI Telephone conference with Kenneth D. Murena regarding claimant Cheryl Price; exchange emails with Kenneth D. Murena regarding same | 150.00 | 0.20 | 30.00 | Billable |
| 1/14/2010 93930 | SMD E-mail with E-mails regarding Price claim | 250.00 | 0.10 | 25.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/15/2010 93948 | SMD<br>E-mail with<br>E-mails with Kenneth D. Murena regarding Cheryl Price | 250.00 | 0.10 | 25.00 | Billable |
| 1/19/2010 93967 | SMD<br>Receive & Review<br>Receive & review e-mail from bankruptcy counsel regarding dismissal | 250.00 | 0.10 | 25.00 | Billable |
| 1/21/2010 94006 | SMD<br>E-mail with<br>E-mails with Bankruptcy counsel regarding settlement | 250.00 | 0.10 | 25.00 | Billable |
| 1/28/2010 94058 | SMD<br>Receive & Review<br>Receive & review court order regarding custody of Fields; E-mails regarding same | 250.00 | 0.10 | 25.00 | Billable |
| 1/29/2010 94073 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian regarding Fields, IRS, Price | 250.00 | 0.10 | 25.00 | Billable |
| 2/2/2010 95935 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian and Magistrate Judge regarding Field's arrest | 250.00 | 0.50 | 125.00 | Billable |
| 2/3/2010 95945 | SMD<br>Receive & Review<br>Receive & review order terminating arrest order | 250.00 | 0.10 | 25.00 | Billable |
| 2/9/2010 95990 | SMD<br>Communicat/OUT<br>Telephone conference with Kenneth D. Murena regarding closing case | 250.00 | 0.10 | 25.00 | Billable |
| 2/11/2010 96007 | SMD<br>Receive & Review<br>Receive & review Notice of Compliance | 250.00 | 0.10 | 25.00 | Billable |
| 2/23/2010 96178 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Robert Levenson regarding IRS claims and case status | 250.00 | 0.20 | 50.00 | Billable |
| 2/24/2010 96185 | SMD<br>Communicat/OUT<br>Telephone conference with Robert Levinson and Melanie E. Damian regarding resolution with Internal Revenue Service; E-mails with Kenneth D. Murena regarding judgments | 250.00 | 0.30 | 75.00 | Billable |
| 3/3/2010 97522 | SMD<br>Communicat/OUT<br>Telephone conference with Melanie E. Damian regarding IRS claim; Telephone conference and e-mails with Melanie E. Damian and Robert | 250.00 | 0.40 | 100.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| | Levenson regarding same; | | | | |
| 3/7/2010<br>97870 | SMD<br>Receive & Review<br>Receive & review e-mail from Robert Levenson regarding IRS letter | 250.00 | 0.10 | 25.00 | Billable |
| 3/8/2010<br>97873 | SMD<br>E-mail with<br>E-mails with Robert Levenson and Melanie E. Damian regarding letter to<br>IRS; Receive and review same | 250.00 | 0.50 | 125.00 | Billable |
| 3/10/2010<br>97926 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian regarding IRS letter | 250.00 | 0.10 | 25.00 | Billable |
| 3/11/2010<br>97930 | SMD<br>Prepare<br>Prepare letter to IRS; E-mails with Robert Levenson and Melanie E.<br>Damian regarding same; Receive and review e-mail regarding invoice | 250.00 | 0.98 | 245.00 | Billable |
| 3/12/2010<br>97960 | SMD<br>E-mail with<br>E-mails regarding conference call with IRS | 250.00 | 0.20 | 50.00 | Billable |
| 3/15/2010<br>98009 | SMD<br>E-mail with<br>E-mails with Robert Levenson regarding IRS call | 250.00 | 0.10 | 25.00 | Billable |
| 3/18/2010<br>98052 | SMD<br>E-mail with<br>E-mails with Melanie E. Damian and Robert Levenson regarding call with<br>Internal Revenue Service | 250.00 | 0.20 | 50.00 | Billable |
| 3/19/2010<br>98059 | SMD<br>E-mail with<br>E-mails with Robert Levenson, Melanie E. Damian and Michael May | 250.00 | 0.50 | 125.00 | Billable |
