**Damian & Valori LLP**
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2

Miami, FL 33133
**Attention:**   Scott Dimond, Esq.

| | |
|---|---|
| Invoice Date: | May 31, 2010 |
| End of Billing Date: | May 31/10 |
| Client #: | 273 |
| Inv #: | 6302 |

**RE:**   Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-20-10 | Telephone calls to and from Cheryl Price regarding timing of distribution from Receiver. | 0.20 | 50.00 | KDM |
| | HOUR TOTALS: | 0.20 | | $50.00 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Kenneth Murena | KDM | 0.20 | $250.00 | $50.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$50.00** |
| Previous Balance | 34,045.57 |
| **Balance Now Due** | **$34,095.57** |

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

**COMPOSITE
EXHIBIT
"B"**

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | April 30, 2010 |
| End of Billing Date: | Apr 30/10 |

**Attention:**  Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 6270 |

**RE:**  Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-14-10 | Telephone call with Henry Marchman regarding Terry Provence. | 0.30 | 75.00 | MME |
| | Telephone calls to Irving and Tammy Klarer, Bruce Dyson and Howard Field regarding transfer of Judgments to IRS and ability to make any payments pursuant to Judgments; meet with M. Damian regarding communications with judgment debtors | 0.40 | 130.00 | KDM |
| Apr-27-10 | Telephone call from investor regarding expected distribution and status of receivership; email to Receiver regarding status of distribution to investor. | 0.30 | 75.00 | KDM |
| Apr-28-10 | Emails to and from Receiver's office regarding distribution to investor Cheryl Price; telephone call to investor Cheryl Price regarding distribution and status of receivership. | 0.30 | 75.00 | KDM |
| | HOUR TOTALS: | 1.30 | | $355.00 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 0.30 | $250.00 | $75.00 |
| Kenneth Murena | KDM | 1.00 | $250.00 | $280.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fee & Disbursements** | | | | **$355.00** |

Previous Balance                                                    33,690.57

**Balance Now Due**                                              **$34,045.57**
**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Securities and Exchange Commission

Scott Dimond, Receiver

2665 South Bayshore Drive, Penthouse 2

Miami, FL 33133

| | |
|---|---|
| Invoice Date: | March 31, 2010 |
| End of Billing Date: | Mar 31/10 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 6099 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-10 | (No Charge) Telephone call with Robert Levenson regarding tax issue. | 0.20 | 0.00 | MME |
| Mar-08-10 | Review letter from Commission to IRS; discussing response with Receiver. | 0.30 | 75.00 | MME |
| Mar-19-10 | Telephone call with SEC and IRS regarding resolution of claim; telephone call with Receiver regarding same. | 0.40 | 100.00 | MME |
| | HOUR TOTALS: | 0.90 | $175.00 | |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 0.90 | $250.00 | $175.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$175.00** |
| Previous Balance | 33,515.57 |
| **Balance Now Due** | **$33,690.57** |

**Terms: Balance Due Upon Receipt**

TAX ID Number   20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver                      Invoice Date:      February 28, 2010
2665 South Bayshore Drive, Penthouse 2      End of Billing Date:        Feb 28/10
Miami, FL 33133

**Attention:**  Scott Dimond, Esq.                  Client #:              273
                                                    Inv #:                6007

**RE:**  Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
         Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-02-10 | Telephone calls with Judicial Assistance to Magistrate McAliley and Magistrate Judge Pizzo regarding Howard Field; review file and order; telephone calls with the Receiver and the SEC regarding status and strategy regarding Howard Field. | 0.80 | 200.00 | MME |
| Feb-08-10 | Emails to and from M. Damian regarding preparing for deposition of H. Field in aid of execution; review Document request in Notice of Taking Deposition Duces Tecum, and list of various financial documents and categories of assets and liabilities, and prepare outline for deposition. | 0.60 | 150.00 | KDM |
| Feb-09-10 | Update regarding Howard Field; telephone call with Judge McAilely's chambers regarding status. | 0.30 | 75.00 | MME |
|  | Prepare for and take deposition of H. Field in aid of execution; meet with H. Field regarding payment of amount due to Receiver for costs pursuant to court order and liquidating assets to satisfy a portion of judgment amount. | 3.00 | 750.00 | KDM |
| Feb-11-10 | Telephone calls to and from Magistrate Judge's chambers regarding appearance of H. Field at deposition and payment of amount ordered to pay and cancellation of hearing on contempt motion; prepare, file and serve Notice to Court regarding H. Field's compliance with Court Order; telephone calls to and from H. Field | 0.80 | 200.00 | KDM |

regarding clearing of personal check and
cancellation of contempt hearing; meet with
M. Damian regarding deposition of H. Field,
his payment of amount due and cancellation of
hearing; prepare and send email to counsel for
SEC regarding deposition of H. Field and his
payment of funds.

| | | | | |
|---|---|---|---|---|
| Feb-24-10 | Telephone conference with counsel and SEC regarding status and strategy. | 0.30 | 75.00 | MME |

| | | |
|---|---|---|
| HOUR TOTALS: | 5.80 | $1,450.00 |

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 1.40 | $250.00 | $350.00 |
| Kenneth Murena | KDM | 4.40 | $250.00 | $1,100.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Photocopies | 4.56 |
| Feb-19-10 | Court Reporter: Depo. H. Field | 167.50 |
| Feb-24-10 | Courier | 12.90 |
| | Totals | $184.96 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,634.96** |
| Previous Balance | 31,880.61 |
| **Balance Now Due** | **$33,515.57** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

**Damian & Valori LLP**
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | | |
|---|---|---|
| Invoice Date: | | January 31, 2010 |
| End of Billing Date: | | Jan 31/10 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5929 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-04-10 | Telephone call to H. Field regarding status of payment of judgment amount, Court's entry of contempt order, and appearance for deposition; prepare and send to M. Damian and Receiver status regarding H. Field; review Notice of Discharge of Michael Kunen entered by Bankruptcy court and send email to Bankruptcy Counsel regarding status of resolution of nondischargeability complaint. | 0.30 | 75.00 | KDM |
| Jan-08-10 | Review documents and Declaration provided by C. Price and Ameritrade statements to determine amount of her claim; telephone calls to and from C. Price regarding documents provided and amount of claim; emails to and from L. Pruss regarding confirming amount of C. Price's late-filed claim; telephone call to U.S. Marshall regarding background, transgressions and location of H. Field. | 0.80 | 200.00 | KDM |
| | HOUR TOTALS: | 1.10 | $275.00 | |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Kenneth Murena | KDM | 1.10 | $250.00 | $275.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies | | 23.28 |

Totals                                                    $23.28

**Total Fee & Disbursements**                             **$298.28**
Previous Balance                                           31,582.33

**Balance Now Due**                                       **$31,880.61**
                                          **Terms: Balance Due Upon Receipt**

TAX ID Number       20-1324240

### Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver  
2665 South Bayshore Drive, Penthouse 2  
Miami, FL 33133

**Attention:** Scott Dimond, Esq.

| | |
|---|---:|
| Invoice Date: | December 31, 2009 |
| End of Billing Date: | Dec 31/09 |
| Client #: | 273 |
| Inv #: | 5840 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen  
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-03-09 | Meeting with Scott Dimond regarding wind up of Receivership and outstanding items; review and revise notice of failure to show cause. | 1.00 | 250.00 | MME |
| | Draft Notice of Failure to Show Cause; revise Notice of Failure to Show Cause. | 0.50 | 100.00 | ACD |
| Dec-09-09 | Telephone call with Scott Dimond and Bob Levenson regarding outstanding issues, status and strategy. | 0.50 | 125.00 | MME |
| Dec-21-09 | Telephone calls to and from Cheryl Price regarding late filed claim and providing necessary documentation to process claim; review list of investors with allowed claim to confirm whether she was included. | 0.20 | 50.00 | KDM |
| Dec-22-09 | Review invoices from web designer for receivership website and coordinate future payment; telephone call to Cheryl Price regarding her submission of documents supporting her claim; review claim form and supporting documentation of Cheryl Price. | 0.50 | 125.00 | KDM |
| Dec-23-09 | Review Order granting Motion for contempt, discuss with M. Damian, serve on H. Field, and file and serve Certificate of Service; finish reviewing documents submitted by Cheryl price and begin reviewing bank statements to confirm amount and legitimacy of her claim; meet with M. Damian regarding status of receivership, remaining issues to resolve, and | 0.90 | 225.00 | KDM |

procedure for confirming late-filed claim and making distribution to such claimant.

| Date | Description | | | |
|------|-------------|---|---|---|
| Dec-24-09 | Telephone call and email to Chicago bankruptcy counsel regarding status of Michael Kunen bankruptcy case; meet with S. Steele regarding bank statements related to Cheryl Price to confirm amounts in and out. | 0.20 | 50.00 | KDM |
| Dec-28-09 | Emails to and from bankruptcy counsel regarding resolution of claims against Kunen brothers. | 0.20 | 50.00 | KDM |
| | **HOUR TOTALS:** | 4.00 | | **$975.00** |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 1.50 | $250.00 | $375.00 |
| Andrew DeWeese | ACD | 0.50 | $200.00 | $100.00 |
| Kenneth Murena | KDM | 2.00 | $250.00 | $500.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies | | 0.96 |
| Totals | | $0.96 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$975.96** |
| Previous Balance | 30,606.37 |
| **Balance Now Due** | **$31,582.33** |