| 3/23/2010<br>98101 | SMD<br>E-mail with<br>E-mails with Robert Levenson and Melanie E. Damian regarding May<br>letter; Revise same | 250.00 | 0.50 | 125.00 | Billable |
| 3/26/2010<br>98210 | SMD<br>Receive & Review<br>Receive & review letter from the Internal Revenue Service | 250.00 | 0.10 | 25.00 | Billable |
| 3/31/2010<br>98256 | SMD<br>Communicat/OUT<br>Telephone conference with Michael May regarding settlement; E-mails with<br>Melanie E. Damian and Robert Levenson regarding same; | 250.00 | 0.40 | 100.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 4/2/2010 98468 | SMD Receive & Review Receive & review Internal Revenue Service settlement letter | 250.00 | 0.10 | 25.00 | Billable |
| 4/12/2010 98509 | SMD Communicat/OUT Telephone conference with Melanie E. Damian regarding Internal Revenue Service regarding default | 250.00 | 0.20 | 50.00 | Billable |
| 4/13/2010 98648 | SMD Communicat/OUT Telephone conference with Michael May regarding Internal Revenue Service settlement; Telephone conference with Hans Marshman regarding DT Capital; Telephone conference with Melanie E. Damian regarding same; Prepare letter to Internal Revenue Service regarding settlement; E-mails with Melanie E. Damian and Robert Levenson regarding same; | 250.00 | 1.10 | 275.00 | Billable |
| 4/16/2010 99413 | SMD Receive & Review Receive & review letter from Internal Revenue Service regarding settlement | 250.00 | 0.10 | 25.00 | Billable |
| 4/20/2010 99443 | SMD Receive & Review Receive & review e-mail from Melanie E. Damian regarding final motion | 250.00 | 0.10 | 25.00 | Billable |
| 4/28/2010 99383 | LMP Exchange Exchange emails with Kenneth D. Murena regarding Claimant | 150.00 | 0.10 | 15.00 | Billable |
| 4/28/2010 99544 | SMD E-mail with E-mails with Investor Price | 250.00 | 0.10 | 25.00 | Billable |
| 5/21/2010 101033 | SMD E-mail with E-mail with Lorenz M. Prüss regarding Price claim | 250.00 | 0.10 | 25.00 | Billable |
| 5/22/2010 101049 | SMD E-mail with E-mail with Lorenz M. Prüss regarding Price claim | 250.00 | 0.10 | 25.00 | Billable |
| 6/10/2010 102985 | SMD Receive & Review Receive & review insurance | 250.00 | 0.10 | 25.00 | Billable |
| 6/11/2010 103000 | SMD E-mail with E-mails with Kenneth D. Murena regarding cost invoices | 250.00 | 0.10 | 25.00 | Billable |
| 6/12/2010 103013 | SMD Prepare Prepare Motion to Close Receivership | 250.00 | 0.20 | 50.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/18/2010 103074 | SMD Communicat/OUT Telephone conference with Cheryl Price regarding Status of Claim | 250.00 | 0.20 | 50.00 | Billable |
| 6/19/2010 103090 | SMD Prepare Prepare final motion; E-mails with counsel regarding same; | 250.00 | 0.80 | 200.00 | Billable |
| 6/21/2010 103100 | SMD Conference Conference with Melanie E. Damian regarding final motion | 250.00 | 0.30 | 75.00 | Billable |
| 6/26/2010 103635 | SMD Revise Revise final Motion | 250.00 | 1.00 | 250.00 | Billable |
| 6/28/2010 103646 | SMD Prepare Prepare final motion; E-mail with Melanie E. Damian, Kenneth D. Murena and Lorenz M. Prüss regarding same; Conference with Lorenz M. Prüss regarding same; | 250.00 | 1.10 | 275.00 | Billable |
| 6/29/2010 103660 | SMD TCE Telephone conference and e-mails with Melanie E. Damian and Kenneth D. Murena regarding final motion | 250.00 | 0.20 | 50.00 | Billable |
| 6/30/2010 103781 | SMD Communicat/OUT Telephone conference with Kenneth D. Murena regarding final motion; revise same | 250.00 | 0.20 | 50.00 | Billable |