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | November 30, 2009 |
| End of Billing Date: | Nov 30/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5743 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-02-09 | (No Charge) Meet with S. Steele regarding E*Trade statements Receiver's accountant requires for 2007 and scope of original subpoena for documents covering required documents and contact persons at E*Trade; email from L. Pruss regarding status of request from E*Trade. | 0.20 | 0.00 | KDM |
| | (No Charge) Phone call with Thomas Panebianco regarding Kunen statements. | 0.20 | 0.00 | SS |
| Nov-04-09 | Emails to and from M. Damian regarding status of Michael Kunen bankruptcy case and Motion for contempt against Howard Field; emails to and from Chicago bankruptcy counsel regarding Debtor's response to our Motion for Summary Judgment and Cross-Motion for Summary Judgment and various arguments to be made in our Reply Memorandum and our Response to Debtor's Cross-Motion. | 0.40 | 100.00 | KDM |
| Nov-05-09 | Draft email to T. Walsh regarding request for documents. | 0.30 | 22.50 | SS |
| Nov-06-09 | Phone calls with T. Walsh regarding obtaining outstanding account statements and end of year statement of Fred Kunen; forward subpoena and receivership order to T. Walsh's office; draft email confirming request. | 1.20 | 90.00 | SS |

| Nov-10-09 | Review Michael Kunen's Response to Motion for Summary Judgment, response to our Statement of undisputed Facts, and his Statement of Undisputed Facts; emails and telephone calls to and from bankruptcy counsel regarding preparation of reply and strategize regarding arguments to be made; meet with M. Damian and counsel for SEC regarding status of Michael Kunen's bankruptcy case, including motion for summary judgment and settlement with all Kunen brothers, Howard Field's failure to comply with Court order, and winding down the receivership. | 0.80 | 200.00 | KDM |
|---|---|---|---|---|
| Nov-11-09 | Review Michael Kunen's cross-motion for Summary Judgment and related filings, including Statement of Undisputed Facts; teleconference with Chicago bankruptcy counsel for Michael Kunen bankruptcy case regarding preparation of response to cross-motion for summary judgment or motion to strike given lateness of filing, preparation of Reply in support of Motion for Summary Judgment, relevant arguments and case and statutory law regarding fraudulent transfers under Florida law and the Bankruptcy Code, the applicable statute of limitations and the law regarding exceptions to discharge of certain debts based on fraud; telephone call to bankruptcy counsel for Michael Kunen regarding offer to settle all claims against; telephone call to Laura Sullivan to follow up of expected settlement offer for all Kunen brothers. | 0.70 | 175.00 | KDM |
| Nov-16-09 | (No Charge) Search all documents produced for kunen account statements; determine missing records; phone calls and emails to T. Panebianco regarding missing records. | 2.60 | 0.00 | SS |
| Nov-17-09 | Emails to and from and telephone call to Receiver's bankruptcy counsel in Michael Kunen matter regarding filing of Reply Brief in Support of Motion for Summary Judgment, hearing on Motion for Summary Judgment, and Motion to Strike Debtor's Cross-Motion for Summary Judgment; review Reply Brief. | 0.30 | 75.00 | KDM |

| Nov-18-09 | Telephone calls and emails to and from Chicago bankruptcy counsel regarding hearing on Receiver's Motion for Summary Judgment in Michael Kunen's bankruptcy case. | 0.20 | 50.00 | KDM |
|---|---|---|---|---|
| Nov-19-09 | Prepare and send email to Receiver and M. Damian regarding outcome of hearing on motion for summary judgment on non-dischargeability adversary proceeding against Michael Kunen and strategy going forward regarding adversary and fraudulent transfer claims against other Kunen brothers; telephone calls and emails to and from Bankruptcy counsel for Receiver regarding outcome of hearing, law upon which Court relied in denying motion for summary judgment, time given to depose Debtor and respond to cross-motion and course of action going forward; review case upon which Court based its decision. | 0.50 | 125.00 | KDM |
| Nov-24-09 | (No Charge) Emails to Chicago bankruptcy counsel and to Receiver regarding resolving or prosecuting non-dischargeability adversary proceeding against Michael Kunen. | 0.20 | 0.00 | KDM |
| Nov-25-09 | (No Charge) Emails to and from Bankruptcy counsel for Receiver regarding Michael Kunen's Rule 11 letter and motion served for adversary complaint to deny dischargeability of debt in response to Court's denying Receiver's motion for summary judgment. | 0.20 | 0.00 | KDM |

HOUR TOTALS:                        7.80            $837.50

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Kenneth Murena | KDM | 3.50 | $250.00 | $725.00 |
| Sean Steele | SS | 4.30 | $75.00 | $112.50 |

**DISBURSEMENTS**

Photocopies                                              10.20

|                          |            |
|--------------------------|------------|
| Totals                   | $10.20     |

| **Total Fee & Disbursements** | **$847.70**   |
|-------------------------------|---------------|
| Previous Balance              | 29,758.67     |

| **Balance Now Due**      | **$30,606.37** |
|--------------------------|----------------|

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | September 30, 2009 |
| End of Billing Date: | Sep 30/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5580 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-10-09 | Telephone calls and emails with SEC regarding status and strategy. | 0.30 | 75.00 | MME |
| Sep-21-09 | Review docket sheet in Michael Kunen's bankruptcy case and send and receive emails to and from bankruptcy local counsel regarding status of non-dischargeability action against Michael Kunen. | 0.20 | 50.00 | KDM |
| Sep-28-09 | Review order to show cause; reviewing summary judgment date; work on strategy regarding Kunen bankruptcy and Field order. | 0.40 | 100.00 | MME |
| | Review Order to Show Cause regarding Motion for Contempt against H. Field, meet with M. Damian regarding status of his cooperation and service of Order, and coordinate service of Order on H. Field; email from Receiver regarding status of case and Michael Kunen Bankruptcy matter in particular; emails to and from bankruptcy counsel for that case regarding attempts to settle nondischargeability dispute. | 0.40 | 100.00 | KDM |
| Sep-30-09 | Emails to and from counsel for SEC regarding status of Receivership, including nondischargeability complaint against Michael Kunen and contempt motion against H. Field and forward copy of Order setting hearing on Receiver's Motion for Summary Judgment on nondischargeability complaint. | 0.20 | 50.00 | KDM |

|  | HOUR TOTALS: | | 1.50 | $375.00 |
|---|---|---|---|---|

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 0.70 | $250.00 | $175.00 |
| Kenneth Murena | KDM | 0.80 | $250.00 | $200.00 |

**DISBURSEMENTS**

| Photocopies | 2.04 |
|---|---|
| Totals | $2.04 |

| **Total Fee & Disbursements** | **$377.04** |
|---|---|
| Previous Balance | 28,783.40 |
| **Balance Now Due** | **$29,160.44** |

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | August 31, 2009 |
| End of Billing Date: | Aug 31/09 |

**Attention:**   Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5486 |

**RE:**   Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-11-09 | Telephone call with Receiver regarding status and strategy. | 0.20 | 50.00 | MME |
| Aug-12-09 | Review and revise second motion for contempt on Howard Field. | 1.00 | 250.00 | MME |
| | Review Order granting Receiver's Motion for Order to Show Cause against H. Field, previous Motion for Order to Show Cause and exhibits thereto, and prepare Motion for Contempt against H. Field and assemble new exhibits. | 1.50 | 375.00 | KDM |
| Aug-21-09 | Revise Motion for Contempt against H. Field in accordance with Receiver's suggestions and send to counsel for SEC for review before filing; email from counsel for SEC suggesting further revisions and make those revisions and prepare for filing;  emails to and from counsel for Hoffmeyer regarding status of Receivership and likelihood of additional distributions. | 0.50 | 125.00 | KDM |
| Aug-24-09 | Finalize Motion for Contempt against H. Field, compile Exhibits, and file and serve. | 0.30 | 75.00 | KDM |
| Aug-25-09 | Email and telephone call to bankruptcy counsel for Receiver in Michael Kunen's bankruptcy case regarding status of nondischargeability of debt adversary and motion for summary judgment; meet with Receiver and M. Damian regarding status of | 0.30 | 75.00 | KDM |

Receivership, nondischargeability action and contempt Motion against Howard Field.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Aug-28-09 | Emails to and from bankruptcy counsel for Receiver in Michael Kunen bankruptcy case regarding status of Motion for Summary Judgment on nondischargeability complaint, evidence to support summary judgment motion and possible affidavit from Receiver regarding authenticity of documents; work with S. Steele on collecting checks and evidence of wire transfers to Michael Kunen; prepare emails to bankruptcy counsel forwarding evidence, excerpt of depo of Michael Kunen, and copy of Constructive Trust Order and discussing evidence and Order. | 1.10 | 275.00 | KDM |
| Aug-31-09 | Email from A. Kaplan regarding checks and statements evidencing payments to Michael Kunen; review A. Kaplan's analyses for purposes of gathering evidence in support of Receiver's motion to deny dischargeability of debt in Michael Kunen's bankruptcy case. | 0.20 | 50.00 | KDM |

HOUR TOTALS:                          5.10                $1,275.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 1.20 | $250.00 | $300.00 |
| Kenneth Murena | KDM | 3.90 | $250.00 | $975.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Lexis/Westlaw Charges | 9.88 |
| | Photocopies | 21.00 |
| Aug-26-09 | Court Reporter: Depo. of H. Feild | 80.00 |
| | Totals | $110.88 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,385.88** |
| Previous Balance | 27,397.52 |