| TOTAL | Billable Fees | | 139.18 | | $27,311.50 |
|---|---|---|---|---|---|

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/11/2008 70075 | Paralegal Other expenses Bissell Web Design | 185.25 | 1.000 | 185.25 | Billable |
| 12/21/2008 72831 | Paralegal Other expenses Bissell Web Design - Inv. DTD660365 | 25.00 | 1.000 | 25.00 | Billable |
| 12/21/2008 72834 | Paralegal Other expenses Bissell Web Design - Inv. DTD660387 | 25.00 | 1.000 | 25.00 | Billable |

Kunen-New:Kunen (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/21/2008 72833 | Paralegal Other expenses Bissell Web Design - Inv. DTD660386 | 25.00 | 1.000 | 25.00 | Billable |
| 12/21/2008 72832 | Paralegal Other expenses Bissell Web Design - Inv. DTD660379 | 25.00 | 1.000 | 25.00 | Billable |
| 12/31/2008 70814 | Paralegal Scanning/Bates-Stamping Scanning charge for December 2008. | 0.10 | 51.000 | 5.10 | Billable |
| 12/31/2008 70930 | Paralegal Facsimile Facsimile charge for December 2008. | 0.25 | 16.000 | 4.00 | Billable |
| 12/31/2008 70974 | Paralegal Postage Postage charge for December 2008. | 2.52 | 1.000 | 2.52 | Billable |
| 12/31/2008 70757 | Paralegal Copying Copy charge for December 2008. | 0.25 | 19.000 | 4.75 | Billable |
| 1/23/2009 72867 | Paralegal Delivery serv Esquire Express, Inc. - Inv. 94393 | 13.48 | 1.000 | 13.48 | Billable |
| 1/30/2009 72533 | Paralegal Scanning/Bates-Stamping Scanning charge for January 2009. | 0.10 | 187.000 | 18.70 | Billable |
| 1/30/2009 72494 | Paralegal Copying Copy charge for January 2009. | 0.25 | 121.000 | 30.25 | Billable |
| 1/30/2009 72440 | Paralegal Postage Postage expense for January 2009. | 0.84 | 1.000 | 0.84 | Billable |
| 1/30/2009 72402 | Paralegal Facsimile Facsimile expense for January 2009. | 0.25 | 15.000 | 3.75 | Billable |
| 2/19/2009 74584 | Paralegal Delivery serv Esquire Express Inc. - Inv.95109 | 10.91 | 1.000 | 10.91 | Billable |
| 2/19/2009 73483 | Paralegal Experts Leonard S. Becker | 650.00 | 1.000 | 650.00 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/24/2009<br>73367 | Paralegal<br>Filing Fee<br>Filing Fee - Miami Dade Clerk of Courts - Additional Defendant's Fee | 2.50 | 1.000 | 2.50 | Billable |
| 2/26/2009<br>74542 | Paralegal<br>Delivery serv<br>Fedex - Inv. 9-108-93069 | 21.55 | 1.000 | 21.55 | Billable |
| 2/28/2009<br>73977 | Paralegal<br>Facsimile<br>Facsimile charge for February 2009. | 0.25 | 15.000 | 3.75 | Billable |
| 2/28/2009<br>73762 | Paralegal<br>Scanning/Bates-Stamping<br>Scanning charge for February 2009. | 0.10 | 11.000 | 1.10 | Billable |
| 2/28/2009<br>73837 | Paralegal<br>Copying<br>Copy charge for February 2009. | 0.25 | 147.000 | 36.75 | Billable |
| 2/28/2009<br>73943 | Paralegal<br>Postage<br>Postage charge for February 2009. | 349.84 | 1.000 | 349.84 | Billable |
| 3/31/2009<br>75435 | Paralegal<br>Copying<br>Copy charge for March 2009. | 0.25 | 69.000 | 17.25 | Billable |
| 3/31/2009<br>75383 | Paralegal<br>Postage<br>Postage for March 2009. | 10.64 | 1.000 | 10.64 | Billable |
| 6/30/2009<br>81344 | Paralegal<br>Facsimile<br>Facsimile charge for June 2009. | 0.25 | 6.000 | 1.50 | Billable |
| 7/12/2009<br>82113 | Paralegal<br>Other expenses<br>Bissell Web Design | 78.00 | 1.000 | 78.00 | Billable |
| 7/31/2009<br>83225 | Paralegal<br>Online research<br>Westlaw charge for July 2009. | 0.39 | 1.000 | 0.39 | Billable |
| 8/31/2009<br>84850 | Paralegal<br>Facsimile<br>Facsimile expense for August 2009. | 0.25 | 19.000 | 4.75 | Billable |
| 9/30/2009<br>86801 | Paralegal<br>Scanning/Bates-Stamping<br>Scanning expense for September 2009. | 0.10 | 2.000 | 0.20 | Billable |