**Balance Now Due**                                                      **$28,783.40**

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | July 31, 2009 |
| End of Billing Date: | Jul 31/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5408 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-09-09 | Telephone call to bankruptcy counsel for Receiver in Michael Kunen Bankruptcy case regarding status of case, preparation of Motion for Summary Judgment and important Receivership Orders, including Constructive Trust Order to be cited in Motion for Summary Judgment; send Bankruptcy counsel copies of Order and describe key holdings in Orders. | 0.40 | 100.00 | KDM |
| Jul-10-09 | Begin preparing for hearing on Motion for Contempt and to compel Deposition of H. Field. | 0.40 | 100.00 | KDM |
| Jul-13-09 | Prepare for hearing on Motion for Order to Show Cause and to Compel Deposition of H. Field; prepare hearing file, review cases cited in Motion and meet with M. Damian regarding motion and hearing; telephone call and email to H. Field regarding upcoming hearing on Motion. | 0.80 | 200.00 | KDM |
| | Work on Motion requiring H. Field to show cause; research whether individual failing to appear at hearing on motion to show cause can have criminal sanctions entered against him. | 0.80 | 60.00 | SS |
| | Draft proposed order directing H. Field to show cause why he should not be held in contempt for violating subpoenas and receiver order. | 0.80 | 60.00 | SS |

| Jul-14-09 | Prepare for and attend hearing on motion to compel. | 1.70 | 425.00 | MME |
| | Meet with M. Damian regarding hearing on Motion for Order to Show Cause and to Compel H. Field to attend deposition; attend and argue at hearing; meet with M. Damian and Receiver regarding wrapping up Receivership, rescheduling deposition of H. Field and status of Bankruptcy case of Michael Kunen. | 1.00 | 250.00 | KDM |
| Jul-15-09 | Review Order granting Motion to Compel H. Field to attend deposition and pay attorneys' fees and costs of missing two depositions; prepare Subpoena for Deposition Duces Tecum for H. Field; serve Order and Subpoena on H. Field by email, U.S. Mail and FedEx. | 0.30 | 75.00 | KDM |
| | HOUR TOTALS: | 6.20 | | $1,270.00 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 1.70 | $250.00 | $425.00 |
| Kenneth Murena | KDM | 2.90 | $250.00 | $725.00 |
| Sean Steele | SS | 1.60 | $75.00 | $120.00 |

**DISBURSEMENTS**

| FedEx Shipment | 14.67 |
| Photocopies | 62.40 |
| Totals | $77.07 |

| **Total Fee & Disbursements** | **$1,347.07** |
| Previous Balance | 26,050.45 |
| **Balance Now Due** | **$27,397.52** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | June 30, 2009 |
| End of Billing Date: | Jun 30/09 |

**Attention:**  Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5297 |

**RE:**  Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-02-09 | Telephone call and email to bankruptcy counsel for Receiver in Michael Kunen's bankruptcy case regarding status of case, obtaining default against debtor on nondischargeability adversary proceeding and possible need to move for summary judgment. | 0.30 | 75.00 | KDM |
| Jun-03-09 | Review status and strategy with Receiver and Ken Murena. | 0.30 | 75.00 | MME |
| | Work on non-dischargeability adversary in Michael Kunen's bankruptcy case, collection efforts against H. Field and B. Dyson and evidentiary hearing on Motion for Contempt against H. Field, and updating of Status Chart to send to Receiver; update chart and send to Receiver. | 0.50 | 125.00 | KDM |
| Jun-11-09 | Emails to and from bankruptcy counsel for Receiver in Michael Kunen's bankruptcy case regarding status of bankruptcy case and motion for default judgment on adversary proceeding to deny dischargeability of debt for investor funds received from F. Kunen. | 0.30 | 75.00 | KDM |
| Jun-15-09 | Work on status of case, including obtaining default judgment in Michael Kunen's bankruptcy case and evidentiary hearing on H. Field. | 0.10 | 25.00 | KDM |
| Jun-25-09 | Emails to and from Bankruptcy Counsel in Chicago regarding outcome of hearing on | 0.20 | 50.00 | KDM |

Motion for Default Judgment, response by
Debtor and preparation of Motion for
Summary Judgment.

| | HOUR TOTALS: | | | 1.70 | $425.00 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 0.30 | $250.00 | $75.00 |
| Kenneth Murena | KDM | 1.40 | $250.00 | $350.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Pacer Photocopy | | 7.84 |
| Postage | | 5.54 |
| Totals | | $13.38 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$438.38** |
| Previous Balance | 25,612.07 |
| **Balance Now Due** | **$26,050.45** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

Securities and Exchange Commission

Scott Dimond, Receiver

2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | May 31, 2009 |
| End of Billing Date: | May 31/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5161 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-03-09 | Work on bankruptcy case of Michael Kunen and collection efforts from H. Field, and steps to be taken to close receivership. | 0.10 | 25.00 | KDM |
| May-07-09 | Telephone call and email from L. Pruss regarding inquiry by IRS special agent regarding payment to and unpaid taxes of investor Kimberly Beaumont; review email from IRS Special Agent; review claim filed by Kimberly Beaumont. | 0.40 | 100.00 | KDM |
| May-22-09 | Review status of pending collection matter; telephone call to Receiver regarding same. | 0.40 | 100.00 | MME |
| | HOUR TOTALS: | 0.90 | $225.00 | |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 0.40 | $250.00 | $100.00 |
| Kenneth Murena | KDM | 0.50 | $250.00 | $125.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies | 5.28 |
| Postage | 0.42 |
| Totals | $5.70 |

**Total Fee & Disbursements**                                     **$230.70**
Previous Balance                                                    25,381.37

**Balance Now Due**                                               **$25,612.07**

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | April 30, 2009 |
| End of Billing Date: | Apr 30/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 5073 |

**RE:**  Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-02-09 | Telephone calls to H. Field regarding Order to Show Cause and payment of amount owed to Receiver; coordinate setting hearing to obtain Order of Contempt; telephone call from Bankruptcy counsel in Michael Kunen bankruptcy case regarding status of negotiations. | 0.50 | 125.00 | KDM |
| Apr-10-09 | Telephone calls to and from counsel for Whenua investments (Paul Carr) regarding distribution for additional amount of claim allowed based on new documentation from E*Trade; emails to and from L. Pruss regarding additional distribution. | 0.30 | 75.00 | KDM |
| Apr-27-09 | Review letter from counsel for Whenua Investments regarding payment of additional distribution. | 0.30 | 75.00 | KDM |
| Apr-28-09 | Emails to and from Chicago bankruptcy counsel in Michael Kunen bankruptcy case regarding letter from debtor's counsel threatening Rule 11 motion in response to adversary complaint for nondischargeability of debt and response; telephone calls to and from counsel for Whenua investments regarding payment of additional distribution and disallowance of portion of claim because of lack of documentation and misinformation regarding claim amount; prepare letter to counsel for Whenua Investments responding to letter requesting additional distribution; telephone call to chambers of judge handling | 1.90 | 475.00 | KDM |

contempt motion against H. Field regarding
status of contempt order.

| | | | | |
|---|---|---|---|---|
| Apr-29-09 | Review and revise letter response to Michael Kunen. | 0.30 | 75.00 | MME |
| | Revise draft of letter responding to letter from counsel for Whenua Investments requesting additional distribution; email from Bankruptcy counsel for Receiver regarding responding to Rule 11 threat from counsel for Michael Kunena, upcoming deadlines, and preparation of motion for summary judgment. | 0.30 | 75.00 | KDM |
| Apr-30-09 | Review and revise letter to claimant with additional claim. | 0.20 | 50.00 | MME |
| | (No Charge) Finalize and send letter to attorney for Whenua Investments responding to request for additional distribution based on information regarding claim provided after deadline and after Court approved distribution. | 0.20 | 0.00 | KDM |

HOUR TOTALS:                     4.00              $950.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 0.50 | $250.00 | $125.00 |
| Kenneth Murena | KDM | 3.50 | $250.00 | $825.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Pacer Photocopy | | 74.56 |
| Photocopies | | 1.32 |
| Totals | | $75.88 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,025.88** |
| Previous Balance | 24,355.49 |
| **Balance Now Due** | **$25,381.37** |

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

Securities and Exchange Commission

Scott Dimond, Receiver  
2665 South Bayshore Drive, Penthouse 2  
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | March 31, 2009 |
| End of Billing Date: | Mar 31/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 4977 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen  
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-09 | Emails and telephone calls to and from E*Trade regarding alleged payment to SEC or Receiver from CMW Account; review letter from Terry Provence and Order directing banks to transfer funds to Receiver; telephone call to H. Field regarding status of payment to Receiver pursuant to Final Judgment; review subpoenas for deposition and previous contempt motion against H. Field continue preparing Motion for Order to Show Cause why H. Field Should Not Be Held in Contempt of Court. | 2.90 | 725.00 | KDM |
| Mar-03-09 | Emails and telephone calls to and from E*Trade representative regarding transfer of funds to Receiver and Court Order directing E*Trade to do so; review Order directing banks to transfer funds to Receiver and Agreed Order of Permanent Injunction against DT Capital and T. Provence and send to E*Trade along with Receiver's wiring instruction so they can confirm transfer; emails from S. Dimond and R. Levenson regarding revisions to Motion for Order to Show Cause Against H. Field; revise Motion and prepare for filing. | 1.40 | 350.00 | KDM |
| Mar-04-09 | Review email and documents provided by E*Trade regarding transfer from CMW account to Receiver pursuant to Court Order; work on transfer and needed adjustment of Whenua Investment's claim; prepare email to Receiver regarding that transfer and adjustment to Whenua Investment's claim; | 1.30 | 325.00 | KDM |

finalize, file and serve Motion for contempt against H. Field; telephone call and email to H. Field regarding Motion and his failure to pay judgment amount or Receiver's expenses for missed depositions.

| | | | | |
|---|---|---|---|---|
| Mar-05-09 | Telephone calls to and from H. Field regarding payment of judgment amount and Receiver's expenses for missed depositions and filing of Motion for Contempt; prepare and send email to H. Field regarding Receiver's attorneys' fees and expenses for missed depositions and pending Motion for Contempt. | 0.50 | 125.00 | KDM |
| Mar-06-09 | Telephone calls to and from H. Field to arrange for payment of Receiver's expenses for missed depositions and schedule; review letter from P. Adler regarding H. Field and I. Klarer; teleconference with M. Damian and Receiver regarding adjustment to Whenua Investments allowed claim amount, H. Field's wiring of funds to cover expenses of missed deposition and paying judgment amount, and letter from Paul Adler. | 1.20 | 300.00 | KDM |
| Mar-09-09 | Telephone call to H. Field to reschedule deposition and confirm wire to Receiver to cover expenses for missed depositions. | 0.20 | 50.00 | KDM |
| Mar-10-09 | (No Charge) Telephone call with Scott Dimond regarding status and strategy for distribution issues and collection matters. | 0.30 | 0.00 | MME |
| Mar-11-09 | Telephone call to H. Field to reschedule deposition and learn status of his payment of judgment amount; review Order transferring Motion for Contempt to Magistrate Judge and forward to H. Field. | 0.40 | 100.00 | KDM |
| Mar-12-09 | Email from Receiver regarding IRS investigator inquiring about a person and entity involved with DT Capital; review final list of claimants and allowed claims and other investor lists to confirm that person and entity didn't file claims; telephone calls to and from IRS investigator. | 0.80 | 200.00 | KDM |

| Mar-13-09 | Telephone calls and emails to and from bankruptcy counsel in Chicago regarding status conference in Adversary Proceeding against Michael Kunen for nondischargeability of debt; review docket sheet to monitor status of adversary. | 0.30 | 75.00 | KDM |
|-----------|---|------|-------|-----|
| Mar-16-09 | Telephone call and email to bankruptcy counsel in Chicago regarding upcoming status conference on Adversary Proceeding against Michael Kunen; telephone call to H. Field regarding scheduling date for deposition in Miami and payment of judgment amount. | 0.40 | 100.00 | KDM |
| Mar-17-09 | Telephone calls from bankruptcy counsel regarding fraudulent transfer basis for nondischargeability claim, orders entered in Receivership case regarding source of funds transferred to M. Kunen, and possible settlement terms; review letter from and make telephone call to counsel for Whenua Investments regarding partial disallowance of claim, confirmation from E*Trade of transfer to Receiver of funds from CMW account, and allowance of disallowed portion of claim; discuss with M. Damian status of collection efforts regarding B. Dyson, H. Field and Michael Kunen, including adversary proceeding to deny dischargeability of debt. | 0.70 | 175.00 | KDM |

HOUR TOTALS:                          10.40                 $2,525.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 0.30 | $250.00 | $0.00 |
| Kenneth Murena | KDM | 10.10 | $250.00 | $2,525.00 |

**DISBURSEMENTS**

|  | Photocopies |  | 32.04 |
|--|-------------|--|-------|
| Dec-01-08 | Search Fee: o'Neil |  | 287.52 |
|  | Totals |  | $319.56 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | **$2,844.56** |
| Previous Balance | 21,510.93 |
| **Balance Now Due** | **$24,355.49** |

**Terms: Balance Due Upon Receipt**

TAX ID Number       20-1324240

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Securities and Exchange Commission
Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | February 28, 2009 |
| End of Billing Date: | Feb 28/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 4903 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-02-09 | Emails to and from L. Pruss regarding preparation of Motion to Approve Distribution to Allowed claimants; begin preparing Motion and proposed Order and forward rough draft to L. Pruss for revisions and completion; emails to and from L. Pruss regarding additional claimant and documents supporting her claim; review E*Trade statement; emails to and from L. Pruss regarding form and method of distributions to claimants; emails to and from Chicago counsel regarding filing of Adversary Complaint against Michael Kunen for non-dischargeability of debt based on fraudulent transfers from father; review docket sheet and notice of status conference and calendar; telephone calls to Chapter 7 trustee and counsel for Michael Kunen in bankruptcy case regarding adversary complaint for nondischargeabilty of debt. | 2.70 | 675.00 | KDM |
| | Verify claim of Sarah Erb; telephone call with Sarah Erb regarding claim verification; request Etrade statements for April, May, June, and July. | 0.40 | 30.00 | SS |
| Feb-03-09 | Emails to and from L. Pruss regarding preparation of motion to approve distribution, schedule of allowed claimants and hold back for remaining claim to be confirmed; review and confirm claimant amounts on schedule and discuss with L Pruss; review, revise and finalize letter to E*Trade regarding release of freeze on investor Sarah Erb's account so we | 1.50 | 375.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | can confirm her claim; telephone call from bankruptcy counsel for Michael Kunen regarding adversary complaint for nondischargeability of debt and law supporting claim. | | | |
| | Telephone call with Sarah Erb regarding claim verification - investor unable to retrieve Etrade statements for relevant time period. | 0.40 | 30.00 | SS |
| Feb-04-09 | Telephone call with Scott Dimond regarding status and strategy for distribution motion; review distribution motion. | 0.50 | 125.00 | MME |
| | Emails and telephone calls to and from L. Pruss and S. Dimond regarding preparation of Motion to approve distribution to investors, schedule of allowed claimants, sending list of claimants to SEC for interestedness and SEC compliance check, and status of final pending claim; telephone call to E*Trade regarding status of release of statements for investor Erb; prepare email to L. Pruss regarding contact information and status of claim of investor Erb; email from S. Dimond regarding draft Motion to approve distribution to investors; review draft motion and send suggested revisions to Receiver and L. Pruss. | 2.40 | 600.00 | KDM |
| Feb-05-09 | Review Notice of Taking Deosition and confirmation of various forms of service; telephone calls and emails to H. Fields regarding upcoming deposition in aid of execution; telephone calls and email from Receiver regarding revisions to Motion to Approve Distribution, list of allowed claimants, and Paul Carr as a possible insider; telephone calls to and from Chapter 7 trustee in Michael Kunen's bankruptcy case regarding adversary complaint to deny dischargeability of debt for fraudulent transfers from F. Kunen. | 2.30 | 575.00 | KDM |
| Feb-06-09 | Forward copies of Final Judgment and Notice of Taking Deposition of H. Field to court reporter as possible exhibits to deposition; confirm delivery by FedEx of Notice of Taking Deposition; prepare for deposition; emails to and from L. Pruss regarding status of | 0.90 | 225.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | confirmation of claim of final investor Sarah Erb; telephone call to E*Trade to follow up on request for statements. | | | |
| Feb-09-09 | Emails to and from L. Pruss and Receiver regarding late filed claims and propriety of allowing them if confirmed; telephone calls to and from H. Field regarding inability to appear at deposition duces tecum; take deposition and note on the record H. Field's absence notwithstanding sufficient notice; work on communications with E*Trade regarding freezing of Sarah Erb accounts and required statements. | 1.60 | 400.00 | KDM |
| | Follow-up phone call with etrade regarding status of statements and when they will be forwarded to our office, call and email Sarah Erb regarding status of request any further action to take. | 0.20 | 15.00 | SS |
| Feb-11-09 | Telephone calls to and from investors regarding status of claims process and distributions; emails from Lorenz regarding new investors, investor contact information, and final claim amounts and corporate payee names; finalize scheduling of deposition of H. Field and serve Notice of Taking Deposition and Subpoena for Deposition Duces Tecum. | 1.90 | 475.00 | KDM |
| Feb-12-09 | Telephone call with Scott Dimond regarding revised motion for distribution; review motion and order. | 0.50 | 125.00 | MME |
| | Prepare for deposition of H. Field; work on transfer of H. Field's garnished fund from Court Registry to Receiver; emails to and from Receiver regarding procedure for transfer of H. Field's funds and W-9 needed; telephone calls and emails to and from Receiver and L. Pruss regarding confirmation of certain claim amounts and corporate payee names; review claim forms and documents supporting claims and confirmed amounts and payee names; emails to and from L. Pruss regarding confirmed claimant's claim form, additional claimants' late filed claims, and possible procedure for handling such claims; review | 2.80 | 700.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | investor lists to confirm absence of late filing claimants. | | | |
| | Paulsen and Paulsen Farms claim verification - locate files and back-up for Whenua Investments, Alan Willaims, Paulsen Farms, etc.; work on claims and whether receiver's office received accurate claim information, create new files for corporate claimants. | 0.50 | 37.50 | SS |
| | Telephone call with John B. Kent (Counsel for Wachovia) regarding transfer of funds from Howard Field account to court registry. | 0.40 | 30.00 | SS |
| Feb-13-09 | Emails to and from website designer regarding updating website and posting distribution motions and order; emails to and from L. Pruss regarding corrected distribution motion; telephone calls to and from investors regarding timing and amount of distribution; emails to and from Receiver regarding updating of website, transfer for funds garnished from H. Field from Court Registry to Receivership Account, status of Michael Kunen's bankruptcy case; discuss w, and proposed letters rejecting late-filed claims; work on funds transferred and additional motion to file; telephone call to E*Trade regarding release of statements for investor Erb. | 1.50 | 375.00 | KDM |
| Feb-16-09 | Review form letters to investors; email to receiver. | 0.40 | 100.00 | MME |
| | Emails to and from Receiver regarding status of Michael Kunen's bankruptcy case; review proposed Approval and Denial letters and send email to Receiver with suggested revisions; review, and revise Motion to transfer H. Field's funds from Court Registry to Receiver and proposed Order; telephone call from investor regarding distribution time and amount;  work on collection efforts against H. Field and B. Dyson, upcoming deposition of H. Field, adversary complaint against Michael Kunen, and distribution Motion. | 1.50 | 375.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | Continue to draft Motion or release of funds deposited in court registry. | 0.80 | 60.00 | SS |
| Feb-17-09 | Review all documents relating to H. Field's finances and additional documents needed for Deposition; review transcript of previous deposition of H. Field and work on strategy for upcoming deposition; telephone call from investor regarding distribution check; emails to and from Receiver regarding documents needed to transfer H. Field's funds from Court Registry. | 2.20 | 550.00 | KDM |
| Feb-18-09 | Revise draft of Motion to transfer H. Field's funds from Court Registry to Receiver, discuss with M. Damian and Receiver, and forward to Bob Levenson and Receiver for review and approval; telephone call to investor regarding distributions and status of receivership case; review Order Granting Corrected Motion Approving Distribution and forward to web designer for posting on receivership website. | 1.30 | 325.00 | KDM |
| | Confer with K. Murena and edit motion and order to transfer funds in court registry. | 0.30 | 22.50 | SS |
| Feb-19-09 | (No Charge) Email from web-designer regarding posting of Order granting corrected distribution; telephone call from investor Stevens regarding payment of distribution; travel to Tampa to take deposition of H. Field in aid of execution; telephone call to H. Field regrading attendance at deposition; review documents in preparation for deposition. | 3.70 | 0.00 | KDM |
| Feb-20-09 | (No Charge) Telephone calls to and from H. Fields regarding attendance at deposition and timing of payment of judgment amount; go on the record and note H. Field's absence for second time at deposition; travel to airport and return to Miami from Tampa; prepare and send email to H. Field itemizing fees and expenses incurred in connection with depositions he failed to attend and calculating remaining amount due pursuant to Final Judgment. | 1.40 | 0.00 | KDM |

| Feb-22-09 | (No Charge) Emails to and from M. Damian regarding H. Field's failure to attend deposition, his promise to pay judgment amount and expenses of depositions, and preparation of Motion to hold him in contempt of court. | 0.20 | 0.00 | KDM |
| Feb-23-09 | Emails to and from bankruptcy counsel in Chicago regarding service of adversary complaint on Michael Kunen, updated address, Michael's bankruptcy counsel, and possible settlement terms. | 0.40 | 100.00 | KDM |
| Feb-24-09 | Telephone call from investor regarding timing and amount of distribution; review transcript of judgment recorded in district of Utah; review Order Granting Motion to Transfer H. Field's Funds from Court Registry to Receiver; email from receiver regarding invoice for Chicago counsel for Michael Kunen bankruptcy case; telephone call to H. Field regarding payment of judgment amount and expenses for missed depositions. | 1.10 | 275.00 | KDM |
| Feb-25-09 | Telephone call and email to H. Field regarding status of payment of judgment amount and Receiver's expenses for two missed depositions and preparation of Motion for contempt; telephone call from investor regarding receipt of distribution check. | 0.50 | 125.00 | KDM |
| Feb-26-09 | Telephone calls to and from H. Field regarding status of payment of judgment amount and Receiver's expenses for two missed depositions; begin preparing Motion to hold H. Field in contempt of court for failure to appear at depositions; forward to H. Field wiring instructions for Receivership account. | 0.90 | 225.00 | KDM |
| Feb-27-09 | Review letter and documents provided by E*Trade regarding investor Sara Erb's account statements; work on communications with investor regarding transfers to Kunen; review Wachovia statement of Kunen showing wire from Erb; review letter from Terry Provence regarding investment of Paul Carr and Whenua Investment into CMW Capital account; | 1.30 | 325.00 | KDM |

telephone call to E*Trade regarding alleged transfer from CMW account to SEC; telephone call to H. Field regarding status of transfer to Receiver of funds due pursuant to Judgment and expenses incurred for his missed depositions; work on collection from H. Field and possible tax issue.

|  |  | HOUR TOTALS: | 36.50 | $7,275.00 |
|--|--|--|--|--|

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 1.40 | $250.00 | $350.00 |
| Kenneth Murena | KDM | 32.10 | $250.00 | $6,700.00 |
| Sean Steele | SS | 3.00 | $75.00 | $225.00 |

## DISBURSEMENTS

|  |  |  |
|--|--|--|
|  | FedEx Shipment | 28.90 |
|  | Filing Fee | 22.00 |
|  | Photocopies | 14.64 |
|  | Postage | 3.54 |
| Feb-24-09 | Court Reporter : Howard Field CNA | 75.00 |
| Feb-27-09 | Court Reporter : Howard Field CNA | 75.00 |
|  | Travel to deposition of H. Fields in Tampa | 606.37 |
|  | Totals | $825.45 |

| **Total Fee & Disbursements** | **$8,100.45** |
|--|--|
| Previous Balance | 124,708.14 |
| Previous Payments | 111,297.66 |
| **Balance Now Due** | **$21,510.93** |

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Feb-04-09 | Payment on Account | 18,434.78 |
| Feb-11-09 | Payment on Account | 92,862.88 |
| | **Total Payments** | **$111,297.66** |

Securities and Exchange Commission

Scott Dimond, Receiver

2665 South Bayshore Drive, Penthouse 2

Miami, FL 33133

| | |
|---|---|
| Invoice Date: | January 31, 2009 |
| End of Billing Date: | Jan 31/09 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 4772 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-05-09 | Telephone conference with Scott Dimond regarding remaining claim challenges and status and strategy. | 0.60 | 150.00 | MME |
| | Work on transfer of funds from H. Field's Wachovia account to court registry and then Receiver; confer with Receiver service of process on H. O'Neill by publication; conduct research regarding service by publication, review cases and relevant statutes regarding rules of cost benefit analysis of proceeding; review letters from counsel for Whenua Investments and R. Carr regarding Whenua's claim amount and transfer from E*Trade account to SEC; emails and telephone calls to and from counsel for Whenua Investments and counsel for R. Carr regarding alleged transfer from E*Trade and allowance of claim; review docket sheet, consent judgment, and Motion and Order regarding transfer of funds from Provence accounts to Receiver; review letter to counsel for G. Frazier regarding disallowance of claim; prepare email to counsel requesting additional documents to support G. Frazier's claim; teleconference with Receiver regarding status of collection efforts from all targets, efforts to serve H. O'Neil, and intention to voluntarily dismiss complaint without prejudice; telephone call to Judge's chambers requesting additional time to decide to dismiss action; update collection status list; work on contacting SEC regarding dismissal of action against H. O'Neill;  domestication and | 4.80 | 1,200.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | perfection in Utah of Judgment against B. Dyson. | | | |
| Jan-06-09 | Review of collection matters; email to Bob Levenson regarding same. | 0.70 | 175.00 | MME |
| | Emails to and from L. Pruss regarding claim and supporting documentation of investor Stevens; review documents supporting claim, review bank statements, and work on confirmation of wire transfer; telephone calls to and from Investor Stevens regarding allowance of claim; review E*Trade statements of investor Frazier; telephone calls to and from counsel for G. Frazier regarding additional documents needed; prepare and email to letter to counsel for Frazier confirming certain wires and requesting additional confirmations for others. | 1.90 | 475.00 | KDM |
| | Research for Bank of America statements for DT Capital, confirm incoming and outgoing wires into account, verify claim for Gail Frazier, cross reference with wire documents to ensure accuracy of claim; research lien in Utah. | 0.70 | 52.50 | SS |
| Jan-07-09 | Telephone call from investor Stevens regarding wire confirmation supporting her claim; emails to and from L. Pruss regarding remaining claims to be confirmed and letters approving confirmed claims; email from SEC regarding dismissal without prejudice of fraudulent transfer action against H. O'Neill; telephone call to Judge's Chambers regarding intention to dismiss action without prejudice; review Rule 4; prepare voluntary dismissal; prepare, file and serve Notice of Voluntary Dismissal without Prejudice. | 2.20 | 550.00 | KDM |
| Jan-08-09 | Emails and telephone calls to and from L. Pruss regarding remaining claims to be confirmed, upcoming claims process deadlines, and check received from potential investor; telephone call from counsel for Gail Frazier regarding remaining wire transfers to be confirmed; work on remaining claims to be | 1.10 | 275.00 | KDM |

|            |                                                                                                                                                                                                                                                            |      |        |     |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|            | confirmed; record Judgment against Bruce Dyson in Utah and transfer of funds from Wachovia to court registry.                                                                                                                                               |      |        |     |
| Jan-12-09  | Telephone calls to counsel for Whenua Investments and counsel for Gail Frazier regarding documents supporting wire transfers; emails to and from L. Pruss regarding remaining claims to be confirmed and deadline to confirm them.                           | 0.20 | 50.00  | KDM |
| Jan-13-09  | Emails from L. Pruss regarding status of claims administration process and claims to be confirmed; review Claims spreadsheets; telephone calls to counsel for investors Frazier and Whenua Investments following up on request for additional documents; work on status of perfection of Judgment against B. Dyson in Utah; emails to and from website designer regarding payment of statement. | 1.00 | 250.00 | KDM |
| Jan-14-09  | Telephone calls to and from L. Pruss to review and discuss claims spreadsheets, work to be done to complete claims process, and applicable upcoming deadlines.                                                                                              | 0.90 | 225.00 | KDM |
| Jan-15-09  | Email from B. Dyson regarding new business venture to pay amount owed to Receiver; forward web-designer's email to Receiver requesting payment of outstanding statements and bills for domain names; review recording of Judgment against B. Dyson in District of Utah and possibility of execution on real and personal property; email to counsel for G. Frazier regarding deadline to provide documents supporting wire transfers to. | 0.50 | 125.00 | KDM |
| Jan-16-09  | Telephone call to counsel for Whenua Investments regarding confirmation of alleged transfer from E*Trade investment account to SEC; telephone call to E*Trade regarding balance in CMW Account at the time of its freezing and subsequent transfers.        | 0.40 | 100.00 | KDM |
| Jan-19-09  | Meeting with Scott Dimond regarding status of collections and claims appeals and strategy for distribution.                                                                                                                                                 | 0.50 | 125.00 | MME |

| | | | | |
|---|---|---|---|---|
| | Telephone calls to counsel for G. Frazier and Whenua Investment regarding documents supporting wire to investment accounts; work on claims process, upcoming deadlines and status of collection efforts. | 0.90 | 225.00 | KDM |
| Jan-20-09 | Telephone calls to and from P. Herron regarding missing account statements and account balance after last trade; review statements provided; emails to and from B. Dyson regarding status of receipt of funds to pay Receiver and recording of Judgment in Utah and intention to collect. | 0.60 | 150.00 | KDM |
| Jan-22-09 | Conference with Bob Levenson regarding status, collections and claims process;  review status of collection issues; review and revise execution discovery; status update with Receiver. | 1.20 | 300.00 | MME |
| | Confer with R. Levenson regarding status of claims administration process and remaining claims to resolve; work on pursuit of non-dischargeability claim in Michael Kunen's bankruptcy case and setting deposition of H. Fields in aid of execution; review docket sheet in Kunen bankruptcy case and confirm deadline to file non-dischargeability complaint, other applicable deadlines, and to monitor status of case. | 1.10 | 275.00 | KDM |
| Jan-23-09 | Email from Receiver regarding wife of deceased investor without notice of claims process; attempt to contact claimant; review Bankruptcy Code section on exceptions to discharge and begin preparing Complaint for Non-Dischargeability of Debt; contact potential local counsel in Chicago. | 1.20 | 300.00 | KDM |
| Jan-26-09 | Telephone calls and emails to widow of deceased investor regarding documents supporting claim and deadline to approve and appeal allowed claim amount; teleconference with Receiver regarding status of claims process and objections to claims, new claim asserted by widow of investor, procedures for upcoming distributions, and filing | 1.70 | 425.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | non-dischargeability complaint in Michael Kunen's bankruptcy case; emails to and from Receiver regarding potential local bankruptcy counsel in Chicago; continue research non-dischargeability of proceeds of fraudulent transfer; prepare and serve Notice of Deposition Duces Tecum and Subpoena Duces Tecum. |  |  |  |
| Jan-27-09 | Telephone calls and emails to and from widow of principal of investor Farnese Fund regarding claim amount and background regarding investment with DT Capital; review documents supporting Farnese Group Claim and discuss with S. Steele confirmation of wire transfer into DT Capital account and no transfer back to investor; review DT Capital Fifth Third Bank account statements and wire confirmation; work on preparation of Complaint for Non-Dischargeability of Michael Kunen's Debt based on fraudulent transfers; research regarding fraudulent transfers as a basis for non-dischargeability claim under Bankruptcy Code. | 1.70 | 425.00 | KDM |
|  | Confirm wire of $25,000 for investor query - DT Capital account. | 0.30 | 60.00 | SS |
| Jan-28-09 | Review and revise Adversary Complaint to deny dischargeability of debt based on fraudulent transfers to Michael Kunen to be filed in bankruptcy case; telephone calls to and from Receiver regarding final claim amounts of remaining claims in dispute and criminal allegations involving investor Terry Brown and impact on allowance of claim; prepare and send email to Receiving setting forth final allowed claim amounts of remaining investor claims. | 3.50 | 875.00 | KDM |
| Jan-29-09 | Review claims issues; telephone call with Scott Dimond regarding Brown issue, status and strategy for distribution and remaining collection issues; review 523(a)(6) nondischargablity and revise complaint. | 1.40 | 350.00 | MME |
| Jan-30-09 | Telephone calls to and from investors | 2.90 | 725.00 | KDM |

regarding status of claims administration process and timing of distribution; emails to and from Receiver accepting terms of retention of bankruptcy counsel in Chicago; emails to and from Chicago counsel regarding revision to Complaint to include dates of fraudulent transfers and address of debtor; review bank statements to confirm dates of transfer; forward to Chicago counsel list of dates for transfers sought to be avoided.

| | | | |
|---|---|---|---|
| Research records regarding transfers made to Michael Kunen made from Bank of America, Citibank, Wells Fargo and Etrade Accounts. | 2.90 | 217.50 | SS |

HOUR TOTALS:                              34.90              $8,080.00

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 4.40 | $250.00 | $1,100.00 |
| Kenneth Murena | KDM | 26.60 | $250.00 | $6,650.00 |
| Sean Steele | SS | 3.90 | $75.00 | $330.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Pacer Photocopy | 2.56 |
| | Photocopies | 12.12 |
| | Postage | 4.80 |
| Jan-31-09 | Utah Bankruptcy Court | 12.00 |
| | Utah Bankruptcy Court | 9.00 |
| | Totals | $40.48 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,120.48** |
| Previous Balance | 117,807.66 |
| **Balance Now Due** | **$125,928.14** |

**Terms: Balance Due Upon Receipt**

TAX ID Number     20-1324240

Securities and Exchange Commission

Scott Dimond, Receiver
2665 South Bayshore Drive, Penthouse 2
Miami, FL 33133

| | |
|---|---|
| Invoice Date: | November 30, 2008 |
| End of Billing Date: | Nov 30/08 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 4725 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen
Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-03-08 | Telephone calls and emails to and from L. Pruss regarding confirmation of claim amounts and investor account statements; work on remaining Kunen investors' claim amounts; review various claim forms; follow up on domestication of judgment against B. Dyson in Utah; email from B. Dyson regarding timing of expected payment to Receiver pursuant to agreement and judgment. | 1.50 | 375.00 | KDM |
| | Phone call with Randy Teinert regarding discrepancies on claim form | 0.30 | 60.00 | SS |
| Nov-04-08 | Review and verify claim amounts; revise chart listing claim amounts; email regarding chart with L. Pruss. | 2.40 | 360.00 | CP |
| | Review and discuss with L. Pruss account statements and claim form of investor Richard Pickett; finish confirming claim amounts of Kunen investors and discuss revised amounts with L. Pruss; coordinate updating of investor claim chart; emails to and from L. Pruss regarding remaining investors to confirm claim amounts and coordinate updating of investor claim chart; review claim forms and back-up documentation from various investors; work on status of claims administration process; telephone call from investor regarding expected timing of distributions.. | 1.90 | 475.00 | KDM |
| | Follow up phone call with Carlos Chichia | 5.40 | 1,080.00 | SS |

regarding closing etrade statements, resolved
discrepancy regarding claim amount; Research
regarding regarding final claim amounts and
discrepancy in Aspen Hill statements; research
regarding discrepancies in statements and
claim forms of Annette Sanfilipo; received
new claim forms, located investor files,
contacted individual investors to verify claim
amounts, inquire as to when each account was
closed, requested copies of last statements on
each account in order to arrive at final claim
amount; Researched how to domesticate
certified judgment in Utah District Court,
called Clerk's office in Utah to verify
procedure, prepared judgment for mailing and
domestication.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-05-08 | Telephone call from investor regarding documentation supporting claim; emails to and from L. Pruss regarding needed documentation from last view investors whose claim amounts must be confirmed. | 1.40 | 350.00 | KDM |
| | Conversation with Carlos Chichia regarding closing statament | 0.30 | 60.00 | SS |
| Nov-06-08 | Verify additional claims; exchange emails regarding same with L. Pruss. | 0.50 | 75.00 | CP |
| Nov-10-08 | (Reduced Time and Rate) Review claims filed by investors; update chart of approved claims; telephone conference regarding same with L. Pruss; exchange emails regarding same with L. Pruss; telephone calls to various investors regarding same. | 2.80 | 224.00 | CP |
| | Telephone calls and emails to and from L. Pruss regarding final investors to confirm claim amounts; review final claim forms and supporting documentation and revised chart of investors and allowed claim amounts; discuss with L. Pruss verification of Provence investor claim amounts using supporting documentation and our forensic accountant's records. | 1.30 | 325.00 | KDM |

| | | | | |
|---|---|---|---|---|
| Nov-11-08 | Meeting with Scott Dimond and Lorenz Pruss and Kenny Murena regarding review of claims status and distribution; review of Provence potential claimant issues; review Provence affidavit for potential claimant issues. | 2.20 | 550.00 | MME |
| | (Reduced Time and Rate) Review claims and supporting documents; telephone call with investor R. Pickett regarding calculation of claim. | 1.70 | 136.00 | CP |
| | Emails to and from L. Pruss regarding updated claims chart and remaining investor claims to be confirmed; review chart and confirmed claim amounts and claims to be confirmed; meet with L. Pruss and Receiver regarding claims administration process, remaining claims to be confirmed, upcoming deadlines, and letters to be sent to investors regarding allowance or objections to claims; work on Provence investor claims to be confirmed; begin reviewing documents to confirm claim amounts. | 2.70 | 675.00 | KDM |
| Nov-12-08 | Review of Hoffmeyer notes and CMW deposition notes to review claim deductions. | 1.30 | 325.00 | MME |
| | Review various documents and deposition transcripts and claim amounts of several Provence investors; confirm claim amounts and updated claims chart; emails to and from L. Pruss regarding status of confirmation of claim amounts, upcoming deadline to object to claims and remaining claimant to submit claim. | 2.20 | 550.00 | KDM |
| Nov-13-08 | (Reduced Time and Rate) Review investor claims and calculations; telephone calls to various investors re calculation of claim amount. | 3.40 | 272.00 | CP |
| | Telephone calls to and from various Provence/CMHI investors and counsel for R. Hoffmeyer regarding amounts requested in investor claim forms; review various claim forms and back-up documents and statements provided by Provence, R. Hoffmeyer, and | 4.40 | 1,100.00 | KDM |

Kunen investors, confirm amounts; review
emails to and from L. Pruss reporting updated
claim amounts and amounts still needed to be
confirmed.

| | | | | |
|---|---|---|---|---|
| | Conferred with K. Murena regarding further discrepancies in claim forms, located files of investors | 0.70 | 52.50 | SS |
| Nov-14-08 | Telephone calls to and from various Provence and Kunen investors, including G. Frazier, T. Brown, & G. Shottenkirk, and counsel for R. Carr regarding amounts requested in investor claim forms; review various claim forms and back-up documents and statements provided by Provence, CHMI & CMW principals, and Kunen investors, including Terry Brown and Greg Shottenkirk, confirm amounts; telephone call from counsel for G. Shottenkirk regarding wire transfer confirmations; emails to and from L. Pruss regarding updated amounts and letters to investors objecting or approving claims; telephone call and email from L. Pruss regarding service of letters and compliance with Court-set deadlines. | 4.80 | 1,200.00 | KDM |
| Nov-17-08 | Telephone calls to and from Terry Brown regarding Ameritrade statements and bank statements evidencing transfers to F. Kunen; review statements and confirm claim amount; telephone calls and emails from counsel for G. Shottenkirk regarding wire transfers to E*Trade account and claim amount; emails from L. Pruss regarding status of letters to investors. | 3.60 | 900.00 | KDM |
| Nov-18-08 | Emails and telephone calls to and from Terry Brown regarding wire transfer confirmations from Central Bank; review bank confirmations and calculate allowed claim amount; review final list of investor allowed and disallowed claims; emails to and from L. Pruss regarding final claim amounts and letters sent or to be sent to investors; review wire confirmation of Northern Star Properties, confirm claim amount and discuss with L. Pruss. | 2.20 | 550.00 | KDM |

| | | research on executing writ of garnishment for wages in Utah | 0.70 | 52.50 | SS |
| Nov-19-08 | | Telephone call with Scott Dimond regarding status of claims process and strategy. | 0.20 | 50.00 | MME |
| | | Telephone call to counsel for Wachovia regarding deadline for H. Fields to respond to Answer of Garnishee and filing of Motion for Summary Judgment to obtain balance in account; work on preparation of Motion for Summary Judgment and necessary attachments, including Notice of Writ of Execution, Statutory Notice to Defendant, Answer of Garnishee and Final Judgment; work on collection efforts from B. Dyson in Utah and deadline to respond to discovery in aid of execution; emails to and from L. Pruss regarding preparation of Notice of Compliance with court set deadlines in claims administration process; telephone call from investor regarding timing of distributions; telephone call to K. Kruse regarding amount paid to Receiver and remaining among due; telephone call to counsel for R. Carr regarding claims filed by CMW members. | 1.70 | 425.00 | KDM |
| | | Called clerk's office of Utah District court and collected information regarding executing writ of garnishment in Utah; research regarding issues is collecting from judgment debtor as well as drafting Motion for summary judgment for garnishment regarding Howard Field; research regarding garnishment statute, 77.055, 77.041 and 77.06 for purposes of drafting summary judgment garnishment motion; draft motion for summary judgment for garnishment. | 2.70 | 202.50 | SS |
| Nov-20-08 | | Telephone call from T. Brown regarding objection to claim amount; telephone call from K. Kruse regarding payment of remaining amount owed to Receiver; emails to and from L. Pruss regarding Receiver's Notice of Compliance with Court's claims process deadlines; review Notice of Compliance; telephone call to counsel for R. Carr regarding | 1.50 | 375.00 | KDM |

claim amounts of CMW members; telephone
call to counsel for Wachovia regarding running
of deadline for H. Fields to respond to
Garnishee's Answer; work on collection from
all targets and game plan for Michael Kunen's
bankruptcy case.

| | | | | |
|---|---|---|---|---|
| Nov-21-08 | Telephone calls to and from L. Budde regarding H. O'Neill and follow up on serve of Ms. O'Neill; telephone call to T. Brown regarding objection letter and allowance of claim; telephone calls and emails to and from L. Pruss regarding claims objected to, objection and allowance letters sent, and deadline for investors to appeal objections; telephone call from investor regarding timing and amount of distributions; telephone calls to and from counsel for R. Carr regarding claims of CMW members. | 0.90 | 225.00 | KDM |
| Nov-24-08 | Review and revise final judgment on writ of garnishment. | 0.30 | 75.00 | MME |
| | Emails to and from B. Dyson regarding payment pursuant to Final Judgment and deadline to respond to discovery in aid of execution; telephone call from investor T. Brown regarding amount of his allowed claims and letter objecting to claim; telephone call from investor Pendleton regarding funds remaining in E*Trade account, and timing and amount of distributions to investors; emails to and from L. Pruss regarding investors Lawrence Paulsen and Paulsen Farms; locate and review investors' Ameritrade statements and Kunen's Bank of America statements to confirm deposits and withdrawals and amount of claims; revise Motion for Entry of Final Judgment on Writ of Execution Served on Wachovia Bank and preparation of proposed Order; work on status of efforts to collect from all targets including H. Fields, B. Dyson, the Klarers, H. O'Neill, and Kunen brothers. | 3.80 | 950.00 | KDM |
| | Research regarding account discrepancies in Paulsen Farms/Lawrence Paulsen, located | 1.10 | 82.50 | SS |

Kunen Bank of America records, verified wire information

| | | | | |
|---|---|---|---|---|
| Nov-25-08 | Emails to and from B. Dyson regarding discovery requests, information needed, and deadline to respond; telephone calls and emails to and from L. Pruss regarding investors who are contesting allowed amounts of claims; work on status of Michael Kunen's bankruptcy case, relevant deadlines and status of collection efforts; review docket sheet of Michael Kunen's bankruptcy case to monitor status and verify deadlines; update collection issues with Melanie Damian. | 2.90 | 725.00 | KDM |
| | Prepare order to be attached to final judgment for garnishment (Howard Field) | 0.70 | 52.50 | SS |
| Nov-26-08 | Review collection issues; review ameritrade discrepancy issue for claimant appeals; revise status memo and send to receiver. | 1.00 | 250.00 | MME |
| | Telephone calls to and from various investors regarding adjustments to claims, review claim forms and account statements and confirm amounts; emails to and from L. Pruss regarding investor calls and objections to claim reductions; work on confirmation of claim amounts and various E*Trade and Ameritrade statements and closing balance discrepancies; email from B. Dyson regarding responses to Interrogatories and document request, review Responses. | 3.90 | 975.00 | KDM |
| | phone call with TD Ameritrade regarding interpretation of entries on account statements; inquired about activity of Donald Brindley's accounts | 0.70 | 52.50 | SS |
| Nov-28-08 | Review bank statements and claim forms and confirm disputed amounts of investors Brindley, Horne, and Clark; review and confirm calculations in light of account balances; telephone calls to and from investors regarding adjusted amounts; emails to and from L. Pruss regarding adjusted amounts. | 3.80 | 950.00 | KDM |

HOUR TOTALS:                          72.90              $15,137.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|------|---------|-------|------|--------|
| Melanie E. Damian | MME | 5.00 | $250.00 | $1,250.00 |
| Cassandra Perez | CP | 10.80 | $150.00 | $1,067.00 |
| Kenneth Murena | KDM | 44.50 | $250.00 | $11,125.00 |
| Sean Steele | SS | 12.60 | $75.00 | $1,695.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Filing Fee | 39.00 |
| Photocopies | 6.72 |
| Totals | $45.72 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$15,182.72** |
| Previous Balance | 97,334.94 |
| **Balance Now Due** | **$112,517.66** |

**Terms: Balance Due Upon Receipt**

TAX ID Number       20-1324240

Damian & Valori LLP

1000 Brickell Avenue, Suite 1020

Miami, FL 33131

Securities and Exchange Commission

Scott Dimond, Receiver

2665 South Bayshore Drive, Penthouse 2

Miami, FL 33133

| | |
|---|---|
| Invoice Date: | October 31, 2008 |
| End of Billing Date: | Oct 31/08 |

**Attention:** Scott Dimond, Esq.

| | |
|---|---|
| Client #: | 273 |
| Inv #: | 4724 |

**RE:** Securities and Exchange Commission v. Morgan as PR of the Estate of Frederick Kunen

Securities and Exchange Commission v. Terry Provence, DT Capital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-08 | Emails to and from B. Dyson regarding timing and amount of payment and Receiver's requirement to seek final judgment; finalize, file and serve Motion to Approve Agreement and Enter Judgment Against B. Dyson and forward proposed Order to Chambers; telephone call to counsel for Wachovia regarding Answer to Writ of Execution for H. Field and procedure for obtaining funds; review applicable Florida Statutes and prepare Notice of Service of Writ and Answer. | 1.40 | 350.00 | KDM |
| Oct-02-08 | (No Charge) Finalize Notice of Serving Writ of Execution, Answer of Garnishee, and Notice to Defendant of rights under Florida law and discuss with M. Damian; emails to and from B. Dyson. | 0.80 | 0.00 | KDM |
| Oct-03-08 | Review correspondence from Paul Adler regarding fees to Morgan and status of Receivership and distributions to investors; finalize, file and serve Notice of Writ of Execution, Answer of Garnishee and Statutory Notice to Judgment Debtor; emails to and from B. Dyson regarding status of payment and Motion for Entry of Judgment; telephone call to Michael Kunen regarding settlement agreement and possible lump-sum payment instead of 2-year payout. | 0.80 | 200.00 | KDM |
| Oct-06-08 | Telephone call with receiver regarding status of claims process and collection efforts. | 0.30 | 75.00 | MME |

| | | | | |
|---|---|---|---|---|
| | Review status of collection efforts from investors and targets and letter from investor Paul Adler regarding payment to Personal Representative; email from B. Dyson regarding status of his payment under Agreement with Receiver; continue to coordinate efforts to serve Halina O'Neill; telephone call from Kevin Kruse regarding coordinating payment to Receiver of amount received in excess of investment. | 1.00 | 250.00 | KDM |
| Oct-08-08 | Emails to and from Michael Kunen regarding execution of Settlement Agreement and time for making first payment. | 0.20 | 50.00 | KDM |
| Oct-10-08 | (No Charge) Telephone call with Scott Dimond regarding status and strategy. | 0.20 | 0.00 | MME |
| | Email from B. Dyson regarding status of receipt of funds to pay Receiver and search for assets of H. Field; calendar deadline for H. Field to object to Writ of Execution; email and telephone call to M. Kunen regarding execution of Agreement and possible lump sum payment; email from L. Pruss regarding claims administration process; follow up on service of process on H. O'Neill and discuss her avoidance of service with private investigator. | 1.00 | 250.00 | KDM |
| Oct-13-08 | Review status of claims administration process, strategy for streamlining process while confirming each claim amount, and upcoming meeting with Receiver; telephone call from investor regarding status of claims process and timing of distributions to investors; telephone call to private investigator regarding status of service. | 0.50 | 125.00 | KDM |
| Oct-14-08 | Email from B. Dyson regarding payment of amount due under Agreement with Receiver; telephone call from Michael Kunen regarding paying reduced lump sum in settlement of amount due to Receiver; follow-up on service of process on H. O'Neill; telephone call to investor regarding timing of distributions and status of Receivership. | 1.10 | 275.00 | KDM |

| Oct-15-08 | Telephone call with Receiver's office regarding status and strategy for completing claims process and collection matters; review collection matters. | 0.40 | 100.00 | MME |
| | Teleconference with M. Damian and Receiver regarding status and game plan for completing claims administration process, sale of assets and collection of funds from targets; work on reconciliation of claim forms with E*Trade statement for Kunen investors. | 0.40 | 100.00 | KDM |
| Oct-16-08 | Emails to and from K. Kruse and B. Dyson regarding payments of amounts received from F. Kunen; emails to and from web designer regarding posting of all important claims-related deadlines on website and review website. | 1.00 | 250.00 | KDM |
| Oct-17-08 | Review list of Kunen investors who filed claims prepared by Receiver's office and begin reviewing investor files to confirm amounts of claims; telephone calls to and from Larry Budde regarding new home address of H. O'Neill and status of service of process. | 1.00 | 250.00 | KDM |
| Oct-20-08 | Review Final Judgment against B. Dyson and recording judgment, preparation of Writ of Execution, and issuing discovery in aid of execution; review list of Kunen investors who filed proofs of claims and checking E*Trade statements to confirm claims amounts; continue reviewing investor files and E*Trade statements; emails to and from L. Pruss regarding investor claims forms and discrepancy in amounts of claims; review proposed response of Receiver to Paul Adler's letter to Judgment. | 2.50 | 625.00 | KDM |
| Oct-21-08 | Review uniform law regarding domesticating foreign judgments and process in Utah; emails to and from B. Dyson regarding entry of judgment and date he expects to receive funds for payment to Receiver and additional information regarding property and funds of H. Fields; review contents of investor files and E*Trade statement for purposes of confirming | 2.10 | 525.00 | KDM |

amounts of claims and compile list of
investors; send list to L. Pruss and request
claim forms for certain investors for which we
have files and statements.

| | | | | |
|---|---|---|---|---|
| | Searched for files for Kunen receivership, located information on debtor (Bruce Dyson), researched debtor's bank financial information in order to file writ of execution/ writ of garnishment | 2.40 | 180.00 | SS |
| Oct-22-08 | Review and revise response to Adler letter and reviewing submissions from Morgan and SEC; call with Scott Dimond regarding submissions. | 0.70 | 175.00 | MME |
| | Follow up on service of process on Halina O'Neill; telephone call and email from private investigator regarding status of service at new home address and her alleged plans to move to Venezuela; email from Receiver's office regarding claim forms and responses of Receiver, SEC and Morgan to Paul Adlers letter to judge; emails to and from K. Finkel regarding funds he allegedly did not receive from F. Kunen and ability to pay back full amount. | 0.50 | 125.00 | KDM |
| | Located and separated all necessary investor documents, located bank records and subpoena docs and prepared list of outstanding ameritrade investor documents | 1.75 | 131.25 | SS |
| | Legal Research regarding whether any other procedure is required for serving writ of execution on bank on another state | 1.00 | 75.00 | SS |
| | Legal Research regarding whether a judgment in Florida must be domesticated in Utah in order to execute on property in Utah (i.e. Utah Enforcement of Judgment Act) | 1.90 | 142.50 | SS |
| | Created investor log to be used to contact record holders in order to retrieve outstanding ameritrade and etrade documents | 0.60 | 45.00 | SS |
| Oct-23-08 | Coordinate certification and exemplification of Judgment against B. Dyson for purposes of | 1.20 | 300.00 | KDM |

domesticating judgment in Utah and discuss
with S. Steele; coordinate preparation of
Discovery in Aid of Execution against B.
Dyson; emails to and from L. Pruss regarding
claim forms and reconciliation with E*Trade
and Ameritrade statements for investors.

|  |  |  |  |
|---|---|---|---|
| Researched domestication of foreign judgments, whether federal district court judgments are considered foreign for the purposes of domestication, whether Uniform Enforcement of Judgments Act applies to the judgment. | 2.40 | 180.00 | SS |
| Drafted Request for production of documents with regard to Bruce Dyson re: Kunen receivership | 1.40 | 105.00 | SS |

Oct-24-08

|  |  |  |  |
|---|---|---|---|
| Emails to and from K. Kruse regarding latest payment to Receiver and certain transfers from Kunen that he allegedly never received; telephone calls to and from investors regarding status of claims administration process; compile list of additional Kunen investors for purposes of reconciling claim forms with account statements and forward to L. Pruss; telephone call from L. Pruss regarding list of investors, claim forms and supporting documentation. | 1.00 | 250.00 | KDM |
| Created investor log sheet, searched all records for ameritrade/etrade statements and prepared office memorandum of findings | 2.60 | 195.00 | SS |

Oct-27-08

|  |  |  |  |
|---|---|---|---|
| Telephone calls to and from process server regarding difficulty and efforts in service H. O'Neill; email from private investigator regarding vehicles of H. O'Neill and forward to process server; review Notice of Bankruptcy Filing of Michael Kunen and review docket sheet and bankruptcy schedules. | 0.50 | 125.00 | KDM |
| Examined client folders and compared claim forms to investment records in order to judge if claims were valid. | 2.10 | 157.50 | SS |

| | | | | |
|---|---|---|---|---|
| Oct-28-08 | Review claims and e-trade statements, note missing/incorrect transfers. | 1.60 | 240.00 | CP |
| | Telephone calls to and from investor regarding status of claims administration process; review investor statements for purposes of reconciliation of claim forms; review certain account statements and determine strategy for determining closing balances. | 1.20 | 300.00 | KDM |
| | Continued to examine client folders and compared claim forms to investment records in order to judge if claims were valid; checked ending balances of investor files and created log for file. | 5.20 | 390.00 | SS |
| Oct-29-08 | (Reduced Time) Review claims filed by investors. | 2.20 | 330.00 | CP |
| | Telephone calls to and from investors regarding claims administration process; review claims forms and discuss balances in investment accounts and recalculation of claim amounts; emails to and from Receiver's office regarding claim forms and documents provided by investors in support of claims. | 1.80 | 450.00 | KDM |
| | Finished calculating claims and comparing investor's ending balances. | 3.60 | 270.00 | SS |
| Oct-30-08 | (Reduced Time) Review claims filed by investors and related bank statements; call investors regarding same; exchange emails with L. Pruss regarding claims review process and results; draft chart of amounts of approved claims. | 3.30 | 495.00 | CP |
| | Email from Receiver's office regarding investor Paul Adler; review documents supporting Paul Adler's claim; research regarding various issues related to reconciliation of investor claim forms and investment statements and account balances; emails to and from Bruce Dyson regarding discovery in aid of execution and delay in payment pursuant to settlement agreement | 1.50 | 375.00 | KDM |

with Receiver; follow up on service of
fraudulent transfer complaint on H. O'Neill.

| | | | |
|---|---|---|---|
| Examined and verified all investor claims, cross-checked with statements, review inconsistencies in claim forms; phone calls to all investors regarding closing balances on investor accounts and whether or not accounts were close and whether cheques were sent in the amount of closing balance. | 5.90 | 442.50 | SS |

| | | | | |
|---|---|---|---|---|
| Oct-31-08 | Telephone conference regarding review of claims forms status and process for completing claims analysis and distribution; review status of claims analysis; review collection status. | 1.30 | 325.00 | MME |

| | | | |
|---|---|---|---|
| Exchange emails and telephone calls regarding investors claims. | 0.60 | 90.00 | CP |

| | | | |
|---|---|---|---|
| Emails and telephone calls to and from L. Pruss regarding verification of investor claims; review claim forms and investor lists and determine which additional Kunen investor require verification; telephone calls to and from certain investors and claim amount adjustment; teleconference with Receiver, L. Pruss and M. Damian regarding status of claim verification; email from B. Dyson regarding receipt of funds to pay Receiver pursuant to settlement agreement and judgment; confirm and calendar deadlines to file proof of claim and objection to discharge in Michael Kunen bankruptcy case; telephone call from process server regarding status of service of fraudulent transfer complaint on H. O'Neill; review Exemplification of Judgment against B. Dyson and status of domestication of judgment in Utah. | 2.90 | 725.00 | KDM |

| | | | |
|---|---|---|---|
| Began reviewing additional claim forms and investor statements forwarded by K. Murena. | 1.80 | 135.00 | SS |

| | | |
|---|---|---|
| HOUR TOTALS: | 67.65 | $10,178.75 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Melanie E. Damian | MME | 2.90 | $250.00 | $675.00 |
| Cassandra Perez | CP | 7.70 | $150.00 | $1,155.00 |
| Kenneth Murena | KDM | 24.40 | $250.00 | $5,900.00 |
| Sean Steele | SS | 32.65 | $75.00 | $2,448.75 |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-30-08 | Photocopies | 5.04 |
| | Courier | 7.50 |
| | Service Fee: Halina O'Neill | 80.00 |
| | Totals | $92.54 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$10,271.29** |
| Previous Balance | 98,328.07 |
| Previous Payments | 11,264.42 |
| **Balance Now Due** | **$97,334.94** |

**Terms: Balance Due Upon Receipt**

TAX ID Number      20-1324240

## PAYMENT DETAILS

| | | |
|---|---|---|
| Oct-17-08 | Payment on Account | 11,264.42 |
| | **Total Payments** | **$11,264.42** |