Kunen-New:Kunen (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 9/30/2009<br>86865 | Paralegal<br>Copying<br>Copy expense for September 2009. | 0.25 | 7.000 | 1.75 | Billable |
| 11/30/2009<br>90329 | Paralegal<br>Copying<br>Copy charge for November 2009. | 0.25 | 53.000 | 13.25 | Billable |
| 12/3/2009<br>90917 | Paralegal<br>Other expenses<br>Parking | 4.50 | 1.000 | 4.50 | Billable |
| 3/31/2010<br>97547 | Paralegal<br>Scanning/Bates-Stamping<br>Scanning charge for March 2010. | 0.10 | 4.000 | 0.40 | Billable |
| 3/31/2010<br>97607 | Paralegal<br>Copying<br>Copy charge for March 2010. | 0.25 | 60.000 | 15.00 | Billable |
| 3/31/2010<br>97717 | Paralegal<br>Facsimile<br>Facsimile charge for March 2010. | 0.25 | 102.000 | 25.50 | Billable |
| 3/31/2010<br>97703 | Paralegal<br>Postage<br>Postage charge for March 2010. | 1.66 | 1.000 | 1.66 | Billable |
| 4/30/2010<br>99806 | Paralegal<br>Facsimile<br>Facsimile charge for May 2010. | 0.25 | 3.000 | 0.75 | Billable |

| TOTAL | Billable Costs | | | | $1,620.58 |
|---|---|---|---|---|---|

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $27,311.50 | |
| Total of Fees (Time Charges) | | $27,311.50 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $1,620.58 | |

Kunen-New:Kunen (continued)

|  | Amount | Total |
|---|---|---|
| Total of Costs (Expense Charges) |  | $1,620.58 |
| Total new charges |  | $28,932.08 |

Previous Balance
| 120 Days | $49,000.98 |  |
| Total Previous Balance |  | $49,000.98 |

Accounts Receivables

| Date|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 2/5/2009 5624 | PAY | Payment from Gibraltar Private Bank - Thank You. Check No. 20667 | ($9,576.20) |  |
| 2/12/2009 5626 | PAY | Payment from Gibraltar Private Bank - Thank You. Check No. 20688 | ($39,424.75) |  |
| 2/12/2009 5629 | WOFF | Write off bad debt | ($0.03) |  |
| Total Accounts Receivable |  |  |  | ($49,000.98) |

New Balance
| Current | $28,932.08 |  |

| Total New Balance |  | $28,932.08 